UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA,

Appellee,

v.  Docket No.  24-138-cr

JOHN THOMAS ERMIN,

Defendant - Appellant.

**OPPOSITION TO
MOTION FOR RELEASE ON CONDITIONS**

**PRELIMINARY STATEMENT**

Defendant-Appellant, John Thomas Ermin, brings the instant appeal seeking review of the order of the Honorable Elizabeth A. Wolford, Chief United States District Judge for the Western District of New York, entered on January 3, 2024, detaining Ermin pending trial. A bail appeal is brought pursuant to 18 U.S.C. § 3142 and Rule 9(a) of the Federal Rules of Appellate Procedure.

Ermin currently stands charged with not only the offense based on which the government moved for his detention (being an unlawful user of a controlled substance in possession of firearms in violation of 18 U.S.C. § 922(g)(3)), but by means of a Second Superseding Indictment filed two days after Judge Wolford issued the detention order from which Ermin appeals. Ermin now stands

charged additionally with the following conspiracies relating to the death of Crystal Quinn, a federal witness:

Count 1 - obstruction of justice conspiracy in violation of 18 U.S.C. § 371;

Count 2 - witness tampering conspiracy in violation of 18 U.S.C. § 1512(k); and

Count 3 - witness retaliation conspiracy in violation of 18 U.S.C. § 1513(f).

(Exhibit F attached hereto). Notably, both Counts 2 and 3 carry a potential sentence of mandatory life imprisonment.

For the reasons stated below, this Court should affirm the district court's detention decision in its entirety and deny Ermin's motion for bail and release on conditions.

The following exhibits are attached to assist the Court:

A: Docket Sheet, WDNY Docket 23-mj-167
B: Docket Sheet, WDNY Docket 23-mr-552
C: Transcript, December 12, 2023 Detention Hearing, WDNY Docket 23-mj-167, Entry 2
D: Transcript, December 19, 2023 Detention Hearing, WDNY Docket 23-mj-167, Entry 4
E: Transcript, December 27, 2023 Detention Hearing, WDNY Docket 23-mj-167, Entry 5
F: Second Superseding Indictment, WDNY Docket 23-cr-99, Entry 24
G: Letter to Court dated January 6, 2024 and filed (with redactions) January 22, 2024, WDNY Docket 23-mj-167, Entry 6

## STATEMENT OF THE CASE AND RELEVANT FACTS

The charges against Ermin stemmed from an investigation into the death of a federal witness, Crystal Quinn, who was scheduled to testify in an upcoming trial – and who died under suspicious circumstances. Quinn was to be a witness in *United States v. Joseph Bongiovanni and Peter Gerace, Jr.*, WDNY Docket 19-cr-227. The initial indictment against Joseph Bongiovanni, a former agent of the Drug Enforcement Administration ("DEA"), charged him with various crimes related to obstruction of justice, acceptance of bribes, and drug trafficking. (WDNY Docket 19-cr-227, Dkt. 1). A superseding indictment added Peter Gerace, Jr., as a defendant and charged him with drug trafficking and sex trafficking at Pharoah's Nightclub, which Gerace owned and at which defendant-appellant Ermin was the General Manager. (WDNY Docket 19-cr-227, Dkt. 89).

Based on the continuing investigation, among numerous complaints and indictments filed, a Grand Jury charged Crystal Quinn with witness intimidation and threats and making false statements relating to charges pending under WDNY Docket 19-cr-227 against Bongiovanni and Gerace. (*United States v. Quinn*, WDNY Docket 23-mj-011, Dkt. 1). Quinn subsequently agreed to cooperate with the government and provide information against Gerace,

Bongiovanni, and members of the Outlaws Motorcycle Club ("Outlaws MC"), an organization in which Ermin holds a high national leadership position.[1]

After Quinn gave Grand Jury testimony, Gerace was indicted in a separate case, *United States v. Gerace*, WDNY Docket 23-cr-037, and charged with witness tampering. (Exhibit E, p. 79).[2] Gerace knew about Quinn's cooperation based on the government's proffer during his detention hearing on March 24 and March 27, 2023. (*Id.*, pp. 79-80). Shortly after Gerace was detained, on April 4, 2023, Ermin visited Gerace at the Niagara County Jail. (*Id.*, p. 80). Ermin visited Gerace again on July 6, 2023. (*Id.*, p. 81). In between the two visits, the government dismissed Quinn's case, the government filed a witness list for the Bongiovanni and Gerace trial which summarized Quinn's likely testimony and included not just FBI interview reports but also Quinn's

---

[1] Ermin admits to a 20-year Outlaw MC membership and to holding a leadership position in the Outlaws MC. (Docket 24-138, Dkt. Entry 5.2, p. 4). The Department of Justice believes the Outlaws MC is a transnational criminal organization that "pose[s] a serious national domestic threat" and is among the groups to "conduct the majority of criminal activity linked to [outlaw motorcycle gangs]." *See* Outlaw Motorcycle Gangs (OMGs), Dep't of Justice, (dated Apr. 29, 2021), https://www.justice.gov/criminal/criminal-vcrs/gallery/outlaw-motorcycle-gangs-omgs.

[2] Gerace's WDNY Docket No. 23-cr-37 indictment was subsequently consolidated with the WDNY Docket No. 19-cr-227 indictment in which he and Bongiovanni were both charged. (*See* WDNY Docket 23-cr-37, Entry 20). The court has since entered an order severing the case against Bongiovanni for trial which is scheduled to begin on February 12, 2024. (*See* WDNY Docket 19-cr-227, Entries 709 and 714).

4

Grand Jury testimony, and the district court adjourned the trial of Bongiovanni and Gerace. (Exhibit G). Also in between the two jail visits, on May 31, 2023, after a proceeding where the district court denied Gerace's motion to reopen his detention hearing and release him, a witness heard Gerace make statements, to the effect of Gerace having a long reach and people who could tie up his "loose ends," and stating that "all rats should die." (*Id.*).

Then in mid-July 2023, within weeks of Ermin's second visit to Gerace in jail, Quinn reconnected with a friend from high school whom she had not seen in about 10 years, Simon Gogolack ("Gogolack"). (Exhibit D, pp. 43-45). At the time, Gogolack was communicating with a drug dealer offering his services as a hitman. (*Id.*). Gogolack invited Quinn to visit him in Wellsville and on July 27, 2023, Quinn did so, and she and Gogolack went to a poker game run by a different, but supporting club of the Outlaws, the Rare Breed Motorcycle Club ("RBMC"). (*Id.*, pp. 45-46). Ermin's (now) co-defendant Howard Hinkle, who was connected with the RBMC, was also at the game. (*Id.*, pp. 45, 48-49; and *see* Second Superseding Indictment, also charging Hinkle[3]).

---

[3] Co-defendant Howard Hinkle has also filed an appeal from the district court's order detaining him (WDNY Docket 23-mr-469, Entry 12) which is pending before this Court under Docket No. 23-7823(L) with oral argument scheduled for January 30, 2024.

Gogolack and Quinn left the poker game and went to Gogolack's residence. (*Id.*, p. 46). During the early morning of July 28, 2023, Quinn sent text messages which stated that she was afraid of Gogolack and the bikers. (*Id.*, pp. 46-47). Quinn's phone logged no use after July 31, 2023, at 6:30 pm, and Gogolack reported her death some 24 hours later, on August 1, 2023. (*Id.*, p. 47). Gogolack made the call after Quinn's mother had decided to contact law enforcement. (*Id.*).

An autopsy revealed that Quinn had enough fentanyl in her system to kill 400 people. (*Id.*, pp. 47-48). Her death had been staged to look like an accidental overdose. (*Id.*, p. 48).

A search warrant was executed at Ermin's residence at 41 Richmond Avenue, in Lancaster, New York, on December 7, 2023. (Exhibit C, p. 2). Among the items recovered were:

(1) sixteen firearms and ammunition
(Exhibit C, pp. 3, 27, 33 and Exhibit E, p. 62 and photos of firearms admitted as Govt. Ex. 4A-4C, Exhibit D, p. 3);

(2) dozens of blunt instruments and cutting weapons, a cross bow, and brass knuckles
(Exhibit C, pp. 3, 27 and photos of objects admitted as Govt. Ex. 18A-18I, Exhibit D, p. 4);

(3) marijuana that Ermin admitted he used for recreational purposes (i.e., it was not medically prescribed)
(Exhibit C, pp. 12-13, 33 and photos admitted as Govt. Ex. 19A-19E at Exhibit D, p. 4);

(4) a significant amount of legal paperwork supporting the government's position that the Outlaws MC, and more specifically Ermin, regularly monitor court proceedings and law enforcement activity around the country via a PACER account owned by the Outlaws MC (Exhibit D, pp. 15-16), including:

> (a) the sealed indictment against Gerace in Case No. 19-cr-227
> (Exhibit C, p. 16 and photo admitted as Govt. Ex. 1A at Exhibit D, p. 3);

> (b) a search warrant executed in March 2021 at the home of a cook at Pharoah's, Paul Raslawsky, who was charged by criminal complaint with a violation of 18 U.S.C. § 922(g)(3) under WDNY Docket 23-mj-118019
> (Exhibit C, p. 22 and photos admitted as Govt. Ex. 1AI and 1AJ at Exhibit D, p. 3);

> (c) a listing of the items seized from Raslawsky's residence with yellow highlighting added to one of the items seized (one piece of mail addressed to Raslawsky from Pharaoh's)
> (Exhibit C, p. 22 and photo admitted as Govt. Ex. 1AH at Exhibit D, p. 3); and

> (d) various internal law enforcement documents (including a Report of Investigation that purports to identify a confidential informant by name using his ATF CI number)
> (Exhibit C, pp. 21-22 and photo admitted as Govt. Ex. 1AF at Exhibit D, p. 3);

(5) a list of imprisoned Outlaws and a letter providing opinions and information as to whether particular persons remained in good standing
(Exhibit D, p. 15);

(6) Ermin's handwritten notes which included comments such as: "nobody talks everybody walks" and that "dry snitching" includes "pillow talking, discussing in front of citizens, cunts," and instructions on how to plan a meeting without disclosing its location
(Exhibit C, pp. 9-10 and Exhibit D, p. 53 and photos admitted as Govt. Ex. 2A and 2B at Exhibit D, p. 3);

(7) photographs of vests with patches containing insignia such as "BBT," an acronym for "Baseball Bat Team" (a tattoo of which Ermin has on his left arm) and the same with a red slash on a patch, (reflective of Nazi symbolism) that references a violent subgroup of the Outlaws who earn the patch by committing acts of violence, another patch with "OAA" (meaning Only Aryans Allowed), and another patch that says "God Forgives Outlaws Don't." Other vests had references to Ermin's national role in the Outlaws

> (Exhibit C, p. 27 and photos admitted as Govt. Ex. 2E and 5B at Exhibit D, p. 3 and 20D-20H at *id.*, p. 4);

(8) records of donations received by Ermin from Outlaws around the world when Ermin was hospitalized with COVID

> (Exhibit D, pp. 25-26 and photos admitted as Govt. Ex. 1H-IL at *id.*, p. 3 showing several $1000-$1500 donations);

(9) a photo of a tattoo on Ermin's stomach with the "God Forgives Outlaws Don't" acronym "GFOD"

> (Exhibit C, pp. 4-5, 10, 27 and photo admitted as Govt. Ex. 2D at Exhibit D, p. 3);

(10) a photo of Ermin at a party at Gerace's house wearing a shirt with "GFOD" on it

> (Exhibit C, pp. 4-5 and admitted as Govt. Ex. 6A and 6B at Exhibit D, p. 3);

(11) a t-shirt and a photo of Ermin wearing the t-shirt with the Outlaws' moniker "snitches are a dying breed"

> (Exhibit C, pp. 5, 10 and photos admitted as Govt. Ex. 2E and 2F at Exhibit D, p. 3);

(12) evidence of communications with a past, imprisoned Outlaws MC National President, Jack Rosga

> (Exhibit C, pp. 5-7 and photo of envelope admitted as Govt. Ex. 1AA at Exhibit D, p. 3);

8

(13) an ode to the Outlaws which reads:

Many brothers have come and gone, some gave their lives, some their freedom for who & what we are today because they believed in the Outlaws true 1%er Brotherhood. . .
There isn't nobody worth a fuck that wants to be part of being punked out. . .Outlaws Forever Forever Outlaws.

   (Exhibit C, p. 19 and photo admitted as Govt. Ex. 1T at Exhibit D, p. 3); and

(14) Approximately $40,000 cash
   (Exhibit D, pp. 26-27 and Exhibit E, p. 61).

Pursuant to another search warrant executed at the Outlaws MC Clubhouse on Northumberland Street in Buffalo, New York, law enforcement found:

   (1) various weapons including a stolen, loaded Glock
   (Exhibit C, pp. 27-29, Exhibit E, pp. 24-25 and photos admitted as Govt. Ex. 9A through 9G at Exhibit D, p. 4);

   (2) a skeleton of a dead rat with a noose around its neck displayed behind the bar
   (Exhibit C, p. 11 and photo admitted as Govt. Ex. 17A at Exhibit D, p.4 );

   (3) hats and t-shirts promoting that snitches are not tolerated
   (Exhibit C, p. 11-12 and photos admitted as Govt. Ex. 17B, 17C, and 17D at Exhibit D, p. 4);

   (4) flags from Outlaws MC chapters throughout the country on display
   (Exhibit C, p. 14 and photos admitted as Govt. Ex. 15A and 15B at Exhibit D, p. 4);

(5) posted signs warning: "ABSOLUTELY NO CELL PHONE USE IN THE CLUB HOUSE!"
> (Exhibit C, p. 14, and photo admitted as Govt. Ex. 15C at Exhibit D, p. 4).

(6) a t-shirt and banner bearing the Pharoah's nightclub logo
> (Exhibit C, p. 15 and photos admitted as Govt. Ex. 12A and 12B at Exhibit D, p. 4);

(7) legal documents such as a transcript of a plea in an enveloped marked "READ" and another bulletin marked "Must Read" warning of methods of FBI surveillance
> (Exhibit D, pp. 25, 59 and photos admitted as Govt. Ex. 1AU and 1AV at *id.*, p. 3);

(8) a list of all jailed Outlaws
> (Exhibit C, p. 25 and photo admitted as Govt. Ex. 13A at Exhibit D, p. 4);

(9) numerous items displaying Nazi and racist symbolism including a Nazi flag that covers a wall at the club signed by members using their 1%er nicknames
> (photos admitted as Govt. Ex. 16A and 16B at Exhibit D, p. 4);

(10) an empty envelope marked "Burn Bag!" with a proffered inference that the bag was used to burn items to avoid law enforcement detection
> (Exhibit E, pp. 65-66 and photo admitted as Govt. Ex. 15H at Exhibit D, p. 4);

(11) a sign reflecting the Outlaws MC mission statement, reading in part:

This is not a family club or a social riding club, we are men who ride and take our colors seriously. . . . We stand up and take care of business when need be. . . . Your brother isn't always right but he is always your brother. . . . God forgives Outlaws Don't. If you don't think this way, then walk away, because you are a citizen and don't belong with us. We are Outlaws 1%ers and members will follow the AOA way or Get Out.

(Exhibit D, pp. 16-17 and photo admitted as Govt. Ex. 15M at *id.*, p. 4).

Based on the execution of the warrants on December 7, 2023, Ermin was originally charged by way of a complaint with a violation of 18 U.S.C. § 922(3) as an unlawful user of controlled substances in possession of firearms and ammunition. (WDNY Docket 23-mj-167, Entry 1). Also, when executing the search warrant at the Outlaws MC clubhouse on December 7, 2023, law enforcement also encountered Ermin's (now) co-defendant Scott Barnes. (Exhibit C, pp. 27-28).[4]

At Ermin's initial appearance on the complaint, the government moved for detention. (Exhibit A, Docket Sheet 23-mj-167, Minute Entry dated 12/07/23). The Magistrate Judge to whom the matter had been assigned for pre-trial proceedings held a hearing and thereafter issued an order releasing Ermin with conditions. (*Id.*, Minute Entry dated 12/12/23 and Transcript attached hereto as Exhibit C).

---

[4] Barnes was originally charged by means of a complaint with being a felon in possession of the firearm found at the Outlaws MC clubhouse in violation of 18 U.S.C. § 922(g)(1) and also with possession of a stolen firearm in violation of 18 U.S.C. § 922(j). (WDNY Docket 23-mj-166, Entry 1). The same charges against Barnes were made by the Grand Jury as set forth in the Second Superseding Indictment. (Exhibit F, Counts 27 and 28). The government also moved for Barnes's detention, the Magistrate Judge granted release on conditions, and after the government appealed that decision, the district court also issued a Decision and Order detaining Barnes. (WDNY Docket 23-mj-166, Minute Entry dated December 12, 2023 and Entry 7 and WDNY Docket 23-mr-551, Entries 1 and 10).

The government filed an appeal to the district court judge and moved to revoke the release order. (Exhibit B, Docket Sheet 23-mr-552, Entry 1). The district court heard and admitted proffered evidence and oral argument over the course of two days, on December 19 and 27, 2023. (Transcripts attached hereto as Exhibits D and E).

In addition to the introduction of the evidence discovered during the execution of the search warrants at Ermin's residence and the Outlaws MC clubhouse (outlined above), the government proffered:

(1) people have been beaten up at the Clubhouse, including one instance where Ermin assaulted an individual
(Exhibit D, p. 20; Exhibit E, pp. 81-82);

(2) evidence that dancers from Pharaoh's would be sent to work at the Outlaws MC Clubhouse as punishment
(Exhibit D, p. 21; Exhibit E, pp. 74-75);

(3) information about women being assaulted at the Clubhouse
(Exhibit D, p. 21; Exhibit E, pp. 72-73, 74-75);

(4) evidence that Ermin provided Lortab pills to at least one dancer
(Exhibit E, pp. 70-71);

(5) information provided in jail calls concerning criminal activity by the Outlaws and an inmate expressing fear of telling the government what was actually happening in that respect
(Exhibit E, p. 75);

(6) Quinn's expression of fear of the Outlaws MC, and specifically that they would kill her, her mother, and her dogs, and that dead rats were found by Quinn once she started working with the government
(Exhibit D, pp. 41-42);

12

(7) background information concerning the Outlaws MC as a "racist, para-military organization" that is "highly structured and very dangerous," including information about an overdose death of a Pharaoh's dancer and the disposition of her body by members of the Outlaws MC
(Exhibit D, pp. 10, 19, 60-61, 73-75);

(8) countering Ermin's and Ermin's wife's assertions during interviews with Pretrial Services that they had not travelled internationally (Exhibit E, pp. 54-56, 59), information that Ermin had travelled to Mexico as recently as January 2023, and to other places such as Ireland, Spain, and Antigua on almost a yearly basis since 2014 as well as trips in 2005, 2006, 2009, and 2010, at times with other members of the Outlaws MC
(Exhibit E, pp. 43-49, 56-59 and introducing Homeland Security records as Govt. Ex. 24);

(9) countering the bail report which stated that Ermin reported having no financial assets including cash or bank accounts, the fact that during execution of the search warrant, officers found information relating to an account with Alden bank as well as approximately $40,000 in cash at Ermin's residence and $10,000 in cash at the Outlaws MC Clubhouse
(Exhibit E, pp. 61, 68-69);

(10) countering the bail report which stated that Ermin had no prior criminal record, a report recovered from Ermin's residence showing he was involved in an alleged gang assault in the Village of Lancaster in 2010 (Govt. Ex. 7A) while he and others were wearing Outlaws MC jackets or vests and a Columbus Ohio Police report from 2015 of a road rage incident where officers recovered firearms, ammunition, knives, brass knuckles, and three Outlaws MC vests
(Exhibit D, pp. 5, 12-15; Exhibit E, pp. 62-65);

(11) videos showing a meeting of approximately 30 Outlaws holding various leadership ranks in Buffalo on February 11, 2023, including Ermin and (now) co-defendant Scott Barnes, and another showing Outlaws, including Barnes, at a bar in Lockport, New York, on November 25, 2022, in a show of force to confront an employee displaying a rival club's colors in Outlaw territory
(Exhibit E, pp. 34-35).

13

The government summarized the evidence in support of Ermin's detention, as:

> And now we look back and say, standing here today, that [Quinn] cooperated, she flipped, she testified in grand jury, Gerace got detained, Gerace got mad, Gerace made statements that he could have people killed and had long reach. And the manager of his club [, Ermin, ] is the national president of the Outlaws who controls legions of people, who has support clubs and puppet clubs under him, which include the Rare Breed [and Hinkle]. And then someone who wants to be a hit man [Gogolack] and hangs out [with] the Rare Breed in Wellsville, injects himself back into [Quinn's] life.

(Exhibit D, p. 52). Then, when Quinn overdosed, Ermin staged to look like an accident or suicide. (*Id.* and Exhibit E, p. 81).

Thereafter, on January 3, 2024, the district court issued the now-appealed detention decision. (Docket No. 24-138, Dkt Entry 5.4). The district court concluded that the statutory factors set forth in 18 U.S.C. § 3142(g) weighed in favor of detention as to danger and also, alternatively, risk of flight. (*Id.*).

Regarding the first two factors, nature and circumstances of the offense and strength of the evidence, the district court noted that there was no factual dispute that Ermin possessed the weapons while being a recreational marijuana user. *Id.*, p. 26. However, the court held that it "would be hard-pressed to conclude that [Ermin] should be detained" were it only to consider the first and second factors. *Id.*, pp. 26-27. Yet, the district court further held: "A

consideration of the third and fourth factors leads to the inescapable conclusion that [Ermin] must be detained." *Id.*, p. 27.

Viewing all through the lens of the relevant stage of the proceedings and proceeding by proffer, requiring the government to meet its burden by clear and convincing evidence: First, the district court concluded that the government established that Ermin is the president of the Outlaws MC and concluded that his position "means that [Ermin] is in charge of and controls legions of members." *Id.*

Second, the court concluded that there is a symbiotic connection between the Outlaws MC and Gerace's nightclub, Pharaoh's. *Id.*, p. 28. On that basis, the court concluded that Ermin "is responsible for the illegal events occurrent at the Outlaws MC Clubhouse including the use of dancers from Pharoah's and treatment of women." *Id.* In addition, the court found the government had established that Quinn's death was likely the result of foul play and that the evidence proffered by the government led to a finding that "it is not unreasonable to conclude that [Ermin] had a role in Quinn's death." *Id.*, pp. 28-29. However, without making that firm conclusion, the district court found that the issue was not whether Ermin had obstructed justice but whether the government had established by clear and convincing evidence that Ermin "would present a risk of

obstruction of justice if released, for which no conditions can reasonably protect," and concluded, "the government has plainly met its burden." *Id.*, p. 29.

The court cited Ermin's monitoring of court proceedings relating to the Outlaws MC members and reports on other jailed members as significant. *Id.* It also cited the Outlaws MC "allegiance to the mantra that cooperation with law enforcement will not be tolerated" and "proactive deploy[ment] of a network of members to monitor legal proceedings." *Id.* Moreover, the court held: "The organization makes no secret of the fact that snitches are not tolerated, and above all a member of the Outlaws MC should not cooperate with the government. Loyalty to each other as opposed to fidelity to the law is their creed. And [Ermin] is their leader." *Id.*, at pp. 29-30. In further support, the court noted Ermin's handwritten notes uncovered during execution of the search warrant at his house and his tattoo of the acronym for "God Forgives. Outlaws Don't." *Id.* at p. 30.

Thus, the court concluded: "Based on the totality of the evidence proffered by the government, the Court concludes by clear and convincing evidence that if released, Defendant would present a serious risk of obstruction of justice, and no conditions could reasonably protect against that risk." *Id.*

Next the court alternatively considered that "[s]eparate and apart from the obstruction, there are acts of violence that led to the conclusion by clear and

convincing evidence that if released, [Ermin] would present a risk of danger that could not be reasonably protected through the imposition of conditions." *Id.*, pp. 30-31. The court cited the evidence in support of a finding that Ermin not only had engaged in acts of violence himself but that as a leader of the Outlaws MC, he has also directed others to engage in acts of violence. *Id.*, at pp. 30-31.

The district court noted that Ermin had no prior convictions but that the evidence of his involvement in the assault in 2010 and 2015 road rage incident in Ohio weighed in favor of detention. (*Id.*, pp. 31-32). It specifically noted that the fact that when a person traveling with him to Ohio took responsibility for the 2015 road rage incident, that person was awarded with "full patch" Outlaw status. *Id.* Thus, the court agreed with the government that Ermin's lack of criminal convictions is consistent with his leadership position. *Id.*

Finally, the court as another alternative finding, held that "there is the flight risk that, in and of itself, would justify [Ermin]'s detention." *Id.*, pp. 32-33. The court found it "deeply troubling" that Ermin and his wife "both seemingly lied to the USPO when asked about his history of international travel." *Id.*, p. 32. The court noted that it had no way to ascertain Ermin's financial resources in the absence of any reported bank accounts and found that fact as demonstrative of Ermin's "ability to operate in a manner that cannot be easily traced or detected." *Id.* Given the vast national and international network

with convicted felons and others willing to support him financially, "it is apparent that [Ermin] would have resources available to assist with any flight that could not be adequately addressed through reasonable conditions." *Id.* at pp. 32-33.

This appeal and motion for release on bail and conditions ensued.

## ARGUMENT

## THIS COURT SHOULD DENY THE MOTION FOR BAIL AND DISMISS THE APPEAL

### A.    Governing Law and Standard of Review

If "a judicial officer" concludes after a detention hearing that "no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of any other person and the community, such judicial officer shall order the detention of the person before trial." 18 U.S.C. § 3142(e). The burden to prove dangerousness rests with the Government and must be shown by clear and convincing evidence. *See* 18 U.S.C. § 3142(f); *United States v. Sabhnani*, 493 F.3d 63, 75 (2d Cir. 2007). To determine whether that burden is met, courts consider several factors, including: (1) "the nature and circumstances of the offense charged;" (2) "the weight of the evidence against the person;" (3) the "history and characteristics of the person," including whether, at the time of arrest, the person was on probation; and (4) the "nature

18

and seriousness of the danger to any person or the community that would be posed by the person's release." 18 U.S.C. § 3142(g).

Where there is probable cause to believe that the defendant committed an offense under the Controlled Substances Act (21 U.S.C. § 801 *et seq.*) carrying a maximum term of imprisonment of ten years or more, there is a statutory presumption "that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community." 18 U.S.C. § 3142(e)(3)(A). In such a case, the defendant "bears a limited burden of production - not a burden of persuasion - to rebut that presumption by coming forward with evidence that he does not pose a danger to the community or a risk of flight." *United States v. Mercedes*, 254 F.3d 433, 436 (2d Cir. 2001). If a defendant produces sufficient evidence to rebut the statutory presumption of detention, the presumption does not disappear; instead, it becomes a factor to be weighed and considered like all the others in deciding whether to release the defendant. *See United States v. Rodriguez*, 950 F.2d 85, 88 (2d Cir. 1991).

This Court applies "deferential review to a district court's order of detention." *United States v. Watkins*, 940 F.3d 152, 158 (2d Cir. 2019). The weight accorded to each § 3142(g) factor is the province of the district court. *United States v. Shakur*, 817 F.2d 189, 196 (2d Cir. 1987). This Court will reverse a

district court's denial of bail only if "on the entire evidence," it is "left with the definite and firm conviction that a mistake has been committed." *Sabhnani*, 493 F.3d at 75. "Where there are two permissible views of the evidence, the factfinder's choice between them cannot be clearly erroneous." *Anderson v. Bessemer City*, 470 U.S. 564, 574 (1985).

## B.    Discussion

Here, the district court provided a thorough explanation for its decision to detain Ermin pending trial on two alternative grounds: that his release presented both a risk of danger and risk of flight, and that no conditions could reasonably protect against either risk. (Docket No. 24-138, Dkt. Entry 5.4, pp. 25-33). This determination was made even though at the time of the January 3, 2024 Decision and Order, Ermin had not yet been charged by the Grand Jury with the three conspiracies relating to the death of a federal witness, Crystal Quinn. *See id.*, p. 25 ("But as of now, [Ermin] has not been charged with any crimes directly linked to the Outlaws MC or the death of [Quinn]."). At the time of the detention decision, the district court properly noted that it was "not constrained to consider only the pending charges" and concluded, "considering the totality of the evidence proffered by the government over the two days of arguments, the Court *easily* concludes that [Ermin] presents both a risk of danger and flight risk,

20

and no conditions could reasonably protect against those risks." *Id.* (emphasis added).

Thus, regarding the § 3142(g) factors, where the district court was not convinced that the first and second factors weighed in favor of detention (Docket No. 24-138, Dkt. Entry 5.4, p. 27) at the time of its decision, now "the nature and circumstances of the offense charged" are only more serious due to the Second Superseding Indictment with two counts carrying a mandatory life sentence. (Exhibit F, Counts 2 and 3). Further, the second factor, "the weight of the evidence against the person," considering the speaking indictment and the Grand Jury's finding of probable cause as to the death of Crystal Quinn, in addition to all of the evidence proffered during the detention hearings regarding Crystal Quinn's death, that factor also weighs in favor of detention. Regarding the third and fourth factors, for all of the reasons stated by the district court, those weigh, just as they did before the filing of the Second Superseding Indictment, in favor of detention. (*See* Docket No. 24-138, Dkt. Entry 5.4, pp. 27-33).

1. **This Court should find the Ermin presents a risk of flight which no conditions could reasonably protect against**

Without even needing to reach the findings and issues regarding dangerousness, this Court should affirm the district court's detention decision

insofar as the independent and alternative finding that Ermin presents a risk of flight which no conditions could reasonably protect against. The hearing evidence demonstrated a lack of reported bank accounts and approximately $40,000 cash at Ermin's house (Exhibit E, pp. 61, 68-69), both of which "demonstrate[] [Ermin's] ability to operate in a manner that cannot be easily traced or detected" (Docket No. 24-138, Dkt. Entry 5.4, p. 33). Additionally, where Ermin and his wife both denied having travelled internationally, records of the Department of Homeland Security showed essentially yearly trips out of the country to numerous locales. (Exhibit E, pp. 43-49, 56-59 and introducing Homeland Security records as Govt. Ex. 24). Photographs and texts also confirmed that Ermin had travelled internationally. (*Id.*, pp. 44-49). Yet to this Court, Ermin advises simply that he "made an inaccurate response" when asked by probation about international travel. (Docket No. 24-138, Dkt. Entry 5.2, p. 6). Ermin's failure to take responsibility for his and his wife's lies only further supports the district court's finding that he continues to attempt to hide his international connections. And taking the entirety of the situation into account, with the lies about recent and past international travel, no traceable finances, and a vast network of loyal supporters both nationally and internationally, who have previously provided thousands of dollars to Ermin, this Court should affirm the detention decision and deny the motion for bail and release on

conditions on the basis that he presents a risk of flight that could not be adequately addressed through reasonable conditions.

> **2. Alternatively, this Court should find the totality of the evidence proffered by the government demonstrates clear and convincing evidence of both the risk of obstruction of justice and dangerousness**

If this Court considers the alternative findings that Ermin if release, would present a serious risk of obstruction of justice and/or a risk of danger, neither of which could be reasonably protected against by the imposition of conditions, it should conclude, as the district court did, that the totality of the evidence proffered by the government demonstrated clear and convincing evidence of both risks. As for both findings regarding clear and convincing evidence of dangerousness and obstruction of justice, the government relies, as the district court did, on the plethora of evidence relating to Ermin's membership and leadership in the Outlaws MC, the symbiotic relationship between Pharoah's and the Outlaws, Quinn's stated fear of "the bikers" and the timing of Ermin's visits to Gerace, the rats left for Quinn and the Outlaws avowed disfavor of cooperators (most pointedly symbolized by the rat skeleton hanging from a noose behind the bar at the Outlaws MC clubhouse), Ermin's apparent monitoring of various court cases and requiring reports regarding the allegiance to the Outlaws MC of its members in legal proceedings, and ultimately that members of the Outlaws MC are loyal to each other and bear no fidelity to the

23

law (as strongly indicated by the "GFOD" tattoo across Ermin's stomach). (*See* Docket No. 24-138, Dkt. Entry 5.4, pp. 27-32).

### 3. Ermin's arguments present no basis for reversing the detention decision or for release on conditions

Each of Ermin's arguments raised to this Court fail to provide a basis to reverse the district court's Decision and Order. Ermin does not contest that he has a leadership role in the Outlaws MC or that the criminal conduct in 2010 and 2015 occurred, rather he relies strongly on the fact that he has no prior convictions.[5] However, as the district court found, the fact that he has no convictions, despite his involvement in the 2010 and 2015 conduct where others took the blame for those activities, supports the finding that Ermin's leadership role demands loyalty.

Countering a risk of flight, Ermin simply asks this Court to weigh the factors differently than the district court did and wholly ignores the significance of his lack of demonstrated finances and lies to the probation office. (*See* Docket No. 24-138, Dkt. Entry 5.2, p. 6). He glosses over the lies as being "an inaccurate response" (*id.*), but the district court viewed the matter very differently finding that Ermin and his wife "seemingly lied" and were "untruthful" in an attempt

---

[5] In his filing with this Court, Ermin states: "Defendant has no prior criminal record." *See* Docket No. 24-138, Skt. Entry 5.2, p. 3.

24

to hide their international connections (*see id.*, Dkt. Entry 5.4, pp. 32-33). "Where there are two permissible views of the evidence, the factfinder's choice between them cannot be clearly erroneous." *Anderson*, 470 U.S. at 574. Ermin also proposes that surrendering his passport and wearing an ankle monitor would ameliorate any opportunity to flee. (Docket No. 24-138, Dkt. Entry 5.3, p. 6). However, surrendering his passport does nothing to prevent flight within the United States and only precludes *lawful* international travel. Thus, this Court should reject Ermin's arguments against the district court's finding of flight risk.

Regarding the findings of danger and likelihood to obstruct justice, again Ermin picks at the weight placed on various facts (Docket No. 24-138, Dkt. Entry 5.2, pp. 3-6) but in sum does not provide a basis upon which this Court could be left with a firm conviction that a mistake has been made, *Shakur*, 817 F.2d at 195. Each of the facts set forth on page 5 listed at (a)-(f) was not clearly erroneous.

Rather, regarding item (a), that the Outlaws MC is a racist, paramilitary organization, is easily demonstrated by the Nazi flag signed by Outlaws hanging at the clubhouse. (Exhibit C, p. 14 and photos admitted as Govt. Ex. 15A and 15B at Exhibit D, p. 4). International membership does not reflect a lack of racist beliefs, merely that such beliefs are supported by others living in those countries.

Regarding items (b) and (e), relating to the legal paperwork found both in Ermin's residence and at the Outlaws MC clubhouse, Ermin urges this Court to find his (undisputed) possession of those documents insignificant, but the district court did not do so. Rather, it found that his receipt and retention, including one plea agreement marked "READ" left at the clubhouse, were indicative of his leadership role and interest in determining whether others were maintaining the code of silence. (Docket 24-138, Dkt. Entry 5.4, pp. 29-30). The district court's choice to view the documents as weighing in favor of the decision to detain, even if there is another less incriminating view of the same facts, cannot be clearly erroneous. *Anderson*, 470 U.S. at 574.

Similarly, regarding item (f), where Ermin asks this Court to view the various patches and tattoos on his body as expressions of membership, the district court did not clearly err in finding that the same items added to the weight of the evidence in favor of its detention decision. The district court was presented with proffered evidence that Ermin's "BBT" patches and tattoo were earned based on the performance of violent acts on behalf of the Outlaws MC. (Exhibit C, p. 27 and photo admitted as 20G at Exhibit D, p. 4). Also, Ermin's "God Forgives Outlaws Don't" patch and "GFOD" tattoo (Exhibit C, pp. 4-5, 10, 27 and photos admitted as Govt. Exs. 2D and 20H at Exhibit D, pp. 3, 4) demonstrated an indelible allegiance to the anti-snitching culture, which, viewed

in the totality of the evidence presented in this case involving allegations (and now charges) of witness tampering and interference resulting in the death of a federal witness, could not be clearly erroneous. *Anderson*, 470 U.S. at 574.

Regarding item (c), and the assertion that there is "no known contact" between the Kingsmen Motorcycle Club and members of the Outlaws, that claim does nothing to undermine the district court's finding that the government's proffer on facts relating to the dismissal of charges against four Outlaws added weight to the issue of dangerousness through obstruction of justice. The government proffered that shortly before charges against four Outlaws relating to the death of a Kingsmen Motorcycle Club member in Florida were dismissed, that high-ranking Kingsmen visited Western New York and a Christmas card addressed to Ermin discussed the Florida case and the fact that after "the 3 Kingsmen members" were deposed, "things look good for us." (Exhibit E, pp. 6-7 and Exhibit D, p. 4, admitting Govt. Ex. 15I; Docket 24-138). The government was not, by any standard, required to prove actual contact; rather from the proffered facts, the inference was permissibly drawn that the Outlaws MC had interfered with criminal prosecutions involving its members. (Dkt. Entry 5.4, p. 6 and n.7).

Finally, and similarly regarding item (d), relating to the overdose of a dancer and disposition of her body by Outlaws MC members, the assertion that

27

no one has been reported missing made by Ermin to this Court does not undermine the district court's reliance on the government's proffer. Rather, as the district court noted, there is an admission by co-defendant Gerace to that effect (Docket 24-138, Dkt. Entry 5.4, pp. 6-7 and n.8). For purposes of the detention hearing, the government was not, under any standard, required to produce a "missing person" report.

Ermin also points to a lack of presentation of certain and specific evidence (i.e., video, recorded conversation, admissions) relating to Crystal Quinn's death. (Docket 24-138, Dkt. Entry 5.2, p. 5-6). As with the previously discussed claims of "error," Ermin is asking for more than is required. Here, the district court relied on Ermin's role in the Outlaws MC, that Gerace knew of Quinn's cooperation, that "bikers" were likely involved in Quinn's death, the timing of Ermin's two visits to Gerace in jail, the known disdain for snitches, the prior discovery of rats by Quinn, and Quinn's fear of the Outlaws MC, all to draw the conclusion that the government had established by clear and convincing evidence that Ermin would present a risk of obstruction of justice if released, for which no conditions can reasonably protect. (Docket 24-138, Dkt. Entry 5.4, pp. 28-29). The district found it would not be unreasonable to conclude that Ermin had a role in Quinn's death but expressly stated that it did not need to reach that issue. (*Id.*, p. 29).

In sum, there is no basis upon which this Court could find "on the entire evidence … a definite and firm conviction that a mistake has been committed" in the determination to detain Ermin pending trial. *Shakur*, 817 F.2d at 195. Based on the foregoing, this Court should affirm the district court's detention decision issued on January 3, 2024, and the continuation of his detention following arraignment on the Second Superseding Indictment on January 10, 2024, and deny the motion for bail and release on conditions filed with this Court.

Dated:      Buffalo, NY
               January 29, 2024

MONICA RICHARDS
Digitally signed by MONICA RICHARDS
Date: 2024.01.29 10:54:54 -05'00'

MONICA J. RICHARDS
Assistant U.S. Attorney

**EXHIBIT A**

# 1:23mj167, USA v. Ermin

US District Court Criminal Docket

United States District Court, New York Western

(Buffalo)

**This case was retrieved on 01/26/2024**

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 12/07/2023 | COMPLAINT as to John Thomas Ermin (1). (LMG) (Entered: 12/07/2023) | |
| | 12/07/2023 | Set/Reset Hearings as to John Thomas Ermin: Initial Appearance set for 12/7/2023 at 03:30 PM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before the Hon. H. Kenneth Schroeder Jr. (LMG) (Entered: 12/07/2023) | |
| | 12/07/2023 | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Initial Appearance as to John Thomas Ermin held on 12/7/2023.Court advised defendant of the charges set forth in the Criminal Complaint and entered a plea of not guilty on his behalf. Defendant confirmed that he has received a copy of the Criminal Complaint.Court advised defendant of his rights, including the right to counsel. Defendant advised that he will retain counsel, most likely George Muscato. Government moved for detention. Detention Hearing set for 12/12/2023 at 02:30 PM in Cattaraugus Courtroom, 7th West, 2 Niagara Square, Buffalo, NY before Hon. H. Kenneth Schroeder Jr. Issue of Preliminary Hearing held in abeyance until that time.Time from 12/7/2023 to 12/12/2023 excluded for purposes of the Speedy Trial Act, Bail Reform Act, Rule 5.1 of the Fed. R. Crim. P. pursuant to Title 18 U.S.C. Sections 3161(h)(7)(A), (h)(7)(B)(iv) and (h)(1)(D). Defendant remanded to the custody of the U.S. Marshals Service.Appearances: AUSA Joseph Tripi, AUSA Nicholas Cooper and AUSA Casey Chalbeck for the government; AFPD Jeffrey Bagley with defendant; USPO Andre McCray. (Court Reporter FTR Gold)(LMG) (Entered: 12/08/2023) | |
| | 12/12/2023 | Minute Entry for proceedings held before Hon. H. Kenneth Schroeder Jr.: Detention Hearing as to John Thomas Ermin held on 12/12/2023.Attorney George V.C. Muscato advised that he has been retained by defendant.After hearing the government's proffer and the response by defense counsel, the Court denied the government's motion for detention and ordered defendant released. Court imposed the terms and conditions of defendant's release, including electronic monitoring. Defendant remanded to the custody of the U.S. Marshals Service pending inspection and approval of his residence for electronic monitoring by the U.S. Probation Office.Court granted the government's motion for a 24 hour stay of defendant's release as the government will be filing an appeal. Defendant's release stayed until at least 4:35 PM on 12/13/2023 or until his residence has been inspected and approved by the U.S. Probation Office. Defendant waived preliminary hearing. Appearances: AUSA Joseph Tripi, AUSA Nicholas Cooper and AUSA Casey Chalbeck for the government; George V.C. Muscato with defendant; USPOs Khalid Emerson and Andre McCray. (Court Reporter FTR Gold.)(LMG) Modified on 12/13/2023 to reflect that defendant waived his preliminary | |

1:23mj167, USA v. Ermin

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | hearing. (Entered: 12/13/2023) | |
| 2 | 12/14/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing Proceedings as to John Thomas Ermin held on 12/12/2023 before Honorable Magistrate Judge H. Kenneth Schroeder, Jr.. Transcriber Megan E. Pelka, RPR, (716) 229-0880. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/4/2024. Redacted Transcript Deadline set for 1/16/2024. Release of Transcript Restriction set for 3/13/2024. (MEP) (Entered: 12/14/2023) | |
| 3 | 01/03/2024 | DECISION AND ORDER as to John Thomas Ermin. The Court orders pursuant to 18 U.S.C. § 3142(e) that the defendant John Thomas Ermin be detained pending trial. Signed by Hon. Elizabeth A. Wolford on 01/03/2024.(CDH) (Entered: 01/03/2024) | |
| 4 | 01/04/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (DETENTION HEARING) as to John Thomas Ermin held on 12/19/2023 before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/25/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/3/2024. (KJC) (Entered: 01/04/2024) | |
| 5 | 01/04/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings (CONTINUATION OF DETENTION HEARING) as to John Thomas Ermin & Scott Barnes held on 12/27/2023 before HONORABLE ELIZABETH A. WOLFORD. Court Reporter Karen J. Clark, RPR, KarenClark1013@AOL.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/25/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/3/2024. (KJC) (Entered: 01/04/2024) | |
| | 01/09/2024 | NOTICE OF MERGE as to John Thomas Ermin. All future documents should be filed under criminal case number 23-CR-99. (JLV) (Entered: 01/09/2024) | |
| 6 | 01/22/2024 | Letter filed by USA as to John Thomas Ermin  (Tripi, Joseph) (Entered: 01/22/2024) | |
| 7 | 01/22/2024 | TEXT ORDER re 6 redacted letter dated January 6, 2024, filed by USA as to John Thomas Ermin and Scott Barnes. On January 6, 2024, the government submitted a letter of correction to the Court, which it sought to file under seal. Because sealing must be narrowly tailored to protect a legitimate interest and not all the information in the letter was required to be sealed, the Court directed counsel to work together to identify proposed redactions from the letter. The government has filed the redacted version of the letter on the docket. The Court has reviewed both the letter submitted by the government and the agreed-upon, proposed redactions identified by counsel. The Court finds that the proposed redactions are essential due to the sensitive nature of the information and to protect certain privacy interests, as well as the government's investigatory interests. Further, defense counsel have consented to these proposed redactions. Accordingly, this information may be filed under seal. The Court will file the unredacted version of the letter under seal on the docket. SO | |

1:23mj167, USA v. Ermin

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | ORDERED. Signed by Hon. Elizabeth A. Wolford on 01/22/2024. (CAL) (Entered: 01/22/2024) | |
| 8 | 01/22/2024 | Sealed Document as to John Thomas Ermin (unredacted letter referenced in 7 Text Order) (CAL) (Entered: 01/22/2024) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

**EXHIBIT B**

# 1:23mr552, USA v. Ermin

US District Court Criminal Docket

United States District Court, New York Western

(Buffalo)

**This case was retrieved on 01/26/2024**

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| 1 | 12/12/2023 | MOTION Review of Magistrate Judge's Determination on Detention by USA as to John Thomas Ermin (23-mj-167). (LB) (Entered: 12/12/2023) | |
| 2 | 12/12/2023 | TEXT ORDER as to John Thomas Ermin re the Government's 1 Motion for Review of Magistrate Judge's Determination on Detention. The December 12, 2023 order of United States Magistrate Judge H. Kenneth Schroeder, Jr., releasing Defendant John Thomas Ermin is hereby STAYED until such time that the District Court can hear and determine the Government's motion for Review of the Magistrate Judge's Determination on Detention. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/12/2023. (KEF) (Entered: 12/12/2023) | |
| 3 | 12/14/2023 | NOTICE OF HEARING: Oral Argument set for 12/19/2023 at 3:30 PM in Chautauqua Courtroom, 8th Floor East, 2 Niagara Square, Buffalo, NY before Hon. John L. Sinatra, Jr. (KLH) (Entered: 12/14/2023) | |
| 4 | 12/15/2023 | TEXT ORDER as to John Thomas Ermin. The Clerk of Court is directed to reassign this matter to Hon. Elizabeth A. Wolford. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 12/15/2023. (KLH) (Entered: 12/15/2023) | |
| | 12/15/2023 | Case as to John Thomas Ermin reassigned to Hon. Elizabeth A. Wolford. Hon. John L. Sinatra, Jr. no longer assigned to the case. (SG) (Entered: 12/15/2023) | |
| 5 | 12/15/2023 | TEXT ORDER. The oral argument set for December 19, 2023, at 3:30 p.m. at the U.S Courthouse, 2 Niagara Square, Buffalo, New York, shall instead be heard on December 19, 2023, at 3:30 p.m. at the U.S. Courthouse, 100 State Street, Rochester, New York. Please note that this is a location change only; the time and date remain the same. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 12/15/2023. (CDH) (Entered: 12/15/2023) | |
| 6 | 12/19/2023 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: Joseph M. Tripi, AUSA with Karen Champoux, Paralegal; George V. C. Muscato, Esq. with defendant; Kristen Nenni, USPO and Troy Zeller, USPO. Oral Argument re 1 MOTION Review of Magistrate Judge's Determination on Detention held on 12/19/2023. Decision reserved pending continuation of proceeding as discussed on the record. Further Oral Argument set for 12/27/2023 at 11:00 AM in US Courthouse, 2 Niagara Square, Buffalo, NY 14202-3350 before Hon. Elizabeth A. Wolford. (Court Reporter Karen Clark.) (DPS) (Entered: 12/21/2023) | |
| 7 | 12/27/2023 | Minute Entry for proceedings held before Hon. Elizabeth A. Wolford: Appearances: AUSA Joseph M. Tripi w/ Paralegal Karen Champoux. George V.C. Moscato, Esq. w/ Deft Ermin. USPO Andre McCray. Oral Argument held on 12/27/2023 re: review of | |

1:23mr552, USA v. Ermin

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | M/J's determination on detention. Decision reserved, written order to be filed. (Court Reporter Karen Clark.)(SDW) (Entered: 12/27/2023) | |
| 8 | 01/03/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Continuation of Detention Hearing as to John Thomas Ermin held on 12/27/23 before Judge Wolford. Court Reporter/Transcriber Karen J. Clark, Karen_Bush@nywd.uscourts.govKarenclark1013@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/24/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/2/2024. (SG) (Entered: 01/03/2024) | |
| 9 | 01/03/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to John Thomas Ermin held on 12/19/23 before Judge Wolford. Court Reporter/Transcriber Karen J. Clark, Karen_Bush@nywd.uscourts.govKarenclark1013@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 1/24/2024. Redacted Transcript Deadline set for 2/5/2024. Release of Transcript Restriction set for 4/2/2024. (SG) (Entered: 01/03/2024) | |
| 10 | 01/03/2024 | DECISION AND ORDER granting 1 Appeal of Release Order as to John Thomas Ermin. The Court orders pursuant to 18 U.S.C. § 3142(e) that the defendant John Thomas Ermin be detained pending trial. Signed by Hon. Elizabeth A. Wolford on 01/03/2024.(CDH) (Entered: 01/03/2024) | |
| 11 | 01/12/2024 | NOTICE OF APPEAL. Filing fee $ 605, receipt number ANYWDC-5078985. Appeal Record due by 1/17/2024. (Attachments: # 1 Certificate of Service)(Muscato, George) (Entered: 01/12/2024) | |
| 12 | 01/12/2024 | TRANSCRIPT REQUEST by John Thomas Ermin for proceedings held on 12/12/23, 12/19/23, 12/27/23 before Judge Elizabeth A. Wolford, re 11 Notice of Appeal Transcript due by 1/17/2024. (Muscato, George) (Entered: 01/12/2024) | |
| | 01/16/2024 | Within 14 days of filing the Notice of Appeal, the appellant is required to electronically file with the District Court an index of filed documents it wishes the Court of Appeals to consider, called Designation of Record on Appeal. After receipt, the Clerks Office will certify and transmit the index to the Circuit. (SG) (Entered: 01/16/2024) | |
| 13 | 01/22/2024 | Letter filed by USA as to John Thomas Ermin (Tripi, Joseph) (Entered: 01/22/2024) | |
| 14 | 01/22/2024 | TEXT ORDER re 13 redacted letter dated January 6, 2024, filed by USA as to John Thomas Ermin and Scott Barnes. On January 6, 2024, the government submitted a letter of correction to the Court, which it sought to file under seal. Because sealing must be narrowly tailored to protect a legitimate interest and not all the information in the letter was required to be sealed, the Court directed counsel to work together to identify proposed redactions from the letter. The government has filed the redacted version of the letter on the docket. The Court has reviewed both the letter submitted by the government and the agreed-upon, proposed redactions identified by counsel. The Court finds that the proposed redactions are essential due to the sensitive nature of the information and to protect certain privacy interests, as well as the government's investigatory interests. Further, defense counsel | |

1:23mr552, USA v. Ermin

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
| | | have consented to these proposed redactions. Accordingly, this information may be filed under seal. The Court will file the unredacted version of the letter under seal on the docket. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 01/22/2024. (CAL) (Entered: 01/22/2024) | |
| 15 | 01/22/2024 | Sealed Document as to John Thomas Ermin (unredacted letter referenced in 14 Text Order) (CAL) (Entered: 01/22/2024) | |
| 16 | 01/23/2024 | DESIGNATION OF RECORD ON APPEAL by John Thomas Ermin re 11 Notice of Appeal CLERK TO FOLLOW UP (Attachments: # 1 Certificate of Service)(Muscato, George) (Entered: 01/23/2024) | |
| 17 | 01/23/2024 | CLERKS CERTIFICATE as to John Thomas Ermin filed and electronically sent to Court of Appeals re 16 Designation of Record on Appeal/Index. (SG) (Entered: 01/23/2024) | |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.

*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**

**EXHIBIT C**

1      **UNITED STATES DISTRICT COURT**
       **WESTERN DISTRICT OF NEW YORK**
2


3   UNITED STATES OF AMERICA,        )
                                     ) Case No. 1:23-MJ-1667
4                                    )            (JLS)(JJM)
                    Plaintiff,       )
5                                    )
    vs.                              ) December 12th, 2023
6                                    )
    JOHN ERMIN,                      )
7                                    )
                    Defendant.       )
8


9               **TRANSCRIPT OF BAIL HEARING**
          **BEFORE THE HONORABLE H. KENNETH SCHROEDER, JR.**
10              **UNITED STATES MAGISTRATE JUDGE**


11


12  <u>APPEARANCES</u>:


13  For the Plaintiff:   TRINI E. ROSS
                         UNITED STATES ATTORNEY
14                       BY:  CASEY CHALBECK, ESQ.
                              NICHOLAS COOPER, ESQ.
15                            JOSEPH TRIPI, ESQ.
                         ASSISTANT UNITED STATES ATTORNEYS
16                       138 Delaware Avenue
                         Buffalo, NY 14202
17
    For the Defendant:   MUSCATO, DIMILLO & VONA, LLP
18                       BY:  GEORGE V. C. MUSCATO, ESQ.
                         107 East Avenue
19                       Lockport, NY 14094


20  Probation Officers:  KHALID EMERSON


21  Audio Recorder:      LLANE GUIDOTTI


22  Transcriber:         MEGAN E. PELKA, RPR
                         Robert H. Jackson US Courthouse
23                       2 Niagara Square
                         Buffalo, NY 14202
24                       (716) 229-0880


25          Proceedings recorded with electronic sound recording,
    transcript prepared with computer-aided transcription.

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

1

| | | |
|---|---|---|
| 09:35AM | 1 | THE CLERK:  This is United States v. John Thomas |
| 04:02PM | 2 | Ermin, docket number 23-MJ-167.  This is the appearance of |
| 04:02PM | 3 | counsel and detention hearing.  Assistant United States |
| 04:02PM | 4 | Attorneys Joseph Tripi, Nicholas Cooper, and Casey Chalbeck |
| 04:02PM | 5 | appearing on behalf of the government.  George Muscato |
| 04:02PM | 6 | appearing with defendant.  United States Probation Office |
| 04:02PM | 7 | Khalid Emerson. |
| 04:02PM | 8 | THE COURT:  Good afternoon. |
| 04:02PM | 9 | MR. TRIPI:  Good afternoon, Your Honor. |
| 04:02PM | 10 | MR. MUSCATO:  Good afternoon, Your Honor. |
| 04:02PM | 11 | THE COURT:  We're here for a detention hearing.  Are |
| 04:02PM | 12 | we ready to proceed? |
| 04:02PM | 13 | MR. TRIPI:  Yes, Your Honor. |
| 04:02PM | 14 | THE COURT:  Mr. Muscato? |
| 04:02PM | 15 | MR. MUSCATO:  Yes, Your Honor.  Sorry. |
| 04:02PM | 16 | MR. TRIPI:  May I proceed, Your Honor? |
| 04:02PM | 17 | THE COURT:  Yes. |
| 04:02PM | 18 | MR. TRIPI:  Good afternoon.  Your Honor, as you know |
| 04:02PM | 19 | from our initial appearance, there are several bases the |
| 04:03PM | 20 | government is moving for detention under.  Eighteen US Code |
| 04:03PM | 21 | 3142(f)(1)(E) relating to the defendant's possession of |
| 04:03PM | 22 | firearms, 18 US Code 3142(f)(2)(A), relating to his flight |
| 04:03PM | 23 | risk, and 18 US Code 3142(f)(2)(B) regarding his risk of |
| 04:03PM | 24 | obstruction of justice. |
| 04:03PM | 25 | As this Court well knows, this criminal complaint is |

04:03PM  1  merely the mechanism by which the defendant comes before the

04:03PM  2  Court.  But, when assessing his dangerousness or his risk of

04:03PM  3  flight, the Bail Reform Act has several factors that this

04:04PM  4  Court considers, and most of them go well beyond the four

04:04PM  5  corners of the complaint; that is, the nature and

04:04PM  6  circumstances of the offense, including whether the crime

04:04PM  7  involves a firearm; the weight of the evidence; the history

04:04PM  8  and characteristics of the offender; and the nature and

04:04PM  9  seriousness of the danger the defendant would pose to any

04:04PM  10  person or the community.

04:04PM  11      Now, I'll be proffering a number of exhibits as I go

04:04PM  12  along, Your Honor, and I think this Court will agree when I'm

04:04PM  13  done that each of those factors weighs in favor of detention.

04:04PM  14  But, just taking it back for a moment, to sort of a 30,000-

04:04PM  15  foot view.  What brings this defendant to court was a search

04:05PM  16  warrant, series of search warrants, that were authorized by

04:05PM  17  this Court that were executed by the Federal Bureau of

04:05PM  18  Investigation.

04:05PM  19      Those search warrants encompassed several locations both

04:05PM  20  associated with this defendant and others associated with the

04:05PM  21  defendant.  Specifically, there was search warrant executed at

04:05PM  22  the defendant's residence at 41 Richmond in Lancaster, New

04:05PM  23  York.  There was a search warrant executed at the Outlaws

04:05PM  24  Motorcycle Club clubhouse compound in the City of Buffalo.

04:05PM  25  There was search warrant executed at a residence associated

04:05PM   1   with a member of the Rare Breed Motorcycle Club, a support

04:06PM   2   club for the Outlaws.  And there were two search warrants

04:06PM   3   executed at clubhouses associated with the Rare Breed

04:06PM   4   Motorcycle Club, again, a support club for the Outlaws

04:06PM   5   Motorcycle Club.

04:06PM   6       In total, just as it relates to this defendant, there were

04:06PM   7   16 firearms, ammunition, dozens of blunt instruments and

04:06PM   8   cutting weapons found in his residence.  Overall, the searches

04:06PM   9   that this Court authorized that day totalled 50 firearms,

04:06PM  10   thousands of rounds of ammunition, approximately over $50,000

04:06PM  11   in cash believed to be the proceeds of criminal and unlawful

04:07PM  12   activity, various types of drugs, and even a human skull at

04:07PM  13   one location.

04:07PM  14       Now, this defendant, Your Honor, and the defendant that

04:07PM  15   you'll be hearing from next or having a court appearance next

04:07PM  16   Scott Barnes, they're not just any regular criminals charged

04:07PM  17   with a 922(g) offense in the Western District of New York or

04:07PM  18   anywhere.  They are ranking members of the Outlaws Motorcycle

04:07PM  19   Club.

04:07PM  20       And I'll proffer to the Court Government Exhibit 8A. It

04:08PM  21   will be up on your screen, Your Honor.  This is a chart that

04:08PM  22   shows you the organizational structure of the Outlaws

04:08PM  23   Motorcycle Club, which is a motorcycle club that has been

04:08PM  24   involved for decades in racketeering-related activity,

04:08PM  25   murders, drug trafficking, prostitution.  They're known as the

| | | |
|---|---|---|
| 04:08PM | 1 | American Outlaws Association or the AOA.  However, that's |
| 04:08PM | 2 | their public-facing moniker.  Privately, that stand for Only |
| 04:08PM | 3 | Aryans Allowed.  And you'll hear a lot about the white |
| 04:08PM | 4 | supremacist and Nazi rhetoric that they promote in the context |
| 04:08PM | 5 | of their club. |
| 04:09PM | 6 | Now, what makes these two individuals and Mr. Ermin |
| 04:09PM | 7 | specifically particularly dangerous is, at this Outlaws |
| 04:09PM | 8 | organizational structure, you have a national president at the |
| 04:09PM | 9 | very top.  And, right under that, you have a national |
| 04:09PM | 10 | enforcer.  This Court today had in front of it the national |
| 04:09PM | 11 | president of the Outlaws Motorcycle Club.  And, after this, |
| 04:09PM | 12 | you will be the national enforcer of the Outlaws Motorcycle |
| 04:09PM | 13 | Club.  It is a racist, para-military organization that's |
| 04:10PM | 14 | highly structured and very dangerous. |
| 04:10PM | 15 | By virtue of their positions in this club, those two |
| 04:10PM | 16 | individuals have risen through the ranks of an organization |
| 04:10PM | 17 | that values violence, loyalty -- loyalty not in a context of |
| 04:10PM | 18 | every day citizenry, but loyalty in the context of people who |
| 04:10PM | 19 | don't snitch, people who don't cooperate with law enforcement, |
| 04:10PM | 20 | and people who protect their club above all else, all threats, |
| 04:10PM | 21 | real and perceived. |
| 04:10PM | 22 | And a big part of that is retaliating and causing |
| 04:10PM | 23 | retaliations against witnesses or would-be witnesses.  The |
| 04:11PM | 24 | Outlaws' national motto since, I believe, about 1969, and |
| 04:11PM | 25 | you'll see this in a tattoo on Mr. Ermin's stomach and on a |

04:11PM  1    shirt that he wears is, "God Forgives.  Outlaws Don't".  That

04:11PM  2    means they direct violence towards people that threaten their

04:11PM  3    organization that's been in existence for a long time.

04:11PM  4        Another moniker they're known to say and promote on their

04:11PM  5    shirts, and you'll see photos of this, you'll see photos of

04:11PM  6    Mr. Ermin wearing this shirt, is "snitches are a dying breed".

04:11PM  7    That means this kill snitches.  They kill informants, Your

04:11PM  8    Honor.  It's particularly concerning when I show you

04:12PM  9    photographs of some of the paperwork, law-enforcement

04:12PM  10   sensitive paperwork, found as a result of the searches that

04:12PM  11   this Court rightfully authorized.

04:12PM  12       Now, to highlight the point, two prior national presidents

04:12PM  13   of the Outlaws.  Harry "Taco" Bowman, who died in April of

04:12PM  14   2019, Mr. Ermin attended his wake, and texted photos lovingly

04:12PM  15   of Mr. Bowman.  He was charged with multiple counts of RICO

04:12PM  16   murder, and he died in prison of cancer.

04:12PM  17       One of the text messages that Mr. Ermin sent Peter Gerace,

04:12PM  18   a defendant in a case pending in this courthouse, and the

04:13PM  19   owner of Pharaoh's where Mr. Ermin was employed, was a picture

04:13PM  20   of all the Outlaws at that person's funeral, indicating that

04:13PM  21   he respected the amount of people that showed up at that

04:13PM  22   funeral; respected Mr. Bowman for the amount of people that

04:13PM  23   showed up at that funeral.

04:13PM  24       Another national president is an individual named Jack

04:13PM  25   Rosga.  I might be pronouncing it wrong.  And that's an

04:13PM  1  individual who has written letters to both Mr. Barnes who

04:13PM  2  you'll hear, you'll hear his case next, and to Mr. Ermin.

04:14PM  3      So, one of the letters that was found in the Outlaws'

04:14PM  4  clubhouse, and you'll hear more about this later, I believe,

04:14PM  5  when Mr. Cooper proffers in the Barnes detention hearing, was

04:14PM  6  from this individual, Jack Rosga.  And this is the DOJ press

04:14PM  7  release for his conviction when he was sentenced to 20 years

04:14PM  8  in prison out of the Eastern District of Virginia.

04:14PM  9      Now, Jack Rosga was known as Milwaukee Jack.  He was a

04:14PM  10  prior national president.  And, in the press release, the DOJ

04:15PM  11  said he led an Outlaws Motorcycle Gang that was violent at the

04:15PM  12  core.  As the gang's national president, he declared war on

04:15PM  13  rival Hell's Angels and ordered violent acts on rival gang

04:15PM  14  members.

04:15PM  15      Now, after that individual, there was another national

04:15PM  16  president who's -- recently, we found a letter -- retired from

04:15PM  17  the Outlaws due to medical issues, and then you have

04:15PM  18  Mr. Ermin.  So, that is the ship that he took over stewardship

04:15PM  19  of and he has legions of Outlaws who would cause a grave risk

04:15PM  20  of obstructionism to witnesses, perceived witnesses, potential

04:16PM  21  witnesses against Mr. Ermin, the Outlaws, and anyone

04:16PM  22  associated with the Outlaws that could harm that organization

04:16PM  23  such as Peter Gerace, and the activities at Pharaoh's

04:16PM  24  Gentlemen's Club.

04:16PM  25      The letter from this Mr. Rosga stated that he was looking

04:16PM    1    forward -- he gets released, I believe, in 2027.  He was

04:16PM    2    looking forward to seeing Tommy O. 1 percenter.  It was in a

04:16PM    3    letter to Mr. Barnes when he gets out.

04:16PM    4        So, the Outlaws, Your Honor, when you're assessing risk of

04:16PM    5    flight, think of this.  They're in 19 countries.  They have

04:17PM    6    dozens of chapters in those countries.  They're all over

04:17PM    7    Europe, England Ireland, Germany, Spain, Italy, France,

04:17PM    8    Belgium.  They're in Canada.  They're in Sweden.  They're in

04:17PM    9    South America.  Under Mr. Ermin's stewardship, they opened up

04:17PM   10    chapters in Brazil, and you'll see pictures about that where

04:17PM   11    people from all over the country send Mr. Ermin information

04:17PM   12    about who might be an informant or a snitch.

04:17PM   13        They have chapters in Asia, Thailand, Philippines, Japan,

04:18PM   14    Russia, Serbia, Austria, Czechia, Poland.  That's just out of

04:18PM   15    the country; numerous chapters all over the world.  In the

04:18PM   16    United States, they have approximately 136 listed chapters in

04:18PM   17    25 different states.  There's a very high risk of flight here.

04:18PM   18    They can go anywhere.

04:18PM   19        So, let's talk about becoming an Outlaw, just what it

04:18PM   20    means by virtue of the fact that they're sitting here is that

04:18PM   21    they've risen through the ranks.  They've committed to the 1

04:18PM   22    percenter criminal lifestyle.  That's a lifestyle where

04:18PM   23    beatings are regular, only violence is respected, and women

04:18PM   24    are property; where drug use and distribution are routine, and

04:19PM   25    where clubhouses are havens for all that activity to happen

04:19PM 1    behind closed doors at night when regular society is likely

04:19PM 2    sound asleep.

04:19PM 3        They set up a structure by which they're insulated from

04:19PM 4    criminal activity.  And this is consistent with the search

04:19PM 5    warrant that this Court signed and the Attachment B that they

04:19PM 6    now have which permitted law enforcement to look for

04:19PM 7    information regarding the relationship between the Rare Breed

04:19PM 8    and the Outlaws.

04:19PM 9        They've got several support clubs that are available to

04:19PM 10   them to aid their criminal activity and insulate them from

04:20PM 11   criminal behavior -- or criminal liability.  Those include the

04:20PM 12   Black Pistons, the Chosen Few, the Rare Breed and others in

04:20PM 13   this area.  Nationwide, they have legions of others.  As the

04:20PM 14   dominant 1 percenter club in this area, other clubs have to

04:20PM 15   get permission for the Outlaws to even open up, and their

04:20PM 16   territory in Western New York, Buffalo area, and surrounding

04:20PM 17   suburbs are controlled by the Outlaws.

04:20PM 18       I'd like to pivot a little bit, though, and talk to you

04:20PM 19   about the nexus that Mr. Ermin has to the activity at

04:20PM 20   Pharaoh's Gentlemen's Club.  That case involves numerous acts

04:20PM 21   of the witness tampering, charged and uncharged, to include

04:21PM 22   the placement of dead rats on people's residences, to include

04:21PM 23   an assault on a federal witness.  Not alleging that Mr. Ermin

04:21PM 24   committed that assault, but I'm giving you an example of some

04:21PM 25   of the issues that have happened in that case.  There are

04:21PM 1 allegations of corruption, drug distribution, sex trafficking

04:21PM 2 through force, fraud, and coercion. Mr. Ermin is employed at

04:21PM 3 Pharaoh's Gentlemen's Club as the manager and several other

04:21PM 4 Outlaws are employed there as well. So, they have a very

04:21PM 5 significant interest in anyone who might incriminate them vis

04:21PM 6 a vie the conduct occurring the Pharaoh's or elsewhere.

04:22PM 7 Here's how Mr. Ermin and the Outlaws view snitches.

04:22PM 8          THE COURT: Don't talk while you're away from the

04:22PM 9 mic.

04:22PM 10          MR. TRIPI: I'm sorry. Here's how Mr. Ermin and

04:22PM 11 others in the Outlaws view snitches. So, what I'm going to

04:22PM 12 show you first, Your Honor, are items that were seized from

04:22PM 13 Mr. Ermin's personal residence, and his personal area, and it

04:22PM 14 appears to be directives to others.

04:22PM 15     So, the heading of this note is, nobody talks. Everybody

04:22PM 16 walks. It says, make sure they know not to talk if arrested,

04:22PM 17 shot, stabbed, beat, to cops, or in court. If they don't

04:23PM 18 understand this, they don't need them. And I think that

04:23PM 19 encapsulates the mind set of your rank and file Outlaws. He's

04:23PM 20 the boss of them all.

04:23PM 21     Talk about more law enforcement consciousness. Another

04:23PM 22 note he has, he writes -- we believe this it to be him. His

04:23PM 23 handwriting was in his personal area of his house -- jail

04:23PM 24 letters, phone, visiting rooms, it's dry snitching. It ties

04:23PM 25 our hands to include phones, texts, email, social media, dry

04:23PM   1   snitching, pillow talk, discussing in front of citizens,

04:24PM   2   cunts, dry snitching.  That's a used a word to describe

04:24PM   3   females.  Awful.

04:24PM   4       So, not only are they concerned about people who actually

04:24PM   5   flip and become cooperators as identified by some of the very

04:24PM   6   sensitive law enforcement documents that Mr. Ermin and the

04:24PM   7   club have gotten their hands on through some means unknown at

04:24PM   8   this time.

04:24PM   9       Another insight into the mindset, this was seized from Mr.

04:24PM  10   Ermin's residence.  You can see he's on the right.  He's

04:25PM  11   wearing a shirt that says, "Free Taco.  America's most wanted

04:25PM  12   Outlaw".  Again, that's the reference to Taco Bowman who was

04:25PM  13   convicted of multiple racketeering murders and ultimately died

04:25PM  14   in federal prison.

04:25PM  15       Another photo that was inside his residence, the details

04:25PM  16   aren't important, Judge, but you can begin to see how

04:25PM  17   committed he is to that "God Forgives Outlaws Don't" mantra.

04:25PM  18   The GFO you can make out is tattooed on his stomach.  You

04:25PM  19   can't really see the D.  You see the G, the F, the O, and

04:25PM  20   you're missing the D.

04:25PM  21       Also in his residence, I mentioned snitches are a dying

04:26PM  22   breed.  There's a T-shirt that says it.  Guns firing out.

04:26PM  23   This is the motto that they live by, Your Honor, for any

04:26PM  24   within that threatens their criminal organization.  And for

04:26PM  25   good measures, Exhibit 2F is Mr. Ermin wearing said shirt.

04:26PM  1    He's on the right.

04:26PM  2        So, I just laid down Government Exhibits 2A through F

04:26PM  3    inclusive on the ELMO just for record purposes.  Previously,

04:26PM  4    the exhibits were Government Exhibit 8A, and Government

04:26PM  5    Exhibit 8B.  Sorry I didn't call those out earlier.

04:27PM  6        Another example similar to what we find in Mr. Ermin's

04:27PM  7    personal residence, in the clubhouse on Northumberland, I'm

04:27PM  8    going to show you a series of exhibits that further solidify

04:27PM  9    how they view government informants and people who talk.

04:27PM 10        Here's Government Exhibit 17A.  This was over the bar area

04:27PM 11    at the clubhouse.  You have a skeleton of a dead rat with a

04:27PM 12    ring that you cant really see from the photo but it says 1

04:27PM 13    percenter on it.  From a noose hanging from an Outlaws 1

04:28PM 14    percent patch the imagery is immistakable.  Rats die.

04:28PM 15        Now, put that in context, Your Honor, of the warrants that

04:28PM 16    you authorized, the Attachment B that they're now aware of.

04:28PM 17    They know they're being investigated, and some of the things

04:28PM 18    that Attachment B allowed us to search for was evidence

04:28PM 19    related to witness tampering and the death of a federal

04:28PM 20    witness.

04:28PM 21        They have more shirts like this in their clubhouse.

04:28PM 22    Snitches are a dying breed.  They have hats that say, "Talk

04:28PM 23    shit, get shit" and "Snitches get stitches" and more of the

04:28PM 24    same.  That was Government Exhibit 17 A through D inclusive,

04:29PM 25    Your Honor.

04:29PM 1    So those items from the clubhouse mirror many of the items

04:29PM 2    that were seized from Mr. Ermin's residence and they all lead

04:29PM 3    to the unmistakable conclusion that the Outlaws will harm

04:29PM 4    informants.  You know, one of the things Crystal Quinn stated

04:29PM 5    before she died, while she was a government cooperator, was

04:29PM 6    that she was afraid the Outlaws would kill her as a result of

04:29PM 7    her cooperation.  It seems like her fears, based upon the

04:29PM 8    imagery that I've just shown this court, were well-founded.

04:29PM 9    Back to Mr. Ermin's residence.  I mentioned Taco Bowman,

04:30PM 10   the prior leader.  This is in his bedroom, Exhibit 5A.  It's

04:30PM 11   essentially a shrine to probably the most notorious Outlaws

04:30PM 12   member ever, and it speaks to this defendant's dangerousness

04:30PM 13   and his mindset.  If this is his God, if this is someone he

04:30PM 14   followed to the end of time, that's the person you're are

04:30PM 15   dealing with today; controlling and commanding legions of

04:30PM 16   others who they make sure think the same way.  It doesn't get

04:30PM 17   more dangerous than the individual if your courtroom today.

04:30PM 18   Exhibit 5B, this is patches if I can get it to un-blur.

04:31PM 19   Patches in the defendant's residence protected by Outlaws,

04:31PM 20   American Outlaw Association or Only Aryans Allowed.  And then,

04:31PM 21   there's a long patch here that I'm not going to be able to get

04:31PM 22   all the letters, but it stands for pill popping, dope smoking,

04:31PM 23   pussy eating, and then the rest of the letters, Judge, I can't

04:31PM 24   figure out.  But pill popping, we have information that

04:31PM 25   Mr. Ermin has supplied pills to individuals.  Dope smoking, he

04:32PM 1   acknowledges being a user of marijuana.  That was found in his

04:32PM 2   house.  And then, the rest of it is consistent with the P. E.,

04:32PM 3   how they treat women, which we'll get into a little bit later.

04:32PM 4   So, that's Exhibit 5B.  And I apologize I don't know the rest

04:32PM 5   of the letters.  By the time of trial, we'll certainly know.

04:32PM 6       But you want to talk about more of the nexus to Pharaoh's

04:32PM 7   and more of a nexus to why this defendant was highly motivated

04:32PM 8   to potentially silence any witnesses against Mr. Gerace,

04:33PM 9   here's a photo, Government Exhibit 6A, taken during an

04:33PM 10  unsanctioned party that Mr. Gerace had while on pretrial

04:33PM 11  release last Labor Day.  And you see Mr. Ermin and Mr. Barnes

04:33PM 12  in the back yard.  Now, Mr. Barnes is a felon.  I know he

04:33PM 13  wasn't supposed to be at Mr. Gerace's house.  And Mr. Ermin's

04:33PM 14  wearing a shirt.  I'll show you what it says in a moment.

04:33PM 15  Here's 6B.  And, in case it's unclear, I typed in the box next

04:33PM 16  to it, the acronym right on his shirt, "God Forgives Outlaws

04:33PM 17  Don't".

04:33PM 18      Now, of course, this not probation's fault for their

04:33PM 19  recommendation.  They don't know any of this information.  So,

04:34PM 20  they couldn't have waited.  And that's why this Court

04:34PM 21  shouldn't put any stock -- no offense to Probation, but it

04:34PM 22  shouldn't put any stock in the recommendation here.  This is a

04:34PM 23  criminal organization that's too large, too complex and these

04:34PM 24  facts are too convoluted 15-minute probation interview to have

04:34PM 25  any weight.

04:34PM 1    Just to give you some general idea of what the clubhouse

04:34PM 2 looked like, Your Honor, you can see their nationwide reach

04:34PM 3 and their international reach.  So, you have Outlaw flags from

04:34PM 4 Alabama, Rhode Island, Vermont, showing Outlaws from all over

04:34PM 5 the country.  You also have a flag -- that was 15A.  Here's

04:34PM 6 15B -- regarding their support club, the Black Pistons, in

04:35PM 7 south Atlanta, the Black Pistons in Illinois; also, in and of

04:35PM 8 itself, a 1 percent club.

04:35PM 9    Think of it as the AAA team for a major legal baseball

04:35PM 10 squad.  You have to be a really good player on that AAA team

04:35PM 11 to make it to the major league.  The Outlaws, led by Mr.

04:35PM 12 Ermin, are the major leagues.  And, ultimately, he decides if

04:35PM 13 you make the jump to the big leagues.

04:35PM 14    Fifteen C.  Talk about law enforcement consciousness.

04:35PM 15 They post signs.  This is just one example.  Absolutely no

04:35PM 16 cell phone use in the clubhouse.  The sign continues, if you

04:35PM 17 need to use the phone, get a member to let you outside because

04:35PM 18 anyone who goes into an Outlaw clubhouse has to turn in their

04:36PM 19 phone, not bring their phone, cannot touch the door.  So,

04:36PM 20 think about some movies you might have watched.  Now you can't

04:36PM 21 leave.  That's literally how it is in an Outlaws clubhouse.

04:36PM 22 You can't walk out on your own.

04:36PM 23    More imagery, 15D.  Support your local Outlaws on a mug

04:36PM 24 with a gun pointing at people.  Fifteen E, another picture of

04:36PM 25 the sign, attention, no cell phone use.  Same sign posted on

| | | |
|---|---|---|
| 04:36PM | 1 | the door reminding everyone.  Imagery of brass knuckles and |
| 04:37PM | 2 | I'm not even showing you all the blunt force instruments and |
| 04:37PM | 3 | other weapons that are non-firearm related, Your Honor. |
| 04:37PM | 4 | Getting back to Pharaoh's and law enforcement documents, |
| 04:37PM | 5 | Mr. Ermin, from his residence, was certainly tracking |
| 04:37PM | 6 | developments in the Pharaoh's case.  He kept the newspaper |
| 04:37PM | 7 | article, this is Exhibit 3A, written by The Buffalo News.  The |
| 04:37PM | 8 | headline is, Pharaoh's manager in alleged (inaudible). |
| 04:41PM | 9 | And then also found in his residence, Exhibit 3B, was a |
| 04:41PM | 10 | ledger for legal expenses in the year of 2021.  So, this is |
| 04:41PM | 11 | the same year that the second superseding indictment in the |
| 04:41PM | 12 | Gerace case was returned targeting Pharaoh's, Gerace, |
| 04:41PM | 13 | Bongiovanni.  This is legal expenses during that year. |
| 04:41PM | 14 | And it looks like they've got a P.A.C.E.R. account.  We |
| 04:42PM | 15 | all know from being attorneys that's how people monitor cases. |
| 04:42PM | 16 | And, sometimes, you can infer whether someone is cooperating |
| 04:42PM | 17 | or not based upon the sequencing of dockets.  At this court |
| 04:42PM | 18 | might recall, as it relates to Ms. Quinn, there were |
| 04:42PM | 19 | adjournments in her criminal complaint prior to her death. |
| 04:42PM | 20 | That's not all.  Although Exhibits 3A and B were |
| 04:42PM | 21 | information found in Mr. Ermin's residence, there's more of a |
| 04:42PM | 22 | nexus to Pharaoh's from the Outlaws clubhouse.  Here's Exhibit |
| 04:42PM | 23 | 12A.  A Pharaoh's shirt was found, marked as item 1, in the |
| 04:42PM | 24 | photo.  Pharaoh's Buffalo, New York.  And 12B is a Pharaoh's |
| 04:43PM | 25 | Gentlemen's Club banner that was at the property. |

04:43PM 1    Now, I want to show you what's in a pile of seriously

04:43PM 2 concerning information, what might be the most concerning,

04:43PM 3 even before you get to the guns and the weapons, these are

04:43PM 4 going to be law enforcement sensitive documents from all over

04:43PM 5 the country to include here in the Western District of New

04:43PM 6 York found in Mr. Ermin's residence.

04:43PM 7    Specifically, in the case of Gerace, there's a sealed

04:43PM 8 indictment.  What's significant about that, Judge, is, if you

04:43PM 9 go on to P.A.C.E.R., the sealed cover page is not on the

04:44PM 10 publicly-available indictment.  So, they got a hard copy from

04:44PM 11 someone associated with Defendant Gerace, because I handed out

04:44PM 12 those copies in court that had sealed cover page.  And they

04:44PM 13 ended up in the national president of the Outlaws' residence.

04:44PM 14    I suppose once it's unsealed, that's fine, that's not a

04:44PM 15 crime, but in the context of what's happening here is what's

04:44PM 16 been proffered about how this organization operates and

04:44PM 17 snitches, it should give this Court graves concerns of the

04:44PM 18 risk of obstructionism that will continue upon release.

04:44PM 19    These other documents are search warrant documents; not

04:44PM 20 for Mr. Ermin's residence, but for another Outlaw who works at

04:45PM 21 Pharaoh's who house was searched in 2021, PJ Resolowski, who

04:45PM 22 ironically had his house searched again this past week, the

04:45PM 23 other day, and who was charged this past week in a case

04:45PM 24 pending before Judge McCarthy.  But, as far back as 2021,

04:45PM 25 Mr. Ermin was monitoring that individual's case as well.  And

04:45PM  1   then, you could see Exhibit 1A, 1B.  There were a number of

04:45PM  2   warrants.  One C, more Resolowski-related warrants.  One B is

04:45PM  3   a close up of the indictment.  One E, this is another warrant

04:45PM  4   regarding a vehicle related to Resolowski.  One F, more

04:46PM  5   Resolowski-related warrants.  One G, same thing.

04:46PM  6        Now, it would seem that Mr. Resolowski was likely under

04:46PM  7   orders to turn over all paperwork related to his case so that

04:46PM  8   the Outlaws could know what was going on with him and whether

04:46PM  9   they had a cause to be concerned about Mr. Resolowski.

04:46PM  10       Now, 1H is a little different.  This shows you how Outlaws

04:46PM  11  from literally all over the globe send money to Mr. Ermin.  I

04:46PM  12  believe this was a period of time when he had COVID and he was

04:47PM  13  in the hospital, but there was documentation from Outlaws in

04:47PM  14  Australia and other places sending him money.  Other states,

04:47PM  15  that's Exhibit 1H.

04:47PM  16       Exhibit 1I is an example of that.  Here's a donation from

04:47PM  17  the Orange Region.  The Orange Region consists of, according

04:47PM  18  to the information that I showed you in Government Exhibit 8A,

04:47PM  19  of Florida.  So, Florida donated him money.  One thousand

04:47PM  20  dollars.

04:47PM  21       This one's a letter from a chapter in Australia.  I'll

04:48PM  22  zoom it out so you can see that.  It's from the Nagambie

04:48PM  23  chapter in Australia.  And these are just several other

04:48PM  24  examples, Your Honor, of chapters from different places

04:48PM  25  sending money, mailing it in his wife's name, but certainly

04:48PM   1   intended for him.

04:48PM   2        One K, One L.  Now, this a little bit different as well.

04:49PM   3   If you look at 1M, the first page of this, they have a jail

04:49PM   4   list.  And they have -- they keep records of every Outlaw who

04:49PM   5   is in the penitentiary all over the country.  And they update

04:49PM   6   that list.

04:49PM   7        And there's one here from Buffalo, New York, Edgar DeKay

04:49PM   8   who, at the time that he was prosecuted federally, he was

04:49PM   9   prosecuted as part of the Kingsmen racketeering case that I

04:49PM  10   was the prosecutor on, but he had become an Outlaw by the time

04:49PM  11   he was sentenced.  In any event, he became an Outlaw after

04:49PM  12   moving over to the Nickel City Nomads.

04:49PM  13        And after, in 2015, Mr. Ermin, which doesn't show up in

04:49PM  14   his bail report, was stopped in Ohio during a road rage

04:49PM  15   incident with Mr. Ermin, Joseph Matthews a/k/a Lucky and Edgar

04:50PM  16   DeKay, a/k/a Special Ed.  There were firearms and meth in the

04:50PM  17   vehicle.  Mr. DeKay claimed that that stuff was his.

04:50PM  18        Of course, that case ended up going nowhere as it relates

04:50PM  19   to Mr. Ermin, but Mr. DeKay became a full patch Outlaw and his

04:50PM  20   plea agreement was found in Mr. Ermin's residence.

04:50PM  21        His transcript of his plea agreement here in federal court

04:50PM  22   that appeared before Judge Wolford was found in the Outlaws

04:50PM  23   clubhouse.  These are more law enforcement-sensitive documents

04:50PM  24   or information that -- withdrawn.

04:50PM  25        This is information another Outlaw who is out bad in

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

19

| | | |
|---|---|---|
| 04:50PM | 1 | Tennessee, who pled guilty in his case, sent Mr. Ermin -- |
| 04:50PM | 2 | trying to get back in the good graces of Mr. Ermin to get back |
| 04:51PM | 3 | into the club trying to say, I took a charge so that five |
| 04:51PM | 4 | other Outlaws could walk free.  I was a stand up brother; |
| 04:51PM | 5 | meaning I didn't snitch.  I didn't harm the club.  I helped |
| 04:51PM | 6 | the club.  And he's essentially begging Mr. Ermin for back |
| 04:51PM | 7 | into the Outlaws. |
| 04:51PM | 8 | That's Exhibit 1N, Exhibit 1O.  This was also in |
| 04:51PM | 9 | Mr. Ermin's residence, Your Honor.  Don't know how he got it. |
| 04:51PM | 10 | Highly concerning.  Law enforcement sensitive information from |
| 04:51PM | 11 | the FBI regarding intelligence.  Highly concerning.  Rampant |
| 04:51PM | 12 | obstruction.  People could die here.  We don't know what |
| 04:51PM | 13 | ramifications this document has as I stand here and proffer |
| 04:52PM | 14 | today. |
| 04:52PM | 15 | He has confidential mental health information for |
| 04:52PM | 16 | somebody.  Another case where he's monitoring a case in |
| 04:52PM | 17 | Pennsylvania, monitoring news reports.  This is Government |
| 04:52PM | 18 | Exhibit 1R. |
| 04:52PM | 19 | There's the plea agreement, 1S, for Mr. DeKay that I |
| 04:52PM | 20 | mentioned earlier.  One T is a document that shows you a |
| 04:52PM | 21 | little more about the mindset which relates to the |
| 04:53PM | 22 | dangerousness.  Many brothers have come and gone.  Some gave |
| 04:53PM | 23 | their lives.  Some gave their freedom.  In other words, some |
| 04:53PM | 24 | died in fights they had with other gangs.  Some went to prison |
| 04:53PM | 25 | for the club.  And the Outlaws are what they are today because |

04:53PM  1   they believed in the Outlaws true 1 percent brotherhood.  That

04:53PM  2   means, standup criminal organization that doesn't snitch and

04:53PM  3   fights to the death.  That's what they're talking about here

04:53PM  4   with their brotherhood.  And they use the word honor.  That's

04:53PM  5   what they mean.

04:53PM  6       One U, it's a news report.  And also more intelligence

04:54PM  7   regarding the Pagans and the Kingsmen that Mr. Ermin had that

04:54PM  8   somebody highlighted from the Jamestown Police Department.

04:54PM  9   Again, highly concerning.  One V, the close-up of that same

04:54PM  10  document.  One W are a number of transcripts where he's

04:54PM  11  monitoring more court activity from different places around

04:54PM  12  the country, Your Honor.  This is in his residence.  Probably

04:54PM  13  got more legal documents than you do in your residence, and

04:55PM  14  you're a judge.

04:55PM  15      One X, he's aware of, and appears to be tracking other

04:55PM  16  people in another jurisdictions that are caught on what

04:55PM  17  appears to be a wiretap transcript.  And he's not on the

04:55PM  18  wiretap, but it appears to reference him.  And so, he has

04:55PM  19  highlighting the reference to Tommy O. 1 percent.  Very law

04:55PM  20  enforcement-conscious, Your Honor.  He got notified that

04:55PM  21  Pennsylvania caught him on a wiretap in '09 not aware of any

04:55PM  22  charges that they were able to file resulting from that

04:55PM  23  notice.

04:56PM  24      Again, he's got a memorandum from US Probation that has

04:56PM  25  nothing to do with any case he has.  I think those memorandums

04:56PM 1 are typically confidential probation documents. I mentioned

04:56PM 2 earlier he received direct mail from the prior national

04:56PM 3 president and I read to you in Exhibit 1B the press release

04:56PM 4 regarding Milwaukee Jack. Well, there's the envelope where

04:56PM 5 he's mailing Mr. Ermin at the search location that this court

04:56PM 6 authorized.

04:56PM 7 Now, I told you earlier -- this is Exhibit 1AB for the

04:56PM 8 record -- that, under Mr. Ermin's stewardship, there was a

04:56PM 9 chapter opened in Brazil. And law enforcement, FBI agents

04:57PM 10 searching his residence, found this photo and what we believe

04:57PM 11 this to be is members of the motorcycle club in Brazil that

04:57PM 12 later became Outlaws or are associated in some way.

04:57PM 13 There's those blue arrows there. Well, if you go to

04:57PM 14 Exhibit -- 1AC is pretty similar. But, if you flip over that

04:57PM 15 photo, this is how it was in his house. So, Exhibit 1AD, on

04:57PM 16 the back of the Post-It, it says, blue arrows are supposed to

04:57PM 17 be cops in the -- that's the name of that other club I can't

04:58PM 18 pronounce, A-B-U-T-R-E-S. So, now, I put it back. Used blue

04:58PM 19 arrows, track potential undercover cops in Brazil. Talk about

04:58PM 20 international reach.

04:58PM 21 Exhibit 1AE are ATF law enforcement-sensitive documents

04:58PM 22 regarding a shooting that ATF not locally was investigating.

04:58PM 23 Those are confidential source reports. And there's notes on

04:58PM 24 them about who the informant is. So, the ATF didn't write the

04:58PM 25 notes about who the informant is. The highlighted information

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

| | | |
|---|---|---|
| 04:59PM | 1 | is the CI number.  And there's an indication next to it |
| 04:59PM | 2 | written by someone, presumably Mr. Ermin, as this was in his |
| 04:59PM | 3 | house.  This is name.  And I put my finger over it.  That's |
| 04:59PM | 4 | 1AF. |
| 04:59PM | 5 | One AG, again, shows you, Your Honor, very closely |
| 04:59PM | 6 | tracking the investigation and prosecution related to Gerace |
| 04:59PM | 7 | and Pharaoh's club.  And somebody, and he has it in his house, |
| 04:59PM | 8 | highlights the source who asked not to be identified, said the |
| 05:00PM | 9 | FBI asked a lot of questions about alleged prostitution, the |
| 05:00PM | 10 | Outlaws, specific parties that Gerace allegedly put on whether |
| 05:00PM | 11 | the person saw any judges or attorneys at this parties. |
| 05:00PM | 12 | Well, we now know that there were relationships with |
| 05:00PM | 13 | members of law enforcement and judges in connection with |
| 05:00PM | 14 | Mr. Gerace and Pharaoh's and his parties.  Again, this is |
| 05:00PM | 15 | another page from the search warrant receipt from Paul |
| 05:00PM | 16 | Resolowski.  And now, someone has PDFed it and has added |
| 05:01PM | 17 | highlighter to it highlighting what was taken that linked |
| 05:01PM | 18 | Mr. Resolowski to Pharaoh's.  That's Exhibit 1AH. |
| 05:01PM | 19 | They've also highlighted this is Exhibit 1AI, various |
| 05:01PM | 20 | portions of Attachment B regarding the 2021 Resolowski search |
| 05:01PM | 21 | honing in on anything club-related or drug-related. |
| 05:01PM | 22 | Next is Exhibit 1AK, Your Honor.  It's a filing that I |
| 05:03PM | 23 | wrote in the Gerace case because Mr. Ermin had put in a false |
| 05:03PM | 24 | affidavit in support of Gerace that totally contradicts |
| 05:03PM | 25 | statements that he made to the FBI regarding the financing at |

05:03PM  1  Pharaoh's because he was present when the FBI searched it in

05:03PM  2  2019, and he later put in a federal affidavit in support of a

05:03PM  3  reduced bail for conditions for Mr. Gerace where he made

05:04PM  4  statements diametrically opposed.  So, this filing was

05:04PM  5  pointing out thing that he has previously said that were not

05:04PM  6  consistent with the publicly court-filed affidavit which,

05:04PM  7  itself, lend itself to obstruction charges or client

05:04PM  8  conspiracy charges.

05:04PM  9      In any event, you can see the highlighting.  He

05:04PM  10  highlights -- somebody highlighted for him every reference to

05:04PM  11  Mr. Ermin or the Outlaws in that filing.  And there's the

05:04PM  12  header for it, Exhibit 1AL.  It was the government's response

05:04PM  13  to Gerace's motion to amend his release conditions.  One AM,

05:04PM  14  One AN, One AO, One AP, One AQ are just different pages of

05:04PM  15  that.  Then, he also had the protective order in the Gerace

05:05PM  16  case.  And highlighted portion of that is Exhibit 1AR relate

05:05PM  17  to Coconspirator 2 and 3.

05:05PM  18      And then, he had the whole indictment, but he had a

05:05PM  19  particular page that referenced the Outlaws, this is Exhibit

05:05PM  20  1AS, highlighted where the second superseding indictment in

05:05PM  21  that case talks about several employees at Pharaoh's are

05:05PM  22  members of the Outlaws.

05:05PM  23      Then, another document -- I'll get into this more later,

05:05PM  24  we found he was charged with a gang assault, Mr. Ermin was, in

05:05PM  25  2010.  And it didn't go anywhere.  And you've been on the

05:06PM    1    bench a long time.  Given the breadth of the proffer so far,

05:06PM    2    you likely can infer why that case didn't go anywhere.  But

05:06PM    3    comparing that trove of confidential source reports, law

05:06PM    4    enforcement-sensitive documents and meticulous tracking of the

05:06PM    5    Pharaoh's case to see who might be a cooperator, again,

05:06PM    6    juxtapose that against some of the documents also found in the

05:06PM    7    Outlaws clubhouse.  It's zoomed out, but you can see marked

05:06PM    8    Jencks.

05:06PM    9      There's FBI confidential source reporting, and some of it

05:06PM   10    goes back years.  It spans.  There was also a witness list

05:06PM   11    found -- I don't have a photo of it for you -- a witness list

05:06PM   12    found you from Rosga's case with notations on it monitoring

05:07PM   13    cooperation all over the country, and that's consistent with

05:07PM   14    something that we've seen in one of Mr. Ermin's prior phones

05:07PM   15    where someone in Wisconsin was texting him or someone was

05:07PM   16    texted him information about someone who might be a cooperator

05:07PM   17    in Wisconsin.

05:07PM   18      So, Exhibits 1A through 1AT have all also been displayed,

05:07PM   19    as well as Exhibit 11A most recently.  But there's more, Your

05:07PM   20    Honor.  And we haven't even talked about how dangerous the

05:07PM   21    weapons he has were.

05:07PM   22      Let's talk next about their treatment of women.  So, in

05:08PM   23    the Outlaws clubhouse, and this is important because in the

05:08PM   24    Pharaoh's case and the Gerace case, we've received some

05:08PM   25    information that some of the women who worked there would go

| | | |
|---|---|---|
| 05:08PM | 1 | to Pharaoh's and -- as punishment, they would work at |
| 05:08PM | 2 | Pharaoh's and things would happen there.  As a punishment, the |
| 05:08PM | 3 | Pharaoh's dancers would work at the Outlaws' clubhouse.  I may |
| 05:08PM | 4 | have misspoke.  I apologize. |
| 05:08PM | 5 | Here's Exhibit 14B.  This is on a pole posted at the |
| 05:08PM | 6 | Outlaws clubhouse and I'll have a better image for you, Your |
| 05:08PM | 7 | Honor, so you can read it more easily, but this is publically |
| 05:08PM | 8 | posted almost like a warning of how you're going to be |
| 05:08PM | 9 | treated.  So, that's 14B. |
| 05:09PM | 10 | Now show you 14A.  You can read it more easily.  I'll read |
| 05:09PM | 11 | it into the record.  "Women!  Unlike the outside world, we |
| 05:09PM | 12 | don't want any of you pussy.  You will be treated like the |
| 05:09PM | 13 | person you act.  Act like a cunt, and you'll be treated like a |
| 05:09PM | 14 | cunt.  Act like a man, you'll be dealt with like a man.  Act |
| 05:09PM | 15 | like a lady, we will treat you like one.  After all this, if |
| 05:09PM | 16 | you want to give us some pussy, I'm sure we will take it, or |
| 05:09PM | 17 | at least a blow job.  If you need any help with how to act, |
| 05:09PM | 18 | get a hold of any Outlaws' old lady for help.  She'll let you |
| 05:10PM | 19 | know what the dos and don'ts are."  We have information about |
| 05:10PM | 20 | women being assaulted at that clubhouse. |
| 05:10PM | 21 | Similar to what was in Mr. Ermin's residence, there were |
| 05:10PM | 22 | jail lists in the clubhouse, Exhibit 13A, as well as a |
| 05:10PM | 23 | complete affiliate roster.  They have collections for other |
| 05:10PM | 24 | Outlaws in jail, Exhibit 13B, as well as for members of the |
| 05:11PM | 25 | Black Pistons in jail, Exhibit 13C, defense fund.  I mentioned |

05:11PM    1    earlier the AOA and the reference to the Aryans that that

05:11PM    2    stands for.  Here's more information that we recovered from

05:12PM    3    the clubhouse.

05:12PM    4      Exhibit 16A, that's in a book that has acronyms on the

05:12PM    5    side.  Regarding the Outlaws forever, forever Outlaw, and that

05:12PM    6    imagery is unmistakable.  White supremacist and Nazi racist

05:12PM    7    organization.  Just for the record, that's Exhibit 16A.

05:12PM    8    That's a number of men wearing KKK masks over their heads.

05:13PM    9    And I don't need to tell this Court what that type of ideology

05:13PM   10    can do as we have experienced it all too recently in Buffalo.

05:13PM   11      Exhibit 16B, this is an entire wall of the clubhouse.  The

05:13PM   12    Nazi swastika, which speaks for itself in terms of the hate,

05:13PM   13    and the danger, and the ex termination of a race of Jewish

05:13PM   14    people.  And there's a top 1 percenter, if you Zoom in and

05:13PM   15    take a look.  They're on there, 1 percenter.  But that's a

05:14PM   16    whole wall featured prominently in the courthouse.  So, when

05:14PM   17    you're assessing dangerousness, Your Honor --

05:14PM   18      THE COURT:  Did you say in the courthouse?

05:14PM   19      MR. TRIPI:  I mean in the clubhouse, not in the

05:14PM   20    courthouse.  When you're assessing dangerous in the case, I'd

05:14PM   21    like you to think about that.  The clubhouse also had some

05:14PM   22    drug evidence, and you'll hear more about this during

05:14PM   23    Mr. Barnes' proffer.  There were steroids --

05:14PM   24      THE COURT:  You mean Mr. Cooper's proffer?

05:14PM   25      MR. TRIPI:  Mr. Cooper's proffer.  You'll hear more

| | | |
|---|---|---|
| 05:14PM | 1 | about it. |
| 05:14PM | 2 | THE COURT: You said Barnes. |
| 05:15PM | 3 | MR. TRIPI: Well, the proffer related to Mr. Barnes. |
| 05:15PM | 4 | I apologize. It's been a long day already, Your Honor. I |
| 05:15PM | 5 | apologize. Exhibit 10B, more drug paraphernalia. |
| 05:15PM | 6 | And, finally, we'll get into some of the weapons that were |
| 05:15PM | 7 | in Mr. Ermin's residence and -- just some. Not all. Like I |
| 05:15PM | 8 | said, there were some very serious weapons that aren't photoed |
| 05:16PM | 9 | here in terms of knives and machetes and blunt force-type |
| 05:16PM | 10 | weapons. There's an Outlaws baseball bat that I don't think |
| 05:16PM | 11 | is used to play baseball and that's a good segue. |
| 05:16PM | 12 | On Mr. Ermin's right -- or left arm, and this is was in |
| 05:16PM | 13 | one of the photographs I showed you, he has BBT. And I told |
| 05:16PM | 14 | you about the GFOD on his stomach, but BBT on his left arm |
| 05:16PM | 15 | means the Baseball Bat Team. And that's their subgroup of |
| 05:16PM | 16 | particularly violent Outlaws who are the ones who, essentially |
| 05:16PM | 17 | go to war, essentially, with the Hell's Angels and inflict |
| 05:17PM | 18 | violence. He's got that etched on his left arm. |
| 05:17PM | 19 | And so, I have no information that he has a hunting permit |
| 05:17PM | 20 | or was a hunter, but he had 16 firearms in his residence of |
| 05:17PM | 21 | all types, plenty of ammunition for the guns. This is Exhibit |
| 05:18PM | 22 | 4A. That's a sampling of the weaponry, the firearm-related |
| 05:18PM | 23 | weaponry, that was found in Mr. Ermin's residence. And now, |
| 05:18PM | 24 | we'll show you some of the weapons that were found in the |
| 05:18PM | 25 | clubhouse where Mr. Barnes was located. You'll hear more |

05:18PM  1  about that later.  But Exhibit 9A, you see a handgun right

05:18PM  2  there.  That's in the clubhouse.  That handgun was loaded.

05:18PM  3      This is Exhibit 9B.  That's an FBI agent holding the

05:18PM  4  firearm.  You can see there's already a round in the chamber

05:18PM  5  ready to be fired.  Exhibit 9C, you see a fully loaded

05:19PM  6  magazine.

05:19PM  7      Exhibit 9D, operator alignment tool.  It's a club used to

05:19PM  8  hit people.

05:19PM  9      Exhibit 9E depicts several daggers in a sheath; stabbing

05:19PM  10  tools.

05:19PM  11     Exhibit 9F depicts a rope with two hard objects at either

05:19PM  12  end; one with a clasping mechanism or a buckle and the other,

05:19PM  13  a hard circular piece at the other end.  Now, the genius of

05:20PM  14  these weapons that the Outlaws carry is, you get stopped with

05:20PM  15  that, there's virtually nothing that a law enforcement can

05:20PM  16  charge you with, but it's clearly designed to beat people up.

05:20PM  17  And we have information that people have been beaten up at the

05:20PM  18  Outlaws' clubhouse.

05:20PM  19     Another example of that type of weapon that they use is

05:20PM  20  Exhibit 9G.  That's a bandana with a padlock at the end.

05:20PM  21  Nothing that a law enforcement officer can charge an Outlaw

05:20PM  22  with if they were to stop them at a traffic stop, but very

05:20PM  23  dangerous, potentially deadly, if somebody were to get beaten

05:20PM  24  with that padlock and that handkerchief used as a weapon.  And

05:21PM  25  again, those were just some of the examples that were selected

05:21PM    1    for the Court's purposes today.

05:21PM    2        So, what you have is an organization that retaliates

05:21PM    3    against snitches, has a well-earned reputation for doing it

05:21PM    4    who this Court authorized searches related to the death of a

05:21PM    5    federal witness, who are intimately involved in the activities

05:21PM    6    at Pharaoh's Gentlemen's Club, whose interests align with

05:21PM    7    Peter Gerace and who are motivated to silence the same

05:21PM    8    witnesses, who spent time in his back yard while he was under

05:21PM    9    the indictment of this case.

05:21PM   10        Mr. Ermin's residence was an arsenal.  The Outlaws

05:22PM   11    clubhouse had weapons at the ready.  Their Nazi, white

05:22PM   12    supremacist-type rhetoric implies a high level of danger.

05:22PM   13    Their treatment of women, high level of danger.  His access to

05:22PM   14    currency, there was over $10,000 or so, I'm estimating, in his

05:22PM   15    residence, and about $40,000 more in the clubhouse.  Relates

05:22PM   16    to his risk of flight.

05:22PM   17        He commands legions of loyalists under this 1 percenter

05:22PM   18    banner; and not only just members of the Outlaws, members of

05:22PM   19    other clubs as well including the Black Pistons, the official

05:22PM   20    support club, and other support clubs that can be influenced

05:23PM   21    by the Outlaws in their area here in Buffalo.

05:23PM   22        He's got international travel, chapters all over the

05:23PM   23    globe, and he was involved in a gang assault that we're going

05:23PM   24    to look more into, but we just found these documents.  So, I'm

05:23PM   25    not going to read the names of the victims, for obvious

05:23PM  1   reasons, Your Honor, but April 15th, 2010, he was charged with

05:23PM  2   gang assault with other Outlaws.

05:23PM  3        And the allegation in a deposition provided to law

05:23PM  4   enforcement reads, "On April 15th at approximately 12:45 a.m.,

05:24PM  5   I was at The Fireside Inn with my girlfriend and her friend.

05:24PM  6   And we went outside to smoke on the front patio.  Two guys

05:24PM  7   that the two women knew followed us out front.  I later

05:24PM  8   learned their names were Cory Benson and Tommy Ermin.

05:24PM  9        The female's friend wanted to take a ride on Tommy's

05:24PM  10  motorcycle, and the other woman objected.  I watched Cory

05:24PM  11  Benson, who is a full patch members of the Outlaws then say,

05:25PM  12  she is a big girl.  She can make her own decisions.  I then

05:25PM  13  could tell that Cory was angry with the woman, and I tried to

05:25PM  14  calm the situation by introducing myself to Cory.

05:25PM  15       At that time, Cory called me an asshole.  And he and Tommy

05:25PM  16  pushed me back and began punching me in the face and body.

05:25PM  17  Also, another male who was with them in the bar came outside

05:25PM  18  and began punching and kicking me.  I later learned his name

05:25PM  19  to be Dennis Falk (phonetic).  I finally was able to get up

05:25PM  20  and retreat to the parking lot.

05:25PM  21       While in the parking lot, I watched Tommy whose name I

05:25PM  22  learned to be John T. Ermin push and slap the woman across the

05:25PM  23  face.  She fell to the ground.  I tried to help her and the

05:26PM  24  other woman leave, but then Dennis Falk, Chris Marchorka

05:26PM  25  (phonetic) and Cory Benson began to punch me, kick me, and

05:26PM 1  beat me again.  One of them grabbed the back of my neck and

05:26PM 2  were slamming my head off the curb and pavement.  I could feel

05:26PM 3  blood streaming from my face and nose.  I heard Tommy yell,

05:26PM 4  come on.  The cops are going to come.  You're taking too long.

05:26PM 5  At that time, I looked up and a police officer pulled up, and

05:26PM 6  I heard him yell to the guys beating me, don't move.  Shut off

05:26PM 7  your bikes.  I noticed that each of the guys who beat me were

05:26PM 8  all wearing Outlaw Motorcycle Gang jackets or vest."

05:27PM 9      And then, there's a similar deposition from one of the

05:27PM 10  women.  We recovered these reports in his residence.  We were

05:27PM 11  unaware of them, so I don't know the full scope, but we

05:27PM 12  eventually will get into it.  But I can only proffer the

05:27PM 13  information I have to you at this time.

05:27PM 14      So, I'd like you to consider all of that when you're

05:27PM 15  assessing the charges in this case, which go well beyond the

05:27PM 16  risk of danger here and the risk of flight go well beyond what

05:27PM 17  you might ordinarily be thinking as it relates to this charge,

05:28PM 18  Your Honor.  But, with 16 firearms, even just on this charge,

05:28PM 19  there's a rather lengthy prison sentence associated with the

05:28PM 20  guidelines for being a prohibited person who has 16 firearms

05:28PM 21  and a lot of ammunition.

05:28PM 22      THE COURT:  What would the guidelines call for?

05:28PM 23      MR. TRIPI:  You know, Judge, I ran out of time

05:28PM 24  before.  Let me just take a moment.  I might be able to get

05:28PM 25  that for you.  I believe he's a Criminal History Category 1.

| | | |
|---|---|---|
| 05:29PM | 1 | It's going to come out to 22 or 24 before acceptance.  They're |
| 05:29PM | 2 | going to verify that for me. |
| 05:29PM | 3 | THE COURT:  Twenty-two or twenty-four months? |
| 05:29PM | 4 | MR. TRIPI:  Twenty-two or twenty-four of the |
| 05:29PM | 5 | guidelines.  Category I, either 22 or 24. |
| 05:29PM | 6 | THE COURT:  So, the Pretrial Services report |
| 05:29PM | 7 | indicates no felony conviction. |
| 05:29PM | 8 | MR. TRIPI:  No felony convictions, but the prohibited |
| 05:29PM | 9 | 922(g)(3) is a prohibited person.  So, that starts you at a |
| 05:29PM | 10 | 14.  And then, I believe you get an enhancement for the number |
| 05:29PM | 11 | of firearms.  And that's what I'm not sure of.  Sixteen |
| 05:29PM | 12 | firearms is going to enhance it a certain number of levels, |
| 05:29PM | 13 | and then, we'll take a look at that. |
| 05:29PM | 14 | And just the last word on risk of flight before I check |
| 05:30PM | 15 | with my colleagues, Your Honor, they now have Attachment B. |
| 05:30PM | 16 | They now know things the FBI is looking for.  Those included |
| 05:30PM | 17 | various statutes related to murder, conspiracy, the very types |
| 05:30PM | 18 | of things that, historically, the Outlaws have had self |
| 05:30PM | 19 | national presidents convicted of, and sentenced to very |
| 05:30PM | 20 | serious time in prison.  A very preliminary assessment, just |
| 05:30PM | 21 | to answer the question of the guidelines, without acceptance |
| 05:30PM | 22 | of responsibility, is around 41 to 51 months by our quick |
| 05:30PM | 23 | calculations here. |
| 05:30PM | 24 | So, this isn't a nothing murder charge it is a charge that |
| 05:31PM | 25 | allows us to get him into federal court here, proffer to you |

05:31PM  1  all the information that the Court needs to know regarding

05:31PM  2  full scope of the human being you're dealing with, the danger

05:31PM  3  to society, the danger to specific witnesses, and the context

05:31PM  4  of his interests and his organizational interests in another

05:31PM  5  case where a witness has died, where they can now further

05:31PM  6  their investigation with in connection with that witness's

05:31PM  7  death; a witness who provided information about them, who is

05:31PM  8  no longer with us, And the context of all those T-shirts.

05:31PM  9      And that's not just props.  This isn't a movie.  These are

05:31PM  10  real national presidents who have been to prison for real

05:31PM  11  murders, and he's ascended to the throne.

05:31PM  12      So, I think, in that context, the nature and circumstances

05:31PM  13  of the offense, including whether the crime involved a

05:32PM  14  firearm, weigh heavily in favor of detention.  He had 16 of

05:32PM  15  them individually.  And if you add up all the searches with

05:32PM  16  support clubs and other individuals and the Outlaws clubhouse,

05:32PM  17  it totalled 50 that day between RBC and the Outlaws.  He had a

05:32PM  18  good chunk of those.

05:32PM  19      You have the weight of the evidence is strong.  The guns

05:32PM  20  are all over his house.  He acknowledged being a user.  He's

05:32PM  21  got patches that infer that he pops pills and smokes dope.  In

05:32PM  22  his house, they seized THC edibles.  They seized marijuana.

05:32PM  23  In the context of an acknowledgement that he uses that.  The

05:32PM  24  weight of the evidence is strong.

05:32PM  25      The history and characteristics of the offender, he's the

05:32PM  1  national president of the Outlaws who rose through the ranks

05:32PM  2  through the Baseball Bat Team.  You only get to the level that

05:33PM  3  he's at the hard way, and there's a lot of pain from others

05:33PM  4  along the way.

05:33PM  5      The nature an seriousness of the danger the defendant

05:33PM  6  would pose to any person in the community, it's immeasurable.

05:33PM  7  It's immeasurable given the virtue of his position.  It's

05:33PM  8  immeasurable given the way they've set up the clubhouse.

05:33PM  9  It's, basically, Fort Knox.  It's immeasurable given his

05:33PM  10  access to other individuals who would act at his behest and

05:33PM  11  support clubs who want to prove themselves to the Outlaws.

05:33PM  12      And they have real skin in the game, because the place

05:33PM  13  where he works, where he manages, where the owner is already

05:33PM  14  under federal indictment, that owner is looking at life in

05:33PM  15  prison at trial.  This appears to be the tip of the iceberg.

05:34PM  16      With that context in mind, I verily believe that the

05:34PM  17  evidence demonstrates serious danger to the community,

05:34PM  18  substantial risk of flight, and a high risk that the defendant

05:34PM  19  and others at his behest will engage in obstruction of justice

05:34PM  20  which courts in the Second Circuit and across the country have

05:34PM  21  held is a threat to the very fundamental core of our system of

05:34PM  22  justice.  That's what is represented in this courtroom today.

05:34PM  23      With that, Judge, I ask you to detain the defendant

05:34PM  24  pending further proceedings in this case.  Just one moment.  I

05:34PM  25  have nothing else, Your Honor.  Thank you.

05:34PM   1          THE COURT:  Mr. Muscato?

05:34PM   2          MR. MUSCATO:  Thank you, Judge.  So, as the Court is

05:35PM   3   aware, at these detention hearings, the real issue here is

05:35PM   4   whether or not John Ermin is a flight risk.  And the fact of

05:35PM   5   the matter is, is that he's before you today because he's

05:35PM   6   charged with 922(g)(3).  That's the only charge.  In fact,

05:35PM   7   quite frankly, Your Honor, that is the only charge that he has

05:35PM   8   that is in this court or any other potential felony.

05:35PM   9      Now, they went to his residence, which is a nice home in

05:35PM  10   Lancaster that he lives with his wife, and they've been

05:35PM  11   married for a substantial period of time; well-maintained home

05:35PM  12   he owns, and they search probably with over a dozen law

05:35PM  13   enforcement agents, the FBI and otherwise, for many hours.

05:35PM  14   John sat on the couch with his wife.  He was not handcuffed,

05:36PM  15   except after they decided that they were going to file a

05:36PM  16   charge against him.  He was completely cooperative, met the

05:36PM  17   officers at the front door.

05:36PM  18      In fact, the judge would -- Your Honor would note that my

05:36PM  19   client has lost a leg.  He has a prosthetic device.  And, on

05:36PM  20   that particular day, when the agents showed up, he was not

05:36PM  21   wearing that particular device.  But he accommodated them, got

05:36PM  22   them in the house, and let them go about whatever

05:36PM  23   responsibilities they have.

05:36PM  24      After all this, after all this search and securing

05:36PM  25   documents, they walked away with a number of computers, a

05:36PM   1   number of phones, papers, many of these things you've seen

05:37PM   2   today, and 16 firearms.

05:37PM   3       Now, there is nothing in my client's background that makes

05:37PM   4   it illegal for him to possess these 16 firearms.  He has every

05:37PM   5   right to possess them.  And, when you look at the photograph

05:37PM   6   of the 16 firearms, Your Honor, most of them are 22's.  Most

05:37PM   7   of them are shotguns.  There was ammunition for these guns.

05:37PM   8   But these guns are used for hunting.  My understanding is John

05:37PM   9   does do some hunting.  That's what he likes to do in his

05:37PM   10  recreation.  But these were firearms that were legally

05:37PM   11  possessed.

05:37PM   12      Now, as part of this search, they did find some gummies

05:37PM   13  which is, I believe, a cannabis material and some leafy

05:37PM   14  marijuana.  And it was indicated, by my client, that it was

05:37PM   15  for recreational use.  I don't know, and it's not specifically

05:38PM   16  itemized, as to whose recreational use it was for, but it was

05:38PM   17  a small amount of marijuana.  Nobody is disputing that.  The

05:38PM   18  agents acknowledge it.  They put it in the information.  They

05:38PM   19  know it was a small amount of marijuana.

05:38PM   20      Yes, marijuana is illegal in the federal system, quite

05:38PM   21  frankly, but the State of New York says it's legal.  Now, I'm

05:38PM   22  not trying to justify that, but the fact of the matter is, is

05:38PM   23  that many, many hunters who might be up in their stands

05:38PM   24  smoking a marijuana joint with their shotgun could find

05:38PM   25  themselves in exactly the same situation my client finds

05:38PM 1 himself in in federal court facing a federal charge, this

05:38PM 2 922(g)(3) for possessing legal firearms, and for having some

05:38PM 3 marijuana in his home; not meth, not cocaine, not crack

05:39PM 4 cocaine, not ecstasy, not anything else, marijuana, a small

05:39PM 5 quantity, of which he acknowledged was for recreational use of

05:39PM 6 which the agents had obviously agreed with him as far as the

05:39PM 7 quantity was concerned. That's why he's standing in front

05:39PM 8 of -- or sitting in front of this court today is for that

05:39PM 9 particular charge.

05:39PM 10      Now, they went to say to you, well, he's dangerous, he's a

05:39PM 11 flight risk, he's this, he's that. So, they throw everything

05:39PM 12 out at this Court in an effort to try to convince you that

05:39PM 13 this man is something other than what he is, really, which is

05:39PM 14 simply, he lives in Lancaster. He has a job. He's been

05:39PM 15 working at Pharaoh's for about 10 years, I believe, as the

05:39PM 16 manager. He started there years before.

05:39PM 17      Now, this is very interesting, Your Honor, because he

05:39PM 18 started at Pharaoh's a long time ago in maintenance, and just

05:39PM 19 doing odd jobs, and collecting $10 an hour. He worked himself

05:40PM 20 up until he became the manager. Now, you know what he did?

05:40PM 21 He got off of Social Security Disability. Because he was in

05:40PM 22 an automobile accident with his wife in which a car went

05:40PM 23 across the road, struck him while he was riding on his

05:40PM 24 motorcycle, took his leg, and took his wife. He went on

05:40PM 25 Social Security Disability, but he doesn't want to be a slug

05:40PM 1 in this world. He doesn't want to be collecting Social

05:40PM 2 Security Disability. He doesn't want to be that kind of

05:40PM 3 person. He went and got a job that paid him enough money and

05:40PM 4 he's been a good manager over all of these years at Pharaoh's

05:40PM 5 Gentlemen's Club and received a salary, stopped collecting

05:40PM 6 Social Security Disability. Doesn't have any criminal record.

05:40PM 7 They know that.

05:40PM 8     Now, they brought up this charge in Lancaster. They can't

05:40PM 9 figure it out why it went away. I do want to take some credit

05:41PM 10 for it, because I represented him during that proceeding.

05:41PM 11 And, quite frankly, at the end of the day, I don't believe --

05:41PM 12 I'm going to be very candid with Your Honor.

05:41PM 13     I don't believe that it was the complete resolution in

05:41PM 14 terms of was it a disorderly conduct or something that's major

05:41PM 15 from a felony down to a violation that could have been. I

05:41PM 16 honestly don't remember, but I do know the facts; that

05:41PM 17 Mr. Ermin, contrary to what those witnesses said, acted in

05:41PM 18 self-defense of another woman.

05:41PM 19     Although they would have you believe that, somehow, he is

05:41PM 20 derogatory towards women. But, yet, they can't point to any

05:41PM 21 one thing this man did that would be derogatory to women.

05:41PM 22 Nothing. But they would have you believe that women --

05:42PM 23 because he happens to be a member of the Outlaws Motorcycle

05:42PM 24 Club is somewhat lesser included citizens in his life.

05:42PM 25     But that's not what happened in Lancaster. What happened

| | | |
|---|---|---|
| 05:42PM | 1 | in Lancaster was, this man came to the aid of somebody that |
| 05:42PM | 2 | was being pushed around by a couple of thugs outside of a bar. |
| 05:42PM | 3 | It was a barroom thing.  Otherwise, Mr. Ermin has no criminal |
| 05:42PM | 4 | record at all. |
| 05:42PM | 5 | So, they would say, well, you know, Judge, he's a white |
| 05:42PM | 6 | supremacist.  He's a racist.  Really?  Where is it?  Where is |
| 05:42PM | 7 | it?  They find anything in his house?  Can they point to |
| 05:42PM | 8 | anything in this particular case that John Ermin did that |
| 05:43PM | 9 | would, in any basis, to believe that somehow he treats other |
| 05:43PM | 10 | people of a different color differently? |
| 05:43PM | 11 | Not what they find at the clubhouse, what they find in my |
| 05:43PM | 12 | client's lifestyle over all these years in my client's house? |
| 05:43PM | 13 | They do this to obstruct and to obfuscate the real fact here |
| 05:43PM | 14 | which is, this is a charge, although serious, not the most |
| 05:43PM | 15 | serious, involving marijuana and legally-possessed guns.  And |
| 05:43PM | 16 | he is under no circumstances not going to be responsive to |
| 05:43PM | 17 | these proceedings and appearing in this case.  That's number |
| 05:43PM | 18 | one they tell you. |
| 05:43PM | 19 | And then, they say, well, he's the president of the club. |
| 05:43PM | 20 | I'm sorry, Your Honor, I didn't see a single document that |
| 05:44PM | 21 | said he was the president or the national president of the |
| 05:44PM | 22 | club.  I just didn't see that.  They would have you believe |
| 05:44PM | 23 | that.  But he must be a lousy president because he has |
| 05:44PM | 24 | absolutely no criminal record.  And they want you to believe |
| 05:44PM | 25 | because of these other guys that maybe were one time president |

05:44PM 1    and he somehow had the paperwork back, he must be a bad guy

05:44PM 2    too.  Really?  Where is the bad guy stuff that he did?  They

05:44PM 3    don't have anything here, but they want to obfuscate.  They

05:44PM 4    want to obscure the fact that this is a detention hearing and

05:44PM 5    there must be something more in Mr. Ermin's background that

05:45PM 6    somehow he shouldn't back out on the street and carrying on

05:45PM 7    his family life and his occupation.

05:45PM 8        So, they say, well, he followed the proceedings.  I've

05:45PM 9    been following the proceedings.  So what?  He works at

05:45PM 10   Pharaoh's.  Obviously, Mr. Gerace is his employer.  At the end

05:45PM 11   of the day, he's his employer.  This has been going on for

05:45PM 12   four years.  I've read in the paper, I hope I don't get in

05:45PM 13   trouble for saying this, that's there's a bunch of witnesses

05:45PM 14   they have.  Have they point to this Court one single witness

05:45PM 15   that my client has intimidated?  Have they?  No.  They

05:45PM 16   haven't, because they know he hasn't.

05:45PM 17       They say he lied in an affidavit, but they don't tell you

05:46PM 18   what it is that they claim that he lied because it's not very

05:46PM 19   substantive.  It's immaterial.  It was a small item dealing

05:46PM 20   with who controls the money Pharaoh's.  So, they want you to

05:46PM 21   believe that, somehow, he must be a flight risk or a dangerous

05:46PM 22   person because he's been following the proceedings.

05:46PM 23       He's attended a party at Peter Gerace's house, apparently,

05:46PM 24   but there's all kinds of other people in there whom I don't

05:46PM 25   know that appear to be in clothing that would lead me to

05:46PM 1 believe that they're probably out of J. Crew or something of

05:46PM 2 that nature that attended this particular party, but somehow

05:46PM 3 that mitigates against my client because he went to his

05:46PM 4 employer's home for a party.

05:46PM 5 Judge, the other thing that's very important here is that

05:47PM 6 my client has had not only the disability that he's lived with

05:47PM 7 for most of his life, the loss of a leg, but he's also had --

05:47PM 8 during COVID, he got a very bad case of COVID, went into

05:47PM 9 Millard Fillmore suburban and ended up on a ventilator, I

05:47PM 10 believe. He was in there for 30 days and he ended up on a

05:47PM 11 ventilator for 15.

05:47PM 12 Now, he doesn't deny being a member of the Outlaws

05:47PM 13 Motorcycle Club. And there is a lot of good becomes from the

05:47PM 14 outside -- Outlaw Motorcycle Club which they don't focus on.

05:48PM 15 But these donations that he got from the various members of

05:53PM 16 the club, that's because he was in the hospital in a coma and

05:53PM 17 on the verge of, perhaps, dying. And they, the Outlaws, who,

05:53PM 18 I guess, are these bad people, wanted to help the family, so

05:54PM 19 they donated some money to him. I don't understand how that

05:54PM 20 affects his ability to appear in court but, somehow, the

05:54PM 21 government feels it does.

05:54PM 22 So, when you really boil this down, and lastly, I'm not

05:54PM 23 going to take the same length of time because I think most, 99

05:54PM 24 percent, and there's no pun intended here, but 99 percent of

05:54PM 25 what Mr. Tripi has said is totally irrelevant and totally

05:54PM  1    unsupported by any facts in this particular case.  There's no

05:54PM  2    additional charges.  There's no additional complaints.  They

05:54PM  3    want you to believe that, somehow, he's related in terms of

05:54PM  4    what happened to this young lady down in Allegany County with

05:54PM  5    no proof.  They just want to throw it out there and say, I

05:54PM  6    guess that that's good enough that you should detained him for

05:55PM  7    that.

05:55PM  8        But, additionally, he's had some health issues.  He does

05:55PM  9    not have prostate cancer, but he's scheduled for prostate

05:55PM  10   surgery on the 23rd of December of which, quite frankly, is

05:55PM  11   going to lay him up for another number of weeks.

05:55PM  12       So, if you look at the record, and I do agree with the

05:55PM  13   bail report.  They can say it's 15 minutes, but those people

05:55PM  14   are pretty much -- pretty astute here.  They know what they're

05:55PM  15   doing, and they know, and they recommend to the Court that he

05:55PM  16   should be released from detention with some conditions like

05:55PM  17   they have indicated.  They're allowing him to go back to work.

05:55PM  18   It seems to be a pretty reasonable solution with respect to

05:56PM  19   Jen John Ermin.

05:56PM  20       So, Your Honor, when you look at all of the things that

05:56PM  21   they have talked about, obstruction of justice, there's

05:56PM  22   nothing here.  Flight risk, absolutely nothing here that would

05:56PM  23   indicate otherwise.  And firearms?  Okay.  He can legally

05:56PM  24   possess the firearms.  There's no indication that any of these

05:56PM  25   firearms or ever used in any crime whatsoever.  They're just

05:56PM  1  hunting rifles of which this man is entitled to possession.

05:56PM  2  Yes, there was marijuana there.  I am not trying to minimize

05:56PM  3  that.  On the other hand, let's look at it the way it is, and

05:57PM  4  I would ask the Court to release my client.

05:57PM  5          MR. TRIPI:  Rebuttal, Your Honor?

05:57PM  6          THE COURT:  Certainly.

05:57PM  7          MR. TRIPI:  We're standing here in federal court on a

05:57PM  8  federal charge that he's unlawfully possessing a firearm under

05:57PM  9  federal law.  So, this Court has determined there's probable

05:57PM  10  cause for these charges and he's not allowed to possess these

05:57PM  11  firearms, because he an unlawful user of drugs.

05:57PM  12          THE COURT:  Well, that has to be proven.

05:57PM  13          MR. TRIPI:  Well, at the threshold stage of probable

05:57PM  14  cause, that's why we're here, right?

05:57PM  15          THE COURT:  Right.  But he's not been convicted of

05:57PM  16  it.

05:57PM  17          MR. TRIPI:  Of course.  Anyone who is indicted or

05:57PM  18  charged has not been convicted at a detention hearing.

05:58PM  19          THE COURT:  Correct.  And anyone who has been

05:58PM  20  indicted is entitled under the Constitution to --

05:58PM  21          MR. TRIPI:  Correct.

05:58PM  22          THE COURT:  -- consider.

05:58PM  23          MR. TRIPI:  I just make a couple more points, Your

05:58PM  24  Honor, and I'll sit down.  There's nothing that's in that

05:58PM  25  clubhouse or that happens nationwide with the Outlaws that

05:58PM  1   he's not clued into.  He literally controls all of it.

05:58PM  2       So, as to his national presidency, that's well documented

05:58PM  3   by law enforcement.  That's well documented by witnesses who

05:58PM  4   are aware of his status.  That's well documented by the fact

05:58PM  5   that Outlaws all over the country send him money.  That's well

05:58PM  6   documented by the fact that Outlaws who are out bad in

05:59PM  7   Tennessee, after having pled guilty with the government, are

05:59PM  8   begging him to get back in the club.

05:59PM  9       That's well documented by the fact that he's got law

05:59PM  10  enforcement paperwork from cases in Florida, Virginia,

05:59PM  11  references to cases in Milwaukee, Pennsylvania, all over the

05:59PM  12  place.  He is sending from a regional president in the Blue

05:59PM  13  Region in Ohio to the national presidency.

05:59PM  14      He's not racist, yet he signed a giant swastika flag that

05:59PM  15  hangs prominently in the Outlaws clubhouse that he controls.

05:59PM  16  He's worked at Pharaoh's for 10 years.  That indictment spans

06:00PM  17  from 2005 to 2019.  So, he's been there almost the whole time

06:00PM  18  for a very good chunk of the time that it's been maintained as

06:00PM  19  a drug premises as alleged in the federal indictment.

06:00PM  20      That there's been sex trafficking occurring there as

06:00PM  21  alleged in the federal indictment, and that there's been

06:00PM  22  Outlaws selling drugs in there as will be shown at a federal

06:00PM  23  trial.

06:00PM  24      The clear nexus between his club and him and that club --

06:01PM  25  that employment, is evident.  There have been reports of him

06:01PM 1 smashing a woman's face off of a bar, and her showing up with

06:01PM 2 a black eye after having visited the clubhouse.  There are

06:01PM 3 reports of people observing him assault people, at least one

06:01PM 4 person, inside the clubhouse.  And people don't even hit him

06:01PM 5 back because they know who he is.  That's just common sense.

06:01PM 6     Now, he's a hunter yet, he didn't have a -- I didn't see a

06:01PM 7 picture of a deer anywhere.  There wasn't a head of a deer on

06:01PM 8 the wall of his house.  There was the flag was Brazil for the

06:01PM 9 chapter that he opened with signatures on it that appears in

06:01PM 10 his house.  There was Outlaws paraphernalia prominently

06:01PM 11 displayed in his residence, and there was a literal shrine to

06:02PM 12 Taco Bowman who died in federal prison after being convicted

06:02PM 13 of racketeering murder, not deer heads.

06:02PM 14     THE COURT:  But aren't all those type of

06:02PM 15 paraphernalia governed under the First Amendment?

06:02PM 16     MR. TRIPI:  It doesn't mean they don't inform this

06:02PM 17 Court of the mindset, of the dangerousness --

06:02PM 18     THE COURT:  No, I understand that, but it's also, the

06:02PM 19 Court understands, the First Amendment says that's an

06:02PM 20 expression of speech.

06:02PM 21     MR. TRIPI:  And the speech that they're saying is

06:02PM 22 telling.

06:02PM 23     THE COURT:  We're just talking about things on the

06:02PM 24 wall.

06:02PM 25     MR. TRIPI:  Yeah.

06:02PM 1      THE COURT:  My understanding is that there's case law

06:02PM 2 from the United States Supreme Court on down that's indicia of

06:02PM 3 expression of speech which is covered and protected under the

06:03PM 4 First Amendment.

06:03PM 5      MR. TRIPI:  And also, it's free speech to say

06:03PM 6 snitches are a dying breed.  But it's also, under the hearsay

06:03PM 7 rules, statement of future intent, potentially and admissible

06:03PM 8 conduct.  So, all I'm saying is, language matters.  The

06:03PM 9 language they're using say they kill informants.

06:03PM 10      And you signed a search warrant related to the death of a

06:03PM 11 federal witness.  Those are the facts.  And that witness who

06:03PM 12 expressed fear of Outlaws is dead.  And Peter Gerace had

06:03PM 13 suppressed a sentiment, a belief, that that witness was

06:03PM 14 responsible for his detention.  Peter Gerace had expressed a

06:03PM 15 sentiment that he had long -- he had serious people who could

06:03PM 16 tie up his lose ends.  Ms. Quinn was a loose end, as it

06:03PM 17 related to Peter Gerace.

06:04PM 18      Serious people are sitting in your courtroom, the national

06:04PM 19 president of the Outlaws, who has the power to command

06:04PM 20 legions.  And just eight days after Crystal Quinn was outed

06:04PM 21 during a proffer, much like this, in this federal courthouse,

06:04PM 22 this defendant visited Peter Gerace.  Within months, she was

06:04PM 23 dead.  And within days of her being dead, she was texting fear

06:04PM 24 of the bikers.  The people had the motive to kill her.  One of

06:04PM 25 them is sitting in your courtroom.  We believe they should be

06:04PM   1   detained.

06:04PM   2           MR. MUSCATO:  We don't have anything additional, Your

06:04PM   3   Honor.  Thank you.

06:04PM   4           THE COURT:  All right.  I want to emphasize this

06:05PM   5   proceeding was limited strictly to a detention hearing.  I'm

06:05PM   6   not here, nor is it my role, to be involved in the

06:05PM   7   determination of guilt or innocence of the charges, which are

06:05PM   8   pending against the defendant in a criminal complaint.  My

06:05PM   9   role is to determine whether the government has provided

06:05PM  10   sufficient information and evidence to support its motion to

06:05PM  11   have this defendant detained based on the charges he is

06:05PM  12   presently charged with.

06:05PM  13       The defendant is charged in a criminal complaint, not an

06:05PM  14   indictment, with the following:  That on or about the date of

06:05PM  15   December 7 th, 2023, in the County of Erie, in the Western

06:06PM  16   District of New York, the defendant, John Thomas Ermin, a/k/a

06:06PM  17   Tommy O. did possess firearms while being an unlawful user of

06:06PM  18   controlled substances in violation of Title 18, United States

06:06PM  19   Code, Section 922(g)(3).

06:06PM  20       Title 18, 922(g)(3) reads as follows, quote, it shall be

06:06PM  21   unlawful for any person who is an unlawful user of or addicted

06:06PM  22   to any controlled substance as defined in Section 102 of the

06:06PM  23   Controlled Substances Act, 21 USC 802.  That's the charge that

06:07PM  24   the defendant faces; nothing more as far as this document is

06:07PM  25   concerned; nothing more as far as this proceeding is

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

48

06:07PM 1   concerned.

06:07PM 2       So, the question is, taking into account the nature of

06:07PM 3   that charge, in the context of the defendant's constitutional

06:07PM 4   right to seek bail, and taking into account his constitutional

06:07PM 5   presumption of innocence, as well as the Bail Reform Act of

06:07PM 6   1984 as amended presumption of innocence, weighing that

06:07PM 7   against what the government has presented in support of its

06:07PM 8   most to have the defendant detained.

06:08PM 9       A lot of what I've heard from the government, basically,

06:08PM 10  does not relate to the charge in the complaint.  I didn't hear

06:08PM 11  anything of substance or detail about how, and in what way,

06:08PM 12  and how much the defendant unlawfully uses drugs or a

06:08PM 13  substance in violation of 922(g)(3).

06:08PM 14      I heard a great deal of detail about things related to a

06:08PM 15  presently-pending indictment against other individuals in the

06:08PM 16  context of an establishment frequently referred to as

06:09PM 17  Pharaoh's Gentlemen's Club and two named defendants in that

06:09PM 18  case, Gerace and Bongiovanni.

06:09PM 19      But, once again, the only reference to the defendant in

06:09PM 20  the context of that club was that he works there and he was a

06:09PM 21  manager as well as, apparently, members of the clubs or groups

06:09PM 22  that he belongs to, like the motorcycle club, either worked

06:09PM 23  there or go there.

06:09PM 24      The issue, for me, is in the context of this limited

06:09PM 25  charge; that is, the defendant allegedly being in violation of

06:09PM  1   Title 18, United States Code, Section 922(g)(3), is whether

06:10PM  2   there are terms and conditions that I can impose that would

06:10PM  3   allow for the release of the defendant in keeping with his

06:10PM  4   constitutional right to bail, or whether I cannot reasonably

06:10PM  5   arrive at terms and conditions that would either prevent the

06:10PM  6   defendant from flight or constituting an danger to the

06:10PM  7   community or members of the community.

06:10PM  8       On the issue of flight, the fact that there are a number

06:10PM  9   of organizations throughout the United States and throughout

06:10PM  10  the world that are motorcycle clubs and they have a common

06:10PM  11  relationship doesn't necessarily automatically cause one to

06:11PM  12  conclude that a member of one of those clubs becomes a risk of

06:11PM  13  flight.  I guess the same argument could be made by the Boy

06:11PM  14  Scouts, another type of international organization.

06:11PM  15      As to a danger to the community, it's almost an argument

06:11PM  16  of guilt by association; the association being somehow

06:11PM  17  associated with the defendants in the Pharaoh's case by reason

06:11PM  18  of the fact that he worked there and that he and other members

06:11PM  19  of his motorcycle club attend there at times or that, as

06:11PM  20  defense counsel pointed out, he went to his employer's home at

06:11PM  21  a party.

06:11PM  22      I don't think we've come to that point in our society

06:11PM  23  where we can use that kind of concept of guilt by association

06:12PM  24  or dangerousness by association in and of itself or with

06:12PM  25  nothing more.

06:12PM 1    I do also note that the weapons depicted in the exhibits,

06:12PM 2 I didn't see anything that resembled an AK-47 or one of the

06:12PM 3 more lethal weapons that, unfortunately, our society has been

06:12PM 4 experiencing in recent times constituting true weapons and

06:12PM 5 constituting true instruments of dangerousness.

06:12PM 6    The photographs showing different insignia-type patches

06:12PM 7 and signs and banners, maybe they're reprehensible in what

06:13PM 8 they depict and what they advocate, but, once again, my

06:13PM 9 understanding of the First Amendment is that they fall within

06:13PM 10 the protection of that First Amendment as expressions of free

06:13PM 11 speech.  And they certainly don't seem to have a relationship

06:13PM 12 to the charge in the criminal complaint, which is what I'm

06:13PM 13 focusing on, a violation of Title 18, United States Code,

06:13PM 14 Section 922(g)(3).

06:13PM 15    So, when I take all of that and consider it in its

06:13PM 16 totality, and then examine the history of the defendant in the

06:13PM 17 context of a criminal history, the Pretrial Services report

06:13PM 18 indicates that the only criminal history that it is aware of

06:14PM 19 and reports to the Court, is something that allegedly occurred

06:14PM 20 in 2018 involving a charge of disorderly conduct, a

06:14PM 21 misdemeanor, for which the defendant was sentenced to good

06:14PM 22 time, and to have no contact with the victim involved.  And

06:14PM 23 also, a charge of simple assault, a physical contact or B1

06:14PM 24 misdemeanor in Pennsylvania -- or New Hampshire, I'm sorry.

06:14PM 25 New Hampshire.  I'm sorry.  I've got the wrong -- that's

06:14PM  1   Mr. Barnes.  So, I stand corrected.

06:14PM  2       I'm now looking at the Pretrial Services report for John

06:15PM  3   Ermin, which is an updated report from what I originally had.

06:15PM  4   And, in that Pretrial Services report, it states, quote, under

06:15PM  5   the heading prior record, New York State and FBI criminal

06:15PM  6   record checks were conducted which revealed no prior record

06:15PM  7   for this defendant; this defendant being John Thomas Ermin.

06:15PM  8       On the issue of flight, there are terms and conditions

06:15PM  9   that I can impose that substantially reduce that risk if there

06:16PM  10  is such a risk.  One, it's the surrender of any passport or

06:16PM  11  any documents that would enable the defendant to travel in

06:16PM  12  international travel; two, electronic monitoring, which would

06:16PM  13  enable the probation authorities to know at all times where

06:16PM  14  the defendant is and a prohibition that the defendant apply

06:16PM  15  for any passports or any other form of travel document that

06:16PM  16  would allow for international travel.  So, I don't see flight

06:16PM  17  as a major concern as far as the ability of the Court to

06:16PM  18  impose a term and condition that could address that.

06:16PM  19      As to the issues of dangerousness, once again, the charge

06:17PM  20  is a charge that is a personal charge against this defendant

06:17PM  21  involving the defendant allegedly using marijuana.  And,

06:17PM  22  because he used marijuana, he was not permitted to possess any

06:17PM  23  weapons, and he was found to have weapons in his house.  It

06:17PM  24  doesn't automatically follow that that's scenario means he's a

06:17PM  25  danger to the community and members of the community.  It just

06:17PM  1   mean he's allegedly committed a prohibited act of possessing

06:17PM  2   something, not going out and doing something.

06:17PM  3       So, once again, I bring that information in under the

06:17PM  4   umbrella of total circumstances to be considered, and I can

06:18PM  5   impose terms and conditions which can address that.  The

06:18PM  6   weapons are to be removed.  There are to be no possession of

06:18PM  7   any additional weapons.  The electronic monitoring will

06:18PM  8   indicate the whereabouts of the defendant and whatever else I

06:18PM  9   choose to impose as a term and condition.

06:18PM  10      So, in balancing the concern of the government, as it has

06:18PM  11  represented, of the defendant being a danger and a flight,

06:18PM  12  with the constitutional right of the defendant, constitutional

06:18PM  13  right of being presumed innocent of this charge, and the

06:18PM  14  constitutional right of the defendant to be released on bail,

06:19PM  15  I find that those constitutional rights substantially outweigh

06:19PM  16  the speculative proffer of what the government puts forth as

06:19PM  17  to the danger that the defendant stands for in the context of

06:19PM  18  this charge.

06:19PM  19      And, therefore, I have concluded that if I'm to give the

06:19PM  20  proper deference to the Constitution and the application of

06:19PM  21  those principles in the Constitution as well as in the Bail

06:19PM  22  Reform Act, I find that there are conditions that I can impose

06:19PM  23  that will also allow for the continued full enjoyment of the

06:19PM  24  defendant's constitutional right of presumed to be intent

06:19PM  25  rather than being detained in a jail facility before this

06:20PM 1    case, whatever, be brought to trial.

06:20PM 2       And we know, based on the case frequently cited by the

06:20PM 3    government, the Pharaoh's case and based on what has been

06:20PM 4    reported as recently as yesterday or the day before, that

06:20PM 5    case, the trial of that case, appears it's going to be delayed

06:20PM 6    once again.  So, it's going to be a number of years before we

06:20PM 7    have any type of finality in this litigation.  That would

06:20PM 8    trouble me.  That does trouble me that someone would be locked

06:20PM 9    up who was presumed innocent on the charge of having violated

06:20PM 10   Title 18 of the United States Code, Section 922(g)(3).

06:20PM 11      So, for all of those reasons, I'm denying the government's

06:20PM 12   motion.  I am releasing the defendant on bail subject to the

06:21PM 13   following terms and conditions and I want you to listen

06:21PM 14   closely, Mr. Ermin, because, should you fail to obey, or

06:21PM 15   should you violate any one of those terms and conditions, that

06:21PM 16   can result in your bail being revoked, and your being locked

06:21PM 17   up and kept locked up until this matter is completed.  Do you

06:21PM 18   understand?

06:21PM 19           THE DEFENDANT:  I understand, sir.

06:21PM 20           THE COURT:  I am hereby making the defendant subject

06:21PM 21   to the supervision and authority of the United States

06:21PM 22   Probation Office.  And what that means is you must obey and

06:21PM 23   carry out and follow through with every reasonable directive

06:21PM 24   given to you by a member of that office.  Should you fail to

06:21PM 25   do so, that can result in your bail being revoked and your

06:21PM  1   being locked up and kept locked up until this matter is

06:21PM  2   completed.  Do you understand?

06:21PM  3          THE DEFENDANT:  I understand.

06:21PM  4          THE COURT:  You are hereby required to surrender any

06:21PM  5   passports or enhanced driver's licenses or any other form of

06:22PM  6   documentation that would allow you to travel internationally.

06:22PM  7   And, while this case is pending, you are not to apply for

06:22PM  8   renewal of any passports or any other type of documents that

06:22PM  9   would allow you to travel internationally.

06:22PM  10      You are hereby placed on electronic monitoring.  And the

06:22PM  11  method of monitoring I leave to the discretion of the United

06:22PM  12  States Probation Office, but that will be monitoring that will

06:22PM  13  be active 24 hours a day.  As part of that, you are not to

06:22PM  14  tamper with, in any fashion, the effectiveness of that

06:22PM  15  monitoring.  Should it be determined that there has been

06:23PM  16  tampering or interference with that monitoring in any way,

06:23PM  17  that can result in your bail being revoked, and your being

06:23PM  18  locked up and kept locked up until this matter is completed.

06:23PM  19  Do you understand?

06:23PM  20          THE DEFENDANT:  I do, sir.

06:23PM  21          THE COURT:  Your travel is hereby restricted to the

06:23PM  22  Western District of New York.  You are not to travel outside

06:23PM  23  the Western District of New York unless you have received

06:23PM  24  permission from the Court and/or the US Probation Office to

06:23PM  25  undertake such travel.  And before that permission would be

06:23PM   1   granted, you must make full disclosure as to reason for the

06:23PM   2   travel, what your complete itinerary would be, and any other

06:23PM   3   information the probation Office requests of you in that

06:24PM   4   regard.

06:24PM   5      You are hereby required to remain at a verifiable address

06:24PM   6   as approved by the Pretrial Services Unit of the US Probation

06:24PM   7   Office.  You are also required to avoid all contact with co-

06:24PM   8   defendants and/or defendants in the related cases unless such

06:24PM   9   contact is first approved by the US Probation Office.

06:24PM  10      And when I talk about related cases, obviously, as the

06:24PM  11   government has indicated, it would involve the cases of all

06:24PM  12   the people that have either been named as defendants or, in

06:24PM  13   some other form, related to the case of the United States of

06:24PM  14   America v. Mr. Gerace and Mr. Bongiovanni, and anybody else

06:24PM  15   associated with the Pharaoh's Gentlemen's Club.

06:25PM  16      You are hereby prohibited from possessing or having access

06:25PM  17   to any firearms or destructive devices.  In addition to the

06:25PM  18   firearms that were described in the government's presentation

06:25PM  19   any other weapons or firearms or destructive devices that you

06:25PM  20   have or have access to, you must make that known to your

06:25PM  21   attorney.

06:25PM  22      And, Mr. Muscato, I direct you, as an officer of the Court

06:25PM  23   to then meet with counsel for the government so that

06:25PM  24   appropriate arrangements can be made for the surrender and

06:25PM  25   safekeeping of same while this matter is pending.

06:25PM   1          MR. MUSCATO:  Yes, Your Honor.

06:25PM   2          THE COURT:  You were also required to refrain from

06:25PM   3   drinking any alcohol.  No drinking whatsoever.  You are also

06:25PM   4   hereby prohibited from using or possessing any unlawful

06:25PM   5   narcotic drug or substance.

06:26PM   6          MR. MUSCATO:  Your Honor, with respect to narcotic

06:26PM   7   drugs, does the Court mean that would be other than prescribed

06:26PM   8   by his physician?

06:26PM   9          THE COURT:  I was going to go to that next.

06:26PM   10         MR. MUSCATO:  I apologize for interrupting.

06:26PM   11         THE COURT:  You are hereby prohibited from possessing

06:26PM   12   any legal drug or substance.  Even if it's considered legal

06:26PM   13   under the laws of the United States or the State of New York,

06:26PM   14   unless that legal drug or substance is in the form of medicine

06:26PM   15   that has been prescribed for you personally by a duly licensed

06:26PM   16   physician licensed by the State of New York to treat you

06:26PM   17   personally for a medical condition.

06:26PM   18      So, even through it might be considered a legal drug or

06:26PM   19   substance, under either the federal law or the state laws of

06:26PM   20   New York, unless it is in the form of medicine prescribed for

06:26PM   21   you personally by a physician to treat you for a medical

06:26PM   22   condition, you are not to have it in your possession, and you

06:26PM   23   are not to use it.

06:26PM   24      Once again, needless to say, but nevertheless necessary to

06:27PM   25   say, you are not to have in your possession and you are not to

| | | |
|---|---|---|
| 06:27PM | 1 | use any illegal drug or substance.  Now that raises the |
| 06:27PM | 2 | question, perhaps, of, well, marijuana is legal under the laws |
| 06:27PM | 3 | of the State of New York.  The federal government still has on |
| 06:27PM | 4 | its books marijuana as a controlled substance which is not |
| 06:27PM | 5 | legal.  But if it is prescribed by a duly-licensed physician |
| 06:27PM | 6 | license in the State of New York, that prescription will |
| 06:27PM | 7 | prevail but only that prescription. |
| 06:27PM | 8 | MR. TRIPI:  We object to that, Your Honor. |
| 06:27PM | 9 | THE COURT:  You can object to all of it when I get |
| 06:27PM | 10 | done. |
| 06:27PM | 11 | MR. TRIPI:  That's fine. |
| 06:27PM | 12 | THE COURT:  In addition, you will be required to |
| 06:27PM | 13 | submit to drug and/or alcohol testing and/or treatment for |
| 06:27PM | 14 | same as determined and directed by the US Probation Office and |
| 06:27PM | 15 | you will be required to contribute towards the cost of that |
| 06:27PM | 16 | service in the form of a co-payment, the amount of which will |
| 06:28PM | 17 | be determined and directed by the US Probation Office. |
| 06:28PM | 18 | As part of that, you are hereby prohibited from |
| 06:28PM | 19 | obstructing or attempting to obstruct or tamper with, in any |
| 06:28PM | 20 | fashion, the efficiency and accuracy of any prohibited |
| 06:28PM | 21 | substance testing which is carried out. |
| 06:28PM | 22 | You are also required to report any contact you have with |
| 06:28PM | 23 | any law enforcement personnel for any reason whatsoever, be it |
| 06:28PM | 24 | something as minor as a vehicle and traffic violation, or for |
| 06:28PM | 25 | any other reason.  And that report must be made within 72 |

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

58

| | | |
|---|---|---|
| 06:28PM | 1 | hours after the contact has occurred, and it must be made to |
| 06:28PM | 2 | the United States Probation Office. |
| 06:28PM | 3 | Upon completion of any additional processing by either the |
| 06:29PM | 4 | US Marshal Service and/or the US Probation Office, the |
| 06:29PM | 5 | defendant is to be released subject to all of the terms and |
| 06:29PM | 6 | conditions as I have stated them to be.  I am requiring the |
| 06:29PM | 7 | surrender of the passport, whatever passport there may be, and |
| 06:29PM | 8 | any other document such as enhanced driver's licenses or any |
| 06:29PM | 9 | other form of documentation that allows for international |
| 06:29PM | 10 | travel to be surrender to the Clerk of the Court no later than |
| 06:29PM | 11 | 12 p.m. December the 13th, 2023. |
| 06:29PM | 12 | MR. MUSCATO:  That time? |
| 06:29PM | 13 | THE COURT:  Twelve p.m.  Anything further, |
| 06:29PM | 14 | Mr. Probation Officer? |
| 06:29PM | 15 | PO. EMERSON:  Judge, we'd also recommend that he |
| 06:29PM | 16 | submit to a mental health evaluation and/or treatment. |
| 06:29PM | 17 | THE COURT:  I think you did have that, did you not? |
| 06:30PM | 18 | No, but I'll impose that.  You'll be required to undergo a |
| 06:30PM | 19 | mental health evaluation as determined and directed by the US |
| 06:30PM | 20 | Probation Office. |
| 06:30PM | 21 | PO. EMERSON:  Judge, we'd also ask that we be given |
| 06:30PM | 22 | time to do a home inspection prior to his release. |
| 06:30PM | 23 | THE COURT:  For the electronic monitoring? |
| 06:30PM | 24 | PO. EMERSON:  Yes. |
| 06:30PM | 25 | THE COURT:  Right.  Because I ordered electronic |

06:30PM     1    monitoring, the US Probation Office must first inspect the

06:30PM     2    residence at which you will be staying.  That's the verifiable

06:30PM     3    residence and in order to determine that that residence will

06:30PM     4    be accommodating for the electronic monitoring.  So, the

06:30PM     5    Probation Office, obviously, will need a little bit of time to

06:30PM     6    do that so your release will not be immediate.  It will

06:30PM     7    probably occur within the next day or so.

06:30PM     8              THE DEFENDANT:  I understand.

06:30PM     9              THE COURT:  So, the Probation Office can undertake

06:30PM    10    that.  Anything else?

06:31PM    11              PO. EMERSON:  No, Judge.  Thank you.

06:31PM    12              THE COURT:  All right.

06:31PM    13              MR. TRIPI:  May I be heard Your Honor?  Are you done?

06:31PM    14              THE COURT:  Just only asking Mr. Muscato does the

06:31PM    15    defendant waive his right to a preliminary hearing?

06:31PM    16              MR. MUSCATO:  Yes, Your Honor.

06:31PM    17              THE COURT:  Mr. Tripi?

06:31PM    18              MR. TRIPI:  Thank you, Your Honor.  Just a couple of

06:31PM    19    things.  One of the conditions you ordered was electronic

06:31PM    20    monitoring, the method to be determined by Probation.  I

06:31PM    21    understand that part of it, I believe, but you didn't specify

06:31PM    22    if you're ordered home confinement or curfew.

06:31PM    23              THE COURT:  I wasn't ordering home confinement.

06:31PM    24              MR. TRIPI:  Okay.  So, is that --

06:31PM    25              THE COURT:  It's up to the Probation Office what they

06:31PM   1   want to do as far as hours.

06:31PM   2           MR. TRIPI:  So, you're imposing a curfew then?

06:31PM   3           THE COURT:  Probation Office had the authority to.  I

06:32PM   4   started off by saying he would be subject to the supervision

06:32PM   5   and authority of the US Probation Office.

06:32PM   6           MR. TRIPI:  Okay.  The other, I guess, objection --

06:32PM   7   and I jumped the gun earlier.  I apologize for that.  Is that

06:32PM   8   I believe the judicial authorization federally of even medical

06:32PM   9   marijuana would violate federal law.  So, I'd ask the Court to

06:32PM  10   reconsider that condition.

06:32PM  11           THE COURT:  I understand that, but I also take note

06:32PM  12   from what, I believe, has now been publicly stated by US

06:32PM  13   Attorneys throughout the country as far as those states that

06:32PM  14   have legalized marijuana, they're not prosecuting for personal

06:32PM  15   use.

06:32PM  16           MR. TRIPI:  I think that's, perhaps, different than

06:33PM  17   authorizing medical marijuana to be used.

06:33PM  18           THE COURT:  Well, medical marijuana is for personal

06:33PM  19   use pursuant to the prescription, and that's what I said.  It

06:33PM  20   was governed by the prescription.

06:33PM  21           MR. TRIPI:  But, in other words, he doesn't have one

06:33PM  22   of those now.  So --

06:33PM  23           THE COURT:  No, until he gets it.

06:33PM  24           MR. TRIPI:  If he were to get out and get one, it's

06:33PM  25   clearly just so he can smoke weed.  That's my point.

06:33PM 1    THE COURT:  You then have to anticipate a doctor is

06:33PM 2  going to just write one willy nilly.

06:33PM 3    MR. TRIPI:  Stranger things have happened.  I've

06:33PM 4  prosecuted doctors, too, so.

06:33PM 5    THE COURT:  I understand.  There's also a lot of

06:33PM 6  decent, innocent doctors that say --

06:33PM 7    MR. TRIPI:  I understand.

06:33PM 8    THE COURT:  -- marijuana is a way of controlling

06:33PM 9  pain.

06:33PM 10    MR. TRIPI:  Okay.  The other things, I have a couple

06:33PM 11  of additional requests for the Court to consider.  I'd ask

06:33PM 12  that he be prohibited from contacting other members of the

06:34PM 13  Outlaws or visiting the Outlaws clubhouse.

06:34PM 14    THE COURT:  Denied because, once again, I'm not going

06:34PM 15  to have guilt by association.

06:34PM 16    MR. TRIPI:  I'd ask that he be prohibited from

06:34PM 17  attended Pharaoh's or being at Pharaoh's Gentlemen's Club.

06:34PM 18    THE COURT:  Denied.  He's got a constitutional right

06:34PM 19  rate to visit public places.

06:34PM 20    MR. TRIPI:  I'd ask that he have no contact with

06:34PM 21  members of the Black Pistons Motorcycle Club.

06:34PM 22    THE COURT:  Denied.  That's, once again, guilt by

06:34PM 23  association.

06:34PM 24    MR. TRIPI:  Association is an element of a

06:34PM 25  racketeering conspiracy.

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

62

06:34PM  1        THE COURT:  But he's not charged with that.

06:34PM  2        MR. TRIPI:  I understand that.

06:34PM  3        THE COURT:  That's why I emphasize --

06:34PM  4        MR. TRIPI:  I'm making my record.

06:34PM  5        THE COURT:  Please.  I emphasized I was making my

06:34PM  6  decision focused solely on the charge in this case, violation

06:34PM  7  of Title 18, Section 922(g)(3).

06:34PM  8        MR. TRIPI:  I'm just making my record, Judge.  I'd

06:35PM  9  ask that he have no contact with employee at Pharaoh's

06:35PM 10  Gentlemen's Club past or present.

06:35PM 11        THE COURT:  Denied.  Once again, that's guilt by

06:35PM 12  association.

06:35PM 13        MR. TRIPI:  And Judge, we would ask -- we're going to

06:35PM 14  appeal the decision.  We would ask for a 24-hours stay.  I

06:35PM 15  know you've ordered a home inspection, but we'd ask for a

06:35PM 16  stay.

06:35PM 17        THE COURT:  I'll give you a 24-hour stay only because

06:35PM 18  I'm giving the Probation Office a day within which to conduct

06:35PM 19  the feasibility of the residence for electronic monitoring.

06:35PM 20        MR. TRIPI:  So, the stay will last until 4:30, 5 p.m.

06:35PM 21  tomorrow?

06:35PM 22        THE COURT:  Correct.

06:35PM 23        MR. TRIPI:  Thank you, Your Honor.  I don't have

06:35PM 24  anything else on this.

06:35PM 25        THE COURT:  On that point, I understand you took an

63

```
06:35PM   1   appeal from my --
06:35PM   2            MR. TRIPI:  Which one?
06:35PM   3            THE COURT:  Non-decision in Roncone.
06:35PM   4            MR. TRIPI:  Oh.  We never filed the stay.  We were
06:35PM   5   ready to.
06:35PM   6            THE COURT:  I've got something in writing that says
06:35PM   7   there was appeal.
06:35PM   8            MR. TRIPI:  We withdraw it.
06:35PM   9            THE COURT:  Oh?
06:36PM  10            MR. TRIPI:  We were getting prepared to file it but
06:36PM  11   we withdrew it.
06:36PM  12            THE COURT:  You did more than that.  You filed it.
06:36PM  13   It was withdrawn.
06:36PM  14            MR. TRIPI:  Oh, okay.  Well, I guess we jumped the
06:36PM  15   gun.
06:36PM  16            THE COURT:  All I'm saying.
06:36PM  17            MR. TRIPI:  I guess we jumped the gun.
06:36PM  18            THE COURT:  Yes, you did.
06:36PM  19            MR. TRIPI:  The AUSA left during the appearance.
06:36PM  20            THE COURT:  Pardon me?
06:36PM  21            MR. TRIPI:  The AUSA left during the appearance left
06:36PM  22   to file it during the appearance while you were ordering it.
06:36PM  23            THE COURT:  Well, it shows you shouldn't act
06:36PM  24   prematurely.
06:36PM  25            MR. TRIPI:  In any event, Judge, it was the end of
```

US v ERMIN -- 12/12/2023 -- DETENTION HEARING

64

06:36PM 1  the day, so I apologize.

06:36PM 2          THE COURT:  That's no excuse.  I had the same long

06:36PM 3  day.  In fact, I was signing things last night or when we were

06:36PM 4  doing that hearing.

06:36PM 5          MR. TRIPI:  I get it.  I'll apologize.  But if there

06:36PM 6  was no one here to accept the appeal, then we would have been

06:36PM 7  boxed out.  That's all.  So, we apologize for that.  I think

06:36PM 8  that's all I have for this, Judge, unless the Court -- I

06:36PM 9  believe you don't set a 48(b) date.

06:36PM 10         THE COURT:  No.  The clock will start running now as

06:37PM 11 far as what the government needs to do under --

06:37PM 12         MR. TRIPI:  We understand.

06:37PM 13         THE COURT:  -- the Speedy Trial Act.

06:37PM 14         MR. TRIPI:  We got it.  Thank you.

06:37PM 15         THE COURT:  Thank you.

06:37PM 16 (Proceedings concluded.)

17

18

19

20

21

22

23

24

25

1              CERTIFICATE OF TRANSCRIBER

2

3          In accordance with 28, USC, 753(b), I certify that

4    this is a true and correct record of the proceedings held in

5    the United States District Court for the Western District of

6    New York before Honorable Magistrate Judge H. Kenneth

7    Schroeder, Jr., on December 12th, 2023.

8

9

10                        s/ Megan E. Pelka, RPR

11                        Megan E. Pelka, RPR

12                        Transcriber

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT D**

1

```
 1                UNITED STATES DISTRICT COURT

 2                WESTERN DISTRICT OF NEW YORK

 3

 4    - - - - - - - - - - - - - X
      UNITED STATES OF AMERICA    )
 5                                )
      vs.
 6                                      Rochester, New York
      JOHN ERMIN,                 )  December 19, 2023
 7                Defendants.           3:30 p.m.
      - - - - - - - - - - - - - X
 8    DETENTION HEARING

 9

10               TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE ELIZABETH A. WOLFORD
11                UNITED STATES DISTRICT JUDGE

12
                   TRINI E. ROSS, ESQ.
13                 United States Attorney
                   BY: JOSEPH TRIPI, ESQ.
14                 Assistant United States Attorneys
                   138 Delaware Avenue
15                 Buffalo, New York 14202

16
                   GEORGE MUSCATO, ESQ.
17                 107 East Avenue
                   Lockport, New York 14094
18

19                 T. Zeller, USPO
                   K. Nenni, USPO
20

21

22

23

24    COURT REPORTER: Karen J. Clark, Official Court Reporter
                       Karenclark1013@AOL.com
25                     100 State Street
                       Rochester, New York 14614
```

2

```
 1                      USA V. J. ERMIN

 2
                     P R O C E E D I N G
 3             *              *              *

 4

 5            THE COURT:  All right.  Good afternoon,

 6   everybody.

 7            MR. TRIPI:  Good afternoon, your Honor.

 8            THE COURT:  Why don't we have appearances

 9   for the record?

10            MR. TRIPI:  Joseph Tripi and paralegal Karen

11   Champoux for the United States.

12            THE COURT:  And on behalf of the defendant?

13            MR. MUSCATO:  George Muscato, and I have my

14   client John Ermin for the record.

15            THE COURT:  And for the record, are you John

16   Ermin?

17            THE DEFENDANT:  Yes.

18            THE COURT:  And you're represented by Mr.

19   Muscato?

20            THE DEFENDANT:  Yes, I am, your Honor.

21            THE COURT:  My name is Judge Wolford.  I'm

22   the district judge assigned to your case.  And we have

23   Officer Zeller and Officer Nenni here from Probation.

24            So, I guess, Mr. Tripi, you've handed up a

25   hearing or exhibit booklet?
```

```
 1                    USA V. J. ERMIN
 2            THE CLERK:  Yes.
 3            MR. TRIPI:  I have, your Honor.  Many of the
 4   exhibits the Court has already, but some are new just
 5   since yesterday.  I can read them into the record.  I'm
 6   proffering all of them.  Defense has all of these
 7   exhibits, but if you don't mind, I can lay out what's
 8   there.  Exhibits 1-A through 1-AV, inclusive.  For
 9   counsel's edification, 1-AT, 1-AU and 1-AV are new adds
10   in that one series.  There are three new exhibits from
11   the prior hearing.  2-A through F, there are no new
12   exhibits in that series from the prior hearing.  3-A
13   through C, 3-C I believe is new.  4-A through C.  5-A
14   and B.  6-A and B.  7-A.
15            THE COURT:  Are you saying -- you're just
16   saying what the exhibits are or saying --
17            MR. TRIPI:  I'm moving them all into the
18   record formally.
19            THE COURT:  Okay.
20            MR. TRIPI:  I'll be proffering some of these
21   as we go.  I didn't think I did a good job in the prior
22   hearing --
23            THE COURT:  I will agree with you because I
24   looked at the transcript.
25            MR. TRIPI:  -- what was in the record.  8-A
```

                        USA V. J. ERMIN
1   through F; 9-A through K and 10-A and 10-B; Exhibit 11;
2   12-A through 12-B; 13-A through 13-C; 14-A through 14-C;
3   15-A through 15-N; 16-A and B; 17-A through D; 18-A
4   through 18-I.  Some of in that series are new from the
5   prior hearing.  19-A through 19-F, some of those are new
6   we added exhibits.  20-A through 20-H, which are
7   photographs of vests, those are new exhibits.  And 21 is
8   a CD that has two videos, two different incidents.  I
9   should say two clips on one and four clips on the other.
10  They were some of the videos we discussed yesterday.  I
11  know counsel wasn't here, but they will be the same
12  videos that Mr. Cooper was proffering yesterday.  We've
13  now acquired those and we have those today.  So they are
14  short, I can show parts of the videos.  They are up.
15          THE COURT:  Okay.
16          MR. TRIPI:  So I would make all of those
17  exhibits which have all been provided to counsel and to
18  the Court as part of the record for this detention
19  hearing.
20          THE COURT:  All right.  Fair enough.  So,
21  it's the government's appeal.  It is a de novo review in
22  front of me.  I will tell you what I've reviewed.  I've
23  reviewed the transcript of the proceedings in front of
24  Judge Schroeder; I've reviewed the Notice of Motion

```
 1                    USA V. J. ERMIN
 2    filed by the government for review of Judge Schroeder's
 3    determination; I've reviewed the bail report that was
 4    prepared by the probation office that I think everybody
 5    had previously.  Yesterday, I don't know if this is part
 6    of your exhibits, but in the exhibit book that was
 7    handed up for Mr. Barnes, in the pocket was something
 8    that has been marked Government Exhibit 7-A, which
 9    appears to be the reports or an information related to
10    this alleged gang assault that occurred in April of
11    2010.  So I took a look at this.
12               MR. TRIPI:  I proffered the contents at the
13    original hearing.  I didn't formally move the document
14    in.  I don't think there was any harm in doing so
15    because the document was taken from Mr. Ermin's house
16    initially.
17               THE COURT:  But is 7-A part of this booklet?
18               MR. TRIPI:  It is.
19               THE COURT:  I think that is it.  I don't
20    think I have anything else.  So go ahead.
21               MR. TRIPI:  May I proceed?
22               THE COURT:  Yes.
23               MR. TRIPI:  Just to lay out the bases for
24    detention, we're moving under 18 U.S. Code Section
25    3142(f)(10(A), 3142(f)(1)(E), 3142(f)(2)(A), and
```

```
 1                    USA V. J. ERMIN
 2    3142(f)(2)(B).  Those are crime of violence, possession
 3    of a firearm, risk of flight and risk of obstruction of
 4    justice.  I would agree with the Court's assessment from
 5    yesterday that the charge does not trigger a statutory
 6    presumption of flight or danger, however we believe when
 7    you assess all of the applicable factors that all of the
 8    factors the Court should consider when it considers
 9    pretrial detention weighing in the favor, those are the
10    nature and circumstances of the offense, the weight of
11    the evidence, the history and characteristics of the
12    offender, and the nature and seriousness the defendant
13    would pose to anyone in the community.
14              I was present for your comments yesterday as
15    well, your Honor, so I did a little bit of research, so
16    I have cases as it relates to position in an enterprise
17    or organization.  I would agree with the Court --
18              THE COURT:  Hold on.
19              MR. TRIPI:  I'm speaking quickly, I'll slow
20    it down.
21              THE COURT:  I guess I look at the Enix
22    decision is my starting point.
23              MR. TRIPI:  That is a good one to anchor to.
24    I think --
25              THE COURT:  And for Mr. Muscato's purposes,
```

```
 1                    USA V. J. ERMIN
 2    I issued a decision in a case, I handled the Kingsmen
 3    case, there were several detention hearings that were
 4    brought before me.  I think the most contentious,
 5    probably, the lengthiest was United States v. Enix.  I
 6    issued a pretty lengthy decision in that case where I
 7    ultimately ended up releasing Mr. Enix.
 8              MR. TRIPI:  You did.
 9              THE COURT:  And I have a pretty lengthy
10    discussion in there of what I thought the relevant case
11    law was.  But I'm interested in what you have.
12              MR. TRIPI:  I think there may be a couple of
13    cases that I probably didn't cite before when you were
14    considering that.  You probably observed them in your
15    research, but I nevertheless, I'll cite them just in
16    case.  I think they do stand for the proposition, the
17    Court is correct that in terms of a per se leadership
18    position in a criminal enterprise, it's not sufficient
19    per se, but I think my argument I'd like to say that the
20    membership and leadership position is still a factor and
21    it should be a compelling one in this instance.  So I
22    think with that caveat, I'd cite the Court to United
23    States v. Cirillo, 149 F. Appx. 40, Second Circuit 2005
24    unpublished.  A panel affirmed the district court's
25    detention decision where the government showed the
```

8

```
 1                    USA V. J. ERMIN
 2  defendant was both a leader of an organized crime
 3  enterprise and had a list of proposed organization
 4  members found on the defendant's kitchen table and
 5  indicated that was sufficient proof that the violent
 6  enterprise was actively reinvigorating itself and that
 7  the defendant was directly involved in the process.
 8            THE COURT:  Give me the cite again.
 9            MR. TRIPI:  United States v. Cirillo, 149 F.
10  Appx. 40.  The pin cite for the reference I just made is
11  at page 43, and I think that case is going to have some
12  persuasive authority here.
13            THE COURT:  What were the charges in that
14  case?
15            MR. TRIPI:  That was -- it related to -- if
16  you just hold on one second, I'll get that, Judge.  I
17  didn't write down on my notes here the list of charges,
18  but it related to the Gambino crime family.  I think
19  that is going to have some, I think, persuasive
20  authority here because one of the things I'm going to be
21  demonstrating are not only rosters and lists of
22  nationwide, sort of, Outlaws, and you're going to see
23  some videos of nationwide Outlaws coming to a meeting
24  here in Buffalo that Mr. Barnes and Mr. Ermin was here
25  and people from Louisville and all over the country.  It
```

```
1                        USA V. J. ERMIN
2    looks like a leadership meeting was held here in 2023.
3    And I'll note that in a case that I think Mr. Erwin has
4    an interest in, a defendant was indicted in January of
5    that year.  I can only proffer that timeline.  I don't
6    know what was discussed in the four-hour closed-door
7    meeting, but I think from the video I'll show later in
8    the presentation, it was seemed like a hastily
9    thrown-together meeting.  They all meet at the Hilton
10   Inn across from the Buffalo Airport.  It was a four-hour
11   meeting and they all disperse.  So I think that timeline
12   is important.
13           THE COURT:  Are you doing to address the
14   Jencks material or just cryptically refer to that?
15           MR. TRIPI:  I'm going to address the
16   timeline of events in terms of disclosure of Jencks.  We
17   didn't find any Jencks material from that case in any of
18   the searches.
19           THE COURT:  What case are you talking about?
20           MR. TRIPI:  I'm talking about 19CR227, the
21   U.S. v. Bongiovanni and Gerace case.  So let me begin at
22   the beginning, though, if I may.
23           THE COURT:  Okay.
24           MR. TRIPI:  What brings this defendant to
25   court is obviously a firearm charge, but this Court
```

```
1                    USA V. J. ERMIN
2   knows it could consider much beyond the four corners of
3   that document.  And that is where I think starting with
4   Mr. Ermin's leadership position in this enterprise is
5   important.
6               If I can get the exhibits displayed.
7               I would just like to show the Court Exhibit
8   8-A.
9               THE COURT:  Let me make sure my -- yes, it's
10  working.
11              MR. TRIPI:  So this is a law enforcement
12  material provided to me regarding the Outlaws nationwide
13  organizational structure.  Now I know your Honor, you're
14  familiar with a motorcycle gang that sort of wanted to
15  be and was moving towards wanting to be a one percent
16  gang, but the Outlaws motorcycle gang has been in
17  existence for a very long time nationwide.  It's an
18  international organization, you heard that yesterday.
19  This is the national structure.  You have a national
20  president at the top.  And that is John Ermin, who lives
21  in Lancaster, New York.
22              THE COURT:  Where did you get this
23  organizational structure from?
24              MR. TRIPI:  This was provided by law
25  enforcement who investigate the Outlaws.  So just as
```

```
 1                     USA V. J. ERMIN
 2    sort of the Executive Branch of government have
 3    officially terrorist organizations and the president has
 4    a designate certain terrorist organizations, the
 5    Department of Justice has designated, essentially, the
 6    Outlaws as a criminal enterprise.  And there have been
 7    several racketeering cases throughout its history.  A
 8    little bit of history I think is important just to show
 9    you how this is far different from the Kingsmen in one
10    respect.  The Kingsmen are a JV organization compared to
11    the Outlaws in terms of reach, number of members, scope,
12    complexity.  All right?  So I'm showing you this so you
13    can see that the national president, who sits before
14    you, yes, on a gun charge where he had 16 firearms,
15    literally commands legions of people dedicated to the
16    one percent criminal lifestyle.  And that one percenter
17    criminal life style is important.  The most violent
18    Kingsmen, the most highest level Kingsmen, is your
19    baseline Outlaw.  That is the assessment from law
20    enforcement for a long period of time.
21              THE COURT:  And isn't it correct that it's
22    been known to law enforcement that Mr. Ermin is
23    allegedly the president of this organization?
24              MR. TRIPI:  Yeah.
25              THE COURT:  For years, right?
```

USA V. J. ERMIN

1

2        MR. TRIPI:  I think he became president, he

3  was locally a leader in Buffalo, and then he ascended to

4  what has been assessed by the FBI to the regional

5  president, which you could see is in blue.  So during

6  the time frame that you were having the Kingsmen case

7  and you heard Mr. Ermin's name during the course of that

8  trial, we assess, I say "we," I'm speaking for law

9  enforcement, that he was the blue region president at

10  the time.  He has since moved up.  The blue region

11  covers east Ohio, Pennsylvania and New York.  And so in

12  2019, when a high-ranking Kingsmen named Ed Decay

13  defected to a Nickle City Nomad organization and caused

14  that ripple that you sat through a trial on, in 2015 in

15  Ohio, Mr. Decay and a guy named Joseph Matthews A/K/A

16  Lucky and this defendant were stopped in Ohio during a

17  road rage type of incident in 2015.  The police were

18  called --

19        THE COURT:  I should disclose as well,

20  because I read the transcript, I pulled Mr. Decay's PSR,

21  and I have the description of that arrest, but I think

22  in fairness Mr. Muscato has to receive it.

23        MR. TRIPI:  I'm operating off memory, to the

24  extent what you have in front of you differs slightly --

25        THE COURT:  I can read it into the record.

USA V. J. ERMIN

1  Why don't I do that?  Because it's the date of the

2  arrest is February 21, 2015, the charge was improper

3  handling of a firearm in a motor vehicle, felony;

4  possession of methamphetamine, misdemeanor; agency was

5  Columbus Police Department, Columbus, Ohio.  There is no

6  disposition reported in Mr. Decay's Presentence

7  Investigation Report.

8          And the narrative is:  According to a

9  Columbus, Ohio Police Department on February 21, 2015,

10  Columbus Ohio Police Gang Unit detective responded to a

11  call of a road rage incident at 8575 Lira Drive.  Upon

12  arrival, detectives located a blue Chevy Trailblazer

13  bearing New York license plate number GMP 3312 parked at

14  the pumps.  Upon arrival, detectives observed several

15  white males, one male in the driver's seat, one male in

16  the passenger seat, and two walked from the gas station

17  in the vehicle.  Later identified as the defendant,

18  meaning Mr. Decay, John Ermin, Joseph Matthews and Eric

19  Richardson, all members of the Outlaws Motorcycle Club

20  in Buffalo, New York.  The detectives call for back up

21  and approach the vehicle.  One individual was observed

22  to have taken a pancake holster from his waistband and

23  drop it at his feet.  Detectives gave verbal demands to

24  all of the occupants to show their hands.  Detectives

                    USA V. J. ERMIN

1
2    subsequently recovered possession of four grams of
3    methamphetamine, two assault weapons, Kel-Tech sub 2000,
4    a loaded Taurus 38 special, 10 loaded pistol magazines,
5    three knives, two sets of brass knuckles, two batons, 64
6    rounds of ammunition, and three Outlaws motorcycle club
7    vests.  The defendants were arrested, processed and
8    released pending further investigation.
9             And then the PSR notes that it's noted in
10   August of 2018, additional information was requested
11   from the Columbus Police Department regarding this
12   investigation and prosecution and has yet to be
13   received.
14             MR. TRIPI:  So I think I can speak to that
15   because circling back, recently I asked the
16   investigators now working this case to look back at that
17   and see what happened to that.  And what they were told
18   was we sent that information to Buffalo to do a case.
19   Well, you know Special Agent Greg Mango, and you know
20   what he was doing.  You know what I was doing during
21   that time frame.  And, Judge, we wouldn't have had venue
22   over a firearm case and a meth possession case in Ohio.
23   So the case went nowhere, that is what I infer.  But
24   what did happen, we do know what did happen is Ed Decay
25   became an Outlaw.  From the police reports, I've read

```
                      USA V. J. ERMIN
1
2    it, appears that Ed Decay, the day of, took
3    responsibility for Mr. Ermin, Mr. Matthews, for the
4    firearms in the vehicle.  And then what happened is Mr.
5    Decay became a full-patch Outlaw.
6            Now, you know from the trial you sat over,
7    that initially the Kingsmen wanted to target Mr. Caruso
8    and Mr. Decay, but that quickly pivoted to just Mr.
9    Caruso.  Mr. Decay, he was protected by this
10   organization.  They weren't touching him.  And yet, and
11   yet, your plea colloquy with Mr. Decay was found in the
12   Outlaws clubhouse.  You didn't hear that yesterday.
13           THE COURT:  I saw that in the transcript, it
14   was the publically filed.
15           MR. TRIPI:  It was publically filed, but the
16   mind-set I'm going to speak to in a little bit is there
17   is also a letter from another, I infer, I read the
18   letter, I infer it's an Outlaw in prison who spoke to
19   Dave Pirk and spoke to other Kingsmen in prison about Ed
20   Decay and reported back to Mr. Ermin and gave an
21   assessment that he believes Mr. Decay is standing tall,
22   meaning not cooperating.  So they were monitoring Mr.
23   Decay the whole time, pulling his plea agreement.  Yeah,
24   they have a PACER account.  We found reference to their
25   legal bills.  The Outlaws MC have a PACER account.  I'm
```

```
 1                    USA V. J. ERMIN
 2   still waiting for the subpoena return from PACER and see
 3   what that looks like.  Ran into a few issues with that.
 4   We're working through that.  They didn't want to comply
 5   with the grand jury subpoenas.
 6             THE COURT:  Who was that directed to?
 7             MR. TRIPI:  It was direct to PACER.  I've
 8   had that response before and in very short order got the
 9   information.  I'm hitting roadblocks this time around.
10   I don't know if there was a court policy change in D C.
11   We, in fact, know that they have a PACER account.  They
12   have Mr. Decay's paperwork.  They have paperwork from
13   Outlaw cases all over the country.  Jack Rosga, Harry
14   Taco Bowman, monitoring your local cases.  So in the
15   Outlaws clubhouse was the plea colloquy and in the Mr.
16   Ermin's house of the actual plea agreement.
17             THE COURT:  Again, the publically filed plea
18   agreement?
19             MR. TRIPI:  Correct.  But you have to view
20   that through the lens of the montra, which I'm going to
21   pull up exhibit 15-M.  I think this is a new add, so you
22   may not have seen this yet, Judge, but I think this
23   exhibit pulled out of the Kingsmen clubhouse.
24             THE COURT:  Kingsmen.
25             MR. TRIPI:  Sorry, I'm all messed up,
```

1                  USA V. J. ERMIN
2    Outlaws Clubhouse.  Really speaks to the mind-set of the
3    baseline.  "This is not a family club or social riding
4    club.  We are men who ride and take our club seriously.
5    We have a strong brotherhood and take care of business
6    when need be.  But that is not all we are about.  This
7    club is our family and our life.  We spend most of our
8    time doing club functions and traveling around the world
9    visiting our brothers in other clubs.  We are the first
10   to admit that we are not your social weekend yuppies.
11   Never have been and never will be, either.  Biking and
12   brotherhood is the strength of our club.  Your brother
13   isn't always right, but he is always your brother.  It's
14   one for all and all for one.  All members are your
15   brothers and family.  You will not steal your brother's
16   possession, money, woman.  God forgives, Outlaws don't.
17   And that is a tattoo that Mr. Ermin has tattooed across
18   his stomach GFRD.  And that stands for the proposition
19   that the Outlaws will retaliate to a threatening
20   organization.
21            Think of it as a mission statement.  If you
22   don't think this way, then walk away because you are a
23   citizen and don't belong with us.  We are Outlaws, one
24   percenters and members will follow the AOA way or get
25   out, which means American Outlaws Association or only

```
 1                    USA V. J. ERMIN
 2   Arians apply.  United we stand divided we fall.  Forever
 3   Outlaws, Outlaws forever.
 4             So that is the mission statement.  And in
 5   1994, and we learned this from with our prosecution
 6   team, in 1994, on U.S. domestic soil, the Outlaws were
 7   responsible for the biggest domestic bombing in U.S.
 8   history to that point of a Hell's Angels' clubhouse in
 9   Chicago.  A car bomb went off.  It was the biggest
10   bombing before Oklahoma City.  That is the organization
11   we are dealing with.  You can't point to those types of
12   things with the Kingsmen motorcycle club.  This is on a
13   different level.
14             I would like to show you exhibit 8-B because
15   this is just going to be a press release for Outlaws
16   National President sentenced to 20 years for
17   racketeering.  This press release is in 2011.  So this
18   would be Mr. Rosga is the national president.  In
19   between him there was another person named "Hillbilly,"
20   who is now medically retired.  Hillbilly is sick, I
21   believe he has cancer, and then Mr. Ermin.
22             THE COURT:  You're telling me that, but, I
23   mean, and you can proffer, but I have to assess the
24   reliability of the proffer.  So why should I conclude
25   that your statement that Mr. Ermin is the national
```

```
 1                    USA V. J. ERMIN
 2  president of the Outlaws is reliable?
 3              MR. TRIPI:  He admitted it to a witness,
 4  first of all, that I've spoken to and reviewed the
 5  reports.  Secondly, he has national level rockers.  I
 6  can show you his vest, it's going to have his national
 7  pin on it.
 8              Let's go to the 20 series, Karen.
 9              Think of it like military ranking, but
10  you're going to see it says "National" and gold pin on
11  the rocker received from the house.  20-C we'll go
12  through in sequence, 20-C, you'll see the reference
13  "B.B.T.," refers to the baseball bat team, that patch
14  signifies his high ranking in, and I get this from doing
15  this every day and investigate these types of
16  organizations, and I've spent a minute prosecuting biker
17  gangs, and so I'm familiar with some of it as well.
18              On the top left, you see another patch that
19  says, "Brotherhood inside and out," which references in
20  or out of jail.  And in speaking to Jeremy Sheetz, who
21  is with the ATF and has been a national expert for a
22  long time in this area, along with others that are
23  working this case who have devoted a lot of time working
24  Outlaws motorcycle cases, that red slash that is Arian
25  or that is related to the fact it's on his patch, it is
```

```
 1                    USA V. J. ERMIN
 2    significant in the sense it is indicative of violent
 3    acts of his history.  So B.B.T. patch, think of it as
 4    prospective, your job was to defend the patch.  The
 5    lighting bolt Nazi symbolism which are red, according to
 6    Mr. Sheetz, who reported to our agents, those types of
 7    symbolism indicate when they are on the patch of
 8    violence.  On top of that, there have been reports, and
 9    I reviewed one source, report of an individual who is in
10    an outlying clubhouse who watched Mr. Ermin beat someone
11    up.
12              THE COURT:  Can you give me more
13    information?
14              MR. TRIPI:  I really can't in this setting,
15    your Honor.  I hope you understand why I'm a little
16    reluctant and maybe my proffer at the end will frame
17    that.  I reviewed the report.  The individual reported
18    that he was in the Outlaws clubhouse, that Mr. Ermin
19    walked out back, beat somebody up and then walked back
20    in.
21              THE COURT:  You can't give me any kind of
22    time frame?
23              MR. TRIPI:  I can follow up with the time
24    frame, Judge.  I don't have that committed to memory as
25    I stand here right now.  I was reading it more for the
```

```
 1                    USA V. J. ERMIN
 2   substance of what had happened, but I don't have a time
 3   frame.  It was certainly in the window of time when the
 4   Kingsmen case was being prosecuted.  So it was sometime
 5   ago, but I don't have more specifics than that.
 6             THE COURT:  Okay.
 7             MR. TRIPI:  But I can get that for you.
 8   There is also information that I've learned through
 9   prosecution of the owner of Pharos Gentlemen's Club that
10   there is a witness who has explained that women who
11   would work there, now that case involves allegations of
12   sex trafficking, et cetera, women who are on the outs or
13   who are to be punished in some way get sent to the
14   Outlaws clubhouse to dance.  There is a stripper pole in
15   there, they dance.  There was information, and I'm not
16   saying the information came from the young lady that was
17   assaulted, I want to be clear, I don't want her to be
18   retaliated against.  Information came to me that Mr.
19   Ermin slammed one young lady's face off of the bar
20   inside of the Outlaws clubhouse.
21             THE COURT:  Can you give me more specifics
22   about that?
23             MR. TRIPI:  I can't.
24             THE COURT:  Was it an eye witness that
25   relayed this to you because I, again, I go to, Mr.
```

```
 1                  USA V. J. ERMIN
 2   Tripi, it's fine for the government to proceed by
 3   proffer, there is nothing inappropriate about that, but
 4   I have to make an assessment as to the reliability of
 5   the evidence.  And if one of the arguments the
 6   government is making is that there is no condition that
 7   can be put in place that would protect against the
 8   danger that Mr. Ermin would present, then the
 9   credibility of these purported acts of violence, it's a
10   relative factor.
11                  MR. TRIPI:  I think I understand what you're
12   saying.  And there are a couple of ways I want to
13   respond directly to that.  I think one way to assess the
14   reliability, I haven't gotten to 7-A, you start stacking
15   information on one another, does he have violent
16   tendencies, has he committed acts of violence?  I think
17   the answer is yes based on my proffer.  You overlay that
18   with a patch that I just proffered, which is indicative
19   of violence, and the B.B.T. patch, which is his role
20   defending the patches.  Now, you add the person, without
21   being specific, and I'll be as specific as I can as to
22   the time frame, however, and I'll get to this, I'm going
23   to proffer information about the death of a current
24   federal witness that it's only come to light in the last
25   little bit that it's linked to another prosecution, but
```

```
 1                    USA V. J. ERMIN
 2   I now believe when I gave a more detailed proffer to a
 3   federal judge about this type of nuanced information, it
 4   resulted in the witness' death just this year.  So I
 5   apologize, but I'm hesitant to be more precise.
 6            THE COURT:  It's up to you, but, ultimately,
 7   it's the government's burden, up to me, I'm going to
 8   have to make an assessment.
 9            MR. TRIPI:  We embrace that, but overall, I
10   argue to you that by virtue, based on his position, and
11   a couple of things that I'm proffering, you're dealing
12   with one of the most dangerous and most powerful
13   individuals in the country.
14            THE COURT:  I asked you about his role of
15   president of the Outlaws.
16            MR. TRIPI:  And so this the first vest.  And
17   thank you for getting me back on track, Judge.
18            20-D, Karen.  Go to the next one.
19            That is the back of that same vest,
20   obviously it says "New York" on the back.  Now, let's go
21   to 20-E.  So they have different vests for different
22   seasons, different things they wear.  Now we're going
23   into some lighter gear.  20-E, show the back, Karen.  So
24   this one now says "United States," that was proffered
25   yesterday.  Now you're starting to see he has a national
```

```
 1                    USA V. J. ERMIN
 2   role in the organization.
 3              Go to the next one, G, here is another vest
 4   of his.  We're going to go to the next exhibit.  Zoom in
 5   on the patch area, Karen.
 6              So you see it says "AOA," Outlaws -- now I'm
 7   forgetting the moniker, the true one.  But it says --
 8              THE COURT:  It's in your papers.
 9              MR. TRIPI:  It's the national pin.  Only
10   Arians apply or American Association of Outlaws is what
11   they call it.  That is the forward facing moniker, but
12   there is the national pin right on his vest in gold.
13              THE COURT:  But does that signify being
14   president of the organization?
15              MR. TRIPI:  I'm arguing to you and
16   submitting to you, based on all of this information to
17   include his own statements to a person, the national pin
18   on his vest, the United States bottom rocker, the
19   assessment of government experts who investigate these
20   things, that he is the national president.  In the prior
21   proffer, there wasn't a disclaimer that he was the
22   national president.  This is the boss, this is the guy.
23              They are a little more circumspect with some
24   of their president patches than some of the other clubs.
25   They are obviously more law enforcement conscious than
```

                    USA V. J. ERMIN

some of the other clubs.  There are exhibits that you

have, they literally circulate memos about roving and

court decisions to their membership under the title

"Must Read."  That is found in their clubhouse.  They

are a much more sophisticated organization, much more

law enforcement conscious.

            One of the investigators that I have, two of

them have been investigating a long time, it's their

assessment he is the national president.  I've put in

court papers back as far as 2021, he is the

international president.  He has traveled to set up

chapters in Brazil.  And traveled internationally all

over the country.  And the other reason you know he is

the national president is the paper we pulled from his

house.  I would like to go through that a little bit.

The A series.  He has letters and people from other

parts of the country visiting him on video you're going

to see and writing to him.

            So, can you just give me a moment, Judge?  I

want to get to the right spot.

            All right, Karen.  If we could go to 1-H for

a moment.  Here is another example, Judge, these letters

were taken from his residence in Route A behind the

couch.  For example, he has a letter from membership in

```
 1                    USA V. J. ERMIN
 2   Australia.
 3              Can you zoom in on that, Karen?
 4              So he has a chapter writing him from
 5   Australia.  He has -- if you could Zoom back out --
 6   other chapters from around the country sending him money
 7   and there are some IT exhibits we've added.  There is
 8   about $40,000 in cash seized from his residence.
 9              THE COURT:  That was from his residence.
10              MR. TRIPI:  His residence.  There was about
11   another 10,000, these are rough estimates, about another
12   10,000 in the clubhouse.  He controls both of those
13   locations as the leader.
14              THE COURT:  Because my notes from the
15   transcript are that it was $40,000 from the clubhouse
16   and $10,000 from the residence.
17              MR. TRIPI:  I believe that if we said it, we
18   got it reversed.  Let me just clarify that.
19              Agents are going to make a call who can
20   verify that.  I'll correct it by the end.  You'll see
21   the cash.
22              Ms. Champoux, can you show us the exhibit
23   where the cash is, please?  I don't have it memorized.
24   We'll call that up.
25              19-F was some of the bulk cash seized from
```

```
 1                    USA V. J. ERMIN
 2   his residence.  Stacks of hundred dollar bills.  All
 3   tolled the day of the search warrants, your Honor, there
 4   were five locations searched, two Outlaws related, the
 5   clubhouse and Mr. Ermin's residence, three the Rare
 6   Breed related.  The Rare Breed president and two of
 7   their clubhouses.  All tolled, there was approximately
 8   $50,000 seized, most of that was from the Outlaws side
 9   of things, about 50 firearms, hundreds, if not
10   thousands, of rounds of ammunition.
11               THE COURT:  Fifty thousand was seized, 40
12   and 10, it must have all been from the Outlaws, right?
13               MR. TRIPI:  That was, at the time I was
14   proffering, that was the information I had.  I think
15   more money has been counted, but I don't know exactly
16   how much more.  There were about 50 firearms and 50,000
17   or more dollars.  Some of the ammunition in one of the
18   Rare Breed was federal ammunition from a federal law
19   enforcement agency, that is now being investigated how
20   they acquired it.
21               THE COURT:  That was seized from where?
22               MR. TRIPI:  A camper related on the Rare
23   Breed's clubhouse in Wellsville, Mike Roncone's RV.  He
24   is the president of the Wellsville chapter.  He is
25   associated with Mr. Ermin and his father is associated
```

```
 1                  USA V. J. ERMIN
 2   with Mr. Ermin.
 3              THE COURT:  When you say associated with Mr.
 4   Ermin, what do you mean?
 5              MR. TRIPI:  I'll get to it.  The Rare Breed
 6   and the -- the Rare Breed is a support club for the
 7   Outlaws, to put it shortly.  And he is a leader of the
 8   Rare Breed.  He had Homeland Security ammunition, which
 9   so far we've tracked had been sold to the United States
10   Marshal Service.
11              THE COURT:  Sold by the Marshal Service?
12              MR. TRIPI:  Homeland Security sells it to
13   the United States Marshal Service, that is as far as
14   we've made it so far, but it should not be in the home.
15              THE COURT:  Marshals should not be in the
16   business of selling --
17              MR. TRIPI:  Right on the box it says "not
18   for resale," should not have been in a biker leader's
19   RV.  That is going on a little side project upon all of
20   this.
21              But getting back to Mr. Ermin, in his house,
22   if you look at exhibit 1-M, and this was also in the
23   clubhouse, also in the residence he has lists of all of
24   the Outlaws who are incarcerated.  I've opened it to the
25   page of Mr. Decay so you could see there.  There is also
```

```
 1                    USA V. J. ERMIN
 2    a letter that I'm going to talk about, I think I've
 3    referenced it, where somebody else is checking on Mr.
 4    Decay to see if he stood up or is standing up, meaning
 5    not cooperating.  This goes in line with all their
 6    "snitches are a dying breed," "God forgives, Outlaws
 7    don't."  That has real meaning in this context.
 8             If you go to 1-N, your Honor, you can see
 9    that Mr. Ermin is acquiring documentation from various
10    places.  This is an individual -- Ms. Champoux, I'm
11    going to ask you to just Zoom in in just a moment.  I
12    don't have a closer look of this one, Judge.  This is an
13    individual, an Outlaws from Tennessee, who is writing.
14    Essentially he had pled guilty in a federal case and he
15    writes a letter, essentially, begging to get back into
16    the club saying that "I pled, but I essentially saved
17    five other Outlaws.  I have three blood brothers in the
18    club."  And this is the type of thing.  All of this is
19    funneling its way to Mr. Ermin.  He is looking at this,
20    and I don't have his cell phone, he is sending a text
21    message to another person or in the text message that he
22    received, it's a screenshot to Mr. Ermin's phone of
23    somebody who may be cooperating in Milwaukee and the
24    person texts a screenshot to him and the screenshot says
25    so and so is essentially a snitch, you should look into
```

```
 1                    USA V. J. ERMIN
 2   this.
 3              THE COURT:  Do you have a date for that?
 4              MR. TRIPI:  I can get it to you.  I don't
 5   have it with me today.
 6              THE COURT:  Do you have a date for the
 7   letters from Tennessee?
 8              MR. TRIPI:  Only that they were seized at
 9   his house.  If you look at exhibit 10, there is a date
10   put on there, February 24, 2015.  But these were seized
11   in his house, obviously.
12              THE COURT:  I think it's supposed to be 10,
13   right?
14              MR. TRIPI:  Ten, right.  Another thing that
15   was seized from his residence, if you go to 1-P, very
16   concerning FBI law enforcement sensitive information.
17   Now this is not on the PACER docket.  It's unclassified.
18   This should only be in law enforcement's hands.  No
19   idea, as I stand here today, how he got this intel
20   between the Kingsmen and Pagans back in the 2015 time
21   period.
22              If you turn to page 1-Q, if we go to exhibit
23   1-Q, he has people sending them their psychoeducational
24   evaluations on the left, confidential.  Now I understand
25   you might say on the write of that screen we have a
```

```
 1                  USA V. J. ERMIN
 2   court transcript, again, when you overlay all of this
 3   monitoring with the mind-set of "God forgives, Outlaws
 4   don't" and "snitches are a dying breed," it creates more
 5   than a picture, particularly when you consider his rank
 6   in the organization.
 7            1-R is, you're going to see Mr. Decay's plea
 8   agreement.  And if you go through like 1-S, if you look
 9   in the plea agreement, I don't think I took a picture of
10   every page, because you sat through the plea and you
11   know what it's all about, but there is highlighting and
12   tracking and things that show they are trying to assess
13   whether Mr. Decay is a cooperator.  That is clear from
14   the letter from the person in jail to Mr. Ermin.
15            If we go to 1-U, there is a Jamestown Police
16   Department report with highlighting.  As I stand here, I
17   have no idea how he got that.  And you know from your
18   own personal experience, Mr. Ermin's name was mentioned
19   in connection with the Kingsmen trial.  In fact, Keith
20   Elsaesser, who was here yesterday, when the FBI
21   approached him back in 2018, he wouldn't show them his
22   notes.  He pretended that he wrote for the "Aging
23   Rebel," that is all bunk.  We totally expected to find
24   the notes in the searches, but we didn't find them.
25            We found confidential reports going back in
```

```
1                    USA V. J. ERMIN
2    1990 to a RICO case in Virginia in 2010 that has marks
3    on it.  I have an intel analyst looking to find out were
4    any of them tampered with, were any of them killed.  As
5    I am standing here, I don't know, but they are hording
6    the stuff and tracking.  That was the Rosga witness
7    list, the former national president.
8              THE COURT:  Where was that found?
9              MR. TRIPI:  That was found in the Outlaws
10   clubhouse.  If you look at 1-X, 1-X appears to be a
11   transcript of a Title 3 or some type of wire intercept
12   transcript.  And it's not an intercept, from my reading
13   of it, it says "16 mass 2017" at the top.  So I don't
14   know what court case this is, I don't know where it came
15   from, but it's in Mr. Ermin's residence and he is
16   tracking what they are saying about him on this wiretap.
17   That appears to me, from my experience doing wiretaps,
18   that this looks like a transcript of some type of
19   intercept, whether a consensual recording or Title 3 or
20   some type of state wire.  He is highlighting pages where
21   they are referencing him, "yeah, oh, yeah, just so you
22   know, I had Tommy O from the Outlaws on the phone"
23   highlighted.  And, again, that is a multi-page document.
24   I reviewed it.  There are other highlighted portions of
25   it.  I took a picture of the front page because this is
```

```
 1                    USA V. J. ERMIN
 2   not a three-month trial.  And I'm trying to give you the
 3   flavor of what was in there.
 4              1-Y I think will interest you.  This was
 5   recovered.  This is the letter I was referencing.  Can
 6   we zoom in on the letter portion?
 7              So it's addressed to Mr. Ermin, and this
 8   person Tony D, who I believe to be Anthony Dloniak,
 9   says, "Tommy One Percenter ended up in Elkton, Ohio at a
10   low."  I think that refers to a low security prison.
11   "The place is 70 percent sex offenders.  Ed was pretty
12   messed up when I got to CCA."  That is a reference to Ed
13   Decay A/K/A "Special Ed."
14              THE COURT:  Do you know what CCA is.
15              MR. TRIPI:  I believe Ohio is a CCA in terms
16   of federal, like a federal jail.  I don't think it's a
17   final prison yet.  I can research that more.
18              "Ed was pretty messed up when I got to CCA.
19   I cleaned him up.  His co Ds all checked in when we
20   arrived."  So when you get to a new prison, you have to
21   show your paperwork to other prisoners to stay on the
22   yard or you have to check in because they will beat you
23   up.  You get a certain amount of time to show your
24   paperwork to prove you didn't snitch.  That is the
25   reference there.
```

```
  1                    USA V. J. ERMIN
  2             His co Ds," meaning Ed Decay's other
  3   co-defendants, "checked in when we arrived.  Flip,
  4   Gregory Wilson, claimed Ed told, but did not produce his
  5   paperwork to show me.  In other words, Gregory Wilson
  6   didn't have Ed Decay's paperwork to prove that Ed had
  7   snitched.  Sorry it's a little convoluted.  I'm trying
  8   to decode it here.  Pirk was in Niagara County and he
  9   said that Ed proffered.  But without cooperating,
 10   question mark.  LOL.  He also told me that you told him
 11   he could patch over whenever he wanted, so apparently
 12   Pirk has been offered to patch over to the Outlaws
 13   because he rode it out and went to trial and didn't ever
 14   tell the full story about all how all those events
 15   played out.  What I just told you was Ed was protected
 16   based on my assessment and law enforcement's assessment
 17   as to why Filip Caruso was the target.  In any event, Ed
 18   is good in my opinion.  I can't speak on what I don't
 19   know, but I felt he is standing tall.  He is concerned
 20   about his wife, but he will have to let that ride.  Yes,
 21   he was concerned about his wife.  Time don't stand still
 22   for people who are free.  Let me give you my info, and
 23   elicits it for us.  Have someone --
 24             THE COURT:  That is who wrote this?
 25             MR. TRIPI:  Anthony Dloniak.
```

```
 1                      USA V. J. ERMIN
 2            THE COURT:  He was a defendant in front of
 3   me -- Mr. Cullinane.
 4            MR. TRIPI:  Now the name rings a bell.
 5            Well, that makes sense.  He was in Niagara
 6   County jail with Pirk.  Interesting.
 7            THE COURT:  Yeah, he was represented by a
 8   guy from Chicago.
 9            MR. TRIPI:  Even more interesting.  That is
10   the home of the Outlaws.  They were founded in Chicago,
11   Illinois.
12            Someone send me an e-mail address for true
13   liens, I don't know what that means, and maybe phone
14   number, my legal shit over.  My paperwork is 100
15   percent.  Left Ed with my PSI to send you.  I'm not sure
16   what my future holds, but I know my family is you.
17            THE COURT:  His wife was prosecuted for
18   something too, Mr. Dloniak, but not to Federal Court.
19            MR. TRIPI:  It sounds like Mr. Dloniak,
20   maybe he was never confirmed.  It sounds like he may be
21   an associate or member because he ends up saying, "send
22   my love to the guys."  He also leaves --
23            THE COURT:  There was something, I'm just
24   going on memory, there was something that came up about
25   Mr. Decay in connection with that prosecution, but I
```

```
                         USA V. J. ERMIN
1
2    don't recall what it was.
3              MR. TRIPI:  I'm going to look into that.
4              But he leaves his PSI with Decay so Decay
5    can send it, probably to Ermin.  This is the way -- this
6    is their system of checks and balances.  So that is the
7    letter.
8              THE COURT:  This was recovered in the search
9    warrant at Mr. Ermin's house.
10             MR. TRIPI:  See that Post-it note there,
11   this photo was taken in the FBI, I've looked at it, and
12   I've asked them to photograph it for this purpose today
13   and put a Post-it note next to the letter to show where
14   it came from.
15             Same thing with 1-Z.  I pulled this to show
16   you that they had a confidential memorandum from U.S.
17   Probation in 2010.  I don't know the significance of the
18   case yet, but, again, their ability to acquire things
19   that are in FBI custody or law enforcement custody, now
20   Mark Lesser was an Outlaw who was prosecuted in
21   Tennessee, may have sent his own probation report to the
22   Outlaws, to Mr. Ermin, but that is their way of trying
23   to prove they are not betraying the brotherhood or, in
24   Mr. Lesser's case, to try and get back in the good
25   graces.
```

```
 1                    USA V. J. ERMIN
 2            If you look at 1-AA, I just had to take a
 3   picture of this to show you that the former national
 4   president is mailing Mr. Ermin directly at his
 5   residence.  This is this succession plan.  This is the
 6   sequence of national leadership.  Mr. Rosga,
 7   Hillbilly -- Hillbilly, in the meantime, I say Hillbilly
 8   took a medical leave.  I didn't think it was pertinent
 9   to show you that letter.  In the letter he was
10   referencing taking medical retirement, Hillbilly was in
11   Florida.
12            THE COURT:  When does the government believe
13   that Mr. Ermin became national president.
14            MR. TRIPI:  Sometime after Taco Bowman died
15   in 2019, he went to that funeral, it was attended by
16   very many, so some point after 2019.
17            I'm skipping over some other exhibits that
18   you've seen already and that you've looked at.  Another
19   one I want to clue you in, again, this is all still in
20   his residence.  If you look at 1-AE, 1-AE, these are ATF
21   confidential source reports regarding the shooting, the
22   James "Jimbo" Costa shooting, and if you go to 1-AF,
23   this is an ATF CI report, and you see someone wrote on
24   top, this is Phelps number, so they are assessing who
25   are the cooperators, and this is in Mr. Ermin's area of
```

```
1                    USA V. J. ERMIN
2  his house, a lot of his papers were by his desk.
3             1-AG, again, shows tracking.  This is a
4  media report, but if we hone in on what was highlighted,
5  it was already highlighted when recovered, tracking what
6  sources are saying in various outlets.
7             1-AH, tracking what was seized from another
8  Outlaws' house, highlighting things that seem important
9  to them.  This references that a piece of mail addressed
10 to Paul Raslawski at Pharaoh's.  Mr. Ermin is the
11 manager of Pharos Gentlemen's Club.  That is the
12 location that sex trafficking --
13             THE COURT:  This Paul -- I don't even know
14 how to pronounce it.
15             COURT REPORTER:  Can somebody spell it?
16             MR. TRIPI:  R-a-s-l-a-w-s-k-i.
17             THE COURT:  And who is he?
18             MR. TRIPI:  He is a one percenter Outlaws
19 member.  Previously was part of their support clubs
20 known as the Black Pistons.  He is also a cook at Pharos
21 Gentlemen's Club.  In 2021, law enforcement executed a
22 search warrant at his residence at 19 Grotton.
23             THE COURT:  And that is what came up
24 yesterday.
25             MR. TRIPI:  In or about March of 2021.
```

```
 1                    USA V. J. ERMIN
 2           THE COURT:  Where Mr. Barnes' attorney
 3    indicated that Mr. Barnes used to live there.
 4           MR. TRIPI:  Yeah.  In fact, the agent who is
 5    back in the front row of the courtroom, observed Mr.
 6    Barnes there cutting the lawn one day.
 7           THE COURT:  Well, let's not get into Mr.
 8    Barnes without him being present, but I just want to
 9    make sure I'm following.
10           Paul Raslawski.
11           MR. TRIPI:  No.  So he had a number of
12    firearms seized from his residence.
13           THE COURT:  In March of 2021.
14           MR. TRIPI:  Yes, March 1st, 2021, which is
15    on the top there.  He is also a cook at Pharos and there
16    is multiple witnesses who have reported he is involved
17    in distribution of various drugs.
18           Now, the two searches of his residence have
19    come up largely empty in terms of drugs, but they
20    recovered firearms.
21           THE COURT:  Is he charged federally?
22           MR. TRIPI:  He is charged in a pending
23    Criminal Complaint at the Magistrate.
24           THE COURT:  With?
25           MR. TRIPI:  User in possession of firearms
```

                    USA V. J. ERMIN

1

2   at this point.

3           THE COURT:  But not related to this March

4   2021 search?

5           MR. TRIPI:  No, that search happened, that

6   was right around the time that Mr. Gerace had been

7   indicted.  That search happened, dealing with some Covid

8   issues as well, and then the AUSA who handled that left

9   and new investigators started reinvestigating Mr.

10  Raslawski, that is why you had the delay.  And the last

11  couple of weeks there was another search at a house, the

12  same house, and a cabin, and more firearms were

13  recovered from the cabin.  And that is where that case

14  stands.

15          If you look at 1-AK, you can see Mr. Ermin

16  tracking filings that I wrote in that related case,

17  19CR227, but I think that is a good point to step back

18  and talk about the death of a federal witness.  So I've

19  proffered to you the things that are being tracked,

20  different things from around the country, different

21  things as it related to that case.  Mr. Ermin now knows

22  by execution of the search warrants and attachment B,

23  that some of the things that law enforcement was

24  authorized to search for included evidence of

25  racketeering activity, evidence of the relationship

```
 1                    USA V. J. ERMIN
 2   between the Outlaws and the Rare Breed, and evidence
 3   relating to Crystal Quinn who was a federal witness.
 4   Let me tell that story for a moment.
 5            Okay.  Crystal Quinn was somebody who was
 6   approached by the FBI in or about January of 2023.  She
 7   was later charged by Criminal Complaint.  She made some
 8   false statements to them and she had been involved
 9   sending a Facebook threat to a witness who was going to
10   testify in case No. 19CR227.  Quinn was charged by
11   Criminal Complaint.  Then, with her attorney, she
12   ultimately proffered several times and she provided
13   information about Peter Gerace, Joseph Bongiovanni and
14   members of the Outlaws.  She expressed to several FBI
15   agents in that proffer and this Assistant United States
16   Attorneys that she was fearful of the Outlaws and that
17   they would kill her, her mom and her dogs.  She
18   nevertheless pressed forward and she signed a
19   cooperation agreement and she was given pretrial
20   diversion.  She was a bit of a drug user, but not a bad
21   person.  And Lillian Cullen with United States Probation
22   was monitoring her.  And everything was going fine.
23   Then after she testified in grand jury, Mr. Gerace was
24   charged with witness tampering and we had a detention
25   hearing, much like this, because he had been out, and I
```

```
 1                    USA V. J. ERMIN
 2  was answering a lot of questions similar to these types
 3  of questions, and I was doing the best that I can to,
 4  maybe, to give more information than I've given you, but
 5  it became clear to anyone that was watching that she was
 6  cooperating.  And then we went back to doing what we do
 7  in Federal Court and she went back to her life and rats
 8  had been starting to show up at her house once, then
 9  another.  She reports it to the FBI.  FBI put a camera
10  in her house, things like that.  We continue to prepare
11  for the trial, things happen, the trial doesn't go off
12  on time.
13           Now Mr. Gerace gets detained March 27th,
14  2023, and we know that he was furious about it.  And I
15  don't want to be more specific as to how we know that
16  because he is not the one who is sitting here in a
17  detention hearing.  But on good authority, he was
18  complaining about Crystal Quinn, not by name, but by
19  scenario.  And he said that he had long reach and people
20  who could tie up his loose ends.  Okay.  Fast forward
21  and that is where that stood for a while.  We learned
22  that information, I want to say, sometime around July,
23  but in a nice -- it was in its own bucket, Gerace said
24  that in his case.  And then separately, you know,
25  Crystal, she was smoking some weed and giving Lillian,
```

```
 1                    USA V. J. ERMIN
 2   she was being responsive, but smoking weed, violated the
 3   pretrial diversion agreement, so I told her attorney,
 4   bring her in, she is just going to give her a pep talk,
 5   can't smoke weed, not part of the agreement.  Somewhere
 6   in there, a guy named Simon Gogolack, who had gone to
 7   high school with her, popped back into her life out of
 8   nowhere.  Hadn't seen her in 10 years, bumped into her
 9   in a bar.  He spent the next week -- now he is from
10   Wellsville, no apparent connection to Gerace, no
11   apparent connection to Ermin, but he went to high school
12   -- I know, I now know he went to high school with Quinn
13   and they were friends when they were 18 years old and
14   they got in trouble together in that time frame.  He,
15   now from a review of his text messages, it's clear he
16   was trying to get her to go to Wellsville.  But very
17   quickly, she was texting with him as though, now, as I
18   stand here now, I've seen her phone and people have seen
19   his phone.  That took months to put together, weeks, if
20   not months.  She is very quickly becoming in love or
21   very lovingly referencing him.  He is luring her to
22   Wellsville.
23            On a different text thread in the middle of
24   July, Simon Gogolack is texting offering hit man
25   services, quoting lines out of the "Irishman" telling
```

```
                           USA V. J. ERMIN
  1
  2    how he'll clean houses and park cars.  There is a line
  3    out of the movie the Irishman, you can YouTube it, I
  4    don't have it for you today, where I think it talks
  5    about you paint houses.  And he butchers the line.  But
  6    somewhere in mid July, Simon Gogolack is offering hit
  7    man services in another context.  So very much --
  8              THE COURT:  To another --
  9              MR. TRIPI:  To another drug dealer.
 10              THE COURT:  Unrelated to this?
 11              MR. TRIPI:  Totally unrelated, someone he
 12    gets drugs from in the world.
 13              THE COURT:  He is just saying, hey, I want
 14    to become a hit man?
 15              MR. TRIPI:  He is saying, "I would like to
 16    get that small business started that I talked to you
 17    about."
 18              THE COURT:  Okay.
 19              MR. TRIPI:  And referencing being a hit man,
 20    while he is trying to lure Crystal Quinn to Wellsville.
 21    Of course, this took months and months to put together;
 22    thirty search warrants, the Cloud at Google, you name
 23    it, working around the clock.  So then they end up there
 24    while trying to prepare for trial, they end up in
 25    Wellsville.
```

```
 1                     USA V. J. ERMIN
 2              THE COURT:  They being?
 3              MR. TRIPI:  Quinn and -- Quinn and Gogolack,
 4   he succeeds.  He convinces her to go to Wellsville,
 5   which I don't know anybody in the word that goes to
 6   Wellsville for vacation.
 7              THE COURT:  It used to be a very wealthy
 8   area, that is why it's called Wellsville.
 9              MR. TRIPI:  Really?
10              THE COURT:  It was a nice area.
11              MR. TRIPI:  She goes there.  Still nothing
12   on the surface of that links to any of this.  And they
13   spend -- she brings him right to a poker game.  Now he
14   was saying, I don't have a ride there, they take her
15   car, her mom's car.
16              THE COURT:  A poker game in Wellsville.
17              MR. TRIPI:  Yeah, he is telling her, I need
18   a ride, help me get back to Wellsville.  These aren't
19   verbatim.  I need to get my I.D. and do something with
20   the taxes.  Finally she convinces her mother to loan the
21   car and drives her mom's car to Wellsville.  And they go
22   right to a poker game with a whole bunch of dudes and
23   she is the only woman that I could see from the video.
24   Gogolack links up with another guy named Howard Hinkle.
25   And there are text messages where he is now with Crystal
```

```
 1                    USA V. J. ERMIN
 2   indicating to Hinkle he is going to come to the poker
 3   game, so they go there.  And then Crystal is standing
 4   all alone while Gogolack and Hinkle walk off, and I
 5   think there is a strong inference as to what they were
 6   talking about there.  I'm going to leave that there for
 7   now, that is for another day.  And then they pal around
 8   through the course of the rest of the night, Gogolack
 9   and Hinkle.  They bring Crystal places and ultimately
10   back to Gogolack house.
11             THE COURT:  They being Hinkle and Gogolack?
12             MR. TRIPI:  Correct, correct.  And this is
13   where we get into some sensitive techniques and warrants
14   that we've conducted, but what it ultimately transpires,
15   I think between the hours of 3:30 a.m. and 6 a.m. on
16   July 28th, Crystal, instead of calling 911, is texting a
17   friend at an old number in her phone.  You know how you
18   get a new phone and maybe somebody has a new number and
19   you store both numbers and you don't, if you're too lazy
20   to delete the old one, you may be calling the old one.
21   And she is texting this friend at a number that is no
22   longer this friend's number:  "Simon is setting me up
23   with the bikers.  10 beams on me," meaning scopes,
24   pointed on her, scopes with firearms on repeat.  She is
25   -- she is in terrible fear, terrible.  Then nothing
```

```
 1                    USA V. J. ERMIN
 2    happens.  That night.  Her phone, I spoke with a
 3    computer scientist at the FBI who has looked at her
 4    phone, and it looks like sometime around, ballpark, 6:30
 5    p.m. on July 31st, about a day and a half after those
 6    events where she is texting in utter fear, her phone
 7    stops being utilized by a human.  So there is stuff
 8    happening on the phone, but it's just not natural action
 9    of a human being operating the phone.  About a 24-hour
10    period later, Simon calls in her body, but only because
11    certain other events forced his hand.  Crystal's mom was
12    looking for her and looking for her car and was going to
13    call the state police because she hadn't heard from her
14    daughter.  And that is what triggered him to call in the
15    body.  It had been stiff for upwards of 24-hours or
16    more, full rigor.  She had been dead for a long time.
17    Of course we don't know any of this and it looked like,
18    to the first responders, like a normal overdose
19    accident.  We weren't even notified right away.  We had
20    to figure out where she ended up.  How she ended up
21    there.  By the time we were fully onto it, her body had
22    been cremated and already been done.  But there was an
23    autopsy done where the results wouldn't come back for
24    over a month later, sometime in September, and then it
25    became real.  She had enough Fentanyl in her system,
```

```
 1                    USA V. J. ERMIN
 2  somebody who didn't use Fentanyl, ever, and was against
 3  it, had friends die of it, used cocaine and other things
 4  like that.
 5            THE COURT:  Well, you say used Fentanyl,
 6  Fentanyl is in a lot of drugs.
 7            MR. TRIPI:  It is in a lot of drugs, but
 8  this was enough cocaine to, or, sorry, Fentanyl to kill
 9  everyone in the courthouse, so nobody accidentally
10  overdoses with that much.  She had 1200 nanograms in
11  her.  A low end overdose is three.  So, she had instant
12  death, not party amount.  The scene was cleaned.  That
13  appeared clear.
14            THE COURT:  Were there any drugs on the
15  premises?
16            MR. TRIPI:  Very little.  Hash, what I
17  presume is hash, hasn't been fully tested yet.  I don't
18  know if they test for hash anymore, honestly.  It wasn't
19  handled like a full-blown crime scene by the police, it
20  looked like an accident.  About a week later, that is
21  when the FBI went down there and did a search warrant
22  and ultimately charged Gogolack with guns and drugs.
23  Right.  And then it progressed from there over time and
24  Gogolack links to Hinkle and Hinkle links to the Rare
25  Breed and Rare Breed links to the Outlaws.
```

```
 1                    USA V. J. ERMIN
 2            THE COURT:  When you say Hinkle links to
 3    Rare Breed, where is that from?
 4            MR. TRIPI:  There has been surveillances and
 5    there has been reporting, video surveillance, video
 6    footage, and a warrant on his phone where he is with
 7    Rare Breed members, Hinkle is with Rare Breed members.
 8    And there is an obituary post when Hinkle's father died,
 9    Rare Breed posted on his phone and he is communicating
10    with Mike Roncone about certain things.
11            THE COURT:  Hinkle is?
12            MR. TRIPI:  Hinkle is.
13            THE COURT:  And then you look at the Rare
14    Breed meeting minutes, you know how the Kingsmen kept
15    meeting minutes?  Well, so, for the Rare Breed and
16    Hinkle was removing scrap from their clubhouse, things
17    like that.  And so Hinkle, Gogolack and of course the
18    night that there was a lot of the fear, they were
19    together the night that a lot of the fear that Crystal
20    started kicking up.  That was the sequence of events
21    that led us to this.  It wasn't much right from the
22    beginning where we now know that Mr. Ermin has some
23    nexus to the Rare Breed.  I told you they are a support
24    club.  We go back and look and we go back and look who
25    visited Mr. Gerace after Crystal's complaint was
```

```
 1                      USA V. J. ERMIN
 2    dismissed from PACER.  An organization that has a PACER
 3    account, I don't have the records to say they pulled
 4    that one yet, but we know from other information, that
 5    Mr. Gerace was provided a copy of Crystal's Criminal
 6    Complaint, that got dismissed.
 7              THE COURT:  Say that again.
 8              MR. TRIPI:  There is information that an
 9    individual, an investigator, provided Mr. Gerace with
10    Crystal's Criminal Complaint.
11              THE COURT:  That was filed in Federal Court.
12              MR. TRIPI:  Yep, and so that then that
13    complaint, when she enters the pretrial diversion and
14    cooperation, gets dismissed.
15              THE COURT:  And the complaint is publically
16    filed.
17              MR. TRIPI:  Publically filed.
18              THE COURT:  So then the dismissal of the
19    complaint is publically file, dismissed with no
20    disposition, which would lead a reasonable person to
21    conclude there some type of --
22              MR. TRIPI:  Yes.  You know who the next
23    person who visited Mr. Gerace was after that?
24              THE COURT:  After what?
25              MR. TRIPI:  The dismissal of the complaint.
```

```
 1                    USA V. J. ERMIN
 2              THE COURT:  Okay.
 3              MR. TRIPI:  John Ermin on April 4th.  Eight
 4    days later he has made two visits.
 5              THE COURT:  Two visits total since Mr.
 6    Gerace has been in custody?
 7              MR. TRIPI:  Yes.  One was after Ms. Quinn's
 8    complaint got dismissed and one was in July, July 6th,
 9    those two, that's it.
10              THE COURT:  When did Ms. Quinn die?
11              MR. TRIPI:  August 1st she died -- withdraw
12    that.  It would seem she may have died July 31st, given
13    the full rigor she was in.  Her body was called in
14    August 1st.  We didn't become aware because she was
15    supposed to meet with the government on August 1st, her
16    attorney called U.S. Attorney's Office asking "is she
17    there," she wasn't there.  The attorney couldn't get
18    ahold of her.  Lillian Cullen couldn't get ahold of her
19    and said this is not like her.  August 2nd, the attorney
20    calls the U.S. Attorney's Office and says, "She is dead.
21    I don't know where yet."  It want from there.  The
22    attorney knew first.
23              And so FBI is not out to Wellsville until
24    August 3rd by the time they figure out where any of this
25    happened.  Her autopsy is done, no law enforcement
```

                    USA V. J. ERMIN

1   attended the autopsy.  And arrangements are already

2   being made to cremate the body.  August 8th is when they

3   are out there doing search warrants at Gogolack's, and

4   that sequence of events plays its way back.  And now we

5   look back and say, standing here today, that she

6   cooperated, she flipped, she testified in grand jury,

7   Gerace got detained, Gerace got mad, Gerace made

8   statements that he could have people killed and had long

9   reach.  And the manager of his club is the national

10  president of the Outlaws who controls legions of people,

11  who has support clubs and puppet clubs under him, which

12  include the Rare Breed.  And then someone who wants to

13  be a hit man and hangs out to the Rare Breed in

14  Wellsville, injects himself back into her life and lures

15  her in her life and she overdoses and it is staged to

16  look like a death.

17            THE COURT:  And when you say it was some

18  drug dealer, that is someone different than Hinkle?

19            MR. TRIPI:  Yes, there is a little bit of

20  inference that I'm drawing here.  It would appear that

21  maybe he was buoyed by this is his new business, he was

22  beginning, he references starting a new small business.

23            THE COURT:  So, in other words, you're

24  potentially, I mean, your argument, I guess, is that the

                    USA V. J. ERMIN

1    whole purpose of him reestablishing this connection with

2    Ms. Quinn was to kill her.

3             MR. TRIPI:  Either that or he reestablished

4    and opportunity arose.  It could go either way.

5             THE COURT:  But he was introduced into this

6    business of killing people through that and then you're

7    thinking he was branching out with this other drug

8    dealer.

9             MR. TRIPI:  This other drug dealer was

10   within the same time frame.  I don't know.  The other

11   drug dealer's text messages were close enough in time

12   that, as I stand here without having them in front of

13   me, I don't know which came first, but they were close

14   in sequence.

15            THE COURT:  Can you give me the dates again

16   for when your proffer was in federal court that resulted

17   in Mr. Gerace being detained?

18            MR. TRIPI:  The proffer occurred over two

19   days, March 24, I think that was a Friday, and March 27,

20   which I think was a Monday.  And he was detained that

21   day.  That is when the day he learned his final

22   detention status, I guess, was the 27th.  And then

23   thereafter he made statements about --

24            THE COURT:  So April 4th, you said, though,

```
 1                    USA V. J. ERMIN
 2    is when Mr. Ermin visits Mr. Gerace in jail.
 3              MR. TRIPI:  Within eight days.
 4              THE COURT:  Which is the first time because
 5    he had just recently been detained.
 6              MR. TRIPI:  Correct.
 7              THE COURT:  And then the statements that
 8    you're attributing to Mr. Gerace occurred occurs about
 9    where it's -- the government believes there is proof
10    that Mr. Gerace knew Ms. Quinn was the one responsible.
11              MR. TRIPI:  After he is detained, but before
12    Mr. Ermin visits him.
13              THE COURT:  And then Mr. Gogolack reaches
14    out to Ms. Quinn, when was that?
15              MR. TRIPI:  About the week before she died,
16    so in July.  And July was the next month that Mr. Ermin
17    visits Gerace.
18              THE COURT:  So Mr. Ermin visits Mr. Gerace
19    July 6th.  And then Mr. Gogolack reaches out to Ms.
20    Quinn --
21              MR. TRIPI:  I want to say about three weeks
22    later, week of July 22nd, 23rd, somewhere in there.
23              THE COURT:  Do you have anybody
24    establishing, anybody directing or enticing or
25    encouraging Mr. Gogolack to proactively reach out to Ms.
```

```
1                      USA V. J. ERMIN
2     Quinn?  I know that is the Government's theory that he
3     did this to engage in this conduct, but do you have any
4     proof that somebody approached him about doing it?
5              MR. TRIPI:  This would require a very
6     detailed proffer that I'm, in this setting, reluctant to
7     give due to ongoing investigation.  But, also, it's very
8     circumstantial.  I'll concede to that.  It's a very
9     circumstantial, it's circumstantial, but we believe
10    strong circumstantial.
11             Search warrant affidavits in this matter
12    have been 169 pages, so it's very challenging for me to
13    give you more than I'm giving you now.  And I'm exposing
14    a lot here, so that you have a full context here.  This
15    is still going on.  The grand jury just seized a whole
16    bunch of devices from Mr. Ermin's residence within a
17    week.
18             THE COURT:  You don't have anything to
19    proffer with respect to those?
20             MR. TRIPI:  No.  We got the search warrant
21    signed Monday, so I'm not certain of things yet from
22    those devices.  But it's clear that she was killed
23    because she was a witness and that the two people that
24    we now know had the biggest motive to silence her were
25    Gerace and Ermin, as the leader the Outlaws.  And, in
```

```
1                    USA V. J. ERMIN
2  fact, she previewed it with us that she was scared they
3  would kill her.
4              THE COURT:  Did she have evidence against
5  Mr. Ermin?
6              MR. TRIPI:  She had been in that clubhouse
7  and overdosed from cocaine use in that clubhouse.  She
8  had a -- she called it a seizure.
9              THE COURT:  In the Outlaws clubhouse?
10             MR. TRIPI:  Yes.  She said she had a
11 seizure.  If you look it up, a seizure is an overdose of
12 cocaine.
13             THE COURT:  Did she identify Mr. Ermin as
14 being present?
15             MR. TRIPI:  No, she went there with two
16 other people.  If you're okay with it, two other
17 Outlaws, patched Outlaws.  I would leave it at that for
18 now.  I don't think their names particularly advance my
19 argument here.
20             THE COURT:  Okay.  Anything else where she
21 identified Mr. Ermin as engaged in criminal activity?
22             MR. TRIPI:  I mean, he was identified as the
23 leader.
24             THE COURT:  By her?
25             MR. TRIPI:  I'm pretty sure, yeah.  And she
```

```
 1                      USA V. J. ERMIN
 2   is not the one I was referencing earlier when I
 3   referenced that.  So I know there is a lot there.  But
 4   that is just one branch of the tree.  There is a whole
 5   organization here.  I wanted to pull up, I wanted to
 6   show you how this is playing out in a different context.
 7   He is at the head.
 8                      Can you pull up the press release from May
 9   23rd, 2023 that we marked today, Karen?  I just don't
10   know what number it is since I had it just today.
11                      There is a prosecution in another town where
12   two Outlaws were going to go to trial for a stabbing,
13   and now the witness has vanished, and the case got
14   dismissed.  That happened in May.
15                      THE COURT:  Say that to me again.  I'm
16   sorry, Mr. Tripi.
17                      MR. TRIPI:  So this is a case from Madison
18   County.  I don't think we have the title here.  And I
19   apologize, I think the title is "Charges dismissed in
20   motorcycle club stabbing after crucial witnesses goes
21   missing."  Two Outlaws had stabbed somebody for wearing
22   unauthorized Outlaws gear.  Murdered a person, I believe
23   it's a murder -- no, the person lived.  I'm sorry.  And
24   now that witness is missing.  This is May of 2023.  So I
25   wanted to point you to something that talks to the
```

```
 1                     USA V. J. ERMIN
 2   larger mission statement of "snitches are a dying
 3   breed," "God forgives, Outlaws don't."
 4            Now, Karen, if we could go to Mr. Ermin's
 5   tattoos, there is a photograph of him inside Mr.
 6   Gerace's backyard last Labor Day sitting next to Mr.
 7   Barnes.  And you can see on Mr. Ermin's left arm a
 8   tattoo that says "B.B.T." on it, baseball bat team.
 9            THE COURT:  That is crooked.
10            MR. TRIPI:  He has two things going on.  He
11   is wearing a t-shirt that says "God forgives."
12            THE COURT:  No offense, but who is who?
13            MR. TRIPI:  The one holding the can is Mr.
14   Ermin.
15            THE COURT:  Okay.
16            MR. TRIPI:  And the other one who looks like
17   he is looking right at the camera is Mr. Barnes.
18            THE COURT:  Okay.
19            MR. TRIPI:  But that tattoo on his arm, I'm
20   told it says B.B.T.  It's a little blurry but you can
21   see the t-shirt says "God forgives, Outlaws don't."
22   That is in line about the B.B.T patch, that was also on
23   his patch.  And so then, Judge --
24            THE COURT:  This is at a party at Mr.
25   Gerace's?
```

```
                         USA V. J. ERMIN
1

2              MR. TRIPI:  While he is on pretrial release.

3              THE COURT:  About what time period?

4              MR. TRIPI:  Labor Day of 2022, a Labor Day

5    party.  I don't know if it was exactly on Labor Day.

6              And then another thing I wanted to point

7    out, I referenced it earlier, 1-AV is the exhibit where

8    it's posted in the Outlaws clubhouse, "Must read" or

9    it's in the Outlaws' clubhouse, I don't know if it was

10   still posted, "Must read" and it talks about FBI using

11   roving wiretaps against members of the Genovese family

12   and it continues through five pages and provides like

13   some legal analysis.  And what the Judge ruled in that

14   case.  Again, I would argue that is consciences of guilt

15   that they are a criminal organization.

16              If you look up on notes that we found in Mr.

17   Ermin's 2-A, he is writing, "nobody talks, everybody

18   walks," seems like an instruction where he is writing

19   not to talk if they are shot, stabbed, beat to cops or

20   to court.  If they don't understand this, we don't need

21   them.

22              THE COURT:  Where is this?

23              MR. TRIPI:  Found within his desk area.

24              THE COURT:  Like a loose piece of paper?

25              MR. TRIPI:  He had a like a desk area some
```

```
 1                    USA V. J. ERMIN
 2   papers that were like on the side, it was in his
 3   residence.  Another page 2-B, he talks about what dry
 4   snitches is, jail letters, phone visiting rooms, it's
 5   dry snitching.  It ties our hands.  Lose phones, texts,
 6   e-mail, social media, dry snitching, pillow talking,
 7   discussing in front of citizens, cunts, dry snitching.
 8   Exhibit 2-C --
 9             THE COURT:  This was found in Mr. Ermin's
10   house.  Do you know for a fact this is his handwriting?
11             MR. TRIPI:  I'm asking you to make that
12   inference.  It's in his area, it doesn't look like
13   female writing to me.  People have -- every woman I know
14   has nicer handwriting than me.  That is all I'm saying.
15             THE COURT:  In other words, your
16   understanding is that he lived at the home with his wife
17   and that's it.  There wasn't another male in the home?
18             MR. TRIPI:  Yeah, and she was -- she is his
19   wife, she wears the vest that says "property of" old
20   lady vest.  This is both people are fully indoctrinated
21   into the lifestyle here.  But this appeared to be his
22   area.  Many of the devices had Arian-nation type
23   monikers on them, swastika-type things.  I know you've
24   seen some of the photos pulled out of the clubhouse,
25   huge swastika.  That is a very dangerous, and I
```

61

```
 1                    USA V. J. ERMIN
 2   understand it's First Amendment protected speech --
 3              THE COURT:  Judge Schroeder obviously made
 4   the point that, hey, you know, it's not like you have to
 5   endorse this, it's not -- it doesn't mean we lock up
 6   everybody that thinks that.
 7              MR. TRIPI:  One hundred percent.  But when
 8   you look at the whole forest here, then that dangerous
 9   ideology, it only takes an instant for an ideology to
10   become action.  We learned that in the Tops case, so
11   there is a dangerous assessment there.  Just by virtue
12   of that speech, sure, you can be a bigoted racist all
13   you want, but when it's something that you put on almost
14   everything you own and you put the flag on the wall and
15   in the Outlaws clubhouse, the place where you command
16   allegiance, you're telling everybody else under you,
17   this is how we operate, this is our belief system.  And
18   then you hang a rat behind the bar from a noose, did you
19   see that picture?
20              THE COURT:  Yeah.
21              MR. TRIPI:  And, yeah, and then you wear
22   shirts with guns that say, "snitches are a dying breed,"
23   and then other places in the country prosecutors are
24   losing witnesses.
25              THE COURT:  Wait, wait, wait, do you have
```

62

                    USA V. J. ERMIN

1
2    proof of that?

3              MR. TRIPI:  Well, I just, I'm referencing

4    the press release I just showed where Outlaws stabbed

5    somebody and now the witness is missing.  And in the

6    case here, a woman spoke with the Outlaws and now she is

7    dead, you start stacking all of that up, there is not --

8    there is not a leap here.  There is a strong inference

9    that should compel the Court.

10             But then he says it himself by wearing this

11   "Free Taco" shirt, Taco Bowman was a prior national

12   president in for RICO murder, operating a number of RICO

13   murders, and he continued to, and he is wearing a "Free

14   Taco" shirt.  America's most wanted Outlaw, they treat

15   him like God.  The person who is the most notorious

16   Outlaw in probably their recent history.  That type of

17   commitment to a cause endangers everybody, not just

18   witnesses in federal cases, the communities.

19             Other bikers, you know, you're going to see

20   a video of henchmen, underlings of Mr. Ermin, to include

21   Mr. Barnes, going to a restaurant to confront with a

22   show of force an Outlaw who was wearing patches that he

23   wasn't supposed to be wearing.  Maybe this a good time

24   to go to that.

25             THE COURT:  Let me ask you a question.  How

```
 1                    USA V. J. ERMIN
 2   much longer do you expect?
 3             MR. TRIPI:  I didn't realize.
 4             THE COURT:  How much longer do you think
 5   your proffer is because I have questions for you as well
 6   and we obviously haven't heard from the defendant.
 7             MR. TRIPI:  I would, let's play the videos,
 8   if we could, and they are relatively short, and then I'd
 9   be happy to respond to whatever questions you have, if
10   that works for the Court.
11             THE COURT:  Okay.
12             MR. TRIPI:  I'm happy to continue another
13   day if we need to as well.
14             THE COURT:  Okay.  Why don't we play the
15   videos?
16             MR. TRIPI:  I believe exhibit 21.  So this
17   exhibit is going to have two sets of videos, two folders
18   here.  Halligan's is a bar, and if I could preview it
19   for you.  This bar -- let me get the date of this
20   footage, if you don't mind, your Honor.
21             We'll have to open one maybe to see the
22   date, Judge.
23             THE COURT:  Okay.
24             MR. TRIPI:  This is Halligan's bar, I
25   believe, in Lockport, New York.  Pause it, please, for
```

```
                        USA V. J. ERMIN
 1
 2   the record.  And I have no information that the date is
 3   inaccurate.  The date at the top of the video is
 4   November 25, 2020.
 5                THE COURT:  This is in Lockport?
 6                MR. TRIPI:  This is a bar in Lockport, New
 7   York.  I don't think it's in existence anymore.
 8                THE COURT:  It went out of existence pretty
 9   quickly.
10                MR. MUSCATO:  What was the name of the bar?
11                THE COURT:  Halligan's.
12                MR. MUSCATO:  Halligan's?
13                THE COURT:  That is what you said, right?
14                MR. TRIPI:  That is what it was saved as.
15   November 25, 2022.
16                Footage was obtained by FBI task force
17   officer who is in court.  And what you have here, just
18   to tee it up, there is a Kingsman who was wearing
19   unauthorized patches.
20                THE COURT:  Kingsman or Outlaws?
21                MR. TRIPI:  Kingsman.  This Kingsman is
22   going to be confronted for wearing these patches.  And
23   you're not going to be able to hear the audio that well,
24   but the -- you're going to see him being sat down at
25   sort of this bench to the right and surrounded by a
```

```
 1                    USA V. J. ERMIN

 2   whole bunch of Outlaws, one of whom has a cane, and

 3   being given a talking to.  And then you're going to see

 4   other video angles of other Outlaws grabbing the phones

 5   from a woman at the bar.  You're going to see them pour

 6   into the back, because, initially, this Kingsman goes

 7   into the kitchen, almost to deescalate the situation,

 8   and they go back in the kitchen and bring him out.  That

 9   includes Mr. Barnes and includes Mr. Elsaesser, who was

10   here yesterday watching in court, and a number of

11   others.

12                THE COURT:  Is Mr. Ermin there?

13                MR. TRIPI:  Mr. Ermin is not here, but this

14   is, again, it would apply to him, because these are

15   people he controls.  He is a leader of everyone you're

16   going to see in this situation.

17                Then I'm going to play another video and

18   you're going to see Outlaws from all over the country

19   coming to meet with Mr. Ermin.

20                Can we play this angle?

21                (Video played.)

22                Fast forward it just a little bit.

23                You have now have Mr. Barnes in the front,

24   every other person pictured is an Outlaw at this point.

25   Another camera angle shows them all filing in, so one at
```

```
 1                    USA V. J. ERMIN
 2   a time, in a position around the bar.  The area where
 3   the Kingsman is off screen, off the bottom of the
 4   screen, the direction where Mr. Barnes is, you see
 5   activity at the bottom.
 6              Now they are going in the kitchen area to
 7   pull him out.
 8              THE COURT:  How do you know that?
 9              MR. TRIPI:  There are other angles that I
10   viewed that I'll show you.
11              Can you pause it real quick?
12              The guy with the goatee there, bald head,
13   his wife also works at Pharaoh's, his name is A/K/A
14   Spider, and he is -- he frequents Pharaoh's a lot, which
15   is the location where Mr. Ermin is the manager, Mr.
16   Gerace is the owner.  Where you have Mr. Raslawski is a
17   cook who deals drugs.  Where Matthew Joseph A/K/A Lucky,
18   so you have four Outlaws that are heavily invested in
19   that particular strip club owned by Mr. Gerace.
20              Please continue, Ms. Champoux.
21              So sitting down is -- if you stop it.  That
22   is the Kingsman who just sat down to the right.
23              THE COURT:  The guy with his back to the
24   wall?
25              MR. TRIPI:  Yes.  He was directed to sit
```

```
1                    USA V. J. ERMIN
2   down by Mr. Mariachio, who is in court watching here
3   today, who is either the Buffalo chapter president or he
4   may be the new blue regional president, I'm not quite
5   sure about that.  But that would be under Mr. Ermin.  He
6   got promoted recently, too.
7              So you saw him direct the Kingsman where to
8   sit.  You're going to see everyone circle around and
9   Corey Benson holding a cane, although he walks just fine
10  without a cane, and he is the young one there in the
11  black with the hat, and they'll circle.  At some point,
12  you'll hear the Kingsman, and he asks if the guy is
13  about to beat him with the cane.  And we'll play the
14  tape from there.
15              (Video played.)
16              Stop it for a second.  Off camera at the
17  bottom there is a guy with a bald head and glasses on
18  top, and he is the owner of the bar and trying to figure
19  out what is going on.  Separately, the owner is
20  wondering why these guys are pulling out his cook to sit
21  him down like that.
22              Go back a little bit, Ms. Champoux.
23              Around the time where the Kingsman stands,
24  your Honor, is around the time he thinks he is going to
25  be beat with the cane.  He stands up and puts his back
```

```
1                    USA V. J. ERMIN
2  against the wall.  It's around there and hard to hear.
3              Right now he is telling the owner, "He has
4  got the message.  It had nothing to do with you or the
5  bar."
6              Can you stop it there?  I'm going to go to
7  another angle that shows them going into the kitchen and
8  then the gentleman pulling the phone off the bar.
9              MR. MUSCATO:  Excuse me, your Honor.  My
10  client has some health issues that require --
11              THE COURT:  Hold on a second.
12              MR. MUSCATO:  That requires him to use the
13  restroom.  Could he please do that?
14              THE COURT:  Yes, of course.  We're almost at
15  5:15 at this point.  I don't envision myself making a
16  decision on this today.  I envision us having to either
17  continue, because I don't know if we're even going to
18  get to the defense being able to respond, so we can
19  either --
20              MR. TRIPI:  Could I propose, just for
21  efficiency sake, if we can finish this one and Barnes
22  the same day.  We could play these videos because they
23  apply to both Barnes is going to be --
24              THE COURT:  So we adjourned Mr. Barnes to
25  next week on Wednesday at 11 o'clock.
```

```
1                    USA V. J. ERMIN
2             MR. MUSCATO:  Okay.
3             THE COURT:  And I do, I mean, quite frankly,
4    I'm not -- I don't want to say I'm concerned about it,
5    but there is facts coming up in each of these proffers
6    that kind of apply to the other one, and I think when it
7    was originally heard in front of Judge Schroeder --
8             MR. TRIPI:  They were together.
9             THE COURT:  Well, they were at least --
10            MR. TRIPI:  For the initial one.
11            THE COURT:  Were they both in the courtroom
12   at the same time?  Was Mr. Ermin present for Mr. Barnes
13   and vice versa?
14            MR. TRIPI:  No, what had happened, the
15   attorney for Mr. Barnes had watched everything, so he
16   had seen the fuller presentation, but Mr. Barnes had not
17   seen it, but there was a discussion on the record and
18   the attorney consented to everything that had been
19   seized for Ermin applying so we didn't have to repeat
20   the same information.
21            THE COURT:  I get it you would like Judge
22   Schroeder's decision to stick and call it a day.  That
23   may end up happening, but I'm not prepared to decide
24   that right now.  So we're going to have to continue
25   this.  I would propose that we continue it next
```

```
                        USA V. J. ERMIN
 1
 2   Wednesday at 11 a.m. and we're scheduled to continue
 3   with Mr. Barnes, but if you want it sooner than that,
 4   I'm willing to consider that and try to figure out a
 5   date.  So if you want to talk to your client, that's
 6   fine.
 7              MR. TRIPI:  I'm sorry for going so long,
 8   there is a lot of information here.
 9              THE COURT:  Well, I have a number of
10   questions for you, too.
11              MR. MUSCATO:  Judge, next Wednesday is fine.
12   My client just really wants to use the restroom.
13              THE COURT:  Let's have Mr. Ermin go to the
14   bathroom and then we'll come back out here.
15              (Whereupon, there was a break in the
16   proceeding.)
17              So just for future reference, Mr. Ermin, if
18   you need a break at any time, please just even shout at
19   me or something.  I don't want -- there is no reason you
20   have to be quiet about it.  Okay?
21              MR. TRIPI:  If you're ready, you want me to
22   keep going with the videos?
23              THE COURT:  No.  I guess my point is that I
24   think there is no way we're going to finish this today.
25              MR. TRIPI:  No.
```

```
 1                    USA V. J. ERMIN
 2              THE COURT:  We're going to have to pick an
 3    adjourn date.  We can finish up the videos, but your
 4    point is you're going to have to redo all of this with
 5    Mr. Barnes when we get back together.  My proposal, we
 6    adjourn this to Wednesday next week at 11 a.m., have
 7    both defendants here.  We'll go through the video
 8    evidence and then we'll continue with anything they want
 9    to present about Mr. Barnes and Mr. Ermin.
10              MR. TRIPI:  Okay.
11              THE COURT:  Fair enough.  So I don't know if
12    you heard what I was proposing?
13              MR. MUSCATO:  And I apologize to the Court
14    because I did hear what you were proposing, I was also,
15    my client is scheduled for a prostate surgery on Friday
16    and it has significantly impacted his life.  I
17    understand he is in custody, I'm not trying to affect
18    that, but is there some way we could enter an order that
19    would allow him to get the surgery done on Friday,
20    remain in custody of the Marshals.
21              THE COURT:  Well --
22              DEPUTY MARSHAL:  If he is still in custody,
23    he has to go through our process, submit a prison
24    medical record.  A procedure like that is going to take
25    a while to get approved.  The only way is to furlough
```

```
1                    USA V. J. ERMIN
2   him for the time of the surgery and whatever recovery
3   and come back into custody.
4              MR. TRIPI:  The government has concerns
5   about him being out, obviously, your Honor.
6              THE COURT:  How long -- tell me about the
7   surgery.  I mean, is it an overnight or is it an
8   ambulatory?
9              THE DEFENDANT:  They take me in overnight
10  and remove part of the prostate.  The next day I'm
11  released and three weeks bed rest because passing blood
12  for three weeks.
13             THE COURT:  How long has the surgery been
14  scheduled for?
15             THE DEFENDANT:  I think a couple weeks ago.
16             MR. MUSCATO:  Judge, I have a paperwork.
17  His wife did give it to me.
18             THE COURT:  At this point, is probation's
19  position any different than it was in the bail report?
20             PROBATION:  No.  It's the same, your Honor.
21             THE COURT:  Okay.  I mean, we could pick
22  this up again tomorrow, we could pick it up again
23  Thursday and I could try to reach a decision before
24  Friday.  I can't guarantee you what the decision is
25  going to be or I'm very reluctant, even if I could be
```

```
                    USA V. J. ERMIN
 1

 2    convinced while this is pending to release you just for

 3    purposes of the surgery.  I'm reluctant to do that where

 4    you're going to be on three weeks bed rest and

 5    potentially have to go back into custody.  That doesn't

 6    sound like a good viable option.

 7              THE DEFENDANT:  May I?

 8              THE COURT:  Well, check with your attorney

 9    before you speak.

10              MR. MUSCATO:  Judge, he was indicating that

11    if the Court would allow home confinement without

12    association with anybody, that would be acceptable to

13    him.  And I just simply don't know what I did with --

14              THE COURT:  But I guess the point is, I'm

15    not in a position right now to rule on that.  We're in

16    the middle of the government's proffer.  The government

17    is taking the position that you should be detained.  And

18    I don't know how I'm going to resolve this.  I need to

19    finish hearing the government's proffer and then I need

20    to hear from defense counsel.  And I have questions for

21    both of you about this.

22              MR. MUSCATO:  Yes.  And I can't seem to put

23    my finger on the paperwork that I have.  But I found it.

24    It's from Western New York Urology Associates addressed

25    to John, and just basically says he is scheduled for
```

```
 1                    USA V. J. ERMIN
 2    urologic surgery on 12/22/23.  Is that Saturday?
 3              THE COURT:  12/22 is Friday.
 4              MR. MUSCATO:  Judge, we'll postpone the
 5    surgery.  I think that is where we're at at this point.
 6              THE COURT:  Okay.  All right.  So we're in
 7    agreement that we will continue this on Wednesday?
 8              MR. TRIPI:  At 11.
 9              THE COURT:  Wednesday, December 27th, at 11
10    a.m here in Rochester.
11              MR. MUSCATO:  Yes, your Honor.
12              MR. TRIPI:  Thank you, your Honor.
13              MR. MUSCATO:  Your Honor, may I ask another
14    question, please?  I'm just wondering how much longer,
15    Mr. Tripi did say this to me, how much longer he thought
16    this presentation would be with respect to my client.
17              MR. TRIPI:  Judge, I think playing the
18    videos, they are all between, and we're going to fast
19    forward them, all six to eight minutes, that is going to
20    take about maybe 40 minutes total between all of the
21    different angles.  And then you have questions for me.
22    I'll answer your questions and I don't know how many you
23    have or what, but --
24              THE COURT:  I'll have more by next
25    Wednesday.
```

75

```
                        USA V. J. ERMIN
 1
 2              MR. TRIPI:  I'm sure.  That's the risk of
 3     adjourning this as well, I suppose.  But I also, just,
 4     not to get lost in this, I wanted to show you some of
 5     the weapons in his house, so those are a bunch of
 6     photos, some that I added.
 7              THE COURT:  It sounds like you have another
 8     hour and a half.
 9              MR. TRIPI:  Hour, hour and a half, I guess.
10     Hopefully, irrespective of the videos and your
11     questions, about a half hour of stuff I want to present.
12              THE COURT:  Okay.  Hold on one second.  So
13     what I am going to propose you all go to the courthouse.
14     I'll come to Buffalo next week, especially, we'll have
15     two defendants, two sides, same side, and the
16     prosecution side, but defense attorneys all coming.  I
17     think it makes more sense to do it in Buffalo.  So let's
18     plan on 11 a.m. Wednesday, December 27th, at the Jackson
19     courthouse in Buffalo for the continuation of both Mr.
20     Ermin's and Mr. Barnes' detention hearing.  And we will
21     communicate with Mr. Barnes' attorney so he is aware of
22     that as well.
23              MR. TRIPI:  Will do.  Thank you, your Honor.
24              MR. MUSCATO:  Thank you, your Honor.
25              THE COURT:  All right.  Anything else from
```

76

1

2    the defense?

3              MR. MUSCATO:  We're all set.  Thank you.

4              THE COURT:  Okay.  Anything else from the

5    government?

6              MR. TRIPI:  No thank you, Judge.

7              THE COURT:  Probation?

8              PROBATION:  No thank you, your Honor.

9              THE COURT:  Thank you very much, everybody.

10             MR. TRIPI:  Have a good night.

11                      *      *      *.

12                   CERTIFICATE OF REPORTER

13

14        I certify that the foregoing is a correct transcript

15    of the record of proceedings in the above-entitled

16    matter.

17

18    S/ Karen J. Clark,  RPR

19

20    Official Court Reporter

21

22

23

24

25

**EXHIBIT E**

1

11:27:38

1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF NEW YORK

3

4    - - - - - - - - - - - - - X
     UNITED STATES OF AMERICA    )
5                                )
     vs.
6                                    Rochester, New York
     JOHN ERMIN AND SCOTT BARNES )  December 27, 2023
7              Defendants.            11:00  a.m.
     - - - - - - - - - - - - - X
8    **CONTINUATION OF DETENTION HEARING**

9

10              TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE ELIZABETH A. WOLFORD
11              UNITED STATES DISTRICT JUDGE

12              TRINI E. ROSS, ESQ.
13              United States Attorney
                BY: JOSEPH TRIPI, ESQ.
14              Assistant United States Attorneys
                138 Delaware Avenue
15              Buffalo, New York 14202

16
                GEORGE V.C. MUSCATO, ESQ.
17              Muscato, DiMillo & Vona, LLP
                107 East Avenue
18              Lockport, New York 14094
                (Appearing on behalf of J. Ermin)
19

20              DAVID B. COTTER, ESQ.
                380 Cleveland Drive
21              Buffalo, NY 14215
                (Appearing on behalf of S. Barnes)
22

23              A. McCray, USPO

24   **COURT REPORTER: Karen J. Clark, Official Court Reporter**
                **Karenclark1013@AOL.com**
25              **100 State Street**
                **Rochester, New York 14614**

2

1                        P R O C E E D I N G

2              *                *                *

3

11:27:40   4              THE CLERK:  On the record, United States

11:27:40   5    versus Barnes 23MR551, and United States versus Ermin,

11:27:40   6    23MR552.  We're here for oral argument.

         7    Counsel, please state your name and who you represent.

11:27:40   8              MR. TRIPI:  Joseph Tripi and paralegal Karen

11:27:40   9    Champoux for the United States.

11:27:40  10              MR. COTTER:  David P. Cotter appearing with

11:27:40  11    Scott Barnes.

11:27:40  12              THE COURT:  Good morning.

11:27:41  13              MR. MUSCATO:  Good morning, your Honor.

11:27:41  14    George Muscato, and I have John Ermin with me.

11:27:41  15              THE COURT:  And we have Officer McCray here

11:27:41  16    from probation.

11:27:41  17              So we're here for the continuation of the

11:27:41  18    appeal of Judge Schroeder's orders that the two

11:27:41  19    defendants be released.  We have both defendants here

11:27:41  20    and present because I understand there is some video

11:27:41  21    evidence that the government started to play during Mr.

11:27:41  22    Ermin's appearance, and it's also relevant to Mr.

11:27:41  23    Barnes.

11:27:41  24              MR. TRIPI:  Yes.  And I believe during Mr.

11:27:41  25    Barnes' initial hearing in front of you, so his second

3

1                    USA V. J. ERMIN & S. BARNES
2    portion of detention hearings that he has had, the first
3    one would be in front of the Magistrate, we referenced
4    that video and would obtain it and provide it.  The
5    Ermin hearing was the next day, obviously, by that time
6    we had obtained that video, and Mr. Barnes was not
7    present, so at the conclusion of some of the proffering
8    of Mr. Ermin's hearing, we thought it would be good to
9    have them here today together and that brings us here
10   today.  I don't anticipate Mr. -- I'm going to handle
11   both proffers.  I would propose I proffer to both at
12   once and each if that is the best way to do this.
13                    MR. COTTER:  I have no objection.
14                    THE COURT:  And Mr. Muscato?
15                    MR. MUSCATO:  No.
16                    THE COURT:  All right.  Go ahead, Mr. Tripi.
17                    MR. TRIPI:  Thank you, your Honor.  Your
18   Honor, very briefly, before I get into the videos, I
19   wanted to circle back to something I think applies to
20   each defendant, and it's to give the Court one more
21   example of the national reach of the Outlaws
22   headquartered in Buffalo to include Mr. Ermin.  Just by
23   way of background, on or about April 29th, 2017, in
24   Leesburg, Florida, there was a Kingsmen motorcycle
25   member that was killed.

4

1                    USA V. J. ERMIN & S. BARNES

2            THE COURT:  2017?

3            MR. COTTER:  So while your RICO case is

4    still going, there were four Outlaws charged with the

5    shooting death of a Kingsmen member at a gas station and

6    several other Kingsmen that were there.  And in sum and

7    substance, it related to Outlaws wanting Kingsmen to

8    surrender their patches.  And I think the Court is well

9    versed in the importance of patches.  There was some

10   resistance to that and an Outlaw shot and killed a

11   Kingsmen while another Kingsmen retreated into the gas

12   station and returned fire towards the Outlaws.  Stemming

13   from there, the attorney general in Florida charged four

14   Outlaws in connection with the murder of the Kingsman.

15   The Kingsman's name was Gutter Donovan.  Nickname

16   "Gutter" and last name Donovan.  And this is all readily

17   available and publically reported information at this

18   point.

19            Now, stemming from there, on August 11,

20   2019, fast forward after the Kingsmen trial that you

21   conducted in 2018, August 11 in 2019, there were five

22   Kingsmen who were stopped attempting to enter Canada and

23   returned to the United States at the Niagara Falls

24   Bridge, Rainbow Bridge, I believe it was.  And those

25   five Kingsmen have ascended to leadership positions in

5

```
  1                USA V. J. ERMIN & S. BARNES
  2   the wake or absence of Mr. Pirk and Mr. Enix.  If I had
  3   the photos of them, you probably would recognize some of
  4   them among the dozens at the national party.  In any
  5   event, that was August 11, 2019.  Now, in addition to
  6   the Outlaws Buffalo clubhouse, there is a Niagara Falls
  7   chapter clubhouse.  And so during the search of,
  8   ultimately, what happens to that case down in Florida is
  9   the Kingsmen, who were witness to the crime, to the
 10   murder of their fellow member, start giving different
 11   statements.  Ultimately, on December 20th, 2019, the
 12   state attorney, and this is publically reported out of
 13   Leesburg, Florida, the state attorney dismissed the
 14   charges against those four Outlaws and stated, in sum
 15   and substance, it was a result of the witnesses not
 16   being credible, changing their story, et cetera.  That
 17   is the background.
 18                That dismissal happens a little over a month
 19   after these high-ranking Kingsmen are known to be in the
 20   Niagara Falls area.
 21                THE COURT:  These aren't local Kingsmen?
 22                MR. TRIPI:  Correct.
 23                THE COURT:  And these are from -- Leesburg
 24   is where Mr. Pirk resided?
 25                MR. TRIPI:  Right.
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2              THE COURT:  And with that context, in
 3     searching, I believe, Mr. Ermin's residence, law
 4     enforcement -- sorry, this was in the clubhouse.  It
 5     appears law enforcement found what on the surface
 6     appears to be a Christmas card, but when you read the
 7     Christmas card.  It has reference to this case that I'm
 8     talking about.  So I'm going to ask Ms. Champoux to pull
 9     that up for the Court.  It's going to be for counsel's
10     reference, exhibit 15.  So on the face of it it is a
11     Christmas card found in the Buffalo chapter clubhouse.
12     The next shown, the Court will be able to read that, for
13     record purposes, I'll read the printed portion, not the
14     pre-printed holiday portion.  Addressed to Tommy O, 1
15     percent.  "What's up my brother?  I hope you're well.
16     As for me, I'm just peachy, hahaha.  We are all standing
17     strong.  Depos just finished of the three Kingsmen
18     members.  So things look good for us, we believe.  I
19     understand some folks want to run my name through the
20     mud.  I'm telling you my brother, Miquel played us all
21     in Florida, most important me.  He playing one and
22     dutch."
23              I want to focus on "depos finished in the
24     three Kingsmen, so things look good for us, we believe,"
25     and assess that relates to obtaining statements that
```

```
 1                USA V. J. ERMIN & S. BARNES
 2  results in the changed stories.  So it says "We are all
 3  standing strong.  Depos just finished of the three
 4  Kingsmen members, so things look good for us, we
 5  believe."  So that is an update as to that case, we
 6  believe.  And it is just another thing that shows the
 7  Court that what happens in one state is directly
 8  impacted by and reported to Mr. Ermin as national as a
 9  leader of the organization.
10            THE COURT:  Is this exhibit in this binder?
11            MR. TRIPI:  It should be under the 15
12  series, your Honor.  Law enforcement didn't find an
13  envelope that I'm aware of, at this point, to see where
14  it was mailed from, et cetera.  But that is that
15  sequence of events related to a murder that happened
16  while your case was pending here, there was a murder
17  down in Florida, so those hostilities between those
18  Kingsmen and Outlaws that you were hearing about during
19  the trial conducted before your Honor were certainly
20  known and they had nationwide ramifications.
21            Now that is a good segue into --
22            THE COURT:  Are you going to get to the
23  relevance of the stop in Canada?
24            MR. TRIPI:  We know that was documented they
25  were stopped, had weapons and returned to the United
```

8

```
 1                USA V. J. ERMIN & S. BARNES
 2   States, and all identified.  And that is how I'm able to
 3   proffer to your Honor they were Kingsmen from Florida.
 4   Jack Gallagher, for example, you would recognize a photo
 5   of, he was under the baseball team of Mr. Enix at the
 6   time.  Mr. Jenkins was a member of the baseball team, we
 7   he ascended.
 8                THE COURT:  Is your point there were
 9   Kingsmen from out of the area who were in this area
10   shortly before the charges were dismissed in Florida?
11                MR. TRIPI:  Yes.
12                THE COURT:  Okay.  And that is a good segue
13   into the video we are about to see, your Honor, which is
14   going to be exhibit 21, which we began to play and so we
15   will get that queued up.
16                Now, in part, stemming from your trial, what
17   you need to a to know to assess this video, you're a
18   well aware that the Kingsmen had a number of chapters.
19   In part after the trial that was conducted before your
20   Honor which concluded in May of 2018, the Kingsmen
21   factioned, right?  So the original Lockport chapter
22   remained, you know, Kingsmen with the emblem you're
23   familiar with.  The rest of the local chapters began to
24   have sort of yellow embroidery on their patches, so now
25   they are referred to as yellow jacket Kingsmen.  And
```

9

```
 1              USA V. J. ERMIN & S. BARNES
 2    that group is now a supporter of the Outlaws.  So the
 3    video you're about to see involves about 16 Outlaws
 4    going into Hilltop Bar, Halligan's Tavern in Lockport,
 5    which is now closed.  Now, you'll remember, Lockport is
 6    that one chapter that is not an Outlaws supporter, they
 7    are not the yellow jackets Kingsmen.  And so to set this
 8    video up, you're going to see about 16 Outlaws enter the
 9    bar where an employee of the bar, a cook, is a Lockport
10    chapter Kingsmen member who has been wearing patches
11    unauthorized by the Outlaws.  So this is a show of force
12    led by Mr. Barnes who has come in from out of town as a
13    B.B.T. member whose job it is to protect the patch and
14    the territory of the Outlaws.  And you're going to see
15    how they spread out, this is on camera one, November 25,
16    2022.  And what is with all of the angles, you'll see
17    how Mr. Barnes is last out.  So clear, in our view, that
18    he is the highest ranking Outlaw in this scenario.
19    Others that are on the video, so there is going to be
20    four different video angles of the incident involving
21    about 16 members of the Outlaws, each video ranges from
22    approximately eight to nine minutes, and they show, if
23    we just keep it paused for a moment, there is four
24    people in the establishment, these were identified by
25    individuals working on this investigation.  There is a
```

                    USA V. J. ERMIN & S. BARNES

1    female owner bartending, that is the daughter of the

2    owner, a cook who is the Kingsmen Sergeant-at-Arms of

3    that Lockport chapter, the owner of the establishment

4    and his wife.  And the different Outlaws have been

5    identified as Keith Elsaesser, he has been one of the

6    Outlaws watching these detention proceedings who you

7    recognized from sitting in your Kingsmen trial.  There

8    is a Joshua Bockman.  There is a Eugene Gino Badalato,

9    who is a former Kingsman, who is now an Outlaw.  Ryan

10   Selk, former Kingsmen who is now an Outlaw.  Joseph

11   "Snowball" Fisher, Corey Benson, who you see is holding

12   a cane.  And if you look closely at the bottom of the

13   cane, the bottom of it is a baseball bat.  Those types

14   of canes, and I'm air quoting the word "cane," are

15   weapons available on the internet.  It's basically a

16   Louisville Slugger with a hooked end at the top making

17   it look like a cane.  Eugene Mike Marcacchio, which you

18   will see him prominently in the video, and when I say

19   law enforcement, Homeland Security and FBI assess that

20   he would be the next ranking under Mr. Barnes.  His job

21   is he is the one who sits down the Kingsman and gives

22   him a talking to.

23                    THE COURT:  And that is who?

24                    MR. TRIPI:  Eugene, goes by Mike, Marcaccio.

```
1                USA V. J. ERMIN & S. BARNES
2    Who also has been watching proceedings.
3               COURT REPORTER:  Can you spell that for me?
4               MR. TRIPI:  M-a-r-c-a-c-c-i-o.
5               THE COURT:  You indicated he was present at
6    Mr. Ermin's hearing the other day.
7               MR. TRIPI:  He was.  David "Spider" Bergman,
8    who is also an individual who frequents Pharaoh's
9    gentlemen's club and his wife works there.  Mr. Barnes.
10   Mark Mioducki, M-i-o-d-u-c-k-i, Justin "Dirty Bird"
11   Humphries.  And you'll see these Outlaws take various
12   positions in locations all over the establishment.  When
13   Marcaccio enters, he walks up to the bar, close to the
14   Kingsman, and shortly thereafter, agents have listened
15   to this over and over again, it might be hard to hear,
16   but Marcaccio states, "What you nervous about?"  At that
17   point, around that time, Barnes moves to a position by
18   the entrance to Marcaccio's right standing at a table in
19   proximity watching the interaction between Marcaccio and
20   that Kingsman, Elsaesser, Benson, the individual with
21   the club, move behind Marcaccio, closer to the Kingsman.
22   The Kingsman member walks away from Marcaccio into the
23   kitchen away from the bar.  Eventually they go in and
24   grab him out of the kitchen.  And then Barnes and Benson
25   are seen standing at the table near the kitchen.  After
```

```
1                    USA V. J. ERMIN & S. BARNES
2    a short time, Marcaccio says something to Barnes and one
3    of the unidentified Outlaws, the ones I've named are
4    only the ones that are identified thus far.
5              After that, Marcaccio and Benson, they enter
6    the kitchen.  Benson will be seen standing in the
7    doorway of the kitchen with Burgman, Badalato and two
8    other Outlaws behind him.  At one point, the younger
9    Bachman takes the phone out of the female owner's hand
10   and throws it down on the bar.  So in other words he
11   takes her cell phone away.  And you'll see that on one
12   of the video clips.  Marcaccio points to the Kingsman
13   and tells him to sit at a table.  The Kingsman sits
14   against the wall with his back again the wall, while
15   Benson walks up to Marcaccio and Benson sort of hovers
16   around there while Marcaccio is speaking to the
17   Kingsman.  At one point, the Kingsman stands up, keeping
18   his back against the wall, and pointed to Benson, seems
19   to be indicating concern about Benson because he has
20   that cane.  And Marcaccio claims to the Kingsman that,
21   oh, he just has a bad leg or words to that effect.
22             At that point, Marcaccio moves closer to
23   this Kingsman and puts his finger in the Kingsman's
24   chest or near the Kingsman's chest.  Benson also closes
25   the space and moved close to Marcaccio.  Essentially,
```

USA V. J. ERMIN & S. BARNES

the Kingsman is trapped against the wall for that moment in time.  And Benson moves in closer and appears to touch or say something to the Kingsman, and then the Kingsman, you'll see, I believe, sort of put his arms up, raising his hands, which law enforcement assesses is consistent with him showing he is not a threat, not trying to escalate things.  There is some conversation. At one point, I think the Court will hear Marcaccio say words to the effect, "you're barking up the wrong tree. I want you to know we're not coming after you.  I'm giving you a fucking break."

During the exchange, the male owner who will be a bald individual with sort of glasses on top of his head, is in proximity, and he is surrounded by Badalato, Elsaesser, Burgman and three other Outlaws.  During this time frame, the other Bachman and Mr. Barnes have the exits blocked.  In other words, in a position where if anyone wanted to leave, they were in a position to stop that activity.

Marcaccio then approaches the owner and tells him to relax, everything is fine, they were just passing the Kingsman a message.  Marcaccio then assures the owner that it had nothing to do with him or the bar. Then there is an exchange regarding females.  Marcaccio

14

```
 1                USA V. J. ERMIN & S. BARNES
 2  apologizes to the female owner whose phone was taken.
 3  And Barnes walks over when everyone is leaving and
 4  apologizes to the owners.  That is consistent with their
 5  focus was the Kingsman, and now that activity is to help
 6  ensure that law enforcement is not notified of their
 7  show of force.  We believe you'll see that on video.
 8            THE COURT:  Was law enforcement ever
 9  notified about this?
10            MR. TRIPI:  No.  There was no 911 call or
11  anything like that.
12            THE COURT:  But, obviously, this came to law
13  enforcement's attention.
14            MR. TRIPI:  Eventually, yes.
15            THE COURT:  Okay.  Where on this screen shot
16  is the cook?
17            MR. TRIPI:  So we're looking off screen sort
18  of if you are look towards me, bottom of the screen,
19  there is a bar there and the cook is sitting sort of in
20  the vicinity of where "camera one" is stated on your
21  screen.  So there is a doorway to the left, far
22  left-hand side.  You'll see a different angle of this
23  that will depict this.  There are going to be four
24  different angles.  We'll try and show you each of those
25  angles, Judge.
```

```
1                    USA V. J. ERMIN & S. BARNES

2              I think with that, it's a good point to

3    start playing the video.

4              Ms. Champoux, if you could let this run.

5              (Video played.)

6              MR. TRIPI:  Those three individuals at the

7    top, your Honor, are Outlaws already kind of

8    pre-positioned at this point.

9              For the record, this is camera one and the

10   clip is eight minutes approximately.

11             About the minute 40 second mark, you see Mr.

12   Barnes enter the screen.  He is posted up at a table

13   toward the bottom of the screen.

14             The individual with the black hat on at the

15   bottom of the screen, that is Corey Benson.  He will be

16   the one with the cane or the club.

17             Now speaking to Mr. Barnes or walking there

18   momentarily is Marcaccio about the three minute mark of

19   the video.

20             At this point, off screen, the Kingsman is

21   in the kitchen, so they are all moving toward the area

22   of the kitchen where he has gone back to.

23             At the 3:40 mark, Marcaccio is now directing

24   the Kingsman where to sit in the bar area.

25             Now Marcaccio is moving and interacting with
```

```
 1                    USA V. J. ERMIN & S. BARNES

 2    the owner.

 3             Can we play camera two now, Ms. Champoux?

 4             You can play that angle, I'm sorry.

 5             (Video played.)

 6             This is a 12:33 second clip, also labeled

 7    "camera one."

 8             The owner just shut the door.

 9             Around 3:10 mark, Mr. Barnes entered, the

10    last one.

11             THE COURT:  That is the owner there?

12             MR. TRIPI:  Yes, and his wife.

13             Notice the Outlaws making sure she is not

14    making a call to the police.

15             I'll pause that.  We played to the 10:22

16    mark.  Mr. Barnes, last in, last out.  Law enforcement

17    assesses that is consistent with his highest rank of

18    those among there and the purpose of the visit.

19             Looks like there were maybe two Pepsis, one

20    beer and a water ordered during that time among 16

21    Outlaws as a prop to fill the bar in.  My count could be

22    off, but that was what was transpiring around there.

23             If we could play the next angle.

24             I believe this one will show, you'll see the

25    interaction from this different angle.  Actually we're
```

17

```
 1                USA V. J. ERMIN & S. BARNES
 2   going to save a little bit of time.  This is going to be
 3   pretty duplicative of what you saw in the prior video.
 4   We'll go to the next angle and you'll be able to see the
 5   Kingsman.
 6              (Video played.)
 7              Can we stop it there.  So this is before the
 8   bulk of the Outlaws have entered.  This is the other
 9   angle.  The Kingsman is seated at the bar.  You see how
10   it sort of wraps around.  You see where, the bottom
11   right-hand corner, is there and where the wife is seated
12   there and so there is an entrance off screen to the
13   right where they enter, fill the bar and circle.  And
14   behind the -- over the left shoulder of the Kingsman,
15   who is sitting there, there is an entrance to the
16   kitchen.  So you'll see him sort of, my word, retreat
17   into there to try and avoid the confrontation that is
18   about to occur.  And you'll see on this view, they go in
19   and bring him out and seat him in the location, which is
20   the first location that you saw.
21              We'll play this one, this is a 8:57 second
22   video.
23              (Video played.)
24              I'm fairly certain he is wearing a Kingsmen
25   hat, your Honor.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              Can we pause it there a second?
 3              You'll notice before they started to lineup
 4    to go in the kitchen, Marcaccio had an exchange with
 5    Barnes, before the stack starts up.  If you want to
 6    rewind it, we'll rewind it about 30 seconds.
 7              THE COURT:  Yeah, would you?
 8              MR. TRIPI:  Would you rewind it, Ms.
 9    Champoux, and we'll play it back from the 2:34 mark.
10              (Video played.)
11              I believe you can see a slight head nod
12    during that exchange by Mr. Barnes.
13              Pause is, please.  Pause at the 3:50 mark.
14    I believe that video depicts two exchanges between
15    Marcaccio and Barnes before Marcaccio goes back and
16    retrieves the Kingsman.
17              Please continue the video.
18              (Video continued.)
19              Now at this point in the video, Mr. Barnes
20    goes back by the exit door and there are three Outlaws
21    blocking that exit door.  So at this point, all exits
22    are covered.
23              I'm updating my count, four beers, two
24    Pepsis or Coke and a water.  And so that is a show of
25    force, we believe, demonstrated for you, Mr. Barnes'
```

```
 1                USA V. J. ERMIN & S. BARNES
 2    position in the enterprise and that could have gone a
 3    very different way.  You heard on the video Marcaccio
 4    tell the Kingsman, you're barking up the wrong f'ing
 5    tree.  We're giving you an f'ing break at various points
 6    in the video, as I said in my initial remarks.
 7                We have another video, it is going to be
 8    exhibit 22, where Mr. Barnes is assaulting someone at a
 9    bar in New Hampshire.
10                THE COURT:  And this is related to the
11    misdemeanor charges that are reflected in the bail
12    report.
13                MR. TRIPI:  He was charged with simple
14    assault.
15                THE COURT:  And disorderly conduct.
16                MR. TRIPI:  And disorderly conduct.  Yes,
17    the police report is reflected in Government Exhibit
18    22-A.  Then we'll work through some photos, which is
19    marked as Government Exhibit 22-B, but I'll start with
20    the video.  And if I could, I'll tee it up a little bit
21    regarding what the video depicts.  And this is based
22    upon the investigation conducted by the Eddington Police
23    Department, if I'm pronouncing that correctly, in New
24    Hampshire.
25                There is civilian approached by two Outlaws
```

```
1                    USA V. J. ERMIN & S. BARNES
2    initially and advised that he was disrespecting their
3    territory.  Law enforcement observed that person was
4    wearing or determined that person had been wearing a
5    shirt that said "Big Red Machine Frosty Balls" and the
6    number "81" on it, which indicated to law enforcement
7    that the person was a Hell's Angel supporter, that would
8    be consistent with disrespecting their turf.
9              The first individual who wasn't assaulted
10   agreed to take off the shirt.  The victim who was with
11   the individual wearing the shirt goes outside at one
12   point, and you'll see Mr. Barnes punch that guy in the
13   face.  That person was wearing, the victim is wearing a
14   Sin City Cycle shirt, which is also indicating to law
15   enforcement that the victim was a Hell's Angel
16   supporter.  So this would be another example consistent
17   with Mr. Barnes' position in the B.B.T., he is defending
18   the patch.  I would argue you saw that in the Hilltop
19   Bar video at Lockport.  And you'll see that in the video
20   I'm about to play.
21             This appears to be video shot from the DVR
22   system.  It's not like they seized the DVR, it's video
23   of video.
24             Go ahead and play it, Ms. Champoux.
25             (Video played.)
```

```
 1                    USA V. J. ERMIN & S. BARNES

 2              For the record, this video 22 is a 5:50

 3    video.

 4              About the 35 second mark, you see Mr. Barnes

 5    walking in.  Mr. Barnes walks around the bar, doesn't

 6    appear to order anything.  Appears other Outlaws made

 7    the initial approach and now Mr. Barnes is following

 8    walking up towards the table.

 9              Pause it for just a moment.  Paused at 3:42

10    mark.  Just to orient the Court, the victim who had been

11    with the first individual at the table that I referenced

12    who was approached on screen, the victim is outside, I

13    believe, smoking or something like that, so that is

14    where you're seeing Mr. Barnes walk now and he goes

15    outside and that is where you'll see the assault occur.

16              Please continue the video.

17              And that was Mr. Barnes punching the

18    individual in the face at about the 3:50 mark.  You'll

19    see the individual run back into the bar.

20              Now I'd like to pull up some photos that

21    were also obtained through that police investigation.

22    You'll see photos of Mr. Barnes' knuckles, the victim's

23    injury, as well as some patches that are on Mr. Barnes'

24    vest at that time.  If we could zoom into the photos.

25    Consistent with the video you saw, you saw on the right
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   hand there is an injury to Mr. Barnes' hand.  It seems
 3   the skin has been broken inn two locations, which would
 4   be around his middle finger knuckle, consistent with the
 5   placement of an individual's front teeth.
 6              If we go to the bottom right hand corner
 7   photo, the injuries to the victim are consistent with
 8   the injuries to Mr. Barnes' hand.  And you see that the
 9   victim's lip was broken open and there is blood there.
10   And then if we can have go to the middle row patches on
11   the right-hand side.  You can see clearly he is wearing
12   his Outlaws patches.  If we could zoom in on first this
13   Outlaws patch around the stomach area.  That says
14   "Outlaws North."
15              You can exit out of that.  Go to the patch
16   that is on the left-hand side of the screen in white
17   lettering, lower.  It says "blood and honor."  And do
18   you see that white sort of that S sort of the white
19   supremacist emblem there.  According to an expert
20   familiar with the Outlaws, that when you see that type
21   of patch, that is an indicator of violence.  On the
22   other side, you're going to see a bottom right-hand side
23   of our screen, there is going to be a First Blood
24   Northeast patch, again, with that same type of symbolism
25   in the middle of the patch.  That is a patch that,
```

                    USA V. J. ERMIN & S. BARNES

1     according to experts and investigators working on

2     Outlaws cases, that one gets for defending the club or

3     the patch, fighting against an adversary or

4     non-conforming civilian.  That patch is believed to be

5     originated in Boston or Brockton Massachusetts.  Law

6     enforcement has not seen that many patches on Outlaws,

7     that is my understanding.  And what is interesting here

8     is he already has the patch on before this assault.  So

9     it wouldn't be a patch that he got as a result of this

10    event, it would be something he earned prior to this

11    event.

12             And, again, for the record, this video was

13    from September 22, 2018.

14             THE COURT:  There is no B.B.T. patch?

15             MR. TRIPI:  I don't see it on that one.  But

16    you have seen it on other photos, particularly the

17    photos from the clubhouse where he was staying on that

18    vest.

19             THE COURT:  Which, obviously, was in 2023?

20             MR. TRIPI:  Correct.

21             THE COURT:  So in 2018, at least, there is

22    no B.B.T. patch.

23             MR. TRIPI:  I don't see it on that one.

24             Let's look at the bottom left-hand screen,

24

```
 1              USA V. J. ERMIN & S. BARNES
 2   Ms. Champoux, bottom left.  That one has the "snitches
 3   are a dying breed" patch near the arm pit area.  You can
 4   make that out.  At least in these photos, I don't see it
 5   on the vest.
 6              Sticking with Mr. Barnes for a moment, we
 7   also, at this point, were able to trace the firearm as
 8   well as check NCIC, which is a law enforcement database
 9   where --
10              THE COURT:  The firearm that was found at
11   the clubhouse?
12              MR. TRIPI:  Yes.  So this would be the
13   firearm that we've been talking about during Mr. Barnes'
14   prior detention appearances that was seized near his
15   personal effects in a sleeping area that had couches and
16   a bed among and other of Mr. Barnes' personal effects.
17   That firearm is a Glock 40 caliber, serial number
18   GPU157.  That is a stolen firearm, according to the NCIC
19   database, which is the database where that type of
20   information gets entered.  So the gun is a stolen
21   firearm.
22              THE COURT:  Any information as to when it
23   was reported stolen?
24              MR. TRIPI:  I'm not an expert at reading
25   these reports, Judge, but I see a date here that appears
```

```
1                    USA V. J. ERMIN & S. BARNES
2    to be November 3rd, 2019.
3                    The original purchase date of the firearm
4    was January 13, 2010.  The dealer information is a gun
5    shop called Howell's Gun Shop, 81 West Gray Road in
6    Gray, Maine.  That would be consistent with his "First
7    Blood Northeast" patch.  Maine is in the northeast of
8    the United States as is New Hampshire, the area that
9    we've seen Mr. Barnes traversing.  Another indicator of
10   Mr. Barnes' high rank, we believe consistent with his
11   enforcer position, is first to travel, he is in the
12   northeast, and now he is in New York.  And I'll get into
13   the timing of when he came to New York.  Then, you know,
14   he had a motorcycle accident in Florida.  It doesn't
15   seem like he is doing any actual working.  I know there
16   was proffering of him being an electrician, not a lot
17   working going on when you're an enforcer for the
18   Outlaws, I would submit.
19                   But if we pull up exhibit 8 D, we do our
20   best, just zoom in on the writing on the letter to make
21   it a little bigger from Big Scott down, there you go.
22   See if we can make it a little bigger.
23                   All right.  So, right off the bat, Judge,
24   what is important is this is a letter from Milwaukee
25   Jack one percenter B.B.T. to Big Scott.  Milwaukee Jack
```

```
 1              USA V. J. ERMIN & S. BARNES
 2  is Jack Rosga, former president of the Outlaws.  And he
 3  writes Mr. Barnes directly, "Hey, brother, I just got
 4  two letters from you last night, September 13, 2023.
 5  One was dated August 26th, the other one September 7th.
 6  I don't know why it took so long for the one to get to
 7  me.  I think they are playing with my mail.  Glad you
 8  like the stuff I made.  If you like more, let me know.
 9  Just let Joey know.  Well, brother, it should start to
10  cool off up there in Buffalo."
11              Now at that point in time, in September of
12  2023, we're on the verge of trial in that Pharaoh's case
13  at that point.
14              "You got that hurricane lead coming up to
15  the Northeast, you may get a lot of rain over by you.  I
16  hope you got to spend time with you girl.  I talked to
17  Joe One Percenter, he told me he enjoy having you.  And
18  Mike One Percenter, stay by him.  You're hanging with a
19  true one percenter brother.  Mike One Percenter is one
20  true brother.  You guys are lucky to have him up there
21  by you.  I can't wait to see you and Tommy O One
22  Percenter, reference to Mr. Ermin.  Well, brother, you
23  take care of yourself, ride safe, much love and respect,
24  Milwaukee Jack One Percenter, B.B.T., Outlaws forever,
25  forever Outlaws, all the way."
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2              Again, it's a letter to Mr. Barnes
 3    referencing he can't wait to see Mr. Ermin.  This
 4    individual gets out sometime in, I believe, 2027.
 5    Separately there was another letter from this individual
 6    addressed to the clubhouse found in the clubhouse
 7    complaining about having compassionate release denied.
 8    So Jack One Percenter is writing the Buffalo club.
 9              Exhibit 8-G, I would like to go to, this is
10    another letter found in the clubhouse, if you go to page
11    one, sorry, Ms. Champoux.
12              You can see it's again addressed, Hey, Big
13    Scott, One Percenter, November 8th, which is a
14    Wednesday.  A lot of white pride and Nazi symbolism on
15    the letter.  It's talking about some of the same people,
16    Mike One Percenter.  If we go to page two, you'll see
17    the reference that about midway down, Ms. Champoux, if
18    we could sort of highlight this area.  Zoom in on it.
19    And if I can figure out a way to clear that.
20              You can see this individual writing, "I see
21    you're a B.B.T. I also wear the B.B.T. patch.  A brother
22    from Indianapolis cut it off his colors and gave it to
23    me before I was even an Outlaw.  He told me to put this
24    on the day you become an Outlaw One Percenter and it's
25    still on my colors.  I have my original patch.  The feds
```

1                USA V. J. ERMIN & S. BARNES
2    never got it.  So I have a part of Outlaws history."
3                Again, it's an acknowledgement that Mr.
4    Barnes is a B.B.T. member, consistent with his patch,
5    and that is like an important patch.
6                THE COURT:  Do we know who this letter is
7    from?
8                MR. TRIPI:  As I stand here right now, other
9    than the context of it being someone who is in prison
10   and an Outlaw, I don't know the identity as I stand here
11   today, your Honor.
12               I would like to pull up 12-C and 12-D.  Pull
13   up 12-C, this was acquired by law enforcement.  I think
14   you've seen this before, but this is Mr. Barnes on his
15   motorcycle around the time he came into this area.  And
16   what is significant about the patch on the back is it's
17   a United States bottom rocker, again, indicating a
18   national level position in the organization.  And, of
19   course, the helmet says "Outlaws."
20               And then if we go to 12-D, when he came into
21   town around October 8, 2021, he rode his motorcycle to
22   this location Pharaoh's, where Mr. Ermin is the manager
23   and where Peter Gerace is under indictment.
24               THE COURT:  And it is your understanding
25   it's the same motorcycle?

29

USA V. J. ERMIN & S. BARNES

1
2          MR. TRIPI:  Yes, it's the same license plate
3   from the prior.
4          Can we side by side them, Ms. Champoux, 12-C
5   and 12-D.
6          One moment, please, your Honor.  Sorry, your
7   Honor.  And this -- these are screen shots.  There was a
8   detective who was following Mr. Barnes, according to the
9   FBI TFO that I just spoke with in court, and he was
10  followed to Pharaoh's.  So --
11         THE COURT:  Well, you said you were going to
12  address the timing of when he came into town and you
13  said October 2021 about when he came into town.  And I
14  guess that is one of my questions.
15         MR. TRIPI:  Thank you for the reminder, your
16  Honor.  I'll get to that right now.  So October of 2021,
17  I think the timing is significant because that is within
18  six months of the owner of Pharaoh's Gentlemen's Club
19  where Mr. Ermin is the manager and where at least three
20  other Outlaws hold significant positions at a location
21  where the government has alleged drug trafficking and
22  sex trafficking occur.  Within six months of Mr. Gerace,
23  the owner of that premises, indictment becoming public,
24  and after the government made certain filings
25  referencing Mr. Ermin as the national, I think,

```
 1                    USA V. J. ERMIN & S. BARNES
 2   international president of the Outlaws, because he
 3   had -- Mr. Ermin had submitted an affidavit in support
 4   of reduced bail conditions.  One of the conditions
 5   regarding Mr. Gerace was that he not work at Pharaoh's,
 6   essentially.  So the day of the initial search warrant
 7   at Pharaoh's, which was December 12th, 2019, Mr. Ermin
 8   gave a brief interview to the FBI and he indicated that
 9   him and Mr. Gerace do the banking, essentially.  And
10   then in an affidavit to Federal Court in support of the
11   notion that Mr. Gerace needed to be able to work because
12   he was responsible for all of the banking, Mr. Ermin put
13   in that type of affidavit.  As part of the Government's
14   response --
15             THE COURT:  Saying that Mr. Gerace needed to
16   be present at Pharaoh's because he was responsible for
17   all of the banking.
18             MR. TRIPI:  In sum and substance, yes, your
19   Honor.  And I laid out sort of Mr. Ermin's position in
20   the Outlaws as understood by the government in the
21   filing and I laid out, essentially, enough to make out
22   a, like a false statement as to Mr. Ermin in my
23   response, and I'm just trying to find it.  And I
24   apologize I'm fumbling through my pages here.
25             THE COURT:  That's okay, take your time.
```

```
 1                USA V. J. ERMIN & S. BARNES
 2              MR. TRIPI:  I'll get it for you in one
 3  second.
 4              THE COURT:  Ms. Champoux might be able to
 5  help you.
 6              MR. TRIPI:  Okay.  Yes.  She did help me.
 7  1-AK is sort of the overall, and these are documents,
 8  it's my filing that is recovered from Mr. Ermin's
 9  residence during the recent search warrants.  So you can
10  see someone highlighted all of the references that I had
11  written in that filing regarding Mr. Ermin.  And so if
12  we go to 1-AL, you can see the date that I filed, it's
13  docket 110, was April 8th, 2021, so not too long after
14  Mr. Gerace's indictment was public and there were some
15  bail-related motions.  There was the government
16  response.
17              THE COURT:  And correct me if I'm wrong, but
18  didn't you reference last week that in March of 2021,
19  there was a search warrant executed at a residence that
20  I think has been represented as one that Mr. Barnes had
21  lived at at some point?
22              MR. TRIPI:  Yes, so there is a constellation
23  of events.  In March of 2021 early, Mr. Gerace's
24  indictment becomes public.  He is arrested.  There is a
25  lot of media coverage about that.  That same month, law
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2    enforcement executes a search warrant at 19 Gratton
 3    Street, Buffalo, New York, the home of PJ Raslawski, who
 4    is separately under Complaint.  His Complaint is
 5    pending, I think, before Judge McCarthy.  A number of
 6    firearms were seized in connection with that.  The
 7    underlying information relating to drug trafficking in
 8    that location.  Firearms were seized there.  So that is
 9    all happening in March.
10               April 8th, I write this filing.  And if you
11    look at 1-AM, I lay out, sort of in footnotes, the
12    understanding that he is the international president of
13    the Outlaws Motorcycle Club.  I lay out some cases where
14    they've historically been involved in crimes of violence
15    and racketeering type activity.  If we go to 1-AN, I
16    took screen shots from the FBI interview which basically
17    laid out Mr. Ermin saying they both did the banking.
18    And then the rest of the filing indicates that now in
19    this recent affidavit submitted in support of Mr.
20    Gerace, Mr. Ermin is claiming that Mr. Gerace handles
21    all of the banking transactions.  You see that at
22    footnote 8 at the bottom of page 11.  And that argument
23    was just against his veracity so the Court wouldn't put
24    much stock in his representations as to Mr. Gerace
25    needing to work there.  But these were found in his
```

                    USA V. J. ERMIN & S. BARNES

1

2   house December 7th.  And so March, April, within six

3   months of that, Mr. Barnes comes into town.

4           THE COURT:  Is that the government's

5   position, in other words, that Mr. Barnes came into town

6   in or around October of 2021?

7           MR. TRIPI:  Yes.

8           THE COURT:  Okay.  Because I think what --

9   and that was one of the questions I had, which is that,

10  according to what Mr. Cotter stated, Mr. Barnes

11  relocated to Western New York in 2022.  And then if you

12  look at the bail report, though, that was prepared by

13  probation, it states Mr. Barnes reported that he

14  relocated to Western New York approximately three years

15  ago, which would be 2020.

16          MR. TRIPI:  Right.

17          THE COURT:  So I think we've got three

18  different --

19          MR. TRIPI:  Dates.

20          THE COURT:  -- dates.

21          MR. TRIPI:  Now --

22          THE COURT:  So I guess --

23          MR. TRIPI:  I suppose the day that law

24  enforcement surveilled him, your Honor, for all we know

25  may not have been the first time he came into this area.

```
 1              USA V. J. ERMIN & S. BARNES
 2              THE COURT:  So would it be more accurate to
 3    say that October of 2021 is the time period at which law
 4    enforcement became aware that Mr. Barnes was in the
 5    area.
 6              MR. TRIPI:  Yeah, and surveilled him going
 7    to Pharaoh's after the activities that I just sort of
 8    laid out regarding investigation of Pharaoh's and the
 9    Outlaws.
10              One moment, your Honor.
11              THE COURT:  Sure.
12              Let me ask Officer McCray, you're the one
13    that prepared the bail report.  Mr. Barnes reported to
14    you that he relocated to Western New York approximately
15    three years ago?
16              PROBATION:  Yes, Judge, that's correct.
17              MR. TRIPI:  That surveillance is October 8,
18    2021, I just spoke with the task force officer.
19              Now, one of the other things, your Honor,
20    that pivoting a little bit to Mr. Ermin, but goes along
21    the lines of sort of the national, the national scope of
22    his position, this will bring us back to exhibit 21,
23    which contains other footage from a different time and
24    location, in particular on February 11th, 2023,
25    approximately 30 Outlaws arrived at the Hilton Garden
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    Inn from multiple states.  Hilton Garden Inn is
 3    essentially located across from the Buffalo
 4    International Airport.  You'll see two videos, enter and
 5    exit videos.  You'll see back rocker patches on each of
 6    them.  We're going to let it play now.  And this is from
 7    February 11, 2023.
 8                    (Video played.)
 9                    Through investigation, we know that they had
10    a four hour meeting there that day.  And that part of
11    getting the meeting room, they had to purchase drinks
12    through the hotel, yet you'll see a cooler be brought
13    in, and you'll see, like, looks like almost a money bag
14    be brought in, and then different person leaving with
15    the money bag at the end.
16                    The first person walking in -- pause it,
17    please.  These are both Outlaws.  The name of the first
18    individual escapes me, but I've been informed that that
19    is a national-level Outlaw leading in in the forefront
20    of the camera position at 38 seconds.  Please keep it
21    playing.
22                    (Video continued.)
23                    MR. TRIPI:  This truck is where I believe
24    Mr. Ermin will walk out and the others will get out with
25    him in sort of a lead position.  Mr. Ermin has the
```

1                    USA V. J. ERMIN & S. BARNES
2    checkered jacket on followed by Mr. Barnes walking right
3    behind him.  As I understand it, they had the meeting
4    room at the hotel for about four hours.  And you're
5    continuing to see Outlaws trickle in now.  As I further
6    understand it, some non-patch wearing individuals, maybe
7    prospects, I'm not quite sure, they had others sort of
8    posted outside in the parking lot area.
9              Let me pause it there for a second.  Paused
10   at 2:47 mark.  Far left individual, tall and thin, that
11   is an Outlaw from Florida, who formerly had a
12   national-level position.  And I read a letter recovered
13   from the Buffalo clubhouse, he has put in for medical
14   retirement, but that is Hillbilly from the Florida
15   Outlaws.
16             THE COURT:  That is right there?
17             MR. TRIPI:  Yes.
18             THE COURT:  I thought you indicated he was
19   the president at one point.
20             MR. TRIPI:  At one point.  At this point,
21   maybe the Florida regional president.
22             THE COURT:  You mean at this point being in
23   February of 2023?
24             MR. TRIPI:  That's correct, your Honor.  By
25   this point, Mr. Ermin, law enforcement assesses, is the

```
 1                  USA V. J. ERMIN & S. BARNES
 2   president.  The understanding is that individual is very
 3   sick and is much thinner.  There are other photos, he is
 4   much bigger.  And we can keep playing the video.
 5              You see the white supremacies on the winter
 6   hat as he walked in.
 7              Stop it there.  That is Mr. Marcaccio who is
 8   prominently featured in the Hilltop Bar video that you
 9   saw earlier.  This is the 3:21 mark.  Please continue
10   it.
11              (Video continued.)
12              THE COURT:  Law enforcement's assessment is
13   that prior to the person you're referring to as
14   Hillbilly, Hillbilly, it was this Jack Rosga who was the
15   president?
16              MR. TRIPI:  If we could stop this.  I missed
17   one.  So there was, at some point in the history, Taco
18   Bowman, who maybe is the sort of famous former president
19   who was convicted of racketeering.
20              THE COURT:  Who has died and the funeral.
21              MR. TRIPI:  Correct.  And then Milwaukee
22   Jack, Jack Rosga.  And then a guy named James Lee Big
23   Frank Wheeler.
24              THE COURT:  That is all one person?
25              MR. TRIPI:  Yes.  James Lee Big Frank
```

                    USA V. J. ERMIN & S. BARNES

1  Wheeler.  He was the former national president.  He

2  succeeded Taco Bowman.  After Bowman's 2001 conviction,

3  Wheeler himself was convicted of racketeering in 2004

4  and died in prison in 2020.

5          THE COURT:  And so then Milwaukee Jack

6  became president after Wheeler?

7          MR. TRIPI:  Yeah, I believe that timeline is

8  Milwaukee Jack follows in or around 2006 because in or

9  around 2004, Wheeler himself is convicted of

10  racketeering and he dies in prison in 2020.  So, Taco

11  Bowman, then Big Frank, then Milwaukee Jack, then maybe

12  Hillbilly, then Mr. Ermin.

13          THE COURT:  Okay.

14          MR. TRIPI:  That is to the best of my

15  ability.  If we can keep playing this video.

16          (Video continued.)

17          Next you'll see the cooler get wheeled in

18  the meeting room.  Okay, your Honor.

19          I'm going to stop this video here at 5:18

20  second mark and ask Ms. Champoux to play the next clip,

21  which you're going to see a lot of them exiting now and

22  you'll be able to see a lot of the bottom rockers.

23          THE COURT:  What was the date on the first

24  video?

39

```
 1                  USA V. J. ERMIN & S. BARNES
 2             MR. TRIPI:  This date is February 11, 2023.
 3             THE COURT:  And the second video is the same
 4   date?
 5             MR. TRIPI:  Yes, it's in and out.
 6             THE COURT:  Okay.
 7             (Video played.)
 8             MR. TRIPI:  So you see New York.  Okay.
 9   Pause it.  We're at the almost the 6 minute mark, 5:58
10   seconds, you'll see a number of them walking out and
11   you'll see different bottom rockers representing
12   different parts of the country.  Law enforcement
13   determined a lot of them flew in that day and had a
14   meeting and immediately departed town.  And so in this
15   clip you'll see Indiana and Louisville.  You can play it
16   from there.  Savannah, reference to Savannah, Georgia,
17   potentially.  United States bottom rocker.
18             Please continue.  Pause it.
19             Notice the carrying of the cooler back out.
20   It's very heavy.  Two Outlaws are carrying it, so,
21   again, law enforcement doesn't know what was in the
22   cooler, but we've determined that drinks had to be paid
23   for through the hotel.  It came in being wheeled in and
24   came out, this large cooler, being carried, doesn't seem
25   like if one were to posit they had drinks in there,
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    nothing was removed from it.
 3                    THE COURT:  So what is your theory?
 4                    MR. TRIPI:  There is a national meeting, a
 5    large cooler is brought in, different Outlaws bring it
 6    out.  It seems to be just as heavy when it came in and
 7    went out.  That is all I had.  I thought it was
 8    something worth pointing out.  Please continue.
 9                    THE COURT:  You don't think they brought
10    drinks and then realized they had to buy them from the
11    hotel so?
12                    MR. TRIPI:  You're asking me a direct
13    question?  No, I don't think that.  No.
14                    Please continue.
15                    I'd like to direct your attention now to
16    exhibit 23 that was handed up today and was provided to
17    counsel.  It's a report by a Homeland Security agent who
18    is working on this investigation and it summarizes a
19    search of certain phone during an order search.  And it
20    has information further indicating that Mr. Ermin is the
21    national president based upon the phone search that was
22    conducted at an international border.  So I'll read it
23    into the record, your Honor.
24                    "On August 10, 2021, several members of the
25    Outlaws Motorcycle Club returned to the United States
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    from Spain via J.F.K. Airport.  During primary
 3    inspection by U.S. Customs and Border Protection,
 4    several members of the group were referred for secondary
 5    inspection.  One of the individuals identified is Keith
 6    bikes.  Subsequent to the inspection, Bikes' cellular
 7    phone was detained and a Border search of his phone was
 8    completed.  A document titled "USCH Check 2-5 PDF was
 9    located on the phone.  Some of the information in that
10    document were each of the Outlaws' chapters of the
11    United States, the chapter point of contact, and the
12    region each chapter belonged to.  The document
13    identified nine colored coded regions of the United
14    States.  Black for Indiana, Michigan and western Ohio,
15    so in that video you just saw, the black region was
16    represented.  You saw several, you saw at least one
17    Indiana bottom rocker.
18              Blue, which is New York, Eastern Ohio and
19    Pennsylvania, you saw the blue region was represented,
20    there were New York patches.  Gray, Tennessee and
21    Kentucky.  Admittedly in the video, I didn't see any of
22    those, but you did see a Louisville patch, so I would
23    argue that Louisville, that region was represented.
24    White, Illinois; you saw Illinois patches.  Platinum,
25    Arkansas, Colorado, Missouri and Oklahoma.  I didn't see
```

```
 1                USA V. J. ERMIN & S. BARNES
 2    any of those patches.  Silver, North Carolina, Alabama
 3    and Georgia; there was a Savannah patch on a vest.
 4    Savannah is a city in Georgia.  Orange, Florida, we saw
 5    Hillbilly on that tape, he is from the orange region.
 6    Red, Connecticut, Massachusetts and Maine, well, Mr.
 7    Barnes is from the Massachusetts area, and I think one
 8    of his vests in the Buffalo clubhouse had a
 9    Massachusetts patch on it.  And gold for Wisconsin.  I
10    didn't personally see a Wisconsin patch.
11               Getting back to the border search, though,
12    within the I message text message communication on the
13    phone, there was a conversation among 10 Outlaws MC
14    members, one from each of the regions, and John Ermin,
15    AK "Tommy O."  The agent, the Department of Homeland
16    Security, assesses that the group chat is consistent
17    with Ermin being in a leadership forum with the regional
18    presidents.  There is a note there that indicates that a
19    prior president was James Lee "Big Frank Wheeler."
20    In addition to the conversation which are attached to
21    the report, there are several photographs that were
22    obtained where you could see Mr. Ermin front and center
23    in a large Outlaws group photo.  And we would submit
24    that is consistent with his leadership position in the
25    organization.  The first was obtained from the Outlaws
```

43

                    USA V. J. ERMIN & S. BARNES
1
2   Canada website captioned Caribbean 2020.  The second was
3   recovered from a search of Mr. Ermin's phone during a
4   border search October 10th, 2021 returning from Spain.
5   He was among the group returning from Spain.
6               THE COURT:  Which is not consistent with
7   what was reported --
8               MR. TRIPI:  For international travel, that's
9   correct.  He has a lot of international travel, I
10  haven't nailed it all down, your Honor.
11              THE COURT:  That is one of the questions
12  because I think last week you indicated that he was
13  involved in setting up the chapter in Brazil.
14              MR. TRIPI:  You could see references to that
15  in his phone.  And then in his house, there is a big
16  Brazil flag on the wall.  That biker club where you saw
17  the photo of the blue arrows, that is a different biker
18  club in Brazil.  From a constellation of different
19  sources.
20              THE COURT:  When you represented that he was
21  involved in setting up that chapter, does that mean that
22  you had information that he traveled to Brazil?
23              MR. TRIPI:  I'll have to double check that.
24  I received a spreadsheet.  I tried to look into all of
25  the travel.  I received a spreadsheet, but I haven't

```
 1                USA V. J. ERMIN & S. BARNES
 2    decoded all of the airports.
 3                THE COURT:  Do you have some information on
 4    his international travel?
 5                MR. TRIPI:  I'll get that, if we're going to
 6    take a little break.
 7                THE COURT:  We'll take a break.
 8                MR. TRIPI:  But the Brazil chapter, we know
 9    that the Brazil expansion happened under his tenure of
10    president, so that is why I said he is responsible
11    because as the leader of the organization, he is going
12    to be responsible for closing or opening new chapters.
13    So if you go to the attachments for that report, you'll
14    see "OL Tommy O" with a phone number, and then
15    "received."  And that is because these are text messages
16    coming into the other Outlaws' phones.  Bikes, who I
17    referenced this, these are the text messages that the
18    agent assessed are to the regional leaders from Tommy O.
19    You see the first one says "AOA 2020 has been one hell
20    of a ride.  Our world was turned upside down.  We're
21    still bigger than ever.  The strong survive.  We've
22    welcomed new brothers, chapters and countries.  2021
23    we're going to continue to grow and expand our great
24    nation with true brotherhood.  Myself personally, I
25    would like to thank everyone for standing by my side
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   through one of the roughest times of my life.  To the
 3   crew that made and is still making history in South
 4   America" -- we believe that to be the reference to
 5   Brazil -- "right on.  I love my true one percenter
 6   brothers.  Happy F'ing New Year, Tommy O, One Percenter,
 7   B.B.T."
 8                    THE COURT:  Let me make sure I'm following,
 9   it's your proffer this was a message from Mr. Ermin to
10   Bikes, whose phone was searched?
11                    MR. TRIPI:  That's correct.  They were in
12   the group traveling from Spain.  This is Keith Bikes'
13   phone where these text messages were recovered from.
14                    The next one, you can see that was a text on
15   New Year's in 2021, on New Year's day.  The next one is
16   April 4th, 2021, Happy Easter, I hope you eat like kings
17   and enjoy the day with your families.  Always remember
18   our members in jail and JBNF, gone but not forgotten,
19   and make sure all the brothers have a seat at somebody's
20   table.  I love my true one percenter brothers.
21                    I submit, Judge, these are text messages
22   that sound like a leader talking to your group.
23                    THE COURT:  That phone number, that is
24   identified there, is that consistent with information
25   that the government has about a number used by Mr.
```

```
  1                    USA V. J. ERMIN & S. BARNES
  2    Ermin?
  3              MR. TRIPI:  He has had several numbers, but
  4    I believe that to be accurate, your Honor.
  5              THE COURT:  I mean do you know, or can you
  6    find out?
  7              MR. TRIPI:  I can find that out.
  8              THE COURT:  Okay.
  9              MR. TRIPI:  The next one, it references a
 10    funeral, March 9, 2021, this is a funeral that is to be
 11    attended by everyone.
 12              THE COURT:  Do you know what funeral that is
 13    referred to?
 14              MR. TRIPI:  I don't.  I do know that -- well
 15    I'll withdraw that.  I'm not sure what funeral it is.
 16              March 6, 2021, all Charlie embroidered
 17    shirts, that is their center patch, reference to
 18    "Charlie," that is the center patch.  "All Charlie
 19    shirts are only to be done in Milwaukee since Frank was
 20    on the street.  It will be an issue."  "The next time
 21    they are be bootlegged, it will be an issue for the
 22    region doing so."  So the reference to Frank is the
 23    prior national president.
 24              December 13, 2020, under the heading "social
 25    media posts," "nobody is to post on or like posts of
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2    other clubs that are not Outlaws support and/or
 3    affiliated.  Stop supporting anyone but us.  Two, I do
 4    not care about posts with our patches and parties as
 5    long in everybody in the picture is cool with it.
 6    Three, do not ban anyone from use LHR, Tommy O One
 7    Percenter."
 8                 Next one is July 29, 2021, "Warlocks will be
 9    traveling to Akron, Ohio for a funeral of a member's
10    son."  And so that is going out to a number of leaders
11    and that is -- that indicates, your Honor, that the
12    Warlocks are clearing, essentially, their travel with
13    Ermin, who is okaying them to go through Outlaws
14    territory to go to a funeral of a member's son.
15                 June 7th, 2021, "It was a great weekend, my
16    brothers.  The old timers of our club seem to have a
17    hard time with new perspectives.  Seems to be their
18    sidebar focus and are claiming that they were never told
19    of it.  It is not going away.  They need to drop it.
20    And the majority of these nay sayers went patch for
21    patch coming in.  The stupid shit I hear about after
22    Nationals that Philly passed out say and do, maybe the
23    nay sayers should have done a better job with them so
24    they knew more than how to carry a garbage bag and pour
25    beers.  I love you and proud to stand beside you my true
```

```
 1              USA V. J. ERMIN & S. BARNES
 2    one percenter brothers."
 3              What follows are photos that show Mr. Ermin
 4    front and center, he has the black tank top on and the
 5    gold chain and sort of a black hat.  And we would submit
 6    just the position where he is standing in those photos
 7    is another indicator of leadership.
 8              THE COURT:  Just so I'm clear here, is this
 9    first photo that is at the top, what's referenced in the
10    report as "Caribbean 2020"?
11              MR. TRIPI:  Yes.  And the second is an image
12    recovered from Mr. Ermin's phone.  And we will look
13    at --
14              THE COURT:  So Mr. Ermin's phone was
15    searched at the same time as this Bikes' phone?
16              MR. TRIPI:  Yes.
17              THE COURT:  In other words, they were
18    traveling together?
19              MR. TRIPI:  Yes.
20              THE COURT:  Okay.  And they were both
21    traveling both back from Spain, and during Customs, the
22    phones were searched, but it sounds like Bikes was
23    seized or --
24              MR. TRIPI:  His was seized and extracted.  I
25    believe Ermin's was also extracted, your Honor.  It may
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2     well be that the text messages were not in Mr. Ermin's
 3     phone, deletions, things like that, but were located in
 4     Bikes' phone.
 5                    THE COURT:  Do you know?
 6                    MR. TRIPI:  I'm just giving an explanation.
 7     This is a very specific assignment I gave an agent over
 8     Christmas weekend to pull information from those
 9     searches.  I don't have those extractions that would be
10     an additional indicator to the Court to assess his
11     leadership position.  I don't have the whole Ermin
12     phone.  I don't know what's in it or not in it as I
13     stand here today.  So the tasking was pull what you can
14     from the phones that you have that, further, beyond what
15     I've already proffered, can help this Court determine
16     his position in the organization.  So that was the
17     tasking and that is what we came up with for that.
18                    But I'd like to follow that up with on
19     January 24, 2023, something that Crystal Quinn told the
20     FBI.  Crystal Quinn said, in part, her main concern is
21     the Outlaws.  She knows Tommy O is the president of the
22     Outlaws and manager at Pharaoh's.  She is one of several
23     witnesses who have reported him being the president.  So
24     that is not singular even from civilian witnesses, your
25     Honor.  I never previously proffered what Ms. Quinn said
```

```
 1                 USA V. J. ERMIN & S. BARNES
 2   that.  I proffered previously about her cocaine usage
 3   and overdosing in the clubhouse, but not that she said
 4   he was the president.  That is consistent with.
 5             THE COURT:  I asked you that and you said
 6   you were pretty sure she said that.
 7             MR. TRIPI:  You have a better memory than
 8   me, your Honor, because I didn't remember that part, but
 9   if I said that now, I've gone back and checked.  That is
10   consistent with assessments by the FBI, HSI and ATF
11   expert who we anticipate will be our trial expert
12   regarding the Outlaws, Jeremy Sheetz.  It's consistent,
13   we believe, from the prior national president Milwaukee
14   Jack.  And it's consistent with exhibit 21, the video at
15   the Garden Hilton in where there is a national
16   leadership meeting and consistent with the international
17   travel to and from Spain.  It's also consistent with
18   exhibit 1-O, if we could pull that up.  So this is not a
19   letter that is directed towards Mr. Ermin, it's directed
20   towards to any one percenter, but it's a time frame back
21   when Mr. Ermin was a regional president.  So think time
22   frame who he was arrested with, special Ed in Ohio.
23             THE COURT:  And this was found where and
24   when?
25             MR. TRIPI:  This was found in Mr. Ermin's
```

51

```
 1              USA V. J. ERMIN & S. BARNES
 2   residence -- let me double check that.  Yes, in Mr.
 3   Ermin's residence along with some of the other
 4   documents.  The whole "1" series are until you get to 15
 5   U, everything up to 1-AU was seized from his house.
 6              THE COURT:  Okay.
 7              MR. TRIPI:  This is an individual who had
 8   pled guilty, and, essentially, is pleading with other
 9   ranking Outlaws back in 2013, it says, "I have attached
10   a copy of the information and documentation that I've
11   sent out to Richard One Percenter in Louisville,
12   Kentucky, and I also sent a copy to Larry Mack One
13   Percenter and Tommy O One Percenter, Collin One
14   Percenter, et cetera.  Hopefully somebody would read
15   this.  I would like to you read it.  I am a good brother
16   and have not done anything wrong.  I just went to
17   prison, that was for the club.  Not stealing, drugs, et
18   cetera, just for being an Outlaw and in a leadership
19   role.  Also I took a plea and please read the letters
20   from attorney from document five."
21              There were several attachments from this I
22   won't get into.
23              "It clearly states your plea agreement
24   cannot be used as proof against any other members of the
25   Outlaws' organization.  That Outlaws organization is a
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    criminal organization.  Also your plea does not affect
 3    the larger Outlaws organization nor does it affect any
 4    current member of the Outlaws who is not otherwise
 5    subject to the indictment to which you are pleading
 6    guilty.  Furthermore, your plea did not impact the case
 7    of any co-defendants.  My plea agreement affects only
 8    me.  I've always done what is right.  I'm a good brother
 9    and would help anytime needed.  I would not let my
10    brothers s go to prison.  Please understand.  Also I
11    just wanted you to know what I am doing, I'm not going
12    over your head."
13              So this is a person named Ivan reporting to
14    Tony One Percenter that he sent it to higher ranking
15    Outlaws to try and prove that he was not, essentially, a
16    snitch.  So even back in 2014, this supports that Mr.
17    Ermin had a leadership position in the larger
18    organization, which, mat that time, he was the blue
19    regional president.  That is back at the time frame when
20    he stopped with Mr. Decay in Ohio.
21              THE COURT:  I'm going to take a break at
22    some point.  You've been going about two hours.
23              MR. TRIPI:  I'm sorry.
24              THE COURT:  Don't apologize.  But is now an
25    okay time to stop?
```

                    USA V. J. ERMIN & S. BARNES

1                   MR. TRIPI:  Yes, your Honor.  Thank you,

2    Judge.

3                   THE COURT:  Why don't we plan on taking a

4    break until about 1:30.  Okay.  See everybody back here

5    shortly.

6                   MR. TRIPI:  Thank you, your Honor.

7                   (Whereupon, there was a break in the

8    proceeding.)

9                   THE COURT:  All right.  We are back on the

10   record, note the presence of all counsel, Mr. Barnes,

11   Mr. Ermin, Officer McCray.  Are you ready to continue,

12   Mr. Tripi?

13                  MR. TRIPI:  Yes, your Honor.  I was, next, I

14   was going to pull up Government's Exhibit 20-F, and this

15   was along the lines of just sort of circling back on his

16   national leadership.  Again 20-F, United States bottom

17   rocker.

18                  THE COURT:  This is whose vest?

19                  MR. TRIPI:  This is recovered from Mr.

20   Ermin's residence.  It's a photo of it.  Again, law

21   enforcement indicates to me that that is indicative of

22   national leadership position.  Next we have 20-G, and I

23   know I showed you this one before, your Honor.  But 20-G

24   --

54

USA V. J. ERMIN & S. BARNES

1
2          MR. MUSCATO:  Judge, I hate to interrupt.  I
3    apologize for interrupting you and Mr. Tripi.  I thought
4    we went through 24 on Tuesday in Rochester already.  It
5    seems to me this is a just a repeat of what your Honor
6    has already heard.
7          THE COURT:  It may be you're right, but if
8    you're objecting, I'm going to overrule it.
9          MR. MUSCATO:  It was an objection.  Thank
10   you, your Honor.
11         THE COURT:  Go ahead.
12         MR. TRIPI:  Ms. Champoux, if we could zoom
13   in on the national pin, that part.  Again, I just wanted
14   to indicate, this is a pin, I likened it to having like
15   a five-star general on your lapel.  This is his national
16   pin on his vest.  Again, another indicator of his
17   national-level position.
18         I think when I go through the travel
19   document at the end, I'll point out a couple more things
20   regarding his international travel as well as some of
21   the significance of the location of travel.
22         THE COURT:  Let me interrupt you for a
23   second.  Mr. McCray, you completed, I believe, the bail
24   report for Mr. Ermin as well, correct?
25         PROBATION:  Yes, that's correct.

```
 1                    USA V. J. ERMIN & S. BARNES
 2               THE COURT:  And it indicates in there the
 3    defendant reported that he possesses a United States
 4    passport.  He indicated that he has not traveled
 5    internationally.  Mr. Ermin stated that -- it probably
 6    should be Mrs. Ermin.
 7               PROBATION:  That's correct.
 8               THE COURT:  Mrs. Ermin stated that the
 9    defendant has not traveled in many years.  Did the
10    defendant tell you that he had not traveled
11    internationally?
12               PROBATION:  That's correct.
13               THE COURT:  What?
14               PROBATION:  That's correct.
15               THE COURT:  And his wife told you he had not
16    traveled in many years?
17               PROBATION:  Yes, not recently.
18               THE COURT:  Traveled or traveled
19    internationally?
20               PROBATION:  International, that is the
21    question.  Any international travel.
22               THE COURT:  And the words used to, according
23    to your report, on the part of Mr. Ermin's wife was
24    "many years."
25               PROBATION:  Yes, Judge.
```

56

                    USA V. J. ERMIN & S. BARNES

1
2                    THE COURT:  Okay.

3                    MR. TRIPI:  Sandy, could you switch me to

4       the projection screen?

5                    THE CLERK:  Sure.

6                    MR. TRIPI:  With that, I'll segue into what

7       I've now marked as exhibit 24.  I've handed it up.  And

8       I've provided copies to counsel.

9                    What this document is is Homeland Security

10      has the ability to search the systems of Customs and

11      Border Protection, and this will document Mr. Ermin's

12      international travel; obviously not his domestic travel.

13      And so just to jump off of what Mr. McCray just

14      reported, you see the very top entry, you see that he

15      had travel from -- to Mexico City, going across the top

16      looks like a Delta flight inbound and out bound.  ATL is

17      Atlanta, MEX is Mexico City.  And that encounter date --

18      and so OBD means he was on board.  And that encounter

19      dates when he is going in bound and out bound is January

20      of 2023.  So he traveled earlier this year.

21                   Now, next one down, there is a flight,

22      American Airlines, flight inbound, coming from Madrid

23      Spain to J.F.K.  He is on board, so I'm looking at the

24      third row down, August 10, 2021.  He was scheduled to be

25      on an inbound flight from Madrid to J.F.K., looks like a

                    USA V. J. ERMIN & S. BARNES

1

2    day earlier.  NBD means not on board.  Maybe he changed

3    his flight, but he comes in from Madrid in August,

4    August 10th, 2021.

5               Next one down, that is his outbound from

6    J.F.K. to Madrid, August 4th, 2021.  Appears he was in

7    Spain from August 4th, 2021 to August 10th, 2021.  And

8    if you go back to exhibit No. 23, that is when he is

9    encountered coming back from Spain.

10              Then we have travel coming inbound to the

11   United States from A and U, which is Antigua.  Came into

12   Miami, outbound was Miami to Antigua, January 2nd, 2020

13   returning January 6th, 2020.  Our expert advises us that

14   every year in January, the Outlaws have a, essentially,

15   a leadership meeting in Antigua.  And it's attended by

16   national leadership as well as B.B.T. leadership.  And

17   so you see, Mr. Ermin has travel in January to and from

18   Antigua where those meetings occur.

19              Further down, I'm going now to 2019, Judge,

20   if you see that.  There is inbound, again, the Antigua

21   trip in January 2019.  He is on board from Miami to

22   Antigua and on board from the inbound from Antigua back

23   to Miami, six-day trip, January 21st, 2019 to January

24   27th, 2019.

25              I'm going to skip two rows there that says

```
 1                   USA V. J. ERMIN & S. BARNES
 2    he is was not on board and we get to 2017.  Again, he is
 3    at the Antigua trip where --
 4             THE COURT:  Must have been cancelled during
 5    the pandemic because you got it in 2019, 2020, but there
 6    is no travel after to Antigua, at least after 2020.
 7             MR. TRIPI:  That would be consistent with
 8    the timing of the pandemic, your Honor.
 9             THE COURT:  So your 2017, January, another
10    trip to Antigua.
11             MR. TRIPI:  That's correct.  And then we get
12    to 2015, he is coming into the country from Antigua in
13    May and then are other airports where we're talking
14    about EWR coming into Newark, SNN, that is Shanon,
15    Ireland.
16             THE COURT:  This is 2014, right?
17             MR. TRIPI:  Yes.  TXL, just going back up to
18    2018, TXL, that was he is not on board, but that is
19    Berlin.  So apparently there was travel scheduled to go
20    to Germany, but he didn't get on board.  If you go to
21    July 30, 2014, he is coming back into the country from
22    Shanon, Ireland and he left the country about a week
23    earlier from Boston to Dublin Ireland.  And you see
24    there is international travel apparently going back to
25    2005, looks like that is the beginning of his Antigua
```

```
1                    USA V. J. ERMIN & S. BARNES
2    involvement, which would indicate his B.B.T. involvement
3    and/or his national level leadership.  So, we believe
4    that the reporting that he hasn't traveled
5    internationally in a long time is characterized,
6    charitably, it's inaccurate.
7              THE COURT:  I think he said, according to
8    the report, Officer McCray, you correct me if I'm wrong,
9    according to the report, the defendant indicated that he
10   has not traveled internationally, period, right?
11             PROBATION:  Correct.
12             THE COURT:  So I think his wife said it's
13   been many years, but it seems as though Mr. Ermin told
14   Officer McCray that he has not traveled internationally.
15             MR. TRIPI:  And that would be, I would say,
16   consistent with his false statements to another judicial
17   officer at an earlier point in time where he submits an
18   affidavit in support of Mr. Gerace.  In other words, Mr.
19   Ermin is not a reliable person and even his wife, if you
20   characterize it charitably, she is woefully inaccurate.
21             THE COURT:  Not to get too far afield,
22   though, I would like to bring you back and show you some
23   of the weapons he had in his house.  So if we can go to
24   exhibit 18-A, if we can switch back, if you would be so
25   kind, to the computer.
```

60

```
 1                USA V. J. ERMIN & S. BARNES

 2                So these are recovered from Mr. Ermin's

 3     residence.  This is item 37, appears to be a machete.

 4                We can go to 18-B, Ms. Champoux.

 5                This image shows a variety of ammunition,

 6     daggers, firearms, number of knives, straight razor,

 7     all, many of the cutting instruments easily concealable

 8     on an individual's person, excuse me.

 9                If we go to 18-C.  Showing various calibers

10     and what you see is a couple fired cases.  18-D, what

11     you see in the box there, 62, is a set of brass

12     knuckles.  Significantly, if you go back to the arrest

13     in Ohio when he was with Mr. Decay in 2015, seized

14     during that vehicle stop, in addition to the firearms

15     and the methamphetamine, were brass knuckles.  So fast

16     forward to 2023, brass knuckles are unlawful under New

17     York law, that is a state violation, you're not allowed

18     to have brass knuckles.  Unless the law has changed

19     since I've been a state prosecutor, I don't think it

20     has, he could be charged state side just with the brass

21     knuckles.

22                If we go to 18-E, it's just a better

23     close-up image of the brass knuckles.  If we can go to

24     18-F, again more knives, one of which appears to be a

25     dagger.  18-G, more knives.  18-H, please.  More knives.
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   Different knives.  We see a different item number.  A
 3   lot of knives.
 4            THE COURT:  Do you have an estimate as to
 5   how many knives.
 6            MR. TRIPI:  I didn't on the knives.  I
 7   didn't tally them.  I think the firearms totaled 16.
 8            18-I is like a crossbow.
 9            Now, I will show you some of the drugs
10   consistent with his admissions that they recreationally
11   used marijuana for the purposes of the strength of the
12   charges on the Complaint.  So those are THC edibles.
13   That is exhibit 19-A.  Go to 19-B, item 82, marijuana.
14   19-D, please, that is C.  19-D are various different
15   edibles with THC.  Obviously it's still a scheduled one
16   controlled substance.  That is item No. 83.  You can see
17   this is different sets of drugs.  Go to 19-E, more
18   marijuana.  And 19-F.  And I did go back, and it's about
19   $40,000 in the residence.
20            THE COURT:  That was seized from the home.
21            MR. TRIPI:  Correct.
22            THE COURT:  And about 10,000 from the
23   clubhouse.
24            MR. TRIPI:  That's correct.  Your Honor,
25   preliminarily, just on the charges in the Complaint,
```

```
1                    USA V. J. ERMIN & S. BARNES
2   we're looking at around three years on a Guideline
3   sentence.
4               And the last thing I'd like to leave off
5   with, I'm just going to read it into the record.  If we
6   could show 4-A.  I'm sorry, Judge.  4-A shows a number
7   of the firearms laid out on his bed.  Some are not
8   pictured because I believe there were about 16.
9               THE COURT:  Were they all shotguns?
10              MR. TRIPI:  They were all long guns, rifles
11  and shotguns.
12              If the Court will indulge me for two more
13  minutes.
14              THE COURT:  I have a number of questions for
15  you.
16              MR. TRIPI:  Okay.  The last thing I'm going
17  to do is read into the record the assault where we do
18  have evidence of Mr. Ermin back in 2010, you know, being
19  involved in a hands-on assault of an individual.
20              THE COURT:  And that was one of the
21  questions that I had for you, because I don't think you
22  talked about that last week.
23              MR. TRIPI:  I did not.
24              THE COURT:  And these were documents that
25  were found in Mr. Ermin's residence?
```

1                 USA V. J. ERMIN & S. BARNES

2          MR. TRIPI:  That's correct.  So in New York

3     state, your Honor, it's been a while since I've been an

4     ADA, but to make the information sufficient, you would

5     attach, for example, the charging document prepared by

6     the police officer and the supporting affidavit of a

7     victim.  So right out of the gate, even when I was a

8     state prosecutor, victims would get outed right from the

9     inception of a case.  So I know New York law has changed

10    since then and it's becoming even more broad in terms of

11    the discovery laws.  But even back in the 2010 time

12    frame, he would have been provided the charging document

13    and a supporting deposition and clearly he kept it.  But

14    what that gives an individual is the name of the person,

15    whose the witness, and so I'm not going to read that

16    person's name into the record.  But according to the

17    deposition that they signed, this goes April 15, 2010 at

18    approximately 12:45 a.m., "I was at the Fireside Inn

19    with my girlfriend and her friend.  And we went outside

20    to smoke on the front patio.  Two guys that the two

21    women knew followed us out front.  I later learned their

22    names were Corey Benson."

23             He was the individual in the video that you

24    saw with the baseball cane in the Hilltop Bar video.

25    That is Corey Benson.

```
 1                USA V. J. ERMIN & S. BARNES
 2              "And J Tommy Ermin.  The one woman's friend
 3      wanted to take a ride on Tommy's motorcycle and the
 4      other women objected.  I watched Corey Benson then say
 5      to the one female that the other female is a big girl
 6      and she can make her own decisions.  I then could tell
 7      that Corey was angry with the one female.  And I tried
 8      to calm the situation by introducing myself to Corey.
 9      At that time, Corey called me an asshole and then he and
10      Tommy pushed me back and began punching me in the face
11      and body.  And also another male who was with them in
12      the bar came out of the bar and began punching and
13      kicking me.  I later learned his name to be Dennis
14      Fault.  I finally was able to get up and retreat to the
15      parking lot.  While in the parking lot, I watched Tommy,
16      whose name I later learned to be John T Ermin, push and
17      slap one of the females across the face, she fell to the
18      ground.  The I tried to help her and the other female
19      leave, but then Dennis Fault, Chris Marchewak and Corey
20      Benson began to punch and kick me and beat me again.
21      One of them grabbed the back of my neck and were
22      slamming my head off of the curve and pavement.  I could
23      feel blood streaming from my face and nose.  I heard
24      Tommy yell, "Come on, the cops are going to come.
25      You're taking too long."  At that time, I looked up and
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2    a police officer pulled up and I heard him yell to the
 3    guys beating me, "Don't move, shut off your bikes."  I
 4    did notice that each of the guys that beat me, Tommy
 5    Ermin, Dennis Falk, Corey Benson, and Chris Marchewak,
 6    M-a-r-c-h-e-w-a-k, were all wearing Outlaws motorcycle
 7    gang jackets and vests.
 8                  And there is a statement from another
 9    witness.  It's included in the packet, your Honor, as
10    7-A.  I say it's substantially similar to that and so I
11    think there is a couple of things there.  One, obviously
12    willing to assault someone over next to nothing.  Two,
13    his position even back in 2010, other people are doing
14    the beating and he is now standing back and giving
15    directives.  Not directives to stop, because you're
16    hurting someone, directives to stop because you're
17    taking too long and the cops are going to come.
18                  And just another thing I would like to point
19    out that I neglected in my proffer last time, you may
20    have heard it from Mr. Cooper.  In the clubhouse itself,
21    there was an envelope recovered that said "Burn."  In
22    other words, despite the documentation that we recovered
23    --
24                  THE COURT:  No, I haven't heard this.
25                  MR. TRIPI:  You haven't heard this?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              THE COURT:  No.
 3              MR. TRIPI:  So there is an envelope that
 4    indicates "Burn," and I'm going to look for the exhibit
 5    number.  It's 15-H, that is their "burn" bag that was
 6    found in the Buffalo clubhouse.  What I would argue to
 7    you and what I would argue later on to a jury,
 8    notwithstanding the incriminating and information that
 9    was located, there is additional things that they
10    acquire that they burn.  For example, we didn't find the
11    notes that were taken during the trial that you sat
12    through.  That was something that I thought might be
13    found.  We found, clearly, other source reports through
14    the years and other references to cases, and I've
15    covered that already.  But we found a witness list from
16    Milwaukee Jack's case with notations written next to it.
17    I have the FBI looking into, you know, what may or may
18    not have happened to any of those witnesses, I just
19    don't know.  But this indicates to law enforcement and
20    to me that there is even more serious items that they
21    acquire that they then burn.
22              THE COURT:  Was there anything in the
23    envelope?
24              MR. TRIPI:  No, I looked at that envelope,
25    at least when it came back after being seized, and I
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    don't recall seeing anything in that particular bag.
 3    But I thought it was important.  I believe that was
 4    located sort of in the bar area, behind the bar.
 5              With that, your Honor, I do have some checks
 6    being made into that phone number before I sit and see
 7    if I can find that out.  I just spoke with a special
 8    agent with Homeland Security who is present in the
 9    courtroom and they ran some checks on that number, it
10    does come back in one of the databases as being
11    associated with Mr. Ermin in Accurint database.
12              THE COURT:  What database?
13              MR. TRIPI:  Accurint, A-C-C-U-R-I-N-T.  And,
14    Judge, I would just note that not all of the devices
15    that we've seized have been fully analyzed yet.  That is
16    going to be a lengthier process.  I do know and can
17    proffer that there was an additional phone number that
18    was located in Michael Roncone's phone for Tommy O, and
19    does not appear that we have seized or located that
20    phone.  So it would appear, in other words, what I would
21    argue to this Court and what I would argue to a jury,
22    consistent with the items we found about their law
23    enforcement consciousness and their posting of roving
24    wiretaps, that Mr. Ermin is well versed in what the
25    utility of using burner phones.
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              THE COURT:  How many phones, if any, were
 3    seized from his residence?
 4              MR. TRIPI:  There were two that I can think
 5    of.  A lot of other devices, but the number two is
 6    popping in my head.  I don't know that we marked all of
 7    the device images for you.  Probably should have done
 8    that.
 9              THE COURT:  Anything that you would
10    characterize as a burner phone?
11              MR. TRIPI:  I don't think I can answer that
12    question.  We do have the photos, more than we have
13    marked.  If you would like to give me a minute, I can
14    look through it; Ms. Champoux has them.
15              THE COURT:  I have questions.
16              MR. TRIPI:  I can answer those, and in the
17    mean time, Ms. Champoux, can you look for the device
18    photos?
19              THE COURT:  Okay.  One of, and I may be
20    jumping to Officer McCray as well, one of the questions
21    I had for Officer McCray was with Mr. Ermin's bail
22    report, there is no reports of any bank account
23    disclosures.  So, in other words, for assets, and I just
24    want to confirm that, I guess Mr. Ermin, at least what
25    he reported to you, is that he has no bank accounts?
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2              PROBATION:  That's correct, Judge.
 3              MR. TRIPI:  Judge, if I could chime in.  I
 4   don't have it marked or anything like that, but, again,
 5   I have at least cursory reviewed all of the physical
 6   items, I do have some notes.  I noted in the items
 7   recovered from his house that there is an Alden State
 8   Bank Account No. 7030, and I won't do the rest of it
 9   publically, in Mr. Ermin's name.
10              THE COURT:  Alden State?
11              MR. TRIPI:  Alden State Bank.
12              THE COURT:  So Mr. McCray just so I'm clear
13   on how the interview goes, did Mr. Ermin just not
14   disclose any bank account or was he asked affirmatively?
15   I mean, how did that play out?  Do you understand my
16   question?
17              PROBATION:  Yes.
18              THE COURT:  Make sure you're speaking in
19   into the microphone.  Your microphone is on?
20              PROBATION:  Yes.  We generally ask, do you
21   have any cash, checking or savings accounts.  The only
22   assets he listed was his vehicle and his residence.
23              THE COURT:  But so in response to a question
24   do you have any cash or bank accounts, he disclosed
25   neither cash nor bank accounts?
```

```
 1                   USA V. J. ERMIN & S. BARNES
 2              PROBATION:  That's correct.
 3              THE COURT:  One question I had for you, Mr.
 4   Tripi, is, obviously, you've been prosecuting the case
 5   involving Mr. Gerace for some time now.
 6              MR. TRIPI:  Yes, Judge.
 7              THE COURT:  And there are counts, if I
 8   understand correctly, in the indictment, I can't tell
 9   you that I've looked at the indictment, but there are
10   counts alleging that the Pharaoh's entity, number one,
11   was a drug trafficking premises?
12              MR. TRIPI:  Drug involved premises, yes.
13              THE COURT:  And then two, that sex
14   trafficking was occurring at that premises?
15              MR. TRIPI:  Yes, your Honor.
16              THE COURT:  So Mr. Ermin is the manager of
17   the premises, you obviously have been for some time
18   gearing up for that trial, do you have any evidence
19   supporting either Mr. Ermin personally involved in drug
20   trafficking at Pharaoh's or involved in sex trafficking?
21              MR. TRIPI:  Yes.  We have information that
22   he has supplied pills, Lortabs.
23              THE COURT:  That is what Mr. Pirk supplied.
24              MR. TRIPI:  Yes, under similar
25   circumstances.  Drug addicted young women who then
```

1                    USA V. J. ERMIN & S. BARNES

2    engage in sex acts.

3                    THE COURT:  So you have information that Mr.

4    Ermin supplied Lortabs to dancers at Pharaoh's.  Is that

5    a fair statement?

6                    MR. TRIPI:  To at least one.

7                    THE COURT:  Anything else?

8                    Because I guess my point is, you obviously

9    have an indictment that the grand jury determined that

10   there was probable cause to believe that sex trafficking

11   and drug trafficking were occurring in the premises.

12   You have various members of the Outlaws Motorcycle Club

13   that work at the premises.  You have Mr. Ermin who has

14   been the manager for some period of time.

15                   MR. TRIPI:  That's correct, your Honor.  So,

16   all correct observations.  The initial assessment that

17   was made when that indictment was returned was to focus

18   on -- you got to remember, that superseded the Special

19   Agent Bongiovanni's indictment and so not having a

20   crystal ball, I guess, in terms of how long that

21   litigation would take.  Frame of reference, Kingsmen

22   case had been tried within two years.  And now we're

23   several years down the road past that in that case.  So

24   I can tell you as the person whose point on that, the

25   assessment was made to focus on the allegedly corrupt

USA V. J. ERMIN & S. BARNES

agent and that person first, and then get to others that
may be involved in the criminality there to keep the
focus, keep at that point what was perceived to be the
main thing, the main things, in other words. Not that
this is not a sob story. Obviously the government has
its resources, but we lost some AUSAs during that time
period. One who I know you're familiar with who had
been with me on those investigations and so that took
some adjusting to.

That doesn't change the facts that your
Honor correctly pointed out. I can tell you that, you
know, there has been information reported and I think I
said this last time, so if I'm repeating, I do
apologize. I'm trying to be responsive to your Honor
that women who are on the outs or in trouble have been
punished by being sent to the Outlaws clubhouse to
dance. Additionally, there have been other witnesses
that have reported using cocaine in the clubhouse.
Similar to what you heard at the Kingsmen trial, they
host dancers and strippers at their clubhouse. There is
a report of one woman who I have yet to identify who had
a pool cue utilized on her.

THE COURT: At the clubhouse?

MR. TRIPI: At the clubhouse. And I

```
 1                    USA V. J. ERMIN & S. BARNES
 2    hesitated to proffer it because I can't give you more
 3    specifics that was reported.  Part of the challenge,
 4    though, is these young ladies, these dancers, some of
 5    them come in from other outside of the country from
 6    other states and they have dancer names as opposed to
 7    government names.  So, there is a challenge in tracking
 8    back to whom that occurred.  But the report that we had
 9    was that a young lady had a pool cue used on her at the
10    Outlaws Buffalo clubhouse, and although we didn't see a
11    pool table there, I didn't mark it, but there is
12    evidence that a pool table used to be there.  In other
13    words, the chalk that you use to use, you know, I don't
14    know the terminology, I don't play pool.
15              THE COURT:  I know what you mean.
16              MR. TRIPI:  So they do have photos, they did
17    photograph that because law enforcement was aware of
18    that reporting and it's interesting to me that you have
19    that type of thing reported and now no pool table
20    exists, but evidence that a pool table used to be there.
21              There is information about overdoses at
22    Pharaoh's, a number of dancers overdosing over time and
23    there is information that at least one of those resulted
24    in a death, and that the Outlaws helped get rid of the
25    body.  Law enforcement has dove in a creek located
```

1                  USA V. J. ERMIN & S. BARNES
2    across from Pharaoh's several times.  It's a very
3    difficult area to do a full search of.  To date we've
4    found nothing.  But those dates came out of Mr. Gerace's
5    mouth regarding who got rid of the body and that will be
6    part of his trial.  So, no, I can't tell you that that
7    is Mr. Ermin, but what I am proffering is that Ermin is
8    the boss.  It's like the CEO of McDonald's didn't flip
9    the burgers, but he knows the burgers are being flipped.
10              THE COURT:  The information of the overdose
11   at Pharaoh's that came out of Mr. Gerace's mouth, in
12   what context?
13              MR. TRIPI:  I'm going to be careful, but it
14   was sort of an admission to a witness who we anticipate
15   will testify.
16              THE COURT:  Okay.  And then tell me how --
17   let me ask it this way.  Tell me why I should assess as
18   reliable your report or your proffer that dancers from
19   Pharaoh's were sent to the Outlaws as punishment?  I
20   mean, in other words, is there more than one witness who
21   has provided that information?  Is there other
22   corroborating proof to support it?
23              MR. TRIPI:  There is a witness who reports
24   that.  Separately there is a witness that reports Mr.
25   Ermin smashing a dancer's head off of a bar.  Separately

```
 1                USA V. J. ERMIN & S. BARNES
 2   there are other dancers who have been there dancing.
 3             THE COURT:  What do you mean by that?
 4             MR. TRIPI:  Who have been there dancing,
 5   excuse me, I didn't finish my thought, and know that
 6   others have used drugs there.  There are jail calls that
 7   we've recovered from other people who are in jail
 8   indicating extreme fear of actually telling the
 9   government what was transpiring in that clubhouse.
10             THE COURT:  With respect to women?
11             MR. TRIPI:  Yes.  Yes.  It was a woman, a
12   woman on the phone expressing fear.  And we believe all
13   of that to be consistent with Crystal Quinn's fears that
14   she expressed in the beginning of her meetings with the
15   FBI and prosecutors.  Again, then you, you have that set
16   of facts, you have the posting on the post about how
17   they will treat women.  There are, you know, countless
18   photos -- I shouldn't say countless, but several.
19             THE COURT:  When you say postings on the
20   post?
21             MR. TRIPI:  So I showed it you, I think, at
22   the last appearance.
23             Ms. Champoux, if you know the exhibit I'm
24   talking about.
25             THE COURT:  This is, I'm not going to repeat
```

1                    USA V. J. ERMIN & S. BARNES
2    the word, this is what you read into the record.
3                    MR. TRIPI:  Correct, yes.  Correct, it's
4    vulgar.  On the physical post in the clubhouse and other
5    like cleaner copies that were recovered, so I believe
6    you have it marked.
7                    In their clubhouse, they basically had like
8    photo albums, countless naked women, various parts of
9    their bodies, things of that nature.  Historically, the
10   department, through other prosecutions, associates the
11   Outlaws with prostitution.  They also associate them as
12   having employment at places like motorcycle shops, which
13   wouldn't be shocking, strip clubs.  And then you look at
14   the Pharaoh's establishment and the managers, the cook
15   and the head manager are members of the Outlaws.  What
16   I'm proffering to you, consistent with the activities
17   that occurred at Pharaoh's while he is the manager and
18   Mr. Gerace, who is his close friend and confidant is the
19   owner, I mean, we're talking over, roughly over 100
20   witnesses that went into grand jury, and so it's hard
21   for me to single out in a proffer setting without having
22   it in front of me, over 100 witnesses went into grand
23   jury, double that have been interviewed.  There are over
24   200 on the government's witness list that is under seal.
25   And if you go back to the Kingsmen case, I proffered

                    USA V. J. ERMIN & S. BARNES

1       dozens of bikers in that situation, some of whom did

2       talk about the Outlaws, many other civilian witnesses,

3       so we're talking 300 to plus people over time who have

4       talked generally about how motorcycle clubs behave.  How

5       the Outlaws interact with other clubs.  How the Outlaws,

6       the position they hold as it relates to other clubs.

7       And then going from the general to the specific, Mr.

8       Ermin's position among these clubs, his level of

9       prominence in the Outlaws.  And so that is why, you

10      know, even in the Kingsmen trial, his name was mentioned

11      numerous times.  And that is going back now some time

12      2016, '17, '18.

13                    So, and you see how he has been traveling

14      internationally for many, many years.  And he has risen

15      up through the ranks during that time.  And so now, I

16      wouldn't expect him to be the one.  Law enforcement

17      wouldn't expect him to be the one in that bar, but he

18      has Mr. Barnes there and he has Mr. Marcaccio and a

19      number of other Outlaws, and that could have gone a

20      different way had the Kingsman acted differently.  And

21      so this is how these two are tethered together for

22      purposes of dangerousness.

23                    These are high-level members in an

24      organization that historically has been very violent,

25

                     USA V. J. ERMIN & S. BARNES
1
2    has demonstrated on video that they have the propensity
3    to commit violence, and has federal witnesses expressing
4    fear of their life who then, you know, end up dead.  And
5    I'm going to go through that timeline, just in case I
6    messed it up before.
7              On March 27, I proffered in Federal Court.
8    In my proffer made it clear, even though I didn't name
9    her, that Crystal Quinn was a federal witness.  On April
10   4th, Mr. Ermin --
11             THE COURT:  This is a question for you,
12   though, because I did go and look at the docket and her
13   Complaint was dismissed April 6th.
14             MR. TRIPI:  Yes.  So my proffer outed like,
15   basically, would have outed her as a witness.
16             THE COURT:  On March 27?
17             MR. TRIPI:  And before that proffer, her
18   Complaint had been adjourned.  So the 48(b) date was
19   coming up, I know Judge Schroeder doesn't typically set
20   those, but we were pursuing a pretrial diversion, so he
21   did.  And we adjourned that -- I'm going off memory, but
22   I believe this will be borne out by the docket.  It was
23   like a Friday where we adjourned her dismissal.
24             THE COURT:  Well, let me pull it up, okay?
25             MR. TRIPI:  Yes, your Honor.  You should see

```
 1                    USA V. J. ERMIN & S. BARNES
 2    an adjournment of a dismissal prior to the dismissal.
 3                THE COURT:  Sandra, can you pull up Crystal
 4    Quinn and print off the docket?
 5                You indicated that the dismissal occurred
 6    before he met with Mr. Gerace.
 7                MR. TRIPI:  That would be a mistake.  The
 8    March 24th to March 27th were the very detailed proffers
 9    regarding, essentially, she had sent Facebook threats on
10    behalf of Mr. Gerace to a witness, and so that was --
11    and then she started proffering and had reached an
12    agreement to cooperate.  That culminated, I think she
13    went in grand jury like March 9th, that culminated,
14    ultimately, in an indictment of Gerace on new witness
15    tampering charges.  And so that was 23CR37 was the
16    witness tampering indictment, that technically we moved
17    for detention under.  So that is the docket where I'm
18    asking him now to be detained because he was released.
19    Later on, those two cases got joined on government
20    motion.  But at that moment in time, he is charged with
21    witness tampering, so my proffer about that information
22    was heavy in all areas, I would submit, but it
23    definitely talked about that scenario.  And clearly, Mr.
24    Gerace, would have known full well because the setting
25    was they were together when she sent the messages to the
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   witness.
 3              THE COURT:  So there is a text order that
 4   was entered March 3, 2023 by Judge Schroeder indicating
 5   that the complaint would be dismissed without prejudice
 6   pursuant to Rule 48(b) effective April 9, 2023.
 7              MR. TRIPI:  And I think before that, I think
 8   that was on the government motion, your Honor, because
 9   her Complaint was, I think, February 1st or thereabouts,
10   and he gives you 30 days.  He doesn't set a 48(b).  And
11   so I think I filed something under seal asking him to
12   give me some more time.
13              THE COURT:  Okay.  And there was an order
14   setting conditions of release on March 28th.
15              MR. TRIPI:  Yeah.
16              THE COURT:  So your point is, Mr. Gerace
17   would have known by virtue of your proffer.
18              MR. TRIPI:  March 27th.
19              THE COURT:  On March 27th that Ms. Quinn was
20   cooperating against him.
21              MR. TRIPI:  Yes.  And so then the visit is
22   April 4th, face to face, Ermin and Gerace, and then fast
23   forward a little bit, come June 30th, the trial was
24   supposed to go in June, and it gets adjourned.  June
25   30th we're in front of a new district court judge and we
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   get a new trial date, June 30th.  That date was October
 3   23rd, so it had been moved from August 14th to October
 4   23rd, 2023.  Within a week of that, in other words, the
 5   government getting a new trial date, July 6th is the
 6   second face-to-face meeting with Mr. Ermin and Mr.
 7   Gerace.  August 1st, Ms. Quinn is found dead under
 8   circumstances that indicate that she was intentionally
 9   overdosed and it was staged to look like an accident or
10   suicide.  So that is the timeline I wanted to clarify
11   when I went back and looked at it, that is the sequence
12   of events.
13            Since that time, there have been
14   communications and meetings between Outlaws and Rare
15   Breed, there have been communications between Ermin and
16   Roncone on a phone that we don't believe we seized, we
17   believe to be a burner phone.  We only make that
18   assessment based upon a number observed under "Tommy O"
19   in Mr. Roncone's phone because they are starting to look
20   into his phone, and it's not a number we have accounted
21   for.  And that brings us into October where they are
22   communicating.  And that is the same month that the FBI
23   are doing search warrants in Wellsville, et cetera.
24            THE COURT:  You made a representation at our
25   last appearance that you indicated there have been
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2   reports, I reviewed one source report of an individual
 3   who is in an outlying clubhouse who watched Mr. Ermin
 4   beat someone up.  Do you have any other information
 5   about that?
 6              MR. TRIPI:  It was in the Buffalo Outlaws'
 7   clubhouse.  It was an individual who, I'm being careful
 8   because this individual became an FBI source, and so
 9   that individual was in the clubhouse, this was some
10   years ago, and observed Mr. Ermin go out back, beat
11   someone and come back in and sort of act like nothing
12   had happened.
13              THE COURT:  And time frame, can you give me?
14   I had asked you the time, do you have a time frame?  You
15   said I can follow up with the time frame.  If you didn't
16   do it, that's fine.
17              MR. TRIPI:  I didn't do it.  I can tell you
18   that when I first learned of that source back in the
19   2015, 2016 time frame, we were in -- your Kingsmen case
20   was already charged and we were not at trial yet,
21   though, we were in sort of discovery phase.  So I
22   understand I'm ball parking it right now, because I
23   didn't go back an check.
24              THE COURT:  Okay.
25              MR. TRIPI:  Sorry, I forgot to do that,
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    Judge.
 3                    THE COURT:  You'd also, at the last
 4    appearance, proffered information about a text exchange
 5    with somebody who may be cooperating in Milwaukee.
 6                    MR. TRIPI:  Yes, your Honor.  What that was
 7    was a screen shot that was in Mr. Ermin's phone and it
 8    was somebody had texted an individual that so and so was
 9    cooperating, you should look into that.  And whoever
10    received that text, screen shotted it and that screen
11    shot was in Mr. Ermin's phone that was extracted in
12    December of 2019.
13                    THE COURT:  December of 2019.
14                    MR. TRIPI:  He was present at the search of
15    Pharaoh's, that is when he was briefly interviewed by
16    Special Agent Burns, and he consented to the search of
17    his phone.  They did an extraction and returned his
18    phone to him.  And so that phone contains a lot of text
19    messages between he and Mr. Gerace, a lot of various
20    details and information, but among the things that I
21    proffered was that screen shot.  And that was in the
22    context of, that was from someone who was supposedly
23    cooperating in Milwaukee.  So my point was that that is
24    an indicator like someone in Milwaukee is making sure he
25    knows that someone is a cooperator.
```

```
1                    USA V. J. ERMIN & S. BARNES
2              THE COURT:  But I had asked you at the time
3    if you had a time frame and you said you could get it.
4              MR. TRIPI:  I can get it on a 10-minute
5    break, I'm sorry.
6              THE COURT:  Refresh or at least help me
7    understand with respect to the Mr. Barnes, the
8    residences that were referenced.  There is the 19
9    Gratton.  And that was a residence that was identified
10   by Mr. Cotter as a residence that Mr. Barnes had resided
11   at.  That is also the residence where the search was
12   conducted back in March of 2021 of this --
13             MR. TRIPI:  PJ Raslawski.
14             THE COURT:  Who is the cook at Pharaoh's?
15             MR. TRIPI:  Correct.
16             THE COURT:  And but there is no suggestion
17   by the government, I don't think, based on your proffer
18   today, that Mr. Barnes was residing there in March of
19   2021.  But then you reported that somebody had observed
20   him mowing the lawn there or something like that.
21             MR. TRIPI:  Yes.  One of the officers who is
22   present in court had observed him mowing the lane at
23   that location.  I can try and get a time frame.
24             THE COURT:  And Mr. Cotter, as Mr. Tripi is
25   doing this, this came up at Mr. Ermin's hearing about
```

```
 1              USA V. J. ERMIN & S. BARNES
 2   him mowing the lawn.  And what I said to Mr. Tripi is,
 3   let's not get into Mr. Barnes when he is not here.  So
 4   we didn't follow up on it at all.
 5              Now I want to ask the question because Mr.
 6   Barnes is here.
 7              MR. COTTER:  I appreciate you letting me
 8   know that, Judge.
 9              MR. TRIPI:  So the mowing of the lawn
10   observation, I'm told, took place in spring or summer of
11   this year, 2023.
12              THE COURT:  And then the residence that was
13   being proposed for Mr. Barnes to go reside at is what, I
14   think the government contends, is owned by Mr.
15   Elsaesser.
16              MR. TRIPI:  Yes.
17              THE COURT:  Not 19 Gratton.
18              MR. TRIPI:  No.  Mr. Elsaesser who is in the
19   video at the bar you watched.  I'm not sure you
20   recognized him.
21              THE COURT:  I did.  No, he sat through four
22   months of trial, I recognize him.
23              Do you have any other information because it
24   came up during Mr. Roncone's hearing by Mr. Cooper that
25   between -- so you have the early morning hours July 28th
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   of Ms. Quinn texting these messages where she seems to
 3   be both fearful of the so-called bikers and also then
 4   thinks Mr. Gogolack is turning on her.  And then you
 5   have the last human activity occurring on her phone July
 6   31 at 6:30 in the evening.
 7                MR. TRIPI:  That's correct.
 8                THE COURT:  And she is found dead or her
 9   body is reported by Mr. Gogolack on August 1st.  Do you
10   have any information about Ms. Quinn's activity between
11   I guess 6:30 in the morning on July 28th and 6:30 in the
12   afternoon on July 31st.  Because what Mr. Cooper
13   indicated during Mr. Roncone's hearing, and I guess I
14   didn't fully appreciate this when you were proffering it
15   during Mr. Ermin's hearing, was that after these
16   fearful, let's call them text exchanges, she then had
17   more normal conversations with other individuals,
18   potentially even her mother.
19                MR. TRIPI:  Yes, Judge.  There is a spike in
20   the fearfulness around those early morning hours of the
21   28th, and then it drops back down.  And during that time
22   frame, we know she is with Mr. Gogolack.  She is, by
23   that point, her mother, at some point, was able to talk
24   to her, I believe, in that window of time.  And there
25   are text messages, I'm not sure if Mr. Cooper went into
```

87

```
 1                    USA V. J. ERMIN & S. BARNES
 2    them, but where sort of at the tail end of the July 28th
 3    incident where Mr. Gogolack is then starting to text her
 4    and I'm paraphrasing, but sort of reassuring her.
 5              THE COURT:  He didn't go into that.
 6              MR. TRIPI:  Reassure her that, essentially,
 7    in sum and substance, he is on her side and so things
 8    calm down, and there is less sort of panicked activity,
 9    more normal is a better way to put it.  But then at some
10    point in that window of time, after the reassuring had
11    occurred, we suggest, believe, the evidence shows and
12    will show at a later court proceeding that he then fed
13    her the Fentanyl that killed her.
14              THE COURT:  You indicated at the last, in
15    Mr. Ermin's appearance, that the scene was cleaned.
16              MR. TRIPI:  It was manipulated, yes.
17              THE COURT:  This is Mr. Gogolack's residence
18    of where he was living?
19              MR. TRIPI:  Correct.  And Mr. Gogolack
20    started to report a narrative to local law enforcement,
21    a narrative that she was suicidal, essentially, which is
22    a narrative that he had reported to her mother, not too
23    long before calling the police.  So in other words --
24              THE COURT:  Before he reported that she was
25    dead?
```

```
 1                USA V. J. ERMIN & S. BARNES
 2              MR. TRIPI:  Yes.  So basically before he
 3    calls 911 and reports her dead, her mother is trying to
 4    get ahold of her again, right?
 5              THE COURT:  Is trying to what?
 6              MR. TRIPI:  Is trying to get ahold of Ms.
 7    Quinn and is getting no responses.  And so then the
 8    mother pivots and sends a text message to Mr. Gogolack
 9    that states, in sum and substance, if somebody doesn't
10    get back to me, I'm going to send the Whales State
11    Police, she makes reference to getting the State Police
12    and get the car back.  In the reality if you look at the
13    texts to her daughter, she makes messages that she is
14    concerned about her daughter.  But to Mr. Gogolack, it's
15    about the vehicle.  And Mr. Gogolack calls her back and
16    says, why didn't you tell me she was suicidal, in sum
17    and substance.  And that narrative continues with the
18    local authorities that she was suicidal, which there had
19    not been a scintilla of evidence that she was suicidal.
20    Sure, scared, not suicidal.  And that narrative
21    continued all the way back out to Federal Court where
22    Mr. Gerace's attorney stood here two days later and said
23    she killed herself.  So, that is the case.
24              THE COURT:  Okay.
25              MR. TRIPI:  Her official cause of death
```

89

1                    USA V. J. ERMIN & S. BARNES

2   wasn't available until into September and that is when

3   we learned that she had 1200 nanograms per milliliter of

4   Fentanyl in her system.  The highest that the medical

5   examiner ever seen in his career was 80.  And lethal

6   doses have been reported as low as three.  So that is

7   how we come up with she had potentially enough Fentanyl

8   in her system to kill 400 people.

9            THE COURT:  So when you were showing -- when

10  you started showing the video from Halligan's bar.

11           MR. TRIPI:  Yes.

12           THE COURT:  Last time, you identified an

13  individual that I don't think you identified today,

14  maybe you did and I missed it.  You said his name is

15  Matthew Joseph A/K/A Lucky.  You said he works at

16  Pharaoh's or frequents.  Maybe you did identify him,

17  that he frequents Pharaoh's a lot.

18           MR. TRIPI:  I think that I could have

19  misspoke last time.

20           THE COURT:  Well, then you said, maybe I'm

21  getting confused, you said the guy with the goatee, bald

22  head.

23           MR. TRIPI:  Spider.

24           THE COURT:  That is Spider.  But you also

25  said where Mr. Ermin is the manager, Mr. Gerace is the

```
                    USA V. J. ERMIN & S. BARNES
 1
 2   owner, Mr. Raslawski is the cook who deals drugs, and
 3   then you said where Matthew Joseph A/K/A Lucky, so you
 4   have four Outlaws that are heavily invested.
 5               MR. TRIPI:  That is a pivot away from
 6   Halligan's and back at Pharaoh's.  Lucky is another
 7   manager at Pharaoh's.
 8               THE COURT:  He is?
 9               MR. TRIPI:  Yes.
10               THE COURT:  Because he was in the incident
11   with Mr. Decay in Ohio?
12               MR. TRIPI:  Yes, that's correct.
13               THE COURT:  But he wasn't in the bar at
14   Halligan's.
15               MR. TRIPI:  That's correct.
16               THE COURT:  But he is a manager at
17   Pharaoh's?
18               MR. TRIPI:  Correct, and a full-patched
19   Outlaw.  Just to further it, there is a report not too
20   long ago, essentially, him beating the shit out of a
21   woman at Pharaoh's and that case went nowhere and we're
22   looking into that.
23               THE COURT:  That is this Lucky?
24               MR. TRIPI:  Yes.
25               THE COURT:  Okay.  The potential penalties
```

91

```
 1                    USA V. J. ERMIN & S. BARNES
 2   for the crime that Mr. Ermin is charged with is up to 15
 3   years.
 4             MR. TRIPI:  That's correct.
 5             THE COURT:  Okay.
 6             MR. TRIPI:  That law was recently changed.
 7             THE COURT:  Okay.
 8             MR. TRIPI:  I believe we calculated his
 9   Guidelines based upon the number of firearms.  It is in
10   the range of 33 to 41, thereabouts, so I estimate the
11   Guidelines are ballpark of three years.
12             THE COURT:  Well, I think there has been a
13   proffer of 41 to 51 months.
14             MR. TRIPI:  That was the proffer at the
15   initial detention hearing, 41 to 51.
16             THE COURT:  Do you know if any of the
17   weapons found at the clubhouse -- let me put it this
18   way.  Any of the items that the government has
19   identified as weapons that were found in the clubhouse
20   were found in the, what I would characterize as the
21   living area.
22             MR. TRIPI:  Those other sort of blunt
23   instruments and stuff like that?
24             THE COURT:  Right, the padlock.
25             MR. TRIPI:  Those were down in the lower
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   part of the bar.  I would add, if you walk in, you're
 3   going to pass through the bar area before, so the area
 4   that Mr. Barnes walked out of, you're going to go --
 5   that is an upstairs.  There is no door, so no separate
 6   door separating it.  So his area, you would walk
 7   downstairs and you're going to be in, pass through the
 8   bar area to go out the door that he exited.  So --
 9               THE COURT:  When the search warrant was
10   executed?
11               MR. TRIPI:  That's correct.  And in that
12   trail of items is where his phone is.  And, you know,
13   you could draw a line, basically, the path that he would
14   have walked.
15               THE COURT:  The only other point I wanted to
16   make is, Mr. Cooper had sent an e-mail to Mr. Cotter and
17   me after the appearance about these urinals that he said
18   he would clarify on the record.
19               MR. TRIPI:  Yeah.  I think he had proffered
20   that they were marked "clean urine."  And a closer
21   inspection of the photos did not confirm that
22   information that they were marked "clean urine."  So he
23   wanted to clarify, I believe, that that was erroneous
24   information.
25               THE COURT:  All right.  I don't think I have
```

```
1                USA V. J. ERMIN & S. BARNES
2    anything else at this point.
3                MR. TRIPI:  I'll be done at this point, your
4    Honor.  I would just submit that the weight of the
5    evidence, history and characteristics of each offender,
6    nature and circumstances of the offense, and risk of
7    obstruction, all of those things, we think, weigh in
8    favor of detention.  Thank you.
9                THE COURT:  Thank you, Mr. Tripi.
10               I guess the first question I had, Mr. Cotter
11   and Mr. Muscato, either of you need a break before you
12   proceed?
13               MR. COTTER:  Speaking for myself, Judge, I
14   don't intend to be very long.
15               MR. MUSCATO:  I'm okay, your Honor.  Thank
16   you for asking.
17               THE COURT:  Karen, are you okay?
18               Who wants to go first?
19               MR. COTTER:  That we haven't discussed.
20               THE COURT:  Do you want to talk?
21               MR. COTTER:  Apparently, I will, Judge, if
22   that is okay.
23               As I begin, Judge, I do want to remind the
24   Court that the house at 37 Peoria was proposed as a
25   residence for Mr. Barnes has been inspected or
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   investigated by Pretrial and has apparently passed.
 3             THE COURT:  Is that correct, Officer McCray?
 4             PROBATION:  Yes, Judge, that is correct.
 5             THE COURT:  Even though it's owned by Mr.
 6   Elsaesser?  I'm probably mispronouncing his name.  I
 7   guess my question is, does probation make any assessment
 8   of that when it decides whether or not a house is
 9   suitable?
10             PROBATION:  To be honest with you, I don't
11   know that the officer that went out was aware of that,
12   neither was I until today in court.
13             THE COURT:  All right.  The one thing I
14   wanted to remind you of, as well, Mr. Cotter, you also
15   filed this motion that I didn't want to neglect to
16   address.
17             MR. COTTER:  Curiously, Judge, within four
18   hours, deputies at the Orleans County Holding Center
19   brought Gabapentin to Mr. Barnes and he has been given
20   Gabapentin regularly since then -- and he has been given
21   Gabapentin regularly since then.
22             THE COURT:  Okay.
23             MR. COTTER:  All right.  I do want to remind
24   the Court that Mr. Barnes had some pretty major back
25   surgery six weeks ago and does have scheduled follow up
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2    post-surgical appointments scheduled with his surgeon.
 3    And I believe the next one is January 4th of 2024.
 4              THE COURT:  But in terms of your pending
 5    motion that was filed at docket four in the MJ case, is
 6    there any relief that you're seeking from the Court at
 7    this point?
 8              MR. COTTER:  Well, today is December 27th, I
 9    believe it was the 14th that I filed it.
10              THE COURT:  Yes, it was.
11              MR. COTTER:  So he has -- I believe my
12    request for relief was tri part.  And some of it had to
13    do with his personal possessions and belongings so the
14    bills could be made.  And some had to do with a CPAP
15    machine.  And some had had to do with the medication.
16    And the medication has been addressed without Court
17    intervention.  And the CPAP machine has been delivered
18    to the Orleans County Jail and is in use by Mr. Barnes
19    regularly.
20              THE DEFENDANT:  Yes.
21              MR. COTTER:  That's correct.  And so the
22    only thing that would remain out of the requests for
23    relief is the return of his wallet and bank card so
24    bills could be made.  I'll happily withdraw that motion
25    should the Court uphold Judge Schroeder, Magistrate
```

96

```
 1                    USA V. J. ERMIN & S. BARNES
 2    Schroeder's release order.
 3                    THE COURT:  Okay.  But if I don't uphold the
 4    release order, then you're asking that the government
 5    return these items?
 6                    MR. COTTER:  Correct.
 7                    THE COURT:  I guess like a Rule 41 motion.
 8    Has there been any discussions with the government about
 9    this?
10                    MR. COTTER:  None at all.
11                    THE COURT:  Why don't you pursue those
12    discussions with the government, regardless of how I
13    rule on this.  And if you are looking for some relief, I
14    think it's, in terms of the return of personal property,
15    I think that is more appropriately addressed to either
16    the assigned magistrate judge or if there is ultimately
17    an indictment, whoever the district judge is.  And I
18    don't know if that will be me or somebody else at this
19    point.
20                    MR. COTTER:  Okay.  I'll talk to Mr. Tripi
21    after court.
22                    THE COURT:  Okay.
23                    So just so it's clear, I'm denying without
24    prejudice the motion filed by the defendant at docket
25    four in case No. 23MJ166.
```

97

1                    USA V. J. ERMIN & S. BARNES

2              MR. COTTER:  Okay.  Thank you, Judge.

3              With respect to and offhand, I don't recall

4    if the street is Gratton or Grotten, I know somebody

5    spelled it.

6              THE COURT:  Do you know, Mr. Tripi?

7              MR. TRIPI:  G-r-a-t-t-o-n, 19 Gratton.

8              MR. COTTER:  It's my understanding that

9    there is no lawn there.

10             THE COURT:  There is no lawn?

11             MR. COTTER:  There is no lawn.  It's just

12   gravel.  An agent reported that they saw Mr. Barnes

13   mowing the lawn.

14             THE COURT:  Well, I don't think there is a

15   dispute that at some point in time he lived there,

16   right?

17             MR. COTTER:  That's correct.  And I was -- I

18   proffered that to the Court.  However, I also want to

19   remind the Court that it was March 2023 that he broke

20   his back.  The first surgery was March 23, 2023, and his

21   mobility has been compromised since then, now nine

22   months ago, so I don't think he was cutting the lawn at

23   any rate.

24             THE COURT:  Well, I mean, that is one of the

25   questions that I had.  Because you're representation to

```
 1                 USA V. J. ERMIN & S. BARNES
 2   me was that he had, at least the impression I got, was
 3   that he had just recently moved into the clubhouse
 4   because he wasn't employed because of the back surgeries
 5   that he had undergone.  But in the Pretrial Services
 6   Report, it's indicates the defendant reported he has
 7   resided at the above reported address, which is the
 8   Outlaws' clubhouse, for the past year and a half, which
 9   is obviously prior to any injury to his back.
10             MR. COTTER:  Yeah.  I don't know the answer
11   to that, Judge, I could find out.
12             THE COURT:  Okay.  Officer McCray, is that
13   in fact what Mr. Barnes reported to you?
14             PROBATION:  That is what he reported to me.
15             THE COURT:  Okay.  I'm just bringing it to
16   your attention that there is an apparent inconsistency
17   in that regard.
18             MR. COTTER:  Okay.  I do, I want to clarify.
19             THE COURT:  Let me, before you, as long as I
20   have Officer McCray, it also says right after that, he
21   being meaning Mr. Barnes, denied any firearms or animals
22   within the residence.  Is that what was told to you?
23             PROBATION:  Yes.
24             THE COURT:  Go ahead, Mr. Cotter.
25             MR. COTTER:  Just one second, Judge.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2            I'm sorry, Judge.  I thought I had notes.
 3    To the best of Mr. Barnes' recollection, he moved to
 4    Western New York on September 6, of 2021.  And if I
 5    stated a different date at a different prior appearance,
 6    I apologize, I had no intention of misleading the Court.
 7            THE COURT:  I didn't think you did.  But I
 8    think you've indicated 2022 is when he moved here at our
 9    last appearance.  But thank you for clarifying that.
10    And one of the questions I had, Mr. Cotter, is about
11    your client's employment.  Because I know you have
12    indicated that he is a member of --
13            MR. COTTER:  The IBEW.
14            THE COURT:  Right.  And that the reason he
15    wouldn't have recently been employed is because of his
16    back injury.  But I noticed in the arrest record that
17    the government has produced from this 2018 arrest, at
18    least it says in there that the defendant was
19    unemployed, so I don't know if you have anything you
20    want to offer to support that, in fact, he has
21    maintained any kind of employment.
22            MR. COTTER:  My understanding, Judge, is
23    that Mr. Barnes is a journeyman electrician and works
24    out of union halls.  What was going on in 2018 or 2019
25    and in New Hampshire, whether or not he simply decided
```

```
1                  USA V. J. ERMIN & S. BARNES
2     to answer a police officer's pedigree question in that
3     fashion, I have no idea.  All right?  I do understand
4     that inquiries have been made of the union hall in
5     Buffalo, and he has been assured that work is available
6     to him if he is released and once he is physically
7     cleared to return to work medically.
8              And, Judge, I'm not 100 percent positive,
9     but from what I understand, that the day this Crystal
10    Quinn overdosed or died on, there was another individual
11    who died at the same place or near the same place, but I
12    don't believe that the government is making an
13    allegation that there is some sort of causal link
14    between anybody in this courtroom today or any other
15    related cases to that second death that took place
16    temporally close to when Ms. Quinn died and from, I
17    believe, the same source of heroin.  Right?  It's just
18    something to point out to the Court that there may not
19    necessarily be this connection that the government is
20    searching for.  And they certainly make no allegations
21    to the second death being connected to anything.
22              THE COURT:  I think what you may be
23    referring to, I think there was some media reports about
24    another overdose that occurred later that day.  I'm not
25    sure there was another death.
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2            MR. TRIPI:  I'm not aware of any other
 3      deaths in that time in the Wellsville area that are
 4      Fentanyl related.  What seemed, what it did happen after
 5      -- Mr. Cotter, if you forgive me, I don't mean to
 6      interrupt you -- after Mr. Gogolack called in Ms.
 7      Quinn's death, several hours later, and I'm not going to
 8      have the time down, he also went to the hospital.
 9            THE COURT:  Mr. Gogolack?
10            MR. TRIPI:  Yeah, there is an individual, a
11      neighbor across the street, called, and Mr. Gogolack
12      went to the hospital.  And through additional
13      investigation, we've determined that Mr. Gogolack faked
14      his own overdose later in the day, but he had no
15      Fentanyl in his system.
16            THE COURT:  Wouldn't -- and I apologize, Mr.
17      Cotter, wouldn't 400 times the level of Fentanyl that
18      would normally cause an overdose or a death, I mean,
19      wouldn't that contaminate anybody that was even near it?
20            MR. TRIPI:  Not if it's ingested.  It's in
21      her body.  In other words, her body would protect
22      somebody else from --
23            THE COURT:  But it has to get into her body.
24            MR. TRIPI:  Yeah.  She is ingesting the
25      drugs.  I mean, near her body there is a shotgun shell,
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   next to her body, not too far away.  There is other --
 3   I'm never go to have to prove to a jury exactly how she
 4   was forced to take that much Fentanyl.
 5                THE COURT:  All right.  Go ahead, Mr.
 6   Cotter.
 7                MR. COTTER:  I will apologize to the Court.
 8   My notes say that another person overdosed on the same
 9   day.  I didn't mean to say death.  All right.
10                THE COURT:  Okay.
11                MR. COTTER:  Going back to the urine, Judge,
12   I was --
13                THE COURT:  I'm not particularly persuaded
14   by the urine, to be honest with you.  By the
15   government's proffer about the urine, I think your
16   explanation that there was medicine that he is taking
17   and he recently had back surgery.
18                MR. COTTER:  It makes sense, doesn't it.
19                THE COURT:  It does make sense to me.  I
20   wouldn't spend a lot of time on that.
21                MR. COTTER:  Then I'm done, but all of the
22   Government's proffer so far as it relates to Mr. Barnes
23   has been based on speculation and supposition.
24                THE COURT:  Not the video evidence.
25                MR. COTTER:  Right.  But, okay, Judge, so
```

                    USA V. J. ERMIN & S. BARNES

1
2   the video from New Hampshire is from five years ago.

3           THE COURT:  But it is reflective of somebody

4   engaging in violent acts as a member of the Outlaw

5   Motorcycle Club based on the government's proffer.

6           MR. COTTER:  Based on the government's

7   proffer, Judge.  Based on the government's proffer, we

8   also don't know what we're missing.  Okay?  We all

9   watched the same video.  The video is of a bank of

10  screens.  Somebody has decided or whomever was moving

11  the cursor, decided which ones to show and what ones not

12  to show.  We don't know what the instigation was that

13  led Mr. Barnes to exit the club and seemingly punch

14  somebody in the face.  Okay.  Whether or not words were

15  exchanged, whether there was retaliation, doesn't make

16  sense that somebody exited that club.  Have you ever --

17  I'm assuming that when the Court was in grade school,

18  the phrase of "meet me at the flag pole at 3 o'clock"

19  may have some resonance.

20          THE COURT:  No, but that's okay.

21          MR. COTTER:  Sometimes people fight.  We

22  don't know what instigated that.  It certainly doesn't

23  appear sane for Mr. Barnes to walk out of an

24  establishment, walk up to the first person he sees and

25  punch him in the face without some sort of underlying

USA V. J. ERMIN & S. BARNES

1
2  altercation or instigation taking place.  What we do
3  know is that, out of all of the cameras that were
4  available on that computer screen, we had a very select
5  -- choices were made as to what would be distributed or
6  displayed to this Court.  So I'm not quite sure what
7  weight we can give that aside from the fact that it
8  occurred several years ago and in another state.  And if
9  Mr. Barnes, Judge, was a person prone to such fits of
10 wanton violence, I would submit to the Court that
11 somewhere between 1991 or I believe was his first arrest
12 and where we stand today almost in 2024, there would be
13 other arrests.  But we have his one from the military
14 when he was a very young man.  We have this incident in
15 New Hampshire, and then we have where we are today.  I
16 submit that is not a very lengthy criminal record.

17          All right.  And if he were such a violent
18 individual, there would be other arrests in other
19 locations, all right?  But I do want to, I guess, point
20 out again that Mr. Barnes has post-surgical medical
21 appointments coming up.  He moves laborious.  If you
22 noticed when he stands or leaves the table, it's
23 difficult for him to get into the chair and to get out
24 of the chair.  He needs physical therapy.  The
25 conditions that judge or Magistrate Judge Schroeder

                    USA V. J. ERMIN & S. BARNES

1
2  imposed are more than acceptable to Mr. Barnes and me.
3  He has a house that has been approved by pretrial
4  services.  And he would like to be able to go home and
5  have some sort of semblance.  He could get physical
6  therapy, he can go back to work.  I have nothing more.
7            THE COURT:  All right.  Thank you, Mr.
8  Cotter.
9            Officer McCray, does probation have any
10 different opinion than what is reflected in the Pretrial
11 Services Report?
12           PROBATION:  No, Judge, not at this time.
13           THE COURT:  Okay.  Go ahead, whenever you're
14 ready.
15           MR. MUSCATO:  I'm ready, thank you.
16           So, your Honor, my client, obviously, by way
17 of a Criminal Complaint, is charged with 922(g)(3).  And
18 in that complaint they basically say he possessed
19 firearms with recreational amount of marijuana.
20 Actually, your Honor, if the matter was to even go to
21 trial and that was the proof what they put in that
22 information, I'm not quite sure it would even get to the
23 jury because they just simply say they found
24 recreational amounts of marijuana in the house and not
25 what his use might have been or anything of that nature.

                    USA V. J. ERMIN & S. BARNES
And, quite frankly, all of the guns that you were shown
were, mostly shotguns, and I think some long rifles,
thirty odd thirties but all used for hunting.  And the
Court will recall from having read the Pretrial Services
Report that most of my client's family was from
Pennsylvania.  Pennsylvania are hunters, and that is
where he got these firearms from.  There were a number
of different knives, things of that nature.  All of
them, quite frankly, legally possessed.  Nothing illegal
about any of the firearms he had.  And additionally, not
any place in all of these hours that we've been here has
there been any indication that these guns, these knives
that were found in my client's house, the crossbow, any
of that was used in any kind of illegal activity.  Not
in any of these so-called fights that they represent my
client was in, nothing, none of these guns were used
illegally.

          And you know what is actually interesting,
and I found this out after I was in front of Judge
Schroeder when I was looking around, there is actually a
Fifth Circuit decision that was rendered in August of
this year, I downloaded it off PACER, government *U.S. v.*
*Daniels*, fact pattern where a defendant was found with a
firearm in his car and a small amount of marijuana.  He

```
1                    USA V. J. ERMIN & S. BARNES
2     was convicted after trial, but the Fifth Circuit said
3     applying *Brewin*, and with all due respect, I appreciate
4     *Brewin* is probably overextended a little bit, but in any
5     respects, they did the two-step process, and they said
6     we're going to declare this section 922(g)(3)
7     unconstitutional in light of that.  But they also said,
8     your Honor, we're going to limit it to the fact patterns
9     of our case.  And that is okay with us because the fact
10    pattern in that case was a car that was going down the
11    road, pulled over, searched by the officers, found a
12    pistol, I believe, and recreational marijuana.
13              So here you have, even, a very weak felony
14    Complaint, and the Fifth Circuit in New Orleans, I
15    believe that is where the Fifth Circuit is located,
16    saying under the *Brewin* decision, that kind of scenario
17    is illegal.  Now my client, I had some marijuana in the
18    house.  There was no meth, no cocaine, no anything else,
19    no hard drugs, no ecstasy, nothing.  And all they found
20    were a bunch of legally possessed firearm the and cash.
21    And by the way, I don't know what he told probation, or
22    excuse me, pretrial services, he says he doesn't
23    remember discussing a bank account.  But that cash, that
24    is what he has saved over all of these years.  That was
25    his savings.  And I believe that the pictures do not
```

```
 1                USA V. J. ERMIN & S. BARNES
 2   show the wrappers that were on these -- this cash.  But
 3   that is what he had in his house.
 4              THE COURT:  So he doesn't operate -- you're
 5   representing that he just is a cash individual, so to
 6   speak, he doesn't use a bank account?
 7              MR. MUSCATO:  I'm not going to say to you.
 8   There is some indication that he had an Alden Bank
 9   Account.  But, yes, I'm going to indicate to the Court
10   that he saves his cash and that was their life savings.
11   And in any respect, my client has lived a pretty good
12   life considering everything that he has had to go
13   through.
14              When he was a younger man, he was married
15   before, your Honor, and he was involved in a motorcycle
16   accident through no fault of his own.  He had his first
17   wife on the back.  And she was killed, and, of course,
18   as you've observed, he lost his leg in that accident.
19   And he has been forced to wear a prosthetic device ever
20   since.  He went through whatever kind of treatment he
21   had to go through.  And I read into the record last
22   Tuesday in Rochester that he was scheduled for further
23   surgery for his prostate on, I believe, the 21st or
24   something of that nature, and, unfortunately, was not
25   able to have it.  But he lives in a great deal of
```

                    USA V. J. ERMIN & S. BARNES

1

2    discomfort and would very much like to be able to get

3    this surgery done.

4              But here is a man who, as a result of this

5    accident, loss of his legs, goes and ends up on Social

6    Security Disability, and which would be appropriate for

7    somebody who is disabled, however degree.  But he went

8    and got a job, your Honor, and he started at Pharaoh's

9    many years before he became the manager, cleaning the

10   toilets and every low menial job in there and worked

11   himself up to becoming a manager.  And I believe he was

12   a manager for approximately 10 years.  And he ultimately

13   was making enough money to get off SSD, Social Security

14   Disability.  Now is that the mind of a criminal of an

15   outlaw gang or something of that nature?  No.  It's a

16   man of a person who wants to better himself, who is law

17   abiding and who felt that working was far more critical

18   in his structured life than receiving SSD, which there

19   is nothing wrong with it, but he wanted to be employed

20   and wanted to be active.  And he has done a good job.

21             And then you have the fact that he doesn't

22   have any criminal record, none whatsoever.  He is 54

23   years old.  I appreciate there has been some

24   discrepancies in the Pretrial Services Report, but they

25   have talked to his wife, and no domestic issues.  If

                    USA V. J. ERMIN & S. BARNES

1
2    there was police reports, they would have found it and
3    certainly the government would have had it.  Nothing.
4    No criminal record, your Honor.  No domestic violence.
5    His wife would say he is a good husband.  And they
6    raised these incidences, this one about 2010.  I
7    represented him in that.  And so I think I can say to
8    the Court, I'll tell you what actually happened.  He
9    didn't do anything.  He did not punch anybody.  He was
10   there and saw what happened.  And the girl that claims
11   she was struck, he picked up out of out of the flowers
12   and put her back up on the feet.  And there were other
13   people involved there that he knew, I'm not about to say
14   what happened to those people, but my client's charges
15   resulted in a non-criminal disposition.  And he did
16   nothing in the way of punching this guy or participate
17   in this.  And this other thing, behind the -- I don't
18   know what this other thing is behind the Outlaws
19   clubhouse.  If he is out back, I got a sneaking
20   suspicion that there is no credible evidence that he
21   attacked anybody else, and there is no credible evidence
22   any place, anywhere, after all of these hours that he
23   was engaged in any other activity that dealt with him
24   attacking anybody.  In fact, the record and his wife
25   support the fact that he is anything but that.  So I've

                    USA V. J. ERMIN & S. BARNES

1
2  already discussed, you know, pretty much the criteria
3  the Court might look at under 3441, but the government
4  wants you to detain him because he is dangerous and he
5  might obstruct the prosecution here and things of that
6  nature.  So let me just spend a few minutes on that, if
7  I might, your Honor.  Because, frankly, all of the cases
8  that you're aware of dealt with RICO charges, and so
9  they spent a great deal of time trying to label him as
10 the leader of whatever.  One minute he is international,
11 and the next minute he is national.  And, quite frankly,
12 it's kind of irrelevant.  I'm not going to say to the
13 Court that my client doesn't have some sort of
14 leadership position there.
15              But it's quite interesting here, your Honor.
16 First of all, the very beginning of five hours ago, Mr.
17 Tripi showed you exhibit 1-J of which he wanted you to
18 believe that all of the brothers were giving him a bunch
19 of money because he is the big shot in the Outlaws.  But
20 the truth of the matter, and I believe it was exhibit
21 1-J, which the Court has, "I hope all is well with you
22 and you are recovering well."
23              And then, this is from Australia.  The
24 individual goes on to talk about, I'll send you some
25 patches and things of that nature.  "Thank you for what

1                    USA V. J. ERMIN & S. BARNES

2    you do, Brother."  There was not a date on this, but

3    there was some other exhibits in there, your Honor, and

4    when you look at them, you'll see they are all dated

5    April 20th, 2020.  April 20th, 2020.  That is important

6    because my client was in Kalida Health Fillmore Suburban

7    with Covid from March 27, 2020 through April 22, 2020.

8    He had a bill for $241,399 because he spent two weeks on

9    a ventilator.  Now recall, your Honor, if you ended up

10   on a ventilator what usually happened to you?  So back

11   in the first month of Covid, if you were on a

12   ventilator, they were always talking about probably not

13   going to make it.  And he survived.  And his club, the

14   Outlaws, these people that they want you to believe is

15   some sort of a criminal enterprise, sent him money, sent

16   his family money, $1,000 there, $500 there, so Stacey

17   could pay the bills while her husband is laying on a

18   ventilator in a hospital.  Everyone is thinking he is

19   going to die.  That is what they want you to believe

20   otherwise.

21              Now, the truth of the matter is they show

22   you this, they show you this exhibit here, 23, that they

23   bring in here today.  And on the very first page of it

24   it says, October 15th, 2021, special agents from

25   Homeland Security have begun this investigation of the

                    USA V. J. ERMIN & S. BARNES
1
2   Outlaws for laundering money, narcotics, and I saw
3   someplace in here prostitution.  Now, your Honor, I
4   appreciate that Mr. Tripi is only attaching those
5   e-mails that he felt would show that my client is the
6   leader of the Outlaws.  And I'm not necessarily going to
7   dispute that John Ermin is not in some sort of
8   leadership role.  But the very first one which he wants
9   you to think is something nefarious, I guess, is January
10  1, 2021.  January 1, 2021, in which he is wishing
11  everybody a good new year.  And he said, "My year was
12  pretty bad last year."  That was the year he was in
13  Kalida Millard Fillmore with Covid.  I would think that
14  that is exactly how he would address everybody.  And he
15  goes on to tell them, "Have a nice new year.  We're
16  making progress here.  We've got a good organization,
17  let's see it grow."  The next one, "Happy Easter," that
18  is what he is telling them there.  The next one there is
19  a funeral to attend.  If that is what gets you in
20  trouble to a federal courtroom because you're wishing
21  somebody a happy new year, happy Easter, going to a
22  funeral, and the one he didn't read to you, which is the
23  one, the next page, your Honor, which is do not ban
24  anyone from use, LHI.  Love, honor, respect.  Love,
25  honor and respect.  That is what that means.  So Tommy O

```
1                USA V. J. ERMIN & S. BARNES
2    or John Ermin is a new kind of leader, quite frankly.
3    They talked about Taco Bowman and this Rosga and all
4    these other guys were in trouble, had these records, had
5    prison time, engaged in murders, all that other stuff.
6    Maybe they are aging out, quite frankly.  But my client,
7    quite frankly, is the president or they want you to
8    believe is the president, or somebody in the leadership
9    position, who has no record and wants to see the club do
10   well.
11               And, Judge, I find it disingenuous and,
12   quite frankly, that would say that, well, and you ask
13   the question of Mr. Tripi, what do they have that he has
14   done at Pharaoh's that would be, my words not yours, of
15   a nefarious condition.
16               Mr. Tripi is extremely capable.  We've
17   listened to him for five hours.  It is very clear, maybe
18   longer, it's very clear that he does not want my client
19   out of jail.  Don't you think -- I'm not buying this
20   idea that they are shorthanded in the U.S. Attorney's
21   Office or any of that kind of stuff.  If they had
22   anything solid with respect to John Ermin, they would
23   have indicted him, no question about it.  Now he has to
24   deal with strippers and people that are in the bar that
25   are drunk and all these kinds of things that goes on in
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2    these clubs.  They have hundreds of witnesses that he
 3    has told you about.  And what does Mr. Tripi say, Judge?
 4    We had one witness over here that says maybe he brought
 5    in a Lortab.  And we have another witness over here who
 6    says maybe he pushed somebody's head on the bar.  That's
 7    it.  That is it, because that is it.  And the one thing
 8    that I found interesting was when Agent Burns was in
 9    there, and he just told you that a little while ago, and
10    took his phone from 2019 and is scrolling through it,
11    that is all they found was some message that he took a
12    screen shot of, someone out of Milwaukee, nothing
13    between Mr. Gerace and my client we got to launder money
14    and push these drugs and get these women over there,
15    there is nothing there because there is nothing there.
16    And after all this time, that is all we heard.  The only
17    real haggard words we heard was this is circumstantial,
18    that's it.  And that doesn't even amount to being
19    circumstantial.
20                    Now they want you to believe that somehow
21    the Outlaws are connected to the death of this young
22    lady in Wellsville, Quinn.  And here is the best part
23    about it.  Ms. Quinn was a drug addict.  She was
24    addicted to it.  That's sad.  And then Mr. Tripi says to
25    you, in response to the question, well, she got back
```

```
 1              USA V. J. ERMIN & S. BARNES
 2    into it a little bit.  A little bit of marijuana and a
 3    little bit of cocaine.  People that are addicted to
 4    drugs don't get into it a little bit, they are back in.
 5    And where is she hanging out down in Wellsville, going
 6    to poker games with a bunch of people.  If it's true
 7    that she is worried about bikers, why is she down there
 8    and not up here when her mother calls her, according to
 9    what I understand this, and I'm listening to this, I'm a
10    father not a mother, if my daughter calls and says, "I'm
11    worried about the bikers," I'm going to say, "you get
12    back here right now or I'm coming back to get you."
13    I'll only say to you, I sincerely believe that none of
14    this really had anything to do at all, except for the
15    fact that she got mixed up in drugs with her friend from
16    high school, Mr. Gogolack.  And the circumstances under
17    which she died, how tragic, your Honor, but Mr.
18    Gogolack, if he is going to give her drugs to kill her,
19    why would he stay in bed with her all night long?  Why
20    would he do it in his home with her there?  And then the
21    next morning he decides he is going to cover her up and
22    move stuff around and things of that nature?  It makes
23    absolutely no sense.  And there is absolutely nothing at
24    all, except my client visiting Mr. Gerace in the jail,
25    but that would be consistent with the fact that he has
```

                    USA V. J. ERMIN & S. BARNES

1

2    been the manager and Mr. Gerace is still his boss, even

3    though he is in jail.

4            Now, I would just indicate to you that he

5    has told me that if you should release him and allow him

6    to continue working, which Judge Schroeder had

7    permitted, that he doesn't need to deal with Mr. Gerace,

8    he can deal with, I believe the young woman's name is

9    Noel.  So he doesn't have to have any contact with Mr.

10   Gerace.

11           Your Honor, they have had my client's phone

12   now and computer for the better part of a few weeks,

13   maybe two, two and a half weeks.  And we have listened

14   to Mr. Tripi, very, very capably present a proffer to

15   you for over five hours.  It would have been -- if

16   something was relevant to these proceedings, it would

17   have popped up in this Court.  There is nothing in any

18   of, in anything here, that connects the Outlaws or my

19   client in any way shape or form to the death of this

20   young lady.  And, you know, even though this isn't a

21   RICO case, you know, that even if you're in a position

22   of leadership, leadership alone is not necessarily

23   enough if you're not an active participant, even though

24   cases that do review it, talk in terms of some really

25   bad stuff.  Not that the death of a young lady isn't

118

```
 1                    USA V. J. ERMIN & S. BARNES
 2    significant, I am not trying to downplay that, but there
 3    is nothing in this to connect it other than might be,
 4    could be, should be or something of that nature.  There
 5    is nothing solid here to connect my client.
 6                    I don't know what the purpose of the
 7    Hillside is to show, there is no crime there.  I
 8    appreciate that maybe they went in there and intimidated
 9    somebody.  The best person was the young lady behind the
10    bar who is telling them "Get out of here, I want you to
11    out of here."  Obviously she wasn't afraid of them.  But
12    in any respect, your Honor, there is nothing that I saw
13    that indicated any significance there, although they do
14    want you to believe that somehow John Ermin knew about
15    it.  And there is absolutely nothing in the record that
16    John Ermin knew about anything.  The only thing that is
17    in the record is that John Ermin is, quite frankly,
18    involved in making sure that things are done properly,
19    that he lives a good life, pays his bills, and,
20    unfortunately, finds himself charged with a crime where,
21    as you well know in state courts, possession of
22    marijuana is legal.  Doesn't justify or diminish the
23    charge that he has against him, but, on the other hand,
24    I think that is why the Fifth Circuit ruled it's
25    unconstitutional.  Thank you.
```

```
 1                USA V. J. ERMIN & S. BARNES
 2             Do you have any questions that I can answer
 3    for you, your Honor?
 4             THE COURT:  Do you want to comment at all,
 5    you don't have to, on the amount of legal paperwork
 6    found at your client's residence, including, like, for
 7    instance, Mr. Decay's paperwork?
 8             MR. MUSCATO:  Yes, I do.  And thank you, I
 9    forgot to bring that up.  Look, they are clearly -- Mr.
10    Ermin has been a member of the Outlaws and he has a
11    brotherhood going on here.  And, quite frankly, the good
12    result was when he was in the hospital and they sent him
13    money.  So I'm just going to say to you, there is
14    nothing wrong with following cases of people that are
15    Outlaws.  And I know my 16 years of parochial education,
16    I'm going to be in trouble here.  I'm willing to bet
17    that the Pope, either in his home or the Vatican, has
18    files of all of the people that are priests that have
19    gotten themselves in trouble.
20             THE COURT:  You really want to make that
21    analogy?
22             MR. MUSCATO:  No, I don't.  But, really, I
23    would say it's something equivalent to that.  But you
24    know, there are a few people here that got themselves in
25    trouble.  I don't know how many people are in the
```

                        USA V. J. ERMIN & S. BARNES

1

2    Outlaws, a few thousand, perhaps.  I have no idea.  They

3    have chapters all over the place, every state in the

4    country, all of -- in the United States, all of these

5    within the world, all of these different countries, they

6    have thousands of Outlaws.  And we're talking a few

7    people that have gotten themselves in trouble at least

8    during the time that they claim John Ermin has been the

9    president.  So they kind of represent one percent of the

10   one percent.  Now let's just hypothetically take a twist

11   on this, and let's say, I want to do a good job here,

12   I'm 54 years old, I don't want to have any problems with

13   law enforcement.  We do some good things.  We have

14   fundraisers.  We are bikers, we enjoy doing that.  So

15   why not follow the people that are getting in trouble

16   and making sure that we know who these trouble makers

17   are.  So that is exactly how I look at that.  He had

18   these documents that he followed for whatever reason.

19   Well, they want you to believe they are racists that

20   they are Aryan, but then yet in the same paragraph, Mr.

21   Tripi says to you, well, he went to Brazil, which I

22   didn't see that in any of the flights he went to, and he

23   went to Mexico.  I don't know any white supremacist that

24   really would be favorable to people in Mexico and people

25   in Brazil.  And then I was looking at the video of that

```
  1                 USA V. J. ERMIN & S. BARNES
  2   bar fight in wherever it was.  And I think the guy that
  3   was with Mr. Barnes either was Black or some other Latin
  4   nationality.  So, Judge, there is no exclusion of
  5   anybody that wants to be a member of the Outlaws.  They
  6   are not racist -- and even though --
  7             THE COURT:  I mean, why would you have this
  8   kind of symbolism in your clubhouse if you're not
  9   racist.  And people don't get locked up because they are
 10   racist.  Obviously people don't get detained pending
 11   trial because they are racist.  But you're making an
 12   argument to me that this isn't an organization with, I
 13   think you could characterize, its philosophies that are
 14   troubling based on the symbolism.
 15             MR. MUSCATO:  Absolutely, absolutely.  They
 16   are absolutely troubling.  And I'm not trying to condone
 17   that kind of thing.  You know, last night I was watching
 18   the news and I saw the protestors in, I believe, New
 19   York City, they were marching around calling the people
 20   from Israel Nazis.  And they were holding up these
 21   symbolism.  You know, your Honor, it is a First
 22   Amendment right.  It is silly in my mind.  I certainly
 23   would agree with you.  And, obviously, I don't believe
 24   that that is the kind of thing that I would want to have
 25   in my home, but it still is a First Amendment right
```

```
1                    USA V. J. ERMIN & S. BARNES

2    if --

3                THE COURT:  I don't disagree with you about

4    that, but to suggest that isn't reflective of racism,

5    I'm having a hard time.

6                MR. MUSCATO:  I didn't mean that.  I didn't

7    mean it wasn't reflective of racism.  I meant that the

8    actions of the Outlaws speak louder than that because

9    they've opened up charters in Mexico, there was some

10   evidence in Brazil, they have one in Japan, they have

11   them in almost every country, so they accept, within the

12   Outlaws, people from every walks of life.  I did not

13   mean, and I apologize to imply that it wasn't racist,

14   that the Nazi symbol is absolutely abhorrent, quite

15   frankly.

16               THE COURT:  All right.  Anything else?

17               MR. MUSCATO:  No, thank you.

18               THE COURT:  All right.  Thank you very much.

19               Officer McCray, is Probation's opinion any

20   different than what is reflected in the Pretrial

21   Services Report?

22               PROBATION:  No, Judge.

23               THE COURT:  Even though there is

24   inconsistencies between what has been proffered here in

25   terms of the evidence and what Mr. Ermin reportedly told
```

```
 1                  USA V. J. ERMIN & S. BARNES
 2   you?
 3              PROBATION:  That's correct.
 4              THE COURT:  Doesn't change Probation's
 5   opinion?
 6              PROBATION:  No, Judge.
 7              THE COURT:  So, in other words, somebody is
 8   interviewed by you by probation and denies any
 9   international travel at all and then there is proof
10   that, in fact, that individual has traveled somewhat
11   extensively internationally, that doesn't alter
12   Probation's opinion?
13              PROBATION:  It is concerning, but ultimately
14   does not change our recommendation.
15              THE COURT:  Okay.  Mr. Tripi?
16              MR. TRIPI:  Can I briefly respond to a few
17   points that were just raised?
18              THE COURT:  Okay.
19              MR. TRIPI:  I'll keep it short.  I know
20   you've heard that before.
21              MR. COTTER:  Could we be the timers, though?
22              MR. TRIPI:  Sure.  Judge, you asked me about
23   that screen shot that I referenced earlier in terms of
24   whether it was in terms of a rat in Wisconsin.
25              THE COURT:  Milwaukee.  Well Milwaukee is in
```

124

<pre>
 1              USA V. J. ERMIN & S. BARNES
 2    Wisconsin.
 3              MR. TRIPI:  It's from his phone and blurry,
 4    and it's from a female.  The date of the screen shot, in
 5    other words, the caption in the either e-mail or text
 6    message is August 23, 2017, at 2:10 p.m.  The create
 7    date in the phone is August 31, 2017, so I believe that
 8    is when he would have screen shotted it to capture the
 9    image.
10              THE COURT:  Okay.
11              MR. TRIPI:  It says "Outlaws Rat," then it
12    has the name of an individual and then it says "this guy
13    is an informant for Wisconsin FBI and DEA and has been
14    for eleven years, dry snitch.  Sits at meetings then
15    meets with his handlers.  You should check it out."  So
16    that was something that got forwarded to Mr. Ermin that
17    he screen shotted.
18              As to the reference that he is a hunter, FBI
19    Special Agent Brian Burns checked with DEC investigators
20    and they indicated, they explained to him, in Mr.
21    Ermin's career, so he does have a hunting license, he
22    has not reported killing any deer, bear or turkeys.
23    You're required to report those things and there was
24    none.
25              THE COURT:  Turkeys.
</pre>

                    USA V. J. ERMIN & S. BARNES

1
2          MR. TRIPI:  Yes, bear, deer or turkeys.  And
3   he has not ever reported killing a deer, bear or turkey
4   in New York.  So we submit that the cadre of weapons is
5   really for the preparedness of for use in the Outlaws
6   Motorcycle Club.  He is charged with 922(g)(3).  Now, he
7   admitted recreational use of marijuana.  The statute
8   says "unlawful use of controlled substance."  Therefore
9   he admitted an element we would need to prove.  It is
10  unlawful to possess firearms and be an unlawful user of
11  a Schedule I controlled substance, period, end of story.
12  So there can be no argument that he was in lawful
13  possession of these firearms when he has that admitted
14  status.
15          Now, Ms. Champoux did correct me because a
16  moment ago I told the Court --
17          THE COURT:  One of elements you have to
18  prove is that the defendant knew he was an unlawful user
19  of controlled substance at the time he possessed the
20  firearms.  I think there is an argument, given the
21  absolute chaotic nature of state law versus federal law,
22  you know, I mean, I don't think that is a slam dunk with
23  any kind of attempt by the government to prove that
24  charge.
25          MR. TRIPI:  Well, I would submit that --

```
 1                USA V. J. ERMIN & S. BARNES
 2            THE COURT:  With marijuana.
 3            MR. TRIPI:  I would submit there is also the
 4    THC gummies, Judge.  Your Honor or some other Judge will
 5    be instructing on federal law, there will be an
 6    instruction that a jury would need to follow federal
 7    law.  Jurors are assumed to follow the law unless a jury
 8    were to nullify and disregard the legal instructions
 9    that were provided, that we're dealing with federal law,
10    jury nullification would be --
11            THE COURT:  Look it, I don't want to get in
12    a dispute with you about this.  But one of the elements
13    is that he is an unlawful user of the drug.  So that
14    that is of a matter of federal law.  But the other
15    element is that he knew he was an unlawful user.  I
16    think that intent element aspect is a much more
17    difficult burden for the government to establish given
18    the state of the law with respect to the possession of
19    marijuana and state law versus federal law.  And, I
20    mean, the president, didn't he just pardon everybody
21    that possesses marijuana?
22            MR. TRIPI:  It may be an issue for trial.  I
23    ultimately think we would convict him and I think the
24    charges would be sustained.  Obviously, we wouldn't
25    charge him otherwise.  But I see your Honor's point in
```

```
  1                USA V. J. ERMIN & S. BARNES
  2   making that observation, but I do think that when you
  3   look at things like he has never reported killing an
  4   animal and he claims to be a hunter --
  5            THE COURT:  What do you mean never reported?
  6            MR. TRIPI:  Never reported killing any
  7   animal.
  8            THE COURT:  Deer, bear or turkeys.
  9            MR. TRIPI:  And look it, I don't think --
 10            THE COURT:  The government is not moving to
 11   detain Mr. Ermin because of the 922(g) charge.
 12            MR. TRIPI:  You beat me to it.  This is a 19
 13   year old kid who is not an Outlaw Motorcycle Club
 14   national president, we're probably not moving for
 15   detention.  That is why the Court needs to make an
 16   individual assessment.  But he is not that 19-year-old
 17   who hunts with his dad and smokes some weed.  He is
 18   something much, much different than that.  And I
 19   submitted it to you last time and I submit it this time,
 20   he is, by position, one of the most dangerous criminals
 21   that this Court has ever come across.
 22            THE COURT:  And tell me why conditions
 23   couldn't be put in place to protect against those risks?
 24            MR. TRIPI:  Can I do that at the end?  I
 25   will certainly hit that.
```

```
 1                USA V. J. ERMIN & S. BARNES
 2               THE COURT:  Yes.
 3               MR. TRIPI:  Ms. Champoux pointed out item
 4    No. 7 is not a long gun, I'll mark this on the fly.
 5    We'll pull it up on the screen.  It's not a hard copy,
 6    we'll mark it as exhibit 25.  We'll get copies to
 7    everybody.  This is a firearm, item No. 7, that was
 8    recovered inside the residence.  I need to do more
 9    looking into that particular firearm, it clearly isn't a
10    long gun and wasn't in the photo I showed you earlier.
11    This is item 7 in Mr. Ermin's residence.  It's a
12    handgun.  Whether or not it's an antique or something,
13    obviously, it is a handgun.  As to it being his life
14    savings, et cetera, et cetera, Judge, I proffered it
15    last time, I showed you the photos, Outlaws from all
16    over the country are sending him money.  A lot of people
17    got Covid, not a lot of them got envelopes full of cash.
18    I'll leave it at that.
19               He admits he is the manager of Pharaoh's for
20    ten years.  That puts him right in the heart of the time
21    frame that is alleged in the Gerace indictment as it
22    relates to sex trafficking and the drug-involved
23    premises.  Yeah, subordinates PJ Raslawski sold cocaine
24    and drugs right from the kitchen area.  There was
25    distribution happening throughout that premises.  He
```

129

1                    USA V. J. ERMIN & S. BARNES

2    gets off SSD and that was posited to you as some

3    magnanimous move on his part.  No, we did a search

4    warrant in December of 2019, and then he got off because

5    we recovered 140 boxes, I think.  Of records.

6              THE COURT:  So where was the search warrant?

7              MR. TRIPI:  At Pharaoh's.  And we recovered

8    dozens and dozens of boxes of information.

9              THE COURT:  So, in other words, your

10   understanding is that he stopped receiving Social

11   Security Disability payments after December of 2019?

12             MR. TRIPI:  Yes, that is my understanding

13   and belief.  So there is a seizure and then there, I

14   think, in civil law --

15             THE COURT:  I guess I had been led to

16   believe, and I'm not saying Mr. Muscato said this, I was

17   under the impression that I got off Social Security

18   Disability and then started working at Pharaoh's

19   cleaning toilets and gradually worked his way up.

20             MR. TRIPI:  I believe that the timing,

21   unless Mr. Muscato can proffer something different and

22   produce records, there was a search warrant at Pharaoh's

23   and I believe he gets off after that.  But unlike the

24   government's -- unlike the government, the defense

25   proffer, either proffer, has not been supported by a

```
 1                USA V. J. ERMIN & S. BARNES

 2   single --

 3            THE COURT:  They don't have any burden of

 4   proof.

 5            MR. TRIPI:  I understand that.  But their

 6   proffering as well is my point.  And I think the

 7   government has come with some receipts for its proffer.

 8            THE COURT:  Do you have any information on

 9   the kind of salary he makes at Pharaoh's?

10            MR. TRIPI:  It's a very cash business, your

11   Honor.  I don't know his salary.  We have not gotten the

12   tax disclosure orders and things of that nature to see

13   what he would be reporting.  So I couldn't proffer that

14   as I stand here.  But I do know that our information is

15   that Mr. Ermin and Mr. Gerace filled the ATM machine, so

16   if you think about how easy it would be to launder money

17   by filling your own ATM machine.

18            THE COURT:  In other words, there is an ATM

19   machine at Pharaoh's?

20            MR. TRIPI:  Yes.  They fill it with cash and

21   individuals take cash out to buy drinks and dances at

22   Pharaoh's and the money is clean.

23            THE COURT:  Is the ATM machine hooked to

24   some bank?

25            MR. TRIPI:  I know that they have an ATM
```

```
 1                USA V. J. ERMIN & S. BARNES
 2  machine and they fill it with their own cash and that is
 3  something he even acknowledged to the FBI.
 4               THE COURT:  I've never heard of that before
 5  where you have an ATM machine that isn't hooked to some
 6  bank somewhere, but that is your understanding.
 7               MR. TRIPI:  My understanding, and my
 8  information is that they use their own money.
 9               THE COURT:  How is an somebody putting in an
10  ATM card and withdrawing money from their bank account
11  that it's got to be registered with their bank, right?
12               MR. TRIPI:  I don't think that that means
13  the bank has to come fill.
14               THE COURT:  No, I guess maybe not.
15               MR. TRIPI:  Right.
16               THE COURT:  But there has to be some
17  electronic transaction.
18               MR. TRIPI:  For the person putting in their
19  card, not necessarily from the cash that is coming out
20  of the machine.
21               Going back to the non-criminal disposition
22  of the assault, I would posit that from Mr. Muscato's
23  proffer, it sounds like other Outlaws maybe took
24  different charges.  I would just ask the Court to
25  compare what happened in Ohio when Mr. Decay took,
```

1                     USA V. J. ERMIN & S. BARNES
2       essentially, responsibility for the unlawful items
3       seized in that vehicle and contrast that with the
4       disposition of the assault.  It further proves the point
5       of his status as it relates to these other Outlaws.
6                     There was a point made that there is no RICO
7       charges here, but, as I proffered to the Court before,
8       there was a search warrant where, among the statutes
9       that a magistrate said there is probable cause to search
10      for, involved Ms. Quinn's death, and RICO statutes.  So
11      this Complaint, I don't think it's a stretch to say is
12      only the document that brings us into court.  The Court
13      has to look at the whole picture.  And a different judge
14      in this building has said probable cause exists that
15      you're going to find evidence of racketeering activity,
16      Crystal Quinn's death, drug activity and other statutes.
17      We certainly found firearms and certainly found
18      enterprise evidence.  We certainly found a lot of
19      devices that are being analyzed and are going to take
20      some time.
21                    Distinction that was attempted to be drawn
22      between Mr. Ermin and Mr. Bowman, you've seen it
23      already, I'm not going to pull the photos up again, he
24      is wearing a "Free Taco" shirt in one of the images, a
25      much younger version of Mr. Ermin.  And then he has,

                    USA V. J. ERMIN & S. BARNES

1   essentially, in 2023, a shine to Taco Bowman, who is

2   convicted of multiple RICO murders.  So that is their

3   God, that is who they emulate that is that should tell

4   the Court a lot.  And there were many texts, between Mr.

5   Ermin and Gerace in the phone, some of those, again,

6   refer to Taco Bowman in a loving way and his funeral.  I

7   don't know where the information about Ms. Quinn being a

8   drug addict comes from necessarily.  I don't think we

9   proffered her being a heroin or Fentanyl addict

10  whatsoever.  In fact, she was not that type of drug

11  user.  So I don't know where that basis of knowledge is.

12  I don't know where the basis of knowledge is that why

13  Gogolack would sit in bed with her.  I didn't hear a

14  government attorney proffer that.  So I don't know what

15  that basis of knowledge would be or why that would be

16  proffered to the Court.

17          The incident in the Hillside bar, that

18  certainly was threatening behavior, and under 18 U.S.

19  Code, 1959 threats in aid of racketeering are punishable

20  and so what you have is a group of Outlaws defending

21  their patch, threatening, clearly, a Kingsmen, and that

22  could be chargeable as a threat in aid of racketeering

23  under 18 U.S.C. 1959.  And there is video evidence of

24  it.  Paperwork found again, the letters are from former

```
 1                    USA V. J. ERMIN & S. BARNES
 2    national presidents like Rosga saying "can't wait to see
 3    Ermin and Barnes," and I never proffered he traveled to
 4    Brazil.  And on the note of why they expand to Mexico
 5    and Brazil and according to the Department of Justice,
 6    the Outlaws partner with transnational criminal
 7    investigation organizations.  Now if an organization is
 8    involved in drug trafficking and firearm trafficking and
 9    other unlawful activities, it might be helpful to have a
10    footprint in Mexico and South America, which are source
11    areas for drugs flowing into this country.
12              So as to the notion of why any conditions
13    are not going to be satisfactory as to Mr. Barnes or Mr.
14    Ermin, I think nothing speaks more clearly than of them
15    sitting in Mr. Gerace's backyard when he was on
16    conditions, more extraneous conditions than Probation is
17    recommending.  This is labor day 2022.
18              Ms. Champoux, can we pull that up?
19              It's basically Mr. Ermin at a table full of
20    people who are all Outlaws, including Mr. Barnes,
21    several of whom, including Mr. Benson again, who were at
22    that Hilltop incident.  So Mr. Ermin, Mr. Barnes.
23              Do we have another image of it?  I zoomed
24    in.  In the background, I believe you'll see a little
25    bit of Corey Benson there, potentially.  He is
```

```
 1                    USA V. J. ERMIN & S. BARNES
 2   definitely there.  These are screen shots from video,
 3   your Honor, just so the Court is aware.  And so Mr.
 4   Barnes, a felon, is in Mr. Gerace's backyard.  I'm not
 5   denigrating probation, but he has members of a national
 6   and international organized crime syndicate in his
 7   backyard while he is on probation.  All of the
 8   face-to-face communicating that needs to happen in that
 9   type of scenario, can happen.  Probation can't prevent
10   any of that.  Not a lick of it.  They are not geared for
11   it, it is not their job.
12                    THE COURT:  Was Mr. Gerace on any kind of
13   electronic monitoring?
14                    MR. TRIPI:  Yes, at various times.  He has
15   been on curfew.
16                    THE COURT:  During that outing?
17                    MR. TRIPI:  Yes, yes.  And what happens,
18   when the government asks for it, probation, they don't
19   turn over, the GPS.  We have to get sources and get
20   people placed in backyard ares of people who are on
21   probation and that takes time and people are terrified
22   and they don't want to do things like that.  And
23   witnesses, why there isn't this charge or that charge or
24   this case already, because a lot of people sit in front
25   of us and they are like Crystal Quinn, they are
```

1                    USA V. J. ERMIN & S. BARNES
2    terrified of them for a good reason.  So that is why
3    there are no conditions.  And you know where it's a lot
4    harder for them?  They can still do it from jail and I'm
5    sure they will try if you detain them, but the place
6    where their phone calls are monitored is jail.  The
7    place where their visits are monitored is jail.  That is
8    how we know Mr. Ermin visited Gerace.  Only after he was
9    detained.  Those face-to-face meetings.  That is how
10   Bowman, Bowman operated the organization from Federal
11   prison for a period of time in face-to-face meetings.
12   And I'm not trying to be disrespectful, and I'm not
13   trying to be disrespectful, and they are professionals
14   in circumventing the law.  That is what they do.  They
15   will figure around any condition that this Court sets.
16   They will figure out ways to operate their organization
17   from jail, but it will be this much harder for them, and
18   so we think they should be detained.  They are dangerous
19   to the community.  They can go anywhere in the world.
20   They are a flight risk and we think they should be
21   detained.
22                    Thank you, Judge.
23                    THE COURT:  Thank you, Mr. Tripi.
24                    Anything else Mr. Muscato or Mr. Cotter?
25                    MR. COTTER:  No.

                    USA V. J. ERMIN & S. BARNES

1                    MR. MUSCATO:  I don't want to leave the
2    Court with the wrong impression with respect to my
3    client's Social Security Disability.
4
5                    THE COURT:  Right.
6                    MR. MUSCATO:  When he initially started at
7    Pharaoh's, he was working menial job there and I believe
8    he made about $10 an hour, which would not have knocked
9    him off of SSD.  When he became a manager, and there is
10   some income reference in his pretrial service report, I
11   don't know when he started making whatever would put him
12   over the limit, but that is when he applied and got off
13   of it.  So there was a period of time working at
14   Pharaoh's that he did also collect that Social Security
15   Disability.
16                   THE COURT:  Okay, thank you.  All right.  I
17   know everybody would like me to issue a decision right
18   now.  I've got a lot I need to think about.  We've just
19   spent, as Mr. Muscato kept pointing out, hearing from
20   the government for several hours.  So I'm not going to
21   make a decision from the bench.  I'm going to issue
22   written decisions.  I will do that as promptly as
23   possible.  And on the other hand, I'm going to reserve
24   decision.  Thank you very much, everyone.
25                   MR. TRIPI:  Thank you, your Honor.

138

1

2                              *       *        *

3                         CERTIFICATE OF REPORTER

4

5        I certify that the foregoing is a correct transcript

6     of the record of proceedings in the above-entitled

7     matter.

8

9     S/ Karen J. Clark,  RPR

10

      Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT F**

# IN THE DISTRICT COURT OF THE UNITED STATES
## *for the Western District of New York*

———————————

**THE UNITED STATES OF AMERICA**

*-vs-*

**PETER GERACE JR.**
  (Counts 1, 2, 3)

**JOHN THOMAS ERMIN a/k/a Tommy O**
  (Counts 1–3, 24)

**MICHAEL RONCONE a/k/a Cone**
  (Counts 1, 25, 26)

**FRANK KNIGHT**
  (Counts 1, 5, 23)

**HOWARD HINKLE JR. a/k/a Hard How**
  (Counts 1–3, 19–22)

**SIMON GOGOLACK a/k/a Greek**
  (Counts 1–4, 6–18)

**CORTNIE BARBER**
  (Counts 6, 11–12)

**BERNARD BYRD III a/k/a Deal**
  (Count 6)

**SCOTT BARNES a/k/a Big Scott 1%er**
  (Counts 27–28)

July 2023 GRAND JURY
(Impaneled 07/28/2023)

**SECOND SUPERSEDING
INDICTMENT
23-CR-99-JLS**
**Violations:**

21 U.S.C. §§ 846 and 856(a)(1), and
18 U.S.C. §§ 371, 1001(a)(2),
924(c)(1)(A), 922(g)(1), 922(g)(3),
1201(a)(1), 1512(k), 1512(b)(1),
1512(b)(2)(A), 1512(b)(3), and
1513(f)

(28 Counts and 6 Forfeiture
Allegations)

## INTRODUCTION

### The Grand Jury Charges That:

As relevant to this Second Superseding Indictment:

1.    The defendant, **PETER GERACE JR.** ("**GERACE**") was the owner and operator of Pharaohs Gentleman's Club ("PGC"), located at 999 Aero Drive, Cheektowaga, New York, an establishment that sells alcohol, food, and offers live strip tease performances by female dancers.

2.    The defendant, **JOHN ERMIN a/k/a Tommy O** ("**ERMIN**") was the manager of PGC and the National President of the Outlaws Motorcycle Club ("Outlaws MC"), an International 1%er motorcycle club with chapters located in Buffalo, New York, additional locations in the United States, Canada, South America, Europe, Russia, Asia, and Australia.  Other members of the Outlaws MC were also employed at PGC and attended PGC socially.

3.    The Outlaws MC have a motto that, "God Forgives, Outlaws Don't," which refers to the Outlaws MC's organizational commitment to intimidating, harming, or potentially killing individuals who pose a threat to their organization.  Another phrase used by the Outlaws MC is "Snitches are a Dying Breed," which expresses the Outlaws MC's view about what should happen to individuals who cooperate and provide information to law enforcement, testify in court proceedings, or otherwise act adversely to the interests of the Outlaws MC, its leaders, members, and associates.

4.      **GERACE** was indicted and charged in United States District Court for the Western District of New York in Case Nos. 19-CR-227 and 23-CR-37.

5.      The Second Superseding Indictment in Case No. 19-CR-227 charged **GERACE** with Conspiracy to Defraud the United States; Paying a Bribe to a Public Official; Maintaining a Drug-Involved Premises, to wit: PGC; Conspiracy to Distribute Controlled Substances; and Conspiracy to Commit Sex Trafficking.

6.      The Introduction of the Second Superseding Indictment in Case No. 19-CR-227, specifically alleged, in part: "Several of **GERACE'S** male employees at Pharaoh's are members of a motorcycle club called the Outlaws Motorcycle Club ("Outlaws MC")."

7.      The Indictment in Case No. 23-CR-37 charged **GERACE** with three counts of Witness Tampering and one count of Distribution of Cocaine.

8.      The Second Superseding Indictment in Case No. 19-CR-227 and the Indictment in 23-CR-37 were ordered joined for trial, and the scheduled trial was adjourned from several scheduled dates in 2023, which included June 16, 2023, August 14, 2023, and October 23, 2023.

9.      Crystal Quinn was a former PGC employee, a longtime friend, associate, and cleaning lady for **GERACE**, and was associated with several members of the Outlaws MC.

10.     On February 3, 2023, Crystal Quinn was charged by Criminal Complaint, 23-MJ-11, related to Facebook messages she sent to threaten a witness against **GERACE**.  A copy of the Second Superseding Indictment in Case No. 19-CR-227 charging **GERACE** was attached to Crystal Quinn's Criminal Complaint.

11.     On February 16, 2023, Crystal Quinn met with FBI agents for a proffer interview during which she provided information about **GERACE**.

12.     On February 27, 2023, Crystal Quinn met with FBI agents for a proffer interview during which she provided information about **GERACE** and members of the Outlaws MC, including information that she had previously had a seizure from using cocaine at the Outlaws MC Chapter clubhouse in Buffalo, New York.

13.     On March 7, 2023, Crystal Quinn met with FBI agents for a proffer interview during which she provided information about **GERACE** and members of the Outlaws MC.

14.     On March 9, 2023, Crystal Quinn testified before the March 2022 Grand Jury in the United States District Court for the Western District of New York.

15.     On March 23, 2023, the March 2022 Grand Jury returned an Indictment, Case No. 23-CR-37, charging **GERACE** with three counts of Witness Tampering and one count of Distribution of Cocaine.

16.     On March 24, 2023, **GERACE** appeared before a United States District Judge for an arraignment on Indictment 23-CR-37.  Following detention hearing proceedings on March 24 and March 27, 2023, **GERACE** was ordered detained pending trial.

17.     On April 3, 2023, Crystal Quinn entered a Pre-Trial Diversion agreement with the United States Attorney's Office and the United States Probation Office, and also entered a formal Cooperation Agreement with the United States Attorney's Office.

18.     Crystal Quinn's Cooperation Agreement required her to, in part: "[P]rovid[e] complete and truthful information regarding the witness's knowledge of any and all criminal activity, whether undertaken by [Crystal Quinn] or others, in any way involving or related to activities involving unlawful possession, manufacture, distribution, or use of controlled substances by others; activities involving maintaining a drug-involved premises; activities involving witness tampering, intimidation, or retaliation; and, activities involving bribery and/or public corruption.  [Crystal Quinn's] cooperation shall also include submitting to interviews by government attorneys and agents, as well as testifying truthfully and completely before grand juries and at such other proceedings as the government shall deem necessary, including, but not limited to pre-trial hearings, trials, sentencing hearings and forfeiture proceedings."

19.     On April 6, 2023, upon request of the United States, Crystal Quinn's Criminal Complaint (23-MJ-11) was dismissed, and that dismissal was noted on the public docket for 23-MJ-11.

20.     On April 28, 2023, Case Nos. 19-CR-227 and 23-CR-37 were ordered joined for trial, and Crystal Quinn was scheduled to testify at trial in Case Nos. 19-CR-227 and 23-CR-37 pending against **GERACE**.

21.     On May 10, 2023, the United States Attorney's Office filed its witness list, under seal and pursuant to a protective order, in Case Nos. 19-CR-227 and 23-CR-37, listing Crystal Quinn as a government witness for trial.

22.     On or about May 24, 2023, defendant **GERACE** moved to reopen his detention hearing and sought pre-trial release in Case Nos. 19-CR-227 and 23-CR-37.

23.     On May 31, 2023, **GERACE'S** previously filed motion to reopen his detention hearing in Case Nos. 19-CR-227 and 23-CR-37 was denied, and he remained detained pending trial.

24.     Gerace Attorney 1, who is known to the Grand Jury, was one of **GERACE'S** attorneys of record in Case Nos. 19-CR-227 and 23-CR-37 from June 15, 2021, until September 6, 2023. Attorney 2, who is known to the Grand Jury, was an unwitting attorney that Gerace Attorney 1 used to send messages to government witness Crystal Quinn in or about February 2023.

25.     The Rare Breed Motorcycle Club ("RBMC") is a motorcycle club with chapters located and operating in Buffalo, New York and Wellsville, New York, within the Western

District of New York.  The RBMC is aligned with and supports the Outlaws MC, and has a relationship with **GERACE** and PGC.

26.     PGC is a location where the Outlaws MC and other motorcycle clubs loyal to them, including the RBMC, have congregated.  PGC has also sponsored Outlaws MC and RBMC events, including the RBMC Blues Cruise.

27.     **MICHAEL RONCONE a/k/a Cone** ("**RONCONE**") was the President of the RBMC Wellsville Chapter, Vice President of the RBMC Buffalo Chapter, and is associated with **ERMIN** and the Outlaws MC.

28.     **FRANK KNIGHT** ("**KNIGHT**") is a resident of Wellsville, New York, and is an associate of **RONCONE**, the RBMC, **HOWARD HINKLE JR**. ("**HINKLE**"), and **SIMON GOGOLACK a/k/a Greek** ("**GOGOLACK**").

29.     **KNIGHT'S** residence in Wellsville, New York is located across the street from **GOGOLACK'S** residence in Wellsville, New York.

30.     **HINKLE** is a Wellsville resident and is an associate of **RONCONE**, the RBMC, **KNIGHT**, and **GOGOLACK**.

31.     **GOGOLACK** is a Wellsville resident and is an associate of the RBMC, **KNIGHT**, and **HINKLE**.  **GOGOLACK** also knew Crystal Quinn from growing up and spending time with her in Depew, New York, where Crystal Quinn lived.

32.     **RONCONE** hosted a weekly Thursday night poker game at the RBMC Chapter clubhouse in Wellsville, New York until the clubhouse was destroyed by a fire. Thereafter, **KNIGHT** hosted the weekly Thursday night RBMC poker game at the Wellsville Fire Hall.

## COUNT 1

### (Obstruction of Justice Conspiracy)

### The Grand Jury Further Charges:

1.     The allegations of the Introduction are repeated and re-alleged and incorporated herein by reference as though set forth fully herein.

2.     From in or about February 2023, and continuing thereafter until the return date of this Second Superseding Indictment, the defendants, **PETER GERACE JR.**, **JOHN THOMAS ERMIN a/k/a Tommy O**, **MICHAEL RONCONE a/k/a Cone**, **FRANK KNIGHT**, **HOWARD HINKLE, JR.**, and **SIMON GOGOLACK a/k/a Greek**, did knowingly and intentionally conspire and agree together and with others, known and unknown to the Grand Jury:

a.     to defraud the United States of and concerning its governmental functions and rights, that is of and concerning its right to have its business and its affairs, and

8

particularly the transaction of the official business of the United States District Court of the Western District of New York, and the Grand Jury of the United States District Court for the Western District of New York conducted honestly and impartially, free from corruption, fraud, improper and undue influence, dishonesty, unlawful impairment, and obstruction; and

b.      to violate Title 18, United States Code, Section 1503 (Obstruction of Justice) by corruptly endeavoring to influence, obstruct, and impede the due administration of justice, that is, the proceedings of the federal grand jury and the trials of the United States District Court for the Western District of New York.

## **Manner and Means**

3.      The conspiracy was carried out by the Manner and Means set forth below.


4.      It was a part of the conspiracy that the defendants would, by deceit, craft, trickery, and dishonest means, defraud the United States and interfere with its right to have its business and its affairs, and particularly the transaction of the official business of the United States District Court of the Western District of New York, and the Grand Jury of the United States District Court for the Western District of New York, conducted honestly and impartially, free from corruption, fraud, improper and undue influence, dishonesty, unlawful impairment, and obstruction.

5.    It was a part of the conspiracy that the defendants would corruptly endeavor to influence, obstruct, and impede the due administration of justice, that is, the proceedings of the United States District Court of the Western District of New York, and the Grand Jury of the United States District Court for the Western District of New York, in that the defendants would:

a.    corruptly and by threat, force, and communication, influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due administration of justice regarding the scheduled trial in United States District Court for the Western District of New York Case Nos. 19-CR-227 and 23-CR-37; the March 2022 Federal Grand Jury in the Western District of New York; and the July 2023 Federal Grand Jury in the Western District of New York, by:

i.    causing an individual, Attorney 2, to text message Crystal Quinn, who was already represented by another attorney, to corruptly influence, obstruct, and impede, and endeavor to corruptly influence, obstruct, and impede Crystal Quinn from cooperating with members of federal law enforcement, and to prevent Crystal Quinn from testifying against **GERACE** in United States District Court for the Western District of New York in Case Nos. 19-CR-227 and 23-CR-37, and from testifying before any federal grand juries investigating **GERACE**, including the March 2022 Federal Grand Jury in the Western District of New York;

ii.   causing dead rats to be placed at Crystal Quinn's residence to corruptly and by threat and communication, influence, obstruct, and impede, and endeavor to corruptly influence, obstruct, and impede Crystal Quinn from cooperating with members of federal law enforcement, and to prevent Crystal Quinn from testifying against **GERACE** in United States District Court for the Western District of New York in Case Nos. 19-CR-227 and 23-CR-37, and from testifying before any federal grand juries investigating **GERACE**, including the March 2022 Federal Grand Jury in the Western District of New York;

iii.  causing members and associates of motorcycle clubs to corruptly and by threat and communication, influence, obstruct, and impede, and endeavor to corruptly influence, obstruct, and impede Crystal Quinn from cooperating with members of federal law enforcement, and to

prevent Crystal Quinn from testifying against **GERACE** in United States District Court for the Western District of New York in Case Nos. 19-CR-227 and 23-CR-37;

iv.    causing the death of Crystal Quinn to corruptly obstruct and impede Crystal Quinn from cooperating with members of federal law enforcement, and to prevent Crystal Quinn from testifying against **GERACE** in United States District Court for the Western District of New York in Case Nos. 19-CR-227 and 23-CR-37;

v.    concealing the manner of Crystal Quinn's death from law enforcement and misdirecting law enforcement and FBI agents to prevent information from being discovered, subpoenaed, and presented to the July 2023 Grand Jury, which was investigating federal drug and firearm offenses and the death of Crystal Quinn, a federal witness;

vi.    concealing evidence related to the death of Crystal Quinn to prevent information from being discovered, subpoenaed, and presented to the July 2023 Grand Jury, which was investigating federal drug and firearm offenses and the death of Crystal Quinn, a federal witness;

vii.    concealing the identities and the extent and nature of the relationships between individuals who caused Crystal Quinn's death, and the RBMC, the Outlaws MC, **ERMIN**, and **GERACE** to prevent information from being discovered, subpoenaed, and presented to the July 2023 Grand Jury, which was investigating federal drug and firearm offenses, and the death of Crystal Quinn, a federal witness;

viii.    creating and advancing a false narrative that Crystal Quinn was suicidal in order to conceal her true cause and manner of death, and to prevent such information from being discovered, subpoenaed, and presented to the July 2023 Grand Jury which was investigating federal drug and firearm offenses, and the death of Crystal Quinn, a federal witness; and

ix.    concealing the unlawful activities of **GOGOLACK**, **KNIGHT**, **HINKLE**, **RONCONE**, and the RBMC to prevent information from being discovered, subpoenaed, and presented to the July 2023 Grand Jury, which was investigating federal drug and firearm offenses, and the death of Crystal Quinn, a federal witness,

In violation of Title 18, United States Code, Section 1503.

11

6.      It was part of the conspiracy that Gerace Attorney 1, would make efforts to prevent Crystal Quinn from becoming a government witness.

7.      It was part of the conspiracy that **GERACE** would advise others about the identity of witnesses who were cooperating and believed to be cooperating with members of federal law enforcement, and witnesses who had testified and were expected to testify before federal grand juries and at federal trials.

8.      It was part of the conspiracy that **GERACE**, **ERMIN**, and others would monitor developments, share information, and meet regarding the federal investigations and prosecutions related to **GERACE** and PGC.

9.      It was part of the conspiracy that members of the Outlaws MC, including **ERMIN**, would coordinate with members of the RBMC, including **RONCONE**.

10.     It was part of the conspiracy that unknown individuals would attempt to scare Crystal Quinn and cause her to cease cooperation with the FBI in order to prevent her from testifying at federal court proceedings, including grand jury and trial proceedings.

11.     It was part of the conspiracy that **GOGOLACK**, **HINKLE**, and unknown bikers would silence Crystal Quinn by any means necessary, including causing her death and making it look like an accident or a suicide.

12.     It was part of the conspiracy that **GOGOLACK**, **KNIGHT**, **GERACE**, Gerace Attorney 1, and others made efforts to create and advance a cover story and false public narrative that Crystal Quinn was suicidal.

13.     It was part of the conspiracy that **ERMIN**, **RONCONE**, **KNIGHT**, **HINKLE**, **GOGOLACK**, and others obtained and shared information about the FBI investigation into criminal activities and the death of Crystal Quinn, a federal witness.

14.     It was part of the conspiracy that the defendants, **RONCONE**, **KNIGHT**, **HINKLE**, and **GOGOLACK**, made false, misleading, and evasive statements to law enforcement regarding their knowledge of the facts and circumstances related to the death of Crystal Quinn, a federal witness.

15.     It was part of the conspiracy that the defendants, **RONCONE**, **KNIGHT**, **HINKLE**, and **GOGOLACK**, made false and misleading statements to law enforcement to conceal the nature and extent of their relationships with each other and with the RBMC.

16.     It was part of the conspiracy that the members of the conspiracy made efforts to conceal physical evidence from members of law enforcement investigating the death of Crystal Quinn, and the criminal activities of defendants **RONCONE**, **KNIGHT**, **HINKLE**, and **GOGOLACK**, and others known and unknown to the Grand Jury, including members and associates of the RBMC.

## Overt Acts

17.     On or about February 16, 2023, knowing and having reason to know that Crystal Quinn  was represented in the matter by another attorney, Gerace Attorney 1 caused an unwitting attorney, Attorney 2, to: (i) communicate with Crystal Quinn without the consent of Crystal Quinn's attorney; (ii) offer to represent Crystal Quinn in the matter in which Crystal Quinn already had an attorney; and (iii) offer to represent Crystal Quinn because Gerace Attorney 1, was "concerned that the feds might be trying to intimidate [Crystal Quinn] or even just bring [Crystal Quinn] in for questioning." Gerace Attorney 1 caused Attorney 2 to make a communication to Crystal Quinn  as follows:

> Omg I'm sorry to hear that hunny 🥺
> Where are you living now? Are you ok otherwise?
> I know ███ well, great guy and great attorney. I'm guessing he's meeting you for the same concern I had as I got a call from Peter Gerace's attorney, ███████ ███████ concerned that the feds might be trying to intimidate you or even just bring you in for questioning. He saw that I was your attorney in the past and reached out to me for me to make sure you were OK and knew I'm here if you need representation.
> And I want you to know I'm here even if you just need a friend as well 🙂

18.     On or about March 13, 2023, individuals unknown to the Grand Jury placed dead rats on Crystal Quinn's mother's vehicle and in the vicinity of Crystal Quinn's residence in Depew, New York.

19.     On April 4, 2023, after **GERACE** was ordered detained on March 27, 2023, **ERMIN** visited **GERACE** in person at the Niagara County Jail.

20.     On or about May 24, 2023, defendant **GERACE**, through Gerace Attorney 1, moved to reopen **GERACE'S** detention hearing and for pre-trial release.

21.     On or about May 31, 2023, **GERACE'S** motion to reopen his detention hearing in Case Nos 19-CR-227 and 23-CR-37 was denied.  Following this denial, **GERACE** made statements, in sum and substance, as follows: (i) Fuck the rats; (ii) All rats should die; (iii) No matter what, anybody can get touched because when all this is over, I have very serious people to tie up my loose ends.

22.     At all times relevant to this Second Superseding Indictment, inside the Outlaws MC clubhouse in Buffalo, New York, prominently displayed behind the bar, was a skeleton of a dead rat hanging from a noose with the caption "Outlaws 1%ers".

23.     On June 6, 2023, the District Judge assigned to Case Nos. 19-CR-227 and 23-CR-37 issued a written decision denying **GERACE'S** motion to re-open the detention hearing and denying his motion for pre-trial release.

24.     On or about June 20, 2023, Gerace Attorney 1 filed and caused the filing of a trial witness list that named two relatives of the assigned District Judge as **GERACE'S** defense witnesses. The listing of the District Judge's relatives as **GERACE** trial witnesses resulted in the District Judge recusing himself pursuant to 28 U.S.C. 455(b)(5)(iv), and the trial of Case Nos. 19-CR-227 and 23-CR-37, which was then scheduled for August 14, 2023, being adjourned.

25.     The trial witness list filed or caused to be filed by Gerace Attorney 1 also listed Crystal Quinn as a defense witness. The listing of Crystal Quinn as a witness for Gerace circumvented the provisions of a Protective Order which prohibited attorneys for **GERACE** from revealing to **GERACE** the government's witnesses' names and from providing **GERACE** with the government's witness list.

26.     On June 30, 2023, the trial in Case Nos. 19-CR-227 and 23-CR-37, previously scheduled to commence on August 14, 2023, was adjourned.  When the newly assigned District Judge suggested a new trial date of September 25, 2023, Gerace Attorney 1 made representations to the District Judge that he was not available due to a previously scheduled vacation. Based, in part, on the representations of Gerace Attorney 1, the trial was rescheduled to commence on October 23, 2023.

27.     On or about June 30, 2023, **RONCONE** and **KNIGHT** met in-person.

16

28.     On or about July 4, 2023, **HINKLE** associated in-person with various bikers in Wellsville, New York.


29.     On July 6, 2023, **ERMIN** visited **GERACE** in person at the Niagara County Jail.


30.     On July 22, 2023, at approximately 5:51 p.m. EST, **GOGLACK** made an outgoing call to **HINKLE** and then called and texted Crystal Quinn.


31.     On July 22, 2023, at approximately 6:57 p.m. EST, **GOGOLACK** asked Crystal Quinn to drive him from Buffalo, New York to Wellsville, New York by texting, in part: "let's take ur whip [car] to the country [Wellsville]."


32.     On July 22, 2023, at approximately 9:31 p.m. EST, **GOGOLACK** received an incoming call from **HINKLE**, which lasted 16 minutes and 17 seconds.


33.     On the morning of July 24, 2023, **KNIGHT** and **HINKLE** exchanged a cellular telephone call, which lasted approximately 1 minute.


34.     Later that day, **KNIGHT** and **HINKLE** attempted to communicate by cellular telephone two additional times.

35.     On July 25, 2023, at approximately 11:59 p.m. EST, **GOGOLACK,** who was still in the Buffalo-area, texted HINKLE that he "should be in town [Wellsville, New York] tomorrow give me a call then."

36.     On July 26, 2023, at approximately 4:15 p.m. EST, **GOGOLACK** texted Crystal Quinn and told her that he was stranded in Buffalo with no transportation and that he needed help getting back to Wellsville, as follows:



37.     On July 27, 2023, **GOGOLACK** and Crystal Quinn took Crystal Quinn's mother's car and drove from Depew, New York to Wellsville, New York.

38.     On July 27, 2023, at approximately 7:39 p.m. EST, while with Crystal Quinn, **GOGOLACK** made an outgoing call to HINKLE.  **GOGOLACK** then texted **HINKLE** and stated that he was "in town [and] have that," as follows:



39.     On July 27, 2023, at approximately 7:40 p.m. EST, **GOGOLACK** sent a follow-up text advising **HINKLE** to "[let me know] asap, as follows:



40.     On July 27, 2023, at approximately 8:01 p.m. EST, **HINKLE** called **GOGOLACK,** and thereafter **GOGOLACK** brought Crystal Quinn to the poker game hosted by **KNIGHT,** and attended by **HINKLE,** at the Wellsville Fire Hall.

41.     On July 27, 2023, at approximately 8:26 p.m. EST, **HINKLE** and**GOGOLACK** walked off and  engaged in private conversation away from Crystal Quinn.

42.     On July 27, 2023, at approximately 9:51 p.m. EST, **HINKLE** and **GOGOLACK** walked off and  engaged in private conversation away from Crystal Quinn.

43.     On July 27, 2023, at approximately 9:59 p.m. EST, after the poker game had ended, **HINKLE** and **KNIGHT** engaged in conversation.

44.     On July 27, 2023, after the poker game, **HINKLE, GOGOLACK,** and Crystal Quinn went to **HINKLE'S** nearby cabin.

45.     On July 28, 2023, during the early morning hours, **GOGOLACK** and Crystal Quinn returned to **GOGOLACK'S** residence, located at 296 Scott Avenue in Wellsville. **GOGOLACK** then left Crystal Quinn in the residence while he walked over to **KNIGHT'S** residence, which was nearby.  While **GOGOLACK** was out of the residence, Crystal Quinn was confronted by "bikers", whose actions placed Crystal Quinn in fear for her life.

46.     On July 28, 2023, after Crystal Quinn was confronted by bikers and placed in fear for her life, **GOGOLACK** returned to the residence and reassured Crystal Quinn that he was on her side and would protect her from the bikers.

47.     On or about July 31, 2023, **GOGOLACK** intentionally provided Crystal Quinn with a lethal dose of fentanyl.

48.     On or about August 1, 2023, Crystal Quinn's mother texted **GOGOLACK** and threatened to call law enforcement if **GOGOLACK** did not get back to her immediately regarding her daughter, Crystal Quinn.  Thereafter, **GOGOLACK** called Crystal Quinn's mother and falsely suggested that Crystal Quinn was suicidal and falsely stated that Crystal Quinn had taken half a Xanax and never woke up.

49.     On August 1, 2023, after Crystal Quinn was deceased and prior to calling 911 **GOGOLACK** manipulated and staged the crime scene to make it look like Crystal Quinn's death was an accidental overdose or a suicide. This included **GOGOLACK** removing and

attempting to conceal physical evidence, including some of Crystal Quinn's personal belongings, in an abandoned vehicle located on his property some distance from the house.

50.     On August 1, 2023, at approximately 6:23 p.m. EST, **GOGOLACK** called 911 and reported that Crystal Quinn was not responsive, that he "tried Narcan," and that it was a "possible overdose."

51.     On August 1, 2023, after Crystal Quinn was deceased and after **GOGOLACK** called 911, **GOGOLACK** called then texted **KNIGHT** that he could "use a local friend." **GOGOLACK** then called **HINKLE**.

52.     On August 1, 2023, after members of the Wellsville Police Department and the Allegany County Coroner responded to **GOGOLACK'S** residence, as a result of his 911 call, **GOGOLACK** made false and misleading statements about the occupancy and layout of the residence in order to dissuade members of the Wellsville Police Department from searching areas of **GOGOLACK'S** residence in addition to the room in which Crystal Quinn's body was found.  **GOGOLACK** also made false and misleading statements about Crystal Quinn's cause of death to create and advance a false narrative that Crystal Quinn had committed suicide.  Specifically, **GOGOLACK** told law enforcement that Crystal Quinn was going to court against some "big wigs" and she was under a lot of stress and was talking about "ending it all."

53.     On August 1, 2023, after **GOGOLACK** called them, **KNIGHT** and **HINKLE** spoke with each other via cell phone.

54.     On or about August 1, 2023, after members of the Wellsville Police Department and the Allegany County Coroner left **GOGOLACK'S** residence, **GOGOLACK** faked his own overdose and went to a local hospital.

55.     On or about the evening of August 1, 2023, **KNIGHT** and **HINKLE** communicated with each other via cell phone for approximately three-and-a-half minutes.

56.     On August 2, 2023, at approximately 8:15 a.m., **HINKLE** and **KNIGHT** communicated with each other by cell phone.

57.     On the evening of August 2, 2023, **GOGOLACK** made false and misleading statements to the FBI regarding the manner and cause of Crystal Quinn's death and regarding **HINKLE'S** relationship with bikers.

58.     On the evening of August 2, 2023, **KNIGHT** and **RONCONE** communicated with each other by cell phone and exchanged several text messages relating to the death of Crystal Quinn.

59.     On August 3, 2023, **RONCONE** communicated via cell phone with several other members of the RBMC.

60. On August 3, 2023, **KNIGHT** made false and misleading statements to the FBI, including that **HINKLE** had not been present at the July 27, 2023 poker game that **KNIGHT** had organized and that **GOGOLACK** and Crystal Quinn had attended.

61. On August 3, 2023, **KNIGHT** told the FBI that he "assumed" Crystal Quinn died of a fentanyl overdose. **KNIGHT** further stated that **GOGOLACK** had told him that Crystal Quinn killed herself with Xanax and alcohol, thus advancing the false narrative that Crystal Quinn had committed suicide.

62. On August 3, 2023, following **KNIGHT'S** interview by the FBI, **KNIGHT** exchanged phone calls and text messages with **RONCONE**.

63. On August 3, 2023, at approximately 4:45 p.m., **KNIGHT** had a phone call with **RONCONE** that lasted for approximately 14 minutes.

64. At approximately 5:00 p.m., **KNIGHT** called **HINKLE** and engaged in a brief phone call. **KNIGHT** then visited **HINKLE** in person and reported to **HINKLE** regarding **KNIGHT'S** interview with the FBI.

65. On August 3, 2023, at approximately 6:03 p.m., **RONCONE** texted **KNIGHT** a screenshot of Crystal Quinn's Facebook profile and asked, "Is this the girl?"

66. At approximately 6:11 p.m., **RONCONE** called **KNIGHT** and they spoke for approximately two minutes.

67. Following **RONCONE'S** communications with **KNIGHT** on August 3, 2023, **RONCONE** communicated with other RBMC associates.

68. On August 4, 2023, Gerace Attorney 1 stated in United States District Court for the Western District of New York that Crystal Quinn had killed herself as a result of pressure placed on her by the government to testify against **GERACE**. This statement by Gerace Attorney 1 was intended to advance the false narrative that Crystal Quinn's death was a suicide.

69. On August 5, 2023, **KNIGHT** and **RONCONE** spoke on the phone for approximately 12 minutes.

70. On August 8, 2023, the FBI executed a search warrant at **GOGOLACK'S** Wellsville, New York residence.

71. Prior to August 8, 2023, **GOGOLACK** anticipated that law enforcement would search his house, and arranged with **KNIGHT** for **KNIGHT** to conceal a number of **GOGOLACK'S** firearms in **KNIGHT'S** residence, which was across the street from **GOGOLACK'S** house.

72.     On August 8, 2023, the day of the search of **GOGOLACK'S** residence, **KNIGHT** sent a text message to another individual regarding Quinn's connection as witness to "[P]haroah[']s night club in Buffalo" and the "news articles" recounting the prosecution of **GERACE** in Case No. 19-CR-227.

73.     On August 8, 2023, minutes after the FBI began executing the search of **GOGOLACK'S** residence, **KNIGHT** texted **RONCONE** and referenced the law enforcement activity unfolding across the street.  Soon thereafter, **RONCONE** called **KNIGHT** and the two spoke for approximately one-and-a-half minutes.

74.     On August 8, 2023, Gerace Attorney 1 filed a Motion, Declaration, and Memorandum of Law with exhibits in support of another motion seeking **GERACE'S** pre-trial release.

75.     On August 11, 2023, **KNIGHT** and **GOGOLACK** communicated via CashApp.  **KNIGHT**, in an effort to surreptitiously gauge the status of the federal investigation of **GOGOLACK,** asked **GOGOLACK** "they gonna hang you?" **GOGOLACK** responded with an update about the federal investigation.

76.     On or about August 11, 2023, an investigator working with Gerace Attorney 1, a person known to the Grand Jury and referred to herein as "Investigator 1," was instructed by Gerace Attorney 1 to interview Crystal Quinn's mother and a friend of Crystal Quinn's

mother in order to generate and obtain statements which would advance a narrative that
Crystal Quinn had been suicidal prior to her death.

77.     On or about August 11, 2023, Investigator 1 simultaneously interviewed
Crystal Quinn's mother and her mother's friend.  During the interview, Crystal Quinn's
mother and her mother's friend both specifically denied that Crystal Quinn was suicidal prior
to her death.

78.     On or before August 14, 2023, Investigator 1 drafted affidavits for Crystal
Quinn's mother and her mother's friend which  purported to accurately reflect the statements
they had made to him during the interview.  Investigator 1 then gave the draft affidavits to
Gerace Attorney 1.

79.     On or about August 14, 2023, Gerace Attorney 1 made changes or caused
changes to be made to the draft affidavits provided by Investigator 1.  The  changes made or
caused to be made by Gerace Attorney 1 supported the narrative that Crystal Quinn had been
suicidal prior to her death. Thereafter, Gerace Attorney 1 caused Crystal Quinn's mother and
her mother's friend to sign affidavits containing things they never said.

80.     On or about August 14, 2023, Gerace Attorney 1 prepared an affidavit for
himself which contained false and misleading statements about his relationship with
Investigator 1 and the manner in which the statements from Crystal Quinn's mother and her
mother's friend were obtained.

81.     On or about August 15, 2023, Gerace Attorney 1 caused the filing of his affidavit and the affidavits of Crystal Quinn's mother and her mother's friend as part of a Reply in support of **GERACE'S** motion for release.

82.     On August 27, 2023, members of the RBMC attended an Outlaws MC party in Lancaster, New York.

83.     On or about August 29, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

84.     On or about September 1, 2023, two days after **GOGOLACK'S** scheduled detention hearing on criminal complaint 23-MJ-1115 in the United States District Court for the Western District of New York was adjourned, **KNIGHT** and **RONCONE** spoke via cell phone.

85.     On or about September 4, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

86.     On or about September 8, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

87.     On or about September 9, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

88.     On or about September 15, 2023 **KNIGHT** and **RONCONE** spoke via cell phone twice.

89.     On or about October 7, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

90.     On or about October 15, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

91.     On or about October 16, 2023, **KNIGHT** and **RONCONE** spoke via cell phone.

92.     On October 21, 2023, **ERMIN** was in telephonic contact with **RONCONE'S** relative, a member of the RBMC.

93.     On October 24, 2023, the FBI executed federal search warrants at **HINKLE** and **KNIGHT'S** residences.  Prior to the execution of the search warrant at **KNIGHT'S** residence and prior to **KNIGHT'S** cell phone being seized by the FBI, **KNIGHT** communicated with **RONCONE** several times by call and text message.

94.     On October 24, 2023, following communications with **KNIGHT**, **RONCONE** called his father, a member of the RBMC.

95.     On October 24, 2023, the FBI interviewed **KNIGHT**.  During the interview, **KNIGHT** made false and misleading statements to the FBI, including denying that **GOGOLACK** had visited **KNIGHT'S** residence during the early morning hours on July 28, 2023, which was the same approximate timeframe when Crystal Quinn was texting her friend, among other things, "911" and that she believed **GOGOLACK** and "the bikers" were setting her up.

96.     On October 24, 2023, following **KNIGHT'S** interview with the FBI, **KNIGHT** acquired a new cellular phone.  **RONCONE** called **KNIGHT'S** new phone number at approximately 5:26 p.m. EST, and they spoke for approximately 27 minutes.

97.     On October 24, 2023, **ERMIN** communicated via cell phone with **RONCONE** from two separate phones.

98.     On October 25, 2023, **RONCONE** and other members of the RBMC held a meeting at their Buffalo Chapter Clubhouse, located at 934 East Delevan Avenue, Buffalo, New York. During the meeting, members were directed to "keep their shit tight," to avoid criminal exposure.

99.     On October 26, 2023, **KNIGHT** used a temporary phone to communicate with **RONCONE** via phone call approximately 12 times.

100.    On October 28, 2023, **KNIGHT** and **RONCONE** communicated telephonically.

101.    On October 29, 2023, **KNIGHT** and **RONCONE** communicated telephonically.

102.    On October 30, 2023, **KNIGHT** and **RONCONE** communicated telephonically for approximately 51 minutes.

103.    On October 31, 2023, **KNIGHT** and **RONCONE** communicated telephonically.

104.    On November 3, 2023, **HINKLE** appeared in federal court following his arrest on a Criminal Complaint (23-MJ-5219) the government proffered **HINKLE'S** connection to dangerous motorcycle clubs.

105.    Thereafter, on or about November 8, 2023, the RBMC suspended their Wellsville Chapter and switched **RONCONE'S** title from RBMC Wellsville Chapter President to RBMC Buffalo Chapter Vice President.

106.    On or about December 7, 2023, **RONCONE** made false, misleading, and evasive statements to the FBI including that he did not know Crystal Quinn "at all;" that "Simon [**GOGOLACK**] is crazy on drugs and out of his mind;" that **RONCONE** does not

"know anything about the [Crystal Quinn] death;" and that there were "no drugs in his residence."

107.    On a date unknown, and continuing until on or about December 7, 2023, **ERMIN** monitored court proceedings and acquired court documents filed in Case No. 19-CR-227.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

**(Witness Tampering Conspiracy)**

**The Grand Jury Further Charges That:**

1.    The allegations of the Introduction and Count 1 are repeated and re-alleged and incorporated herein by reference as though set forth fully herein.

2.    From in or about March 2023, through on or about August 1, 2023, in the Western District of New York, and elsewhere, the defendants **PETER GERACE JR.**, **JOHN THOMAS ERMIN a/k/a Tommy O**, **HOWARD HINKLE, JR. a/k/a Hard How**, and **SIMON GOGOLACK a/k/a Greek**, did knowingly and willfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses:

a.    to kill Crystal Quinn, a witness, with the intent to prevent the attendance and testimony of Crystal Quinn in Case Nos. 19-CR-227 and 23-CR-37, Federal proceedings held in the United States District Court for the Western District of New York, and with the intent

to prevent communication by Crystal Quinn to a law enforcement officer of the United States relating to the commission and possible commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(a)(1) and 1512(j);

      b.         to use physical force against Crystal Quinn, a witness, with the intent to influence, delay, and prevent the testimony of Crystal Quinn in Case Nos. 19-CR-227 and 23-CR-37, Federal proceedings held in the United States District Court for the Western District of New York, and with the intent to hinder, delay, and prevent communication by Crystal Quinn to a law enforcement officer and judge of the United States relating to the commission and possible commission of a Federal offense, in violation of Title 18, United States Code, Sections 1512(a)(2) and 1512(j);

      c.         to use intimidation, threats, and corruptly persuade, Crystal Quinn, a witness, and to attempt to do so, with intent to influence, delay, and prevent the testimony of Crystal Quinn in Case Nos. 19-CR-227 and 23-CR-37, Federal proceedings held in the United States District Court for the Western District of New York, in violation of Title 18, United States Code, Section 1512(b)(1) and 1512(j);

      d.         to use intimidation, threats, and corruptly persuade, Crystal Quinn, a witness, and to attempt to do so, with intent to cause and induce Crystal Quinn to withhold testimony from an official proceeding in Case Nos. 19-CR-227 and 23-CR-37, Federal proceedings held in the United States District Court for the Western District of New York, in violation of Title 18, United States Code, Sections 1512(b)(2)(A) and 1512(j); and

      e.         to use intimidation, threats, and corruptly persuade, Crystal Quinn, a witness, and to attempt to do so, with intent to prevent communication by Crystal Quinn to a law

enforcement officer of the United States relating to the commission and possible commission

of a Federal offense, in violation of Title 18, United States Code, Section 1512(b)(3).

**All in violation of Title 18, United States Code, Section 1512(k).**


## COUNT 3

### (Witness Retaliation Conspiracy)

### The Grand Jury Further Charges That:

1.      The allegations of the Introduction and Count 1 are repeated and re-alleged and

incorporated herein by reference as though set forth fully herein.


2.      From in or about March 2023, through on or about August 1, 2023, in the

Western District of New York, and elsewhere, the defendants **PETER GERACE JR.**, **JOHN**

**THOMAS ERMIN a/k/a Tommy O**, **HOWARD HINKLE JR. a/k/a Hard How**, and

**SIMON GOGOLACK a/k/a Greek**, did knowingly and willfully combine, conspire, and

agree together and with others, known and unknown to the Grand Jury, to commit the

following offenses:

a.      to kill Crystal Quinn, a witness, with the intent to retaliate against Crystal

Quinn for her attendance at an official proceeding, namely, a Federal grand jury proceeding

in Case Number 23-CR-37 in the United States District Court for the Western District of New

York, in violation of Title 18, United States Code, Section 1513(a)(1)(A);

b.      to kill Crystal Quinn, a witness, with the intent to retaliate against Crystal

Quinn for providing to a law enforcement officer any information relating to the commission

and possible commission of a Federal offense, in violation of Title 18, United States Code, Section 1513(a)(1)(B);

c.      to knowingly engage in conduct and thereby cause bodily injury to Crystal Quinn, with the intent to retaliate against Crystal Quinn for her attendance as a witness in a Federal proceeding, namely a Federal grand jury proceeding in Case Number 23-CR-37 in United States District Court for the Western District of New York, and for providing information relating to the commission and possible commission of a Federal offense to a law enforcement officer, in violation of Title 18, United States Code, Section 1513(b).

**All in violation of Title 18, United States Code, Section 1513(f).**

## COUNT 4

**(Distribution of Fentanyl Resulting in Death)**

**The Grand Jury Further Charges That:**

Between on or about July 31, 2023, and August 1, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK a/k/a Greek**, did knowingly, intentionally, and unlawfully possess with intent to distribute, and distribute, fentanyl, a Schedule II controlled substance; and the death of Crystal Quinn, resulted from the use of such substances.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

## COUNT 5

### (False Statements)

### The Grand Jury Further Charges That:

On or about August 3, 2023, in the Western District of New York, the defendant, **FRANK KNIGHT**, in a matter within the jurisdiction of the executive branch of the United States, did willfully, and knowingly make materially false, fictitious, and fraudulent statements and representations to special agents of the Federal Bureau of Investigation, in that the defendant stated that **HOWARD HINKLE, JR**. was not at a poker game in Wellsville attended by Crystal Quinn on July 27, 2023, and that he did not think **HINKLE** was at the poker game, when in truth and in fact, and as defendant **FRANK KNIGHT** then and there well knew, **HOWARD HINKLE, JR**. was at a poker game in Wellsville attended by Crystal Quinn on July 27, 2023.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## COUNT 6

### (Narcotics Conspiracy)

### The Grand Jury Further Charges That:

Beginning on or before July 2, 2023, and continuing until on or about October 17, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendants, **SIMON GOGOLACK**, **CORTNIE BARBER**, and **BERNARD BYRD III a/k/a Deal**, did knowingly and intentionally combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute:

(i)      fentanyl, a Schedule II controlled substance;

(ii)     cocaine, a Schedule II controlled substance;

(iii)    methamphetamine, a Schedule II controlled substance;

(iv)    marihuana, a Schedule I controlled substance;

(v)     Alprazolam (Xanax), a Schedule IV controlled substance; and

(vi)    Amphetamine (Adderall), a Schedule II controlled substance;

in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 7

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning on or about July 2, 2023, and continuing to on or about August 8, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendant, **SIMON GOGOLACK**, did unlawfully and knowingly use and maintain a place, that is, the premises known as 296 Scott Avenue, Wellsville, New York, for the purpose of manufacturing, distributing, and using marihuana, a Schedule I controlled substance; cocaine, methamphetamine, amphetamine (Adderall) and fentanyl, Schedule II controlled substances; and Alprazolam (Xanax), a Schedule IV controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1).**

## COUNT 8

### (Possession of Firearms in Furtherance of Drug Trafficking)

### The Grand Jury Further Charges That:

Between on or about July 2, 2023, and on or about August 8, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **SIMON GOGOLACK**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 846 and 856(a)(1), committed in the manner set forth in Counts 6 and 7 of this Second Superseding Indictment, the allegations of which are incorporated herein by reference, did knowingly possess firearms.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

## COUNT 9

### (Felon in Possession of a Firearm and Ammunition)

### The Grand Jury Further Charges That:

Between on or about July 21, 2023, and on or about August 8, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **SIMON GOGOLACK**, knowing that he had been previously convicted on or about November 7, 2007, in County Court, Erie County, New York, of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, namely, one KEL-TEC CNC Inc., Model KSG, 12-gauge pump action shotgun bearing serial number XXFD48, and ammunition, including, seven (7) 12-gauge rounds of ammunition labeled "AGUILA 12" on the headstamp; fourteen (14) 9mm LUGER caliber

rounds of ammunition labeled "G.F.L 9mm LUGER" on the headstamp; eight (8) 9mm caliber rounds of ammunition labeled "FC 9mm LUGER" on the headstamp; and one (1) 40 S&W caliber round of ammunition labeled "R-P 40 S&W" on the headstamp.

**All in violation of Title 18, Untied States Code, Sections 922(g)(1) and 924(a)(8).**


## COUNT 10

**(Unlawful User of Controlled Substances in Possession of a Firearm and Ammunition)**

**The Grand Jury Further Charges That:**

Between on or about July 21, 2023, and on or about August 8, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, the defendant, **SIMON GOGOLACK**, knowing that he was an unlawful user of controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, a firearm, namely, one KEL-TEC CNC Inc., Model KSG, 12-gauge pump action shotgun bearing serial number XXFD48, and ammunition, including, seven (7) 12-gauge rounds of ammunition labeled "AGUILA 12" on the headstamp; fourteen (14) 9mm LUGER caliber rounds of ammunition labeled "G.F.L 9mm LUGER" on the headstamp; eight (8) 9mm caliber rounds of ammunition labeled "FC 9mm LUGER" on the headstamp; and one (1) 40 S&W caliber round of ammunition labeled "R-P 40 S&W" on the headstamp.

**All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).**

## COUNT 11

### (Kidnapping)

### The Grand Jury Further Charges That:

Between on or about March 14, 2023, and on or about March 15, 2023, the exact date being unknown, in the Western District of New York, the defendants, **SIMON GOGOLACK** and **CORTNIE BARBER**, did knowingly, intentionally, and unlawfully seize, confine, inveigle, decoy, and carry away and otherwise hold Victim 1, a person known to the Grand Jury, for some purpose and benefit, and in committing and in furtherance of the commission of the offense, did use any means, facility, or instrumentality of interstate or foreign commerce.

**All in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.**


## COUNT 12

### (Kidnapping)

### The Grand Jury Further Charges That:

Between on or about March 14, 2023, and on or about March 15, 2023, the exact date being unknown, in the Western District of New York, the defendant, **SIMON GOGOLACK** and **CORTNIE BARBER**, did knowingly, intentionally, and unlawfully seize, confine, inveigle, decoy, and carry away and otherwise hold Victim 2, a person known to the Grand Jury, for some purpose and benefit, and in committing and in furtherance of the commission of the offense, did use any means, facility, or instrumentality of interstate or foreign commerce.

**All in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.**

## COUNT 13

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Victim 1, a person known to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message to Victim 1 with the intent to influence, delay, and prevent the testimony of Victim 1 in an official proceeding, that is, a federal grand jury investigation and subsequent criminal proceedings involving the defendant, **SIMON GOGOLACK**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(1).**

## COUNT 14

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Victim 1, a person known to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message to Victim 1 with the intent to cause and induce Victim 1 to withhold testimony from an official proceeding, that is, a federal grand jury investigation, and subsequent criminal proceedings

involving the defendant, **SIMON GOGOLACK**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(2)(A).**

**COUNT 15**

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Victim 1, a person known to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message to Victim 1 with the intent to hinder, delay, and prevent communication to a law enforcement officer and judge of the United States of information relating to the commission and possible commission of a federal offense.

**All in violation of Title 18, United States Code, Sections 1512(b)(3).**

**COUNT 16**

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Victim 2, a person known to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message

41

to Victim 2 with the intent to influence, delay, and prevent the testimony of Victim 2 in an official proceeding, that is, a federal grand jury investigation and subsequent criminal proceedings involving the defendant, **SIMON GOGOLACK**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(1).**

## COUNT 17

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade, and attempt to use intimidation, threaten, and corruptly persuade Victim 2, a person known to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message to Victim 2 with the intent to cause and induce Victim 2 to withhold testimony from an official proceeding, that is, a federal grand jury investigation, and subsequent criminal proceedings involving the defendant, **SIMON GOGOLACK**, in the United States District Court for the Western District of New York.

**All in violation of Title 18, United States Code, Sections 1512(b)(2)(A).**

## COUNT 18

**(Tampering with a Witness)**

**The Grand Jury Further Charges That:**

On or about August 14, 2023, in the Western District of New York, the defendant, **SIMON GOGOLACK**, did knowingly use intimidation, threaten, and corruptly persuade,

and attempt to use intimidation, threaten, and corruptly persuade Victim 2, a person known

to the Grand Jury, by sending an intimidating, threatening, and harassing CashApp message

to Victim 2 with the intent to hinder, delay, and prevent communication to a law enforcement

officer and judge of the United States of information relating to the commission and possible

commission of a federal offense.

**All in violation of Title 18, United States Code, Sections 1512(b)(3).**


## COUNT 19

**(Manufacture and Possession with Intent to Distribute 100 or More Marihuana Plants)**

**The Grand Jury Further Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant,

**HOWARD HINKLE JR.**, did knowingly and willfully manufacture and possess with intent

to distribute 100 or more marihuana plants, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and
841(b)(1)(B)(vii), and Title 18, United States Code, Section 2.**


## COUNT 20

**(Maintaining a Drug-Involved Premises)**

**The Grand Jury Further Charges That:**

Beginning in 2023, and continuing until on or about October 24, 2023, in the Western

District of New York, and elsewhere, the defendant, **HOWARD HINKLE, JR.**, did

unlawfully and knowingly use and maintain a place, that is, the premises at 4290 Donovan

Road, Alma, New York, for the purpose of manufacturing, distributing, and using marihuana, a Schedule I controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1) and Title 18, United States Code, Section 2.**

## COUNT 21

**(Possession of Firearms in Furtherance of Drug Trafficking)**

**The Grand Jury Further Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant, **HOWARD HINKLE, JR.**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21 United States Code, Sections 841(a)(1) and 856(a)(1), committed in the manner set forth in Counts 19 and 20 of this Second Superseding Indictment, the allegations of which are incorporated herein by reference, did knowingly possess firearms.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.**

## COUNT 22

**(Felon in Possession of Firearms)**

**The Grand Jury Further Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant, **HOWARD HINKLE JR.**, knowing that he had previously been convicted on or about September 10, 2007, in County Court, Allegany County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in

and affecting commerce, firearms, namely, a (i) Savage, model 93, .22 W.M.R. caliber bolt action rifle, bearing serial number 944622; (ii) Ruger, model 10/22, .22LR caliber semi-automatic rifle, bearing serial number 824-31238; and (iii) Mossberg, model 835 ULTI-MAG, 12-gauge pump action shotgun, bearing serial number UM0015640.

**All in violation of Title 18, United States Code, Section, 922(g)(1)**.

## COUNT 23

### (False Statements)

**The Grand Jury Further Charges That:**

On or about October 24, 2023, in the Western District of New York, the defendant, **FRANK KNIGHT**, in a matter within the jurisdiction of the executive branch of the United States, did willfully, and knowingly make materially false, fictitious, and fraudulent statements and representations to special agents of the Federal Bureau of Investigation, in that the defendant stated that **SIMON GOGOLACK a/k/a Greek**, did not visit **FRANK KNIGHT'S** residence during the early morning hours on July 28, 2023, when in truth and in fact, and as defendant **FRANK KNIGHT** then and there well knew, **SIMON GOGOLACK a/k/a Greek** visited **FRANK KNIGHT'S** residence during the early morning hours on July 28, 2023.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## COUNT 24

**(Unlawful User of Controlled Substance in Possession of Firearms)**

**The Grand Jury Further Charges That:**

On December 7, 2023, in the Western District of New York, the defendant**, JOHN THOMAS ERMIN a/k/a Tommy O**, knowing that he was an unlawful user of controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, firearms, namely, a (i) Ruger, Model 10/22, .22LR caliber semi-automatic rifle, bearing serial number 247-30699; and (ii) Savage, model Mark II, .22LR caliber bolt action rifle, bearing serial number 1529814; (iii) Marlin Firearms Corporation, model 1936, .30-.30 caliber lever action rifle, bearing serial number 1145; (iv) Winchester, model 1200 Defender, 12-gauge pump action shotgun, bearing serial number L1404443; and (v) Winchester, model 1200 Defender, 12-gauge pump action shotgun, bearing serial number L1301970.

**All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).**

## COUNT 25

**(Unlawful User of Controlled Substance in Possession of Firearms)**

**The Grand Jury Further Charges That:**

On December 7, 2023, in the Western District of New York, the defendant**, MICHAEL RONCONE a/k/a Cone**, knowing that he was an unlawful user of controlled substances as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce, firearms, namely: (i) Springfield Armory by HS Produkt, model Hellcat, 9 X 19 caliber semi-automatic pistol, bearing serial number BY524165; (ii)

Springfield Armory, model Range Officer Elite, .45 caliber semi-automatic pistol, bearing

serial number LW168920; and (iii) Chinese type 56 SKS Carbine, 7.62 X 39mm caliber semi-

automatic rifle, bearing serial 1803870.

**All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).**

## COUNT 26

**(False Statements)**

**The Grand Jury Further Charges That:**

On or about December 7, 2023, in the Western District of New York, the defendant,

**MICHAEL RONCONE a/k/a Cone**, in a matter within the jurisdiction of the executive

branch of the United States, did willfully, and knowingly make materially false, fictitious, and

fraudulent statements and representations to special agents of the Federal Bureau of

Investigation, in that the defendant stated (i) that he did not know anything about Crystal

Quinn's death; and (ii) that there were no drugs in his residence, when in truth and in fact,

and as defendant **MICHAEL RONCONE a/k/a Cone** then and there well knew, (i) he did

know something about Crystal Quinn's death; and (ii) there were drugs inside his residence.

**All in violation of Title 18, United States Code, Section 1001(a)(2).**

## COUNT 27

**(Felon in Possession of Firearms)**

**The Grand Jury Further Charges That:**

On or about December 7, 2023, in the Western District of New York, the defendant,

**SCOTT BARNES**, knowing that he had previously been convicted on or about October 20,

Case: 24-138, 01/29/2024, DktEntry: 14.1, Page 369 of 385

Case 1:23-cr-00099-LJV-JJM   Document 24   Filed 01/05/24   Page 48 of 58

1991, in a General Court Martial at Fort Ord, California, of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess, in and affecting commerce, firearms, namely, a Glock, Model 22, .40 caliber pistol bearing serial number GPU157.

**All in violation of Title 18, United States Code, section, 922(g)(1)**.

## COUNT 28

### (Possession of a Stolen Firearm)
### The Grand Jury Further Charges That:

On or about December 7, 2023, in the Western District of New York, the defendant, **SCOTT BARNES**, knowingly possessed a stolen firearm, that is, a Glock, Model 22, .40 caliber pistol bearing serial number GPU157, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

**All in violation of Title 18, United States Code, Section, 922(j)**.

## FIRST FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of one or more of the offenses set forth in Counts 4, 6, 7, 8, 9, and 10 of this Second Superseding Indictment, the defendant, **SIMON GOGOLACK a/k/a Greek**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the offenses, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized from 296 Scott Avenue, Wellsville, New York on or about August 8, 2023:

**FIREARMS & AMMUNITION**

a.   Twenty-three (23) rounds of ammunition in pill bottle

b.   Twenty-one (21) rounds of ammunition in pill bottle

c.   Two (2) shotgun shells

d.   One (1) .12 gauge shotgun shell

e.   Seven (7) .12 gauge shotgun rounds

f.   Three (3) rounds

g.   Two (2) rounds of .300 WinMag

h.   Mixed rounds

i.   Thirteen (13) rounds of ammunition

j.   Three (3) shotgun shells

k.   Fifty-one (51) rounds of ammunition

l.   One (1) KEL-TEC Shotgun, Model KSG, .12 gauge, bearing serial number XXFD48

m.   Two (2) rounds of ammunition

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665 and Title 28, United States Code, Section 2461(c).**

**SECOND FORFEITURE ALLEGATION**

**The Grand Jury Further Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 4, 6 and 7 of this Second Superseding Indictment, the defendant, **SIMON GOGLACK a/k/a Greek**, shall forfeit to the United States, all his right, title, and interest in any property intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including, but not limited to:

49

## REAL PROPERTY:

> The premises and real property with its buildings, improvements,
> fixtures, attachments and easements, known as 296 Scott Avenue,
> Wellsville, New York; that is, all that tract or parcel of land, situate
> in the Town of Wellsville, County of Allegany and State of New
> York and more particularly described in a certain deed recorded in
> Liber 2017, of deeds at page 90792, of the Allegany County Clerk's
> Office.

**All pursuant to Title 21, United States Code, Section 853(a)(2).**


### THIRD FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 19, 20, 21 and

22 of this Second Superseding Indictment, the defendant, **HOWARD HINKLE, JR.

a/k/a**

**Hard How**, shall forfeit to the United States, all his right, title and interest in any firearm

and ammunition involved or used in the commission of the offenses, or found in the

possession or under the immediate control of the defendant, including but not limited to

the following property seized from 4290 Donovan Road, Alma, New York on or about

October 24, 2023:

## FIREARMS AND AMMUNITION

    a.    One (1) Savage Arms Rifle Model: 93, .22 gauge bearing serial number
944622 and magazine loaded with .22 gauge ammunition

    b.    One (1) Remington Arms Rifle Model: 770, .243 caliber bearing serial
number M72127455

    c.    One (1) Knight Muzzleloader Model: LK-93, .50 caliber, bearing serial
number 387345

    d.    One (1) Ruger LR Rifle Model: 10/22, .22 caliber, bearing serial number

824- 31238

e.  One (1) round of live .22 caliber ammunition

f.  One (1) Remington Arms Rifle Model; 700ML, .50 caliber, bearing serial number ML076382

g.  One (1) Remington Arms Rifle Model: 552, .22 caliber, bearing serial number A1825823

h.  Eleven (11) rounds of .22 ammunition

i.  One (1) Unknown make Shotgun Model: SB, .20 gauge caliber, bearing serial number C1236358

j.  Thirty-six (36) rounds of live ammunition

k.  Sixty (60) rounds of live .12 gauge ammunition

l.  One (1) Loaded Ruger magazine with .22 caliber ammunition and Twenty-three (23) rounds of ammunition

m.  One (1) J Stevens Arms Shotgun Model: 39A, .410 caliber, unknown serial number

n.  One (1) Ithaca Gun Company Rifle Model: M66, .28 gauge caliber, bearing serial number 660257974

o.  One (1) Remington Arms Wingmaster Shotgun Model: 810, .12 gauge caliber, bearing serial number 843222V

p.  Loaded Ruger magazine with 22 caliber ammunition and One (1) round of .243 live ammunition

q.  One (1) Crescent Firearms Model: Peerless, unknown caliber, bearing serial number 238622

r.  One (1) Remington Arms Shotgun Model: 1100, .20 gauge caliber, bearing serial number R034386K

s.  Twenty-four (24) rounds of live ammunition

t.  Two (2) rounds of live ammunition

u.  One (1) CVA Olympia Optima Rifle, .50 caliber, bearing serial number 61-13- 017794-18

v.  One (1) New England Firearms Handi-Rifle Model: 852, .223 caliber, bearing serial number NM283405

w.     One (1) Mossberg Shotgun Model: 855, .12 gauge caliber, bearing serial number UM0015640

x.     Seventeen (17) .12 gauge rounds of live ammunition

y.     Thirteen (13) rounds of live ammunition

z.     One (1) Remington Arms Shotgun Model: 1100, .20 gauge caliber, bearing serial number N844620K

aa.    One (1) Spa Luige Franchi Brescia Shotgun, .12 gauge caliber, bearing serial number 056240

bb.    One (1) Unknown Revolver bearing serial number M4255 [49]

cc.    One (1) Remington Arms Shotgun Model: 870, .12 gauge caliber, bearing serial number AZ00482M

dd.    Four (4) .16 gauge rounds of ammunition

ee.    One (1) Box of .12 gauge

ff.    Two (2) boxes of .12 gauge ammunition

gg.    Two (2) rounds of .223 live ammunition

hh.    One (1) .30-30 round

ii.    Various rounds of live ammunition

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

## FOURTH FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of Count 24 of this Second Superseding Indictment, the defendant, **JOHN THOMAS ERMIN a/k/a Tommy O**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant, including but not limited to the following property seized from 41 Richmond Avenue, Lancaster, New York on or about December 7, 2023:

## FIREARMS AND AMMUNITION

a.   One (1) Marlin Rifle Model: 336W, .30-30 caliber, bearing serial number MR30199F win and black leather ammunition carrier in black case

b.   Six (6) live rounds of Winchester 30-30

c.   One (1) FLLPIETTA Handgun Model: Unknown, .44 caliber, bearing serial number 227999 in brown leather holster

d.   Twenty seven (27) live rounds of Winchester .30-30

e.   One hundred eighty-six (186) rounds of live ammunition

f.   Two hundred fifty nine (259) rounds of live ammunition

g.   One (1) Flintlock Antique Black Powder Pistol, unknown make and model, bearing serial number 1357

h.   One (1) live round

i.   One (1) Ruger Rifle Model: 10/22, .22LR caliber, bearing serial number 247- 30699

j.   One (1) Marlin Rifle Model: 1936, .30-30 caliber, bearing serial number 1145

k.   One (1) Remington Shotgun Model: 1187, .12 gauge caliber, bearing serial number PC223867

l.   One (1) Winchester Shotgun Model: 1200, .12 gauge caliber, bearing serial number L1404443

m.   One (1) Ted Williams Shotgun Model: 200, .20 gauge caliber, bearing serial number P287624

n.   One (1) Savage Arms Rifle Model: Mark II, .22LR caliber, bearing serial number 1529814

o.   One (1) Mossberg Shotgun Model: 500A, .12 gauge caliber, bearing serial number R194409

p.   One (1) Marlin Rifle Model: Glenfield 60, .22LR caliber, bearing serial number 24411352

q.   One (1) Mossberg Shotgun Model: 930, .12 gauge caliber, bearing serial number AF121657

r.    One (1) Winchester Shotgun Model: 1200 Defender, .12 gauge caliber, bearing serial number L1301970

s.    One (1) GEHA Shotgun, .12 gauge caliber, no model or serial number

t.    One (1) Rifle Model: 98, unknown make and caliber, bearing serial number  7570

u.    One thousand three hundred and sixty one (1,361) rounds of live ammunition

v.    One (1) Mossberg Shotgun Model: 500A, .12 gauge caliber, bearing serial number P582185

w.    Four (4) rounds of .12 gauge live ammunition

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

## FIFTH FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of Count 25 of this Second Superseding Indictment, the defendant, **MICHAEL RONCONE a/k/a Cone**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant, including but limited to, the following firearms and ammunition seized from the RBMC Wellsville Clubhouse, which sits behind (North) of, and in between 801 and 882 Alma Hill Road, Wellsville, New York 14895 on or about December 7, 2023:

**FIREARMS AND AMMUNITION**

a.  One (1) Bush Master Rifle, .223 caliber, bearing serial number MDDXM15-E25

b.  One (1) green ammunition box containing .223 caliber ammunition

c.  One (1) green ammunition box containing .223 caliber ammunition

d.  One (1) green ammunition box with 9mm ammunition

e.  One (1) green Broken ammunition box containing .762 caliber

f.  One (1) green Cabela's ammunition box containing various boxed ammunition

g.  One (1) green Case guard with .23 ammunition

h.  Ten (10) Magpul rounds, .762 magazine

i.  One (1) Briklee Semsa SKS Rifle, 7.62x39m caliber, bearing serial number 1803870

j.  One (1) Remington .22 caliber ammunition

k.  Eight (8) boxes of .12 gauge

l.  Various rounds of ammunition

m.  One (1) box of Remington Rifle cartridges, Two (2) Winchester ammunition grey box

The following which were seized from 4998 William Street, Lancaster, New York on or about December 7, 2023:

**FIREARMS AND AMMUNITION**

a.  Twenty (20) rounds of Winchester Power Point ammunition

b.  One (1) round of ammunition

c.  One (1) loaded Handgun bearing serial number LW168920, one (1) magazine with six (6) rounds of ammunition, two (2) magazines, fourteen (14) rounds of ammunition and one (1) empty magazine

d.  One (1) Loaded Handgun with red dot, bearing serial number BY524165, one

    (1) magazine and eleven (11) rounds of ammunition

e.   One (1) Revolver, bearing serial number 232K162 and six (6) loose bullets

f.   One (1) loaded Gun, bearing serial number BKWN594 and one (1) magazine with ten (10) round of ammunition

g.   One (1) Loaded Gun, bearing serial number P10014437 and one (1) magazine with eight (8) rounds of ammunition

h.   One (1) Gun, bearing serial number 8139824

i.   One (1) Long Gun, bearing serial number 786-85465

j.   One (1) Gun, bearing serial number PC083863

k.   One (1) Gun, bearing serial number ES61-06-215145-23

l.   One (1) Gun, bearing serial number 740793

m.   One (1) Gun, bearing serial number RS096217 or RS09621Z

n.   One (1) Gun, bearing serial number ML062814

o.   One (1) Gun, bearing serial number B243364M

p.   One (1) Gun, bearing serial number 10676253

q.   One (1) Gun, bearing serial number 08312946

r.   One (1) Gun, bearing serial number J917617

s.   One (1) Gun, bearing serial number 4021333

t.   One (1) Gun, bearing serial number 832-51716

u.   One (1) Gun, bearing serial number M71662862

v.   One (1) Gun, bearing serial number G681218

w.   One (1) Gun, bearing serial number M093000

x.   One (1) Gun, bearing serial number AZ00015U

y.   One (1) Gun, bearing serial number 293223

z.   One (1) Gun, bearing serial number N520020M

aa.   One (1) Gun, bearing serial number 61-13-061497-99

bb.   One (1) Gun, bearing serial number 14-13-050824-05

cc.   Three (3) round of ammunition

dd.   Four (4) Hybred Sabot Slug ammunition

ee.   Nineteen (19) rounds of Ultramay ammunition

ff.   Three hundred and seventeen (317) rounds of ammunition

gg.   One hundred and twenty one (121) rounds of ammunition

hh.   One (1) loaded magazine with four (4) rounds of ammunition

ii.   Three hundred and twenty-five (325) various shotgun rounds of ammunition

jj.   Seven hundred and sixty-three (763) various rounds of ammunition

kk.   Fourteen (14) rounds of ammunition and loaded magazine with ten (10) rounds

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

## SIXTH FORFEITURE ALLEGATION

**The Grand Jury Further Alleges That:**

Upon conviction of one or more of the offenses set forth in Counts 27 and 28 of this Second Superseding Indictment, the defendant, **SCOTT BARNES a/k/a Big Scott 1%er**, shall forfeit to the United States, all his right, title and interest in any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant, including but limited to, the following property seized from 417 Northumberland Avenue, Buffalo, New York on or about December 7, 2023:

**FIREARMS & AMMUNITION**

    a.      One (1) Glock 22 handgun, .40 caliber, bearing serial number GPU157

    b.      Eleven (11) unfired .40 caliber ammunition with magazine

**All pursuant to Title 18, United States Code, Sections 924(d)(1) and 3665,**

**and Title 28, United States Code, Section 2461(c).**

DATED:      Buffalo, New York, January 5, 2024.


                                TRINI E. ROSS
                                United States Attorney

                BY:      S/NICHOLAS T. COOPER
                          NICHOLAS T. COOPER
                          Assistant United States
                          Attorney United States
                          Attorney's Office Western
                          District of New York 138
                          Delaware Avenue
                          Buffalo, New York
                          14202 716/843-5830
                          Nicholas.Cooper@usdoj.gov


  A TRUE BILL:

S/FOREPERSON

_____

FOREPERSON

**EXHIBIT G**



**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

*Federal Center*                                              *716/843-5700*
*138 Delaware Avenue*                                    *fax 716/551-3052*
*Buffalo, New York   14202*      *Writer's Telephone:   716/843-5839*
                                                *Writer's fax:   716/551-5563*
                                                *Joseph.Tripi@usdoj.gov*

January 6, 2024

Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

> Re:   United States v. John Thomas Ermin a/k/a Tommy O,  23-MJ-167
>        United States v. Scott Barnes, 23-MJ-166

Dear Chief Judge Wolford:

I am writing to clarify information from the government's detention proffer related to the sequence of events relevant to defendant John Ermin's ("Ermin") visits to Peter Gerace ("Gerace") at the Niagara County Jail (NCJ).   Notably, in the Court's Decision and Order detaining Ermin, the Court noted the following:

> After Quinn testified before the grand jury, Gerace was indicted in Case No. 23-cr-37, and the government submits that Gerace knew about Quinn's cooperation based on the government's proffer during his detention hearing on March 24 and March 27, 2023, before Judge Sinatra. Gerace was provided a copy of the criminal complaint against Quinn by an investigator.[1]  Shortly after Judge Sinatra detained Gerace—on April 4, 2023—Defendant visited him at the Niagara County Jail.   Defendant again visited Gerace on July 6, 2023. Defendant has only visited Gerace on those two occasions.   Less than a month after the second visit, Quinn was dead.

---

[1] ███████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████ ██ █████
████████████████████████████████████████████
██████████████████████████████████████

*See* ECF No. 10 at 7.   In the next paragraph, the Court wrote:

> According to the government, Gerace was "furious" about the fact that he had
> been detained, he complained about Quinn, and he threatened that he had "a
> long reach and people who could tie up his loose ends."   He made those
> threats before Defendant's first jail visit, on April 4, 2023.

*Id.*   The foregoing is accurate except for the last sentence as to the specific timing of the
threats.

As to the timing of the threats, since the government's proffer, I have obtained
additional relevant records (on January 2 & 3, 2024), re-reviewed information, docket entries,
and a relevant witness was re-interviewed (on January 4, 2024).   I have also reviewed the
transcript of my proffer to the Court on December 27, 2023.   As a result of the foregoing, a
more accurate and detailed timeline of events follows:

- **March 24, 2023**:   Gerace was arrested, arraigned, the government moved for
  detention in Case No. 23-CR-37, and proceeded by proffer.

- **March 27, 2023**:   Gerace's detention hearing continued, the government
  proffered additional information, and District Judge Sinatra ordered defendant
  Gerace detained.

- **April 4, 2023**:   Ermin visited Gerace in-person at the Niagara County Jail.

- **April 6, 2023**:   Upon request of the United States, Crystal Quinn's Criminal
  Complaint (23-MJ-11) was dismissed, and that dismissal was noted on the
  public docket for 23-MJ-11.

- **April 28, 2023**:   Gerace's Case Nos. 19-CR-227 and 23-CR-37 were ordered
  joined for trial.

- **May 10, 2023:** The United States Attorney's Office filed its witness list, under
  seal and pursuant to a protective order, in Case Nos. 19-CR-227 and 23-CR-37,
  listing Crystal Quinn as a government witness for trial.

- **May 24, 2023**: Gerace moved to reopen his detention hearing and for pre-trial
  release in Case Nos. 19-CR-227 and 23-CR-37.

- **May 31, 2023:** Gerace's previously filed motion to reopen his detention hearing
  in Case Nos. 19-CR-227 and 23-CR-37 was denied, and he remained detained
  pending trial.   Gerace was present in Court when his motion to reopen and
  for release was denied.   ████████████   Gerace was furious and made

statements, in sum and substance, including that he had a long reach and people who could tie up his "loose ends," and that "all rats should die."[2]

- **June 20, 2023**:   Gerace's counsel filed a witness list (under seal) which listed Crystal Quinn on their witness list.   Notably, the Protective Order (*see* Case No. 19-CR-227, ECF No. 347) did not have an express provision prohibiting Gerace from naming government witnesses on his witness list, or from discussing the witnesses named on the defense witness list.   Gerace's counsel filed his witness list after the government filed its May 10, 2023, witness list, which summarized Crystal Quinn's testimony, and after the government produced 3500 material to counsel for Gerace, which included Crystal Quinn's interviews with the FBI on 1/23/23, 2/16/23, 2/23/23, 2/27/23, 3/07/23, and her grand jury testimony on 3/09/23.   Crystal Quinn's interviews and grand jury testimony discussed Gerace, Ermin, and members of the Outlaws MC, among other things.

- **June 30, 2023**:   Gerace's case was transferred to a new District Judge and the trial date in Case Nos. 19-CR-227 and 23-CR-37 was rescheduled.

- **July 6, 2023**:   Ermin visited Gerace in-person again at the Niagara County Jail, just 6 days after the trial date was adjourned.

- **August 1, 2023**:   Crystal Quinn was found dead at Simon Gogolack's residence in Wellsville, New York.

This extended timeline is the result of ongoing investigation, review of additional materials, review of docket entries, re-examination of information contained in the government's file, and a re-interview of a government witness.   The government submits that this timeline is as, or is even more, compelling than the timeline that it originally proffered because it establishes that: (1) Crystal Quinn was outed as a government witness; (2) Gerace met with Ermin after he was detained and after Crystal Quinn was outed as a government witness; (3) Gerace was upset in jail about the manner in which Crystal Quinn threatened a witness on his behalf (via Facebook), which threats formed the basis of Gerace's new charges and were the precursor to Gerace's pre-trial detention; (4) Gerace was furious after his motion

---

[2] On an unknown date ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, in sum and substance, Gerace complained in jail about Crystal Quinn and the manner in which she threatened another woman, who was "ratting" on Gerace.   Gerace was mad that a Facebook threat (that Crystal Quinn made), *see* Case No. 23-CR-37, was being tied to him because he preferred the threat to have been done in person instead of on Facebook. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3

for release was denied on May 31, 2023, and ██████ thereafter Gerace made statements that rats should die and that he has long reach and people to tie up his loose ends; (5) Gerace named Crystal Quinn on his witness list (under seal) on or about June 20, 2023, and likely discussed her with his counsel (after the government provided 3500 materials to Gerace's attorneys); (6) Ermin visited Gerace again on July 6, 2023, after Gerace obtained a new and delayed trial date; and, (7) Crystal Quinn was killed less than a month after Ermin's face-to-face visit with Gerace.

To the extent the undersigned proffered a less detailed and accurate timeline, this letter is intended to clarify and amend my prior proffer on December 27, 2023. Notably, my proffer on December 27, 2023, was consistent with my misunderstanding, detailed in a prior Court filing on August 11, 2023, in *United States v. Gerace,* 19-CR-227, at ECF No. 605 at 20 (under seal), ████████████████████████████████████████:



Because this letter contains information that, if publicly disseminated could lead to the identification of a government witness, and because there is information excerpted from a court filing that is sealed, *see* ECF No. 605, it is respectfully requested that this letter be filed under seal. Alternatively, the government requests that it be permitted to propose redactions to this letter prior to any public filing of it. It is further requested that counsel for Messrs. Ermin and Barnes be directed to retain this letter in their files, and that they shall not reproduce it to any third parties or to their clients, unless the Court authorizes a redacted version to be publicly filed. In the event the Court-authorizes a redacted version to be

---

[3] I now understand that Gerace made these comments on ██████, and not March 27, 2023. My prior misunderstanding and subsequent misreporting of the date of the comments was my error, and not an error made by ██████ who reported the information.

4

publicly filed, the government further requests that disclosure to Messrs. Ermin and Barnes be strictly limited to the publicly filed redacted version of this letter.

Very truly yours,

TRINI E. ROSS
United States Attorney

BY:   JOSEPH M. TRIPI
Assistant United States Attorney

cc:
    George V. M. Moscato
        Attorney for John Thomas Ermin

    David B. Cotter
        Attorney for Scott Barnes