# MANDATE

W.D.N.Y.
23-mr-552
Wolford, C. J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

      At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty-four.

Present:
    Amalya L. Kearse,
    Michael H. Park,
    Beth Robinson
        *Circuit Judges*.

_____

United States of America,

        *Appellee*,

    v.                                    24-138
                                                **ORDER**

John Thomas Ermin,

        *Defendant-Appellant*.

_____

Defendant-Appellant John Thomas Ermin appeals the January 3, 2024 decision and order of the United States District Court for the Western District of New York (Wolford, *C. J.*) remanding him to custody pending his trial, and requests that this Court issue an order for his pretrial release pursuant to Fed. R. App. P. 9(a). Ermin was initially charged with possessing firearms while being an unlawful user of controlled substances in violation of 18 U.S.C. § 922(g)(3). The government filed a superseding indictment on January 5, 2024, adding charges of obstruction of justice conspiracy in violation of 18 U.S.C. § 371, witness tampering conspiracy in violation of 18 U.S.C. § 1512(k), and witness retaliation conspiracy in violation of 18 U.S.C. § 1513(f).

The district court's evaluation of the factors set forth in 18 U.S.C. § 3142(g) was not clearly erroneous. The government proffered evidence that Ermin is the leader of a criminal enterprise regularly involved in acts of violence and attempts to obstruct justice. The district court did not err by determining that Ermin poses a serious risk to the community and that no conditions could reasonably protect against that risk. Nor did the district court err by determining that Ermin poses

MANDATE ISSUED ON 04/16/2024

a serious risk of flight and that no condition or combination of conditions could be imposed on him that would reasonably assure his appearance as required—an independent basis to affirm—based in part on his and his wife's dishonest answers about his past international travel. The order of the district court is **AFFIRMED,** and the motion for release under Fed. R. App. P. 9(a) is **DENIED**.

      For the Court:
      Catherine O'Hagan Wolfe
      Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit